UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF TEXAS

FILED-CLERK
U.S. DISTRICT COURT

2007 MAY -4 AM 10: 39

TX EASTERN-MARSHALL

| | |
|---|---|
| CHI MEI OPTOELECTRONICS CORPORATION, a Taiwan Corporation, | ) Case No. **2 - 0 7 C V - 1 7 6** ⌐⌐Jω ) ) |
| Plaintiff, | ) ) |
| vs | ) **DEMAND FOR JURY TRIAL** ) |
| 1. LG PHILIPS LCD CO., LTD., a Korean Corporation, and 2. LG PHILIPS LCD AMERICA, INC., a California Corporation, | ) ) ) ) |
| Defendants. | ) ) ) |

## COMPLAINT FOR PATENT INFRINGEMENT

Plaintiff Chi Mei Optoelectronics Corporation ("CMO") hereby pleads the following

claims for patent infringement against Defendants LG Philips LCD Co., Ltd., ("LPL") and LG

Philips LCD America, Inc., ("LPLA"), and alleges as follows:

### JURISDICTION AND VENUE

1    This is an action for patent infringement arising under the patent laws of the United

States of America, 35 U.S.C. § 1, et seq., including § 271. This Court has subject matter

jurisdiction over the matters pleaded herein under 28 U.S.C. §§ 1338(a) and 1331.

2    Venue is proper in this judicial district pursuant to 28 U.S.C. §§ 1400(b) and

1391(b)-(d) because, among other reasons, LPL is subject to personal jurisdiction in this judicial

district, has committed acts of infringement in this judicial district, and is an alien subject to suit in

this judicial district; and LPLA is subject to personal jurisdiction in this judicial district and has

committed acts of infringement in this judicial district.

3    CMO is informed and believes, and thereon alleges, that LPL and LPLA have

placed infringing devices into the stream of commerce by shipping those products into this judicial

district or knowing that the devices would be shipped into this judicial district.

**PARTIES**

4.      Plaintiff CMO is a corporation organized and existing under the laws of Taiwan, having a principal place of business at No. 3, Sec. 1, Huanshi Rd., Southern Taiwan Science Park, Sinshih Township, Tainan Country, 74147 Taiwan R.O.C. CMO is the world's leading producer of Thin Film Transistor-Liquid Crystal Display ("TFT-LCD") panels used in notebook and desktop computers and televisions.

5.      Defendant LPL is a corporation organized and existing under the laws of Korea with a principal place of business at 17/F LG Twin Tower, 20 Yeouido-Dong, Yeongdeungpo-gu, Seoul, Korea, 150875. LPL designs, manufactures, and distributes TFT-LCD panels and Liquid Crystal Display ("LCD") modules worldwide. In addition, LPL has placed TFT-LCD panels and LCD modules into the stream of commerce by shipping those panels and modules into this judicial district or knowing that they would be shipped into this judicial district.

6.      CMO is informed and believes, and thereon alleges, that LPL has ongoing and systematic contacts throughout the United States. LPL has sales offices in California, Texas, North Carolina, and Illinois, and it has continuous and systematic contacts with this judicial district and elsewhere in the United States for the purpose of, among other things, meetings with employees of its subsidiary and promoting the sale of its products.

7.      Defendant LPLA is a wholly-owned subsidiary of LPL. LPLA is a corporation organized and existing under the laws of California, having a principal place of business at 150 E. Brokaw Rd., San Jose, CA 95112. LPLA is a wholesale seller of TFT-LCD panels and LCD modules in the United States, such panels and modules being designed and manufactured by LPL.

8.      CMO is informed and believes, and thereon alleges, that LPLA has ongoing and systematic contacts throughout the United States. LPLA has placed TFT-LCD panels and LCD modules into the stream of commerce by shipping those panels and modules into this judicial district or knowing that they would be shipped into this judicial district.

## FIRST CLAIM FOR RELIEF AGAINST LPL AND LPLA

## FOR PATENT INFRINGEMENT

### ('786 PATENT)

9    CMO incorporates by reference paragraphs 1 through 8 as if set forth here in full.

10.    CMO is the owner of the entire right, title and interest in and to U.S. Patent No 6,008,786 (the "'786 patent"), entitled "Method for Driving Halftone Display for a Liquid Crystal Display," which was duly issued on December 28, 1999 in the name of inventors Yasuhiro Kimura and Haruhiro Matino, and is now assigned to CMO   A copy of the '786 patent is attached as Exhibit A hereto

11    CMO is informed and believes, and thereon alleges, that LPL and LPLA have infringed, and are currently infringing, the '786 patent, in violation of 35 U.S.C. § 271, by making, using, offering for sale, selling and/or importing, within this judicial district and elsewhere in the United States, without license or authority from CMO, TFT-LCD panels, LCD modules, and/or components thereof falling within the scope of one or more claims of the '786 patent.

12.    CMO is informed and believes, and thereon alleges, that LPL and LPLA actively induced and are actively inducing the infringement of the '786 patent, in violation of 35 U.S.C. § 271(b), by actively and knowingly aiding and abetting others to directly make, use, offer for sale, sell and/or import within this judicial district and elsewhere in the United States, without license or authority from CMO, TFT-LCD panels, LCD modules, and/or components thereof falling within the scope of one or more claims of the '786 patent.

13.    CMO is informed and believes, and thereon alleges, that LPL and LPLA have contributorily infringed and are currently contributorily infringing the '786 patent, in violation of 35 U.S.C. § 271(c), by selling, offering for sale and/or importing within this judicial district and elsewhere in the United States, without license or authority from CMO, TFT-LCD panels, LCD modules, and/or components thereof, which constitute a material part of the '786 patent, knowing that such panels, modules, and/or components are especially made or especially adapted for use in the infringement of the '786 patent, and not staple articles or commodities of commerce suitable for substantial noninfringing use

1      14.    CMO is informed and believes, and thereon alleges, that LPL and LPLA's

2  infringement of the '786 patent has been and continues to be willful and deliberate

3      15.    Unless enjoined, LPL and LPLA will continue to infringe the '786 patent, and

4  CMO will suffer irreparable injury as a direct and proximate result of LPL's and LPLA's conduct

5      16.    CMO has been damaged by LPL's and LPLA's conduct and until an injunction

6  issues will continue to be damaged in an amount yet to be determined.

7                **SECOND CLAIM FOR RELIEF AGAINST LPL AND LPLA**

8                        **FOR PATENT INFRINGEMENT**

9                              **('923 PATENT)**

10     17.    CMO incorporates by reference paragraphs 1 through 16 as if set forth here in full.

11     18     CMO is the owner of the entire right, title and interest in and to U S Patent No

12  6,013,923 (the "'923 patent"), entitled "Semiconductor Switch Array with Electrostatic Discharge

13  Protection and Method of Fabricating," which was duly issued on January 11, 2000 in the name of

14  inventor Zhong Shou Huang, and is now assigned to CMO   A copy of the '923 patent is attached

15  as Exhibit B hereto.

16     19.    CMO is informed and believes, and thereon alleges, that LPL and LPLA have

17  infringed, and are currently infringing, the '786 patent, in violation of 35 U S C. § 271(g), by

18  importing into the United States and/or selling, offering to sell, or using within the United States,

19  within this judicial district and elsewhere in the United States, without license or authority from

20  CMO, TFT-LCD panels, LCD modules, and/or material components thereof, that are made by a

21  process falling within the scope of one or more claims of the '923 patent

22     20.    CMO is informed and believes, and thereon alleges, that LPL and LPLA actively

23  induced and are actively inducing the infringement of the '923 patent, in violation of 35 U S C §

24  271(b), by actively and knowingly aiding and abetting others to directly make, use, offer for sale,

25  sell and/or import within this judicial district and elsewhere in the United States, without license

26  or authority from CMO, TFT-LCD panels, LCD modules, and/or components thereof that are

27  made by a process falling within the scope of one or more claims of the '923 patent

28

21.     CMO is informed and believes, and thereon alleges, that LPL and LPLA have contributorily infringed and are currently contributorily infringing the '923 patent, in violation of 35 U.S.C. § 271(c), by selling, offering for sale and/or importing within this judicial district and elsewhere in the United States, without license or authority from CMO, TFT-LCD panels, LCD modules, and/or components thereof, which constitute a material part of the '923 patent, knowing that such panels, modules, and/or components are especially made or especially adapted for use in the infringement of the '923 patent, and not staple articles or commodities of commerce suitable for substantial noninfringing use.

22.     CMO is informed and believes, and thereon alleges, that LPL and LPLA's infringement of the '923 patent is and has been willful and deliberate.

23.     Unless enjoined, LPL and LPLA will continue to infringe the '923 patent, and CMO will suffer irreparable injury as a direct and proximate result of LPL's and LPLA's conduct

24.     CMO has been damaged by LPL's and LPLA's conduct and until an injunction issues will continue to be damaged in an amount yet to be determined.

## THIRD CLAIM FOR RELIEF AGAINST LPL AND LPLA
## FOR PATENT INFRINGEMENT
### ('352 PATENT)

25.     CMO incorporates by reference paragraphs 1 through 24 as if set forth here in full.

26.     CMO is the owner of the right, title and interest in and to U.S. Patent No. 5,619,352 (the "'352 patent"), including the right to recover for past, present and future infringements and violations thereof. The '352 patent is entitled "LCD Splay/Twist Compensator having Varying Tilt and/or Azimuthal Angles for Improved Gray Scale Performance" and was duly issued on April 8, 1997 in the name of inventors Gene C. Koch, Bruce K. Winker, and William J. Gunning, III. A copy of the '352 patent is attached as Exhibit C hereto.

27.     CMO is informed and believes, and thereon alleges, that LPL and LPLA have infringed, and are currently infringing, the '352 patent, in violation of 35 U.S.C. § 271, by making, using, offering for sale, selling and/or importing, within this judicial district and elsewhere in the

1   United States, without license or authority from CMO, TFT-LCD panels, LCD modules, and/or

2   components thereof falling within the scope of one or more claims of the '352 patent.

3       28.    CMO is informed and believes, and thereon alleges, that LPL and LPLA actively

4   induced and are actively inducing the infringement of the '352 patent, in violation of 35 U.S.C §

5   271(b), by actively and knowingly aiding and abetting others to directly make, use, offer for sale,

6   sell and/or import within this judicial district and elsewhere in the United States, without license

7   or authority from CMO, TFT-LCD panels, LCD modules, and/or components thereof falling

8   within the scope of one or more claims of the '352 patent.

9       29    CMO is informed and believes, and thereon alleges, that LPL and LPLA have

10  contributorily infringed and are currently contributorily infringing the '352 patent, in violation of

11  35 U.S.C. § 271(c), by selling, offering for sale and/or importing within this judicial district and

12  elsewhere in the United States, without license or authority from CMO, TFT-LCD panels, LCD

13  modules, and/or components thereof, which constitute a material part of the '352 patent, knowing

14  that such panels, modules, and/or components are especially made or especially adapted for use in

15  the infringement of the '352 patent, and not staple articles or commodities of commerce suitable

16  for substantial noninfringing use.

17      30    CMO is informed and believes, and thereon alleges, that LPL and LPLA's

18  infringement of the '352 patent is and has been willful and deliberate.

19      31.    Unless enjoined, LPL and LPLA will continue to infringe the '352 patent, and

20  CMO will suffer irreparable injury as a direct and proximate result of LPL's and LPLA's conduct.

21      32.    CMO has been damaged by LPL's and LPLA's conduct and until an injunction

22  issues will continue to be damaged in an amount yet to be determined.

23  <u>**FOURTH CLAIM FOR RELIEF AGAINST LPL AND LPLA**</u>

24  <u>**FOR PATENT INFRINGEMENT**</u>

25  **('926 PATENT)**

26      33.    CMO incorporates by reference paragraphs 1 through 32 as if set forth here in full.

27      34.    CMO is the owner of the entire right, title and interest in and to U.S. Patent No

28  6,734,926 B2 (the "'926 patent"), entitled "Display Apparatus with a Reduced Thickness," which

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional Corporations

1684361 3 05

1   was duly issued on May 11, 2004 in the name of inventors Kuo-Shu Fan and Chin-Lung Ting, and

2   is now assigned to CMO. A copy of the '926 patent is attached as Exhibit D hereto.

3        35.    CMO is informed and believes, and thereon alleges, that LPL and LPLA have

4   infringed, and are currently infringing, the '926 patent, in violation of 35 U.S.C. § 271, by making,

5   using, offering for sale, selling and/or importing, within this judicial district and elsewhere in the

6   United States, without license or authority from CMO, TFT-LCD panels, LCD modules, and/or

7   components thereof falling within the scope of one or more claims of the '926 patent.

8        36.    CMO is informed and believes, and thereon alleges, that LPL and LPLA actively

9   induced and are actively inducing the infringement of the '926 patent, in violation of 35 U.S.C. §

10  271(b), by actively and knowingly aiding and abetting others to directly make, use, offer for sale,

11  sell and/or import within this judicial district and elsewhere in the United States, without license

12  or authority from CMO, TFT-LCD panels, LCD modules, and/or components thereof falling

13  within the scope of one or more claims of the '926 patent.

14       37.    CMO is informed and believes, and thereon alleges, that LPL and LPLA have

15  contributorily infringed and are currently contributorily infringing the '926 patent, in violation of

16  35 U.S.C. § 271(c), by selling, offering for sale and/or importing within this judicial district and

17  elsewhere in the United States, without license or authority from CMO, TFT-LCD panels, LCD

18  modules, and/or components thereof, which constitute a material part of the '926 patent, knowing

19  that such panels, modules, and/or components are especially made or especially adapted for use in

20  the infringement of the '926 patent, and not staple articles or commodities of commerce suitable

21  for substantial noninfringing use.

22       38     CMO is informed and believes, and thereon alleges, that LPL and LPLA's

23  infringement of the '926 patent is and has been willful and deliberate.

24       39     Unless enjoined, LPL and LPLA will continue to infringe the '926 patent, and

25  CMO will suffer irreparable injury as a direct and proximate result of LPL's and LPLA's conduct.

26       40.    CMO has been damaged by LPL's and LPLA's conduct and until an injunction

27  issues will continue to be damaged in an amount yet to be determined.

28

**PRAYER FOR RELIEF**

WHEREFORE, CMO prays for judgment as follows:

1.      That U.S. Patent Nos. 6,008,786; 6,013,923; 5,619,352; and 6,734,926 (collectively, the "Patents-In-Suit") are valid and enforceable;

2.      That LPL and LPLA have directly infringed the Patents-In-Suit;

3.      That LPL and LPLA have induced the infringement of the Patents-In-Suit;

4.      That LPL and LPLA have contributorily infringed the Patents-In-Suit;

5.      That LPL and LPLA and their affiliates, subsidiaries, officers, directors, employees, agents, representatives, licensees, successors, assigns, and all those acting for them and on their behalf, or acting in concert with them directly or indirectly, be enjoined from infringing, inducing others to infringe or contributing to the infringement of the Patents-In-Suit;

6.      That LPL and LPLA be ordered to pay compensatory damages to CMO, together with interest;

7.      That LPL and LPLA be ordered to provide an accounting;

8.      That LPL and LPLA be ordered to pay supplemental damages to CMO, together with interest;

9.      That the infringement by LPL and LPLA be adjudged willful and that the damages to CMO be increased under 35 U.S.C. § 284 to three times the amount found or measured;

10.     That this be adjudged an exceptional case and that CMO be awarded its attorneys' fees in this action pursuant to 35 U.S.C. § 285; and

11.     That CMO be awarded such other and further relief as the Court may deem appropriate.

**DEMAND FOR JURY TRIAL**

Plaintiff Chi Mei Optoelectronics hereby demands trial by jury on all issues.

Dated: May 4, 2007

Respectfully submitted,

GILLAM & SMITH

By: _____
Melissa Smith
Texas State Bar No. 24001351
303 South Washington Avenue
Marshall, Texas 75670
Phone: 903-934-8450
Facsimile: 903-934-9257
Email: Melissa@gillamsmithlaw.com

Attorneys for Plaintiff
**CHI MEI OPTOELECTRONICS**

Of counsel:
IRELL & MANELLA LLP
Morgan Chu
Jonathan S. Kagan
Ben J. Yorks
Alexander C.D. Giza
1800 Avenue of the Stars
Suite 900
Los Angeles, CA 90067

US006008786A

# United States Patent [19]

## Kimura et al.

[11] **Patent Number:** 6,008,786

[45] **Date of Patent:** Dec. 28, 1999

[54] **METHOD FOR DRIVING HALFTONE DISPLAY FOR A LIQUID CRYSTAL DISPLAY**

[75] Inventors: **Yasuhiro Kimura**, Yamato; **Haruhiro Matino**, Kanagawa-ken, both of Japan

[73] Assignee: **International Business Machines Corporation**, Armonk, N.Y.

[21] Appl. No.: **08/832,640**

[22] Filed: **Apr. 4, 1997**

[30] **Foreign Application Priority Data**

May 22, 1996 [JP] Japan ............... 8-127173

[51] Int. Cl.$^6$ ...................... G09G 3/36
[52] U.S. Cl. ................... 345/89; 345/153
[58] Field of Search ............... 348/181, 500;
345/150, 22, 88, 153, 155, 89; 349/74

[56] **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 3,877,009 | 4/1975 | Kanie et al. | 345/150 |
| 4,278,972 | 7/1981 | Wozniak | 348/500 |
| 4,789,854 | 12/1988 | Taylor | 358/22 |
| 4,847,683 | 7/1989 | Lang | 358/31 |
| 4,956,638 | 9/1990 | Larky et al. | 340/701 |
| 5,012,163 | 4/1991 | Alcorn et al. | 358/32 |
| 5,170,152 | 12/1992 | Taylor | 340/703 |
| 5,189,407 | 2/1993 | Mano et al. | 345/88 |
| 5,309,170 | 5/1994 | Takashi et al. | 345/89 |
| 5,337,068 | 8/1994 | Stewart et al. | 345/88 |
| 5,369,432 | 11/1994 | Kennedy | 348/181 |
| 5,566,010 | 10/1996 | Ishii et al. | 349/74 |
| 5,604,513 | 2/1997 | Takahashi et al. | 345/153 |
| 5,606,339 | 2/1997 | Isong et al. | 345/22 |

FOREIGN PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 0 347 720 | 6/1989 | Japan | G09G 3/36 |

*Primary Examiner*—Richard A. Hjerpe
*Assistant Examiner*—Ronald Laneau
*Attorney, Agent, or Firm*—Jay P. Sbrollini

[57]                **ABSTRACT**

To correct the dependency of the transmissivity/applied voltage characteristics on color, a computing circuit is provided for generating corrected gray scale data by performing an addition or subtraction of the gray scale level related to at least one color. A delay circuit delays the gray scale data for uncorrected colors to maintain synchronization between the gray scale signals of all colors.

**13 Claims, 6 Drawing Sheets**





FIG. 1



FIG. 2



FIG. 3



FIG. 4

U.S. Patent         Dec. 28, 1999         Sheet 3 of 6         6,008,786



FIG. 5

FIG. 6

| Gray Scale | Condition |
|------------|-----------|
| 0 - 3 | A |
| 4 - 10 | B |
| 11 - 53 | C |
| 54 - 60 | B |
| 61 - 63 | A |

FIG. 7

| Condition | Addition/ Subtraction Amount |
|-----------|------------------------------|
| A | 0 |
| B | −2 |
| C | −4 |
| ⋮ | ⋮ |



FIG. 8



FIG. 9

6,008,786

1

## METHOD FOR DRIVING HALFTONE DISPLAY FOR A LIQUID CRYSTAL DISPLAY

### FIELD OF THE INVENTION

The subject invention related to driving methods and control mechanisms in TFT liquid crystal displays (TFTLDCs) In particular, the subject invention relates to driving methods and control mechanisms for TFTLCD'S: in which the transition for each color in halftone display is effectively prevented

### BACKGROUND ART

The reduction in size of electronic equipment has been accompanied by an increase in the use of liquid crystal displays (LCDs). The LCD is not only used as a computer screen, but also is used as a television screen, a projection screen, etc. Utilizing liquid crystal has advantages such as low power consumption due to low driving voltage, and relatively fast response. It is expected that the field of application of LCDs will expand in the future

Most of the currently used LCDs are of the active matrix type. The active matrix type means the one in which a separate driving circuit element is provided for each pixel to improve display characteristics Active matrix LCDs using thin-film three-terminal transistors (TFTs) as switching elements are called TFT liquid crystal displays (TFTLCDs)

In using TFTLCDs to display pictures, it is necessary to provide gray scale data of the picture to the LCD to drive the LCD FIG 1 shows the construction of the control unit of the TFTLCD The array/cell portion 1 of the LCD is connected to an X-driver 3 and a Y-driver 5 The X-driver 3, when it is supplied with gray scale data, applies a voltage corresponding to the gray scale data to the cell The Y-driver 5 is connected to the gate of a switching element, and conducts/ does not conduct the voltage applied to the cell by the X-driver 3 at a predetermined time.

Gray scale data is supplied to the X-driver by data control unit 10. The data control unit 10 consists of a data control circuit 12 for latching and storing the externally supplied R/G/B data in a buffer, and a timing control circuit 14 for outputting the gray scale data stored in the buffer to the X-driver 3 at a predetermined time A clock signal is externally supplied to the data control circuit 12 and the timing control circuit 14 to control the timing. A power supply 7 is connected to the X-driver, Y-driver 5, and data control unit 10

To display a picture on an LCD, a voltage corresponding to the gray scale is provided to each pixel of each color. That is, the driving of a pixel is not a simple on-off function, a voltage divided into several levels (gray scales) is provided to adjust the transmissivity of the pixel, so that intermediate color intensity can be displayed To achieve such control in a color display, R/G/B signal levels are supplied to each pixel For a display of a 64-level gray scale, 64-step voltage is used, and the voltage for each pixel is applied according to the respective gray scale data. Ideally, the same transmissivity can be achieved for all the colors when the voltage corresponding to a particular gray scale is used The relationship for this is shown in FIG 2. In FIG 2, transmissivity is plotted on the ordinate, and applied voltage is plotted on the abscissa. Applied voltage is determined by the gray scale data. Accordingly, when a certain gray scale n is chosen, the applied voltage Vn is determined by that gray scale Then, according to the relationship of FIG 2, transmissivity Tn for the gray scale Vn is achieved

Ideally, the relationship between gray scale, applied voltage, and transmissivity is the same for each of the R/G/B

2

colors However in actuality, the gray scale and the achieved transmissivity have a slight difference depending on color This is because the degree of light modulation for the specific twist of the twisted noematic liquid crystal is slightly different depending on wavelength That is, even though a light passes through a liquid crystal layer in a similarly twisted state, the degree of the modulation given to the passing light is wavelength dependent, and thus the scattering of brightness that occurs for a given gray scale is color dependent This is shown in FIG 3. The transmissivity of blue (B) is higher than that of both red (R) and green (G) for the same voltage over a wide range of applied voltage. That is, since the relationship between gray scale and applied voltage for each color is unique, the transmissivity of blue (B) is greater even if each color is selected with the same gray scale and the same voltage is applied in the displaying of intermediate colors Thus, the correlation between transmissivity and applied voltage (hereinafter referred to as transmissivity/applied voltage characteristics) has a color (wavelength) dependency If the displaying is performed without providing any correction, the graduation of color translates to blue more than called for by the halftone data, and the picture on the whole takes on a bluish hue. FIG. 4 shows this state represented by a chromaticity diagram FIG 4 shows that L63 should be a white color state if an ideal state could be realized, but in actuality, L0, or a shift to blue, occurs because of the wavelength dependency of the transmissivity/applied voltage characteristics

Various methods have been proposed for correcting the above problem These methods are roughly divided into (1) methods for making the correction by the modification of the structure of LCD, and (2) methods for making the correction by using electric control.

A typical example of the first category (1) is the adoption of a multi-gap structure A multi-gap structure is a structure in which the thickness of the color filter of the pixel of each color of R/G/B varies That is, the thickness (gap) of the liquid crystal sealing portion is changed to achieve the matching of the transmissivity/applied voltage characteristics for each color However, implementation of a multi-gap structure is accompanied by difficulties in the manufacturing process Problems occur in the adjustment of the thickness of the color filter, and in the uniformization of the gap between the two glass substrates forming the liquid crystal cell Yield is effected by these difficulties causing an increase in manufacturing cost

As an example of the second category (2), is a method in which the reference voltage (gray scale voltage) given to the data driver is tailored to the characteristics for each color This method can compensate for the color dependency of the transmissivity/applied voltage characteristics However, the circuits needed to independently control the reference voltages, raise the cost and cause difficulties in the implementation. Another method that falls within this second category, is to use the voltage for one of the colors of R/G/B as a reference voltage, and use offset voltages for each of other colors This methods has the same problems as the method in which the reference voltages are separately applied, and in addition, cannot accomplish desired effect if the gradients of the curves showing the transmissivity/ applied voltage characteristics of R/G/B vary with applied voltage. That is, in accordance with the offset voltage method, correction is carried out by applying a uniform offset voltage for all applied voltages, and thus the correction cannot be effectively performed unless the gradients of the curves showing the transmissivity/applied voltage characteristics are the same over the whole applied voltage range.

6,008,786

3

Japanese Published Unexamined Patent Application No. 01-101586 discloses a technique in which different liquid crystal driving voltage levels are set for each of the colors, and that level is applied to each pixel. Japanese Published Unexamined Patent Application No 03-6986 discloses a technique in which the driving voltage is made to vary a predetermined voltage from color to color to obtain uniformity in transmissivity. Japanese Published Unexamined Patent Application No. 03-290618 discloses a technique in which a similar object is accomplished by independently inputting a gray scale control signal for each color

Therefore, first object of the subject invention is to provide a driving method for a TFTLCD in which the dependency on color of the transmissivity/applied voltage characteristics is effectively corrected

A second object of the subject invention is to realize the effective correction using a very simple method which enables the above described correction to be made without increase in complexity of the control method, and the restrictions on the implementation by addition of circuits

SUMMARY OF THE INVENTION

In accordance with the present invention, the above described problems are solved by gray scale data (a bit string for a color liquid crystal display) wherein the data control means includes a computing circuit for performing an addition or subtraction of the gray scale related to at least one color to generate a corrected gray scale, and also includes delay means for delaying the outputting of the uncorrected gray scales, during the time which the gray scale of the one color is being corrected

BRIEF DESCRIPTION OF THE DRAWINGS

FIG 1 is a diagrammatic view of the driving circuit for TFTLCD according to the background art;

FIG 2 is a graph showing the transmissivity/applied voltage characteristic in an ideal color LCD;

FIG 3 is a graph showing the transmissivity/applied voltage characteristic of the color LCD in the background art;

FIG 4 is a chromaticity diagram showing an example of the color transition of the color LCD in the background art;

FIG 5 is a diagrammatic view of the data control unit in the driving circuit for TFTLCD according to the subject invention;

FIG 6 is a diagrammatic view of the condition determination table in the data control unit according to the subject invention;

FIG 7 is a diagrammatic view of the addition/subtraction table in the data control unit according to the subject invention;

FIG 8 is a circuit for implementing by hardware the condition determination and the condition determination table in the data control unit according to the subject invention; and

FIG 9 is a graph showing the transmissivity/applied voltage characteristic corrected by the driving circuit for TFTLCD according to the subject invention

PREFERRED EMBODIMENT

The subject invention can be realized by improving the data control unit 10 of FIG 1 as is shown in FIG 5 In the background art, the data control unit consists only of a latch and a buffer However, in the subject invention, the gray

4

scale data related to a color, that is to be corrected, is temporarily inputted to a computing circuit An addition or subtraction operation is applied to that gray scale data to shift it by one or more gray scale levels, to thereby achieve transmissivity equivalent to the other colors which are not to be corrected

In FIG 5, the color to be corrected is blue (B), and the colors which are not to be corrected are red (R) and green (G). The gray scale data related to R or G are shown by R0 to R5 or G0 to G5 in FIG 5

A portion 20 to which gray scale data related to R and G are inputted includes a data latch circuit 22 and a buffer circuit 26, like that in the data control unit in the background art However, in addition to the data control unit in the background art, it includes a delay circuit 24 This is to compensate for the time during which the gray scale data B0 to B5 related to B is operated on by a computing circuit 32 in accordance with a condition determination table 36, as described later The delay circuit 25 thereby assumes the outputting of the R and G gray scale data to the driver with the same timing as the corrected B gray scale data

The gray data B0 to B5 for blue is a bit string for representing a 64-level gray scale It is comprised of a bit string (B0, B1, B2, B3, B4, B5) For instance, if the gray scale is "4", (B0, B1, B2, B3, B4, B5)=(001000), and if the gray scale is "28", (B0, B1, B2, B3, B4, B5)=(001110) The same applied for R0 to R5 or G0 to G5 which are the gray scale data for reg or green, respectively

Circuit 30 is for adjusting the Blue gray scale data B0 to B5. To accomplish this, the gray scale data related to Blue is first supplied to a computing circuit 32. In the computing circuit 32, the gray scale data for blue is reduced, for instance, by zero to four levels in comparison with the grey scale data for red and green By correcting gray scale data in this way, results in matching the transmissivity of blue to that of Red and Green

Further, the gray scale data for Blue is also supplied to a condition determination table 33 The condition determination table 33 determines the amount of the adjustment of the gray scale data A diagrammatic representation of the condition determination table is shown in FIG 6 As shown, conditions A to C, corresponding to various gray scale levels, are set in the condition determination table 33 The condition corresponding to a gray scale is outputted from the condition determination table 33 to an addition/subtraction table 34 The addition/subtraction table 34 has the function of setting the actual amount of the addition or subtraction A diagrammatic representation of the addition/subtraction table 34 is shown in FIG 7 That is, the addition/subtraction tables set the amount to be added or subtracted according to the condition provided from the condition determination table 33 The amount of the addition or subtraction to correct the gray scale is supplied to the computing circuit 32

The condition determination table 33 and the addition/subtraction table 34 can be implemented by software The condition determination table can also be implemented by hardware by using the logic circuit shown in FIG 8 To implement the specific conditions represented in FIG 6, the gray scale data B0 to B5 are inputted to the logic circuit as shown The gray scale data of B2 to B5 are inverted and inputted to an AND circuit 101 to create a condition corresponding to condition A in FIG 6 for gray scale levels 0 to 3 Similarly, the gray scale data B0, B2 to B5 for gray scale levels 61 to 63 corresponding to condition A is inputted into AND circuit 102. The outputs of the AND circuit 101 and the AND circuit 102 are inputted to an OR circuit 106, and

6,008,786

<table>
<tr><td>5</td><td>6</td></tr>
</table>

the condition A is outputted by circuit 110. AND circuit 103 and AND circuit 104 are circuits for generating condition B Inputted to ANDs 103 and 104 is an output 122 separately created in a group of logic circuits 120, to thereby output the condition B for desired gray scale data levels 4 to 10 and 54 to 60. If there is no output from OR circuits 106 and 107, condition C is set. In this case, an output is provided by an AND circuit 108 to the circuit 110 to achieve the generation of condition C. Conditions A, B, and C are outputted from Q1 to Q3 of the circuit 110.

Operation of the circuit 30 to which gray scale data for blue is inputted, and of the circuit 20 to which gray scale data related to Red and Green are inputted is as follows When a gray scale level "2" is received, or (B0, B1, B2, B3, B4, B5)=(010000) is inputted, the input to the display is determined by the condition determination table 33. As shown in FIG. 6, in the condition determination table 33, the condition A is outputted to the addition/subtraction table 34, and thereafter, in the addition/subtraction table 34, "0" is outputted to the computing circuit as the addition or subtraction amount as shown in FIG. 7 Accordingly, the gray scale "2" is provided unconnected to the X-driver via a buffer circuit 36. The above described processing causes a predetermined delay Thus, the gray scale data for Red and Green corresponding to the gray scale data related to Blue are delayed for time taken for the processing by a delay circuit 24. As a result, the gray scale data related to B is outputted from the buffer circuit 36 to the X-driver is synchronized with the gray scale data for Red and Green for simultaneous output from the buffer circuit 26 to the X-driver.

Where the gray scale data level is "20," or the grey scale level signal (B0, B1, B2, B3, B4, B5)=(001010), the condition determination table 33 provides condition C signal to the addition/subtraction table 34 as shown in FIG. 6. In response, the addition/subtraction table 34 provides a signal to the computing circuit to subtract four grey scale levels (the amount as shown as −4 in FIG. 7) Accordingly, the gray scale level "20" is corrected by the computing circuit 32 to a gray scale level "16"(20−4=16) which level is provided to the X-driver via the buffer circuit 36. In this way, corrections are made to the transmissivity/applied voltage characteristics where, as shown in FIG. 3, they are not uniform for each color

FIG. 9 shows the affect the correction of the present invention has on the transmissivity/applied voltage characteristics. In this figure, the ordinate indicates transmissivity and the abscissa indicates gray scale level all of R/G/B, the same transmissivity is achieved for the same gray scale level. Thus, it is seen that the problem of the subject invention of effectively correcting the difference in the dependency of the transmissivity/applied voltage for each color has been solved

In accordance with the subject invention, the difference in the dependency of the transmissivity/applied voltage characteristics for each color can be effectively compensated for Further, the amount of the adjustment can be varied with the grey scale level for accurate compensation

With the method of the subject invention, only an additional circuit such as a computing circuit, is needed to effectively correct the differences in the transmissivity/applied voltage characteristics for colors. The above correction is made while avoiding the problems in complexity of control methods in the background art That is, to implement the subject invention, only a condition determination circuit is needed in the data control circuit It is not necessary to change the structure of the X-driver or the structure of the cell

Although, in this embodiment, the gray scale data related to B has been made to match the gray scale data related to R and G by performing a subtraction thereof, it should be self evident to those skilled in the art that an addition of the gray scale data related to Red and Green can be used to match the gray scale data for those colors with the gray scale data related to Blue using the teaching of the present invention. Therefore, it should be understood that many changes can be made in the described embodiment without departing from the spirit and scope of the present invention

We claim:

1. A liquid crystal color display comprising:
   a) a display cell containing a light transmitting medium,
   b) driver means connected to said display cell for driving the display cell with sets of grey scale data signals each signal for a different color, and
   c) data control means for receiving gray scale data signals related to the setting of a gray scale for the display cell and outputting said gray scale data signals to said driver with a predetermined timing, wherein said data control means includes:
      i) computing means for changing the level of the gray scale data signals for at least one color relative to the other colors to a different gray scale level to compensate for a variation in intensity between the colors due to wavelength related differences in transmissivity between the colors through the light transmitting medium, and
      ii) buffer means for delaying any uncorrected gray scale signal related to the other colors for the time delay caused by said corrected gray scale data signal being corrected.

2. A liquid crystal color display of claim 1 wherein: said data control means comprises adjusting means for varying the amount of correction accorded to the gray scale data signals for said at least one color

3. A liquid crystal color display of claim 1 wherein: said adjusting means is for the data control means to simultaneously output the corrected and uncorrected gray scale data signals

4. A liquid crystal color display of claim 1 wherein: said correction performed by said data control means includes an addition or subtraction of the voltage representing at least one gray scale level for at least one color

5. A method of gray scale data control for eliminating the effect wavelength dependency of transmissivity of light in a multicolor display cell comprising:
   changing the level of gray scale data signals related to at least one of the multicolors supplied to the display cell to create a corrected gray scale data signal with a level different from the inputted gray scale data signal to compensate for differences in transmissivity of the colors that result from wavelength dependence, and synchronizing the output of the gray scale data signals by delaying the output for at least one other of the multicolor by the time taken for correction of said at least one color to simultaneously output the gray scale data of all said multicolors

6. A gray scale control method of claim 5 wherein said correction includes an adding or subtracting voltage level representations of at least one gray scale of said at least one color

7. A liquid crystal multicolor display comprising:
   a) display cells containing a light transmitting medium,
   b) driver circuits connected to said display cells for driving the display cells with sets of gray scale data signals each driver circuit for a different one of the colors,

6,008,786

7

i) calculation logic in the driver circuit of at least one color for changing the level of the gray scale data signals of said at least one color to a different gray scale level to compensate for color distortion due to wavelength related differences in transmissivity between the colors through the light transmitting medium, and

ii) delay logic in the driver circuit for any other of the colors without the calculation logic in its driver circuit for delaying the gray scale signals for the other of the colors to synchronize the provision of the sets of gray scale data signals by compensating for the delay caused by the calculation logic

8. The liquid crystal color display of claim 7 wherein said data calculation logic provides adjustments for varying the amount of correction in accordance with the level of the gray scale data signals provided to said calculation logic.

9. The liquid crystal display of claim 8 wherein said at least one color is blue and said any of the other colors are red and green.

10. The liquid crystal display of claim 7 wherein said calculation logic includes a tabular lookup table providing different corrective values at different gray scale levels.

8

11. A liquid crystal color display of claim 10 wherein said correction performed by said data control means includes an addition or subtraction of the binary signal representing a change of at least one gray scale level for at least one color.

12. A method of gray scale data control for reducing the effect wavelength dependency on transmissivity of light in cells of a multicolor display comprising:

changing the gray scale data signals related to one of the multicolors to correct for the wavelength dependency of transmissivity and thereby create a corrected gray scale data signal different from the inputted gray scale data signal for that color, and synchronizing the timing of the gray scale data signals by delaying the output for any other color of the multicolors with gray scale data signals not subject to a correction by the amount of time taken for correction of the one color to synchronize the timing of the gray scale data signals for all said multicolors.

13. The method of claim 12 including varying the magnitude of the corrective change as a function of the gray scale level of said one of the multicolors.

*  *  *  *  *



US006013923A

## United States Patent [19]

**Huang**

[11] **Patent Number:** **6,013,923**

[45] **Date of Patent:** **Jan. 11, 2000**

[54] **SEMICONDUCTOR SWITCH ARRAY WITH ELECTROSTATIC DISCHARGE PROTECTION AND METHOD OF FABRICATING**

[75] Inventor: **Zhong Shou Huang**, Mississauga, Canada

[73] Assignee: **1294339 Ontario, Inc.**, Toronto, Canada

[21] Appl. No.: **09/000,479**

[22] PCT Filed: **Jul. 31, 1995**

[86] PCT No.: **PCT/CA95/00454**

§ 371 Date: **Jul. 21, 1998**

§ 102(e) Date: **Jul. 21, 1998**

[87] PCT Pub. No.: **WO97/05654**

PCT Pub. Date: **Feb. 13, 1997**

[51] Int. Cl.[7] ................................. H01L 23/62
[52] U.S. Cl. ......................... 257/59; 257/356
[58] Field of Search ............... 349/139, 143; 257/59, 355–363

[56] **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 4,803,536 | 2/1989 | Tuan | |
| 5,220,443 | 6/1993 | Noguchi | |
| 5,313,319 | 5/1994 | Salisbury | |
| 5,371,351 | 12/1994 | Van Berkel | |
| 5,373,377 | 12/1994 | Ogawa et al. | 257/356 |
| 5,497,146 | 3/1996 | Hebiguchi | 257/59 |
| 5,504,348 | 4/1996 | Yoshida et al. | 257/59 |
| 5,668,032 | 9/1997 | Holmberg et al. | 257/59 |

| | | | |
|---|---|---|---|
| 5,909,035 | 6/1999 | Kim | 257/59 |

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| 0 616 241 A2 | 3/1994 | European Pat. Off. |
| 62198826 | 2/1986 | Japan |
| 1303416 | 5/1988 | Japan |
| 2061618 | 8/1988 | Japan |
| 224 2229 | 9/1990 | Japan |
| 300 2838 | 9/1991 | Japan |
| WO 97/05654 | 9/1991 | WIPO |

OTHER PUBLICATIONS

Sang U. Kim, "ESD induced gate oxide damage during wafer fabrication process," *Journal of Electrostatics*, (Dec., 1993)

*Primary Examiner*—David B. Hardy
*Attorney, Agent, or Firm*—Fay, Sharpe, Fagan, Minnich & McKee, LLP

[57] **ABSTRACT**

A method of inhibiting electrostatic discharge damage to an array of semiconductor switches (21) formed on a common substrate and arranged in rows and columns comprises the steps of: during formation of gate lines (24) that interconnect one of the rows and columns of the array, connecting one end of each gate line directly to a shorting ring (52) and another end of each gate line to a shorting ring (56) via a protection element (54); during formation of the source lines (26) that interconnect the other of the rows or columns of the array, connecting one end of each source line directly to a shorting ring (56) and connecting another end of each source line to a shorting ring (56) via a protection element (58); and electrically coupling the shorting rings (52, 56). A semiconductor switch array (21) incorporating electrostatic discharge protection (50) is also provided

**20 Claims, 7 Drawing Sheets**



EXHIBIT "B"



**FIG.1.**



**FIG.2.**





**FIG.4**



**FIG.5**



FIG.6



FIG.7



FIG.8

Case 1:08-cv-00355-JJF    Document 78-3    Filed 06/12/2008    Page 8 of 13



FIG.9

6,013,923

**1**

# SEMICONDUCTOR SWITCH ARRAY WITH ELECTROSTATIC DISCHARGE PROTECTION AND METHOD OF FABRICATING

## TECHNICAL FIELD

The present invention relates to a method of protecting a semiconductor switch array from electrostatic discharge damage and to a semiconductor switch array incorporating electrostatic discharge protection.

## BACKGROUND ART

Electrostatic discharge (ESD) damage is a well known phenomenon and can occur during the fabrication of semiconductor devices such as metal-oxide semiconductor (MOS) structures. In structures of this nature, ESD damage can result in gate insulating layer breakdown, large shifts in threshold voltage and large leakage currents between the gate and source electrodes or gate and drain electrodes.

ESD damage is a more pronounced problem during the fabrication of thin film transistor (TFT) switch arrays for use in liquid crystal displays or in flat panel detectors for radiation imaging. This is due to the fact that the TFT switches are formed on an insulating substrate (typically glass) and thus, the source and drain electrodes may charge to a very high voltage. Also, because peripheral circuits to which the TFT switch array is to be connected are generally not formed on the same substrate as the TFT switch array, the gate and source lines must extend from the TFT switch array sufficiently to allow the peripheral circuits to be connected to the TFT switch array via wire bonding pads. Any static charge picked up by the gate and source lines is transferred to the gate and source electrodes of the TFT switches as well as to the intersecting nodes of the gate and source lines where the static charge is held. If the static charge reaches a high enough level, the dielectric gate insulating layer between the gate and source electrodes may breakdown. Even if this breakdown can be avoided, the voltage differential between the gate and source electrodes or gate and drain electrodes caused by this held static charge may cause the threshold voltage of the TFT switches to shift in either a positive or negative direction.

Recently, a large amount of attention has been given to the problems resulting from ESD damage especially in active matrix liquid crystal displays and flat panel detectors for radiation imaging. It is now believed that ESD damage is also caused by equipment related problems during the fabrication, handling and testing of these types of devices. The trends to use higher throughput equipment with higher speed substrate handling as well as to downscale during the fabrication process to reduce metal line width and reduce parasitic capacitance in the TFT switches decrease ESD immunity.

One common ESD damage protection circuit used with TFT switch arrays makes use of closed shorting bars surrounding the TFT switch array to link all of the source lines and the gate lines of the TFT switch array together. The shorting bar associated with the gate lines is formed at the time the gate lines are formed while the shorting bar associated with the source lines is formed at the time the source lines are formed. The two shorting bars are electrically connected through vias formed in the TFT switch array structure. Because the shorting bars connect the gate and source electrodes of all of the TFT switches in the array, the gate and source electrodes remain at the same potential throughout the fabrication process. This prevents any volt-

**2**

age differentials from occurring across the gate and source electrodes and therefore, inhibits ESD damage at these electrodes.

Once the TFT switch array has been completely fabricated, the shorting bars are removed by cutting off part of the glass substrate where the shorting bars located. This cutting process is done before the individual TFT switches are tested and before the gate and source lines are connected to peripheral circuits.

Although the above ESD damage protection circuit is widely used, once the shorting bars have been removed, to ESD damage protection remains. This poses problems since ESD damage often occurs during testing of the TFT switches and during bonding of the gate and source lines to peripheral equipment. This is in view of the fact that at this stage, the TFT switch array is handled by individuals and contacted with electronic measuring equipment.

Another ESD damage protection network for TFT switch arrays is disclosed in U.S. Pat. No. 4,803,536. This ESD damage protection network makes use of a strip of $N^+$ amorphous silicon resistive material film extending to all of the bonding pads. The value of the resistive material film is at least an order of magnitude greater than the impedance of external driver circuits connected to the bonding pads. By manipulating the resistance of the resistive material film, static charges disperse to all of the gate and source lines with an RC constant. Although individual TFT switches can be tested without removing the resistive material film, the resistive material film crosses over all of the gate and source lines. This causes crosstalk and electronic noise which in certain applications, such as x-ray imaging where signal currents are small, are serious problems.

U.S. Pat. No. 5,313,319 discloses yet another ESD protection circuit for a TFT switch array. This protection circuit includes static protection capacitors formed on the substrate of the TFT switch array between the gate and source lines. The thickness of the static protection capacitors are chosen to ensure that they breakdown due to static charges before ESD damage to the TFT switches occurs. Unfortunately, the static protection capacitors increase stray capacitance in the TFT switch array thereby increasing electronic noise making the TFT switch array unsuitable for many applications.

Japanese Patent Nos. JPA2-61618, JPA62-198826 and JPA1-303416 and U.S. Pat. No. 5,371,351 disclose an ESD protection circuit for a TFT switch array which makes use of photodiodes formed of an a-Si film. The photodiodes connect the gate lines with the source lines to minimize any potential voltage difference between them. When the photodiodes are illuminated, the resistance of the protection circuit decreases dramatically creating short circuits between the gate and source lines. When testing individual TFT switches, or when operating the TFT switch array in normal conditions, no incident light is permitted to impinge on the photodiodes. This keeps the resistance of the protection circuit very high to minimize crosstalk and leakage currents.

U.S. Pat. No. 5,220,443 discloses an ESD protection circuit for a TFT switch array. The protection circuit includes a common electrode interconnecting the gate and source lines. Non-linear resistive elements having a resistance that decreases with an increase in voltage are connected between the gate and source lines. The non-linear resistive elements are realized using two back to back thin film diodes. Because the resistive elements provide a large resistance between the gate and source lines, individual TFT switches can be tested without cutting the glass substrate.

6,013,923

3

Even after cutting the glass substrate, some of the non-linear resistive elements remain to improve the immunity of the TFT switch array to ESD damage. However, the immunity of the TFT switch array to ESD damage after cutting is significantly less than before cutting.

The prior art ESD protection circuits referred to above all have some common drawbacks. Firstly, none of the ESD protection circuits protect the TFT switch array from the first manufacturing stage (usually gate line formation) to the last manufacturing stage (usually wire bonding). During the manufacture of TFT switch arrays for liquid crystal displays, it has been found that ESD damage may occur during the process of spin coating or stripping photoresist, during the cleaning process using DI water, and during plasma etching. These processes are often performed prior to the completion of the TFT switch array structure. Isolating the gate lines before finishing source line metallization as suggested in the prior art may result in the build up of electrostatic charge on the gate lines. Electrostatic charges on the gate lines may become buried under the dielectric film forming the gate insulating layer and incubate until later stages in the manufacturing process. During these later stages, the buried electrostatic charges may move along the gate lines and concentrate at a few points or boundary lines causing a breakdown in the dielectric gate insulating layer.

In addition, in some instances since the gate and source lines are interconnected by protection elements, a failure in the connection between a gate or source line and a protection element will result in the gate or source line being isolated from the common electrode.

In the case of U.S. Pat. No. 5,220,443, although some ESD damage protection circuitry remains on the substrate during the wire bonding process, the impedance between an arbitrary gate line and a source line may become too large to discharge electrostatic charge quickly enough to avoid ESD damage. Accordingly, better protection against ESD damage is desired.

It is therefore an object of the present invention to provide a reliable method of protecting a semiconductor switch array from ESD damage and a semiconductor switch array incorporating electrostatic discharge protection which obviates or mitigates at least one of the above-described disadvantages.

## SUMMARY OF THE INVENTION

According to one aspect of the present invention there is provided a method of inhibiting electrostatic discharge damage to an array of semiconductor switches formed on a common substrate and arranged in rows and columns, individual ones of one of the rows or columns of said array being interconnected by source lines and the individual ones of the other of the rows or columns of said array being interconnected by gate lines, said method comprising the steps of:

during formation of said gate lines, connecting one end of each gate line directly to a shorting element and another end of each gate line to a shorting element via a protection element;

during formation of said source lines, connecting one end of each source line directly to a shorting element and connecting another end of each source line to a shorting element via a protection element; and

electrically coupling said shorting elements.

According to yet another aspect of the present invention there is provided a semiconductor switch array incorporating electrostatic discharge protection comprising:

an array of semiconductor switches formed on a common substrate and arranged in rows and columns, the indi-

4

vidual ones of one of the rows or columns of said array being interconnected by source lines and the individual ones of the other of said rows or columns being interconnected by gate lines; and

a pair of electrically coupled shorting elements formed on said substrate, each of said gate and source lines being connected to one of said shorting elements directly and to one of said shorting elements via a protection element.

In one embodiment, it is preferred that the method further comprises the step of connecting the one and another ends of each of the source lines to a first shorting element, connecting the one ends of each of the gate lines to a second shorting element and the another ends of each of the gate lines to the first shorting element electrically coupling the first and second shorting elements.

In another embodiment, it is preferred that the method further comprises the step of connecting the one ends of the source and gate lines to a first shorting element, connecting the another ends of the source and gate lines to a second shorting element and electrically coupling the first and second shorting elements. In this case, it is also preferred that the one and another ends of the source and gate lines alternate between opposite sides of the array. In both embodiments, it is preferred that the protection elements are in the form of resistive protection elements.

The present invention provides advantages in that the ESD damage protection is maintained throughout the entire manufacturing and testing process of the semiconductor switch array and is fully compatible with conventional semiconductor switch array fabrication processes.

## BRIEF DESCRIPTION OF THE DRAWINGS

Embodiments of the present invention will now be described more fully with reference to the accompanying drawings in which:

FIG. 1 is a schematic of a flat panel detector for radiation imaging incorporating a TFT switch array;

FIG. 2 is an equivalent circuit of a pixel forming part of the flat panel detector illustrated in FIG. 1;

FIG. 3 is a schematic of a TFT switch array incorporating an ESD damage protection circuit;

FIG. 4 is a cross-sectional view of FIG. 3;

FIG. 5 is another cross-sectional view of FIG. 3;

FIG. 6 is a schematic of an alternative embodiment of a TFT switch array incorporating an ESD damage protection circuit;

FIG. 7 is a top plan view of a portion of the TFT switch array illustrated in FIG. 6;

FIG. 8 is a top plan view of another portion of the TFT switch array illustrated in FIG. 6; and

FIG. 9 is a cross-sectional view of FIG. 7 taken along line 9—9.

## BEST MODES FOR CARRYING OUT THE INVENTION

Referring now to FIG. 1, a flat panel detector for radiation imaging is shown and is generally indicated by reference numeral 20. The flat panel detector includes a semiconductor switch array 21 in the form of a plurality of pixels 22 arranged in rows and columns. Gate lines 24 interconnect the pixels 22 of each row while source lines 26 interconnect the pixels of each column. The gate lines 24 lead to a gate driver circuit 28 which provides pulses to the gate lines in

6,013,923

5

succession in response to input from a control circuit 29 The source lines 26 lead to charge amplifiers 30 which in turn are connected to an analog multiplexer 32 The analog multiplexer provides image output which can be digitized to create a digitized radiation image in response to input from the control circuit 29

FIG 2 shows an equivalent circuit of one of the pixels 22 As can be seen, the pixel 22 includes a radiation transducer CS coupled to a storage capacitor $C_{ST}$ in the form of a pixel electrode 36 The pixel electrode 36 constitutes the drain electrode of a thin film transistor ("TFT") switch 38 The source electrode of TFT switch 38 is coupled to one of the source lines 26 while the gate electrode of the TFT switch is coupled to one of the gate lines 24

When the radiation transducer $C_{SE}$ is biased and is exposed to radiation, it causes the pixel electrode to store a charge proportional to the exposure of the radiation transducer $C_{SE}$, to radiation Once charged, the charge can be read by supplying a gating pulse to the gate terminal of TFT switch 38 When the TFT switch receives the gate pulse, it connects the pixel electrode 36 to the source line 26 allowing the pixel electrode to discharge The charge on the source line 26 is detected by the charge amplifier 30 which in turn generates an output voltage proportional to the detected charge The output voltage of the charge amplifier is conveyed to the analog multiplexer 32

Referring now to FIG 3, during the fabrication process, the array 21 of pixels 22 including the gate and source lines 24 and 26 respectively are fabricated on a common glass substrate Wire bonding pads 46 are formed at the ends of the source lines 26 for testing or for wire bonding purposes Similarly, wire bonding pads 48 are formed at the ends of the gate lines 24 As mentioned previously, during fabrication of the TFT switch array 21, during its testing or when connecting peripheral circuits to the TFT switch array 21 such as gate driver 28 and charge amplifiers 30, ESD damage to the TFT switch array may occur To reduce the occurrence of ESD damage during fabrication of the TFT switch array 21, an ESD damage protection circuit 50 is also fabricated on the glass substrate as will now be described.

The ESD damage protection circuit 50 includes a first shorting element in the form of a ring 52 surrounding the TFT switch array and interconnecting all of the gate lines 24 of the TFT switch array 21 Specifically, the shorting ring 52 is connected directly to the wire bonding pads 48 on one side of the TFT switch array 21

A second shorting element in the form of a ring 56 also surrounds the TFT switch array and interconnects all of the source lines 26 of the TFT switch array 21 The second shorting ring 56 is connected directly to the wire bonding pads 46 on one side of the TFT switch array 21 and is connected to the wire bonding pads 46 on the other side of the TFT switch array through resistive protection elements 58 Shorting ring 56 is also connected to each of the wire bonding pads 48 on the other side of the TFT switch array 21 through a resistive protection element 54 The two shorting rings 52 and 56 are electrically connected through vias (not shown) formed in the TFT switch array structure. The resistive protection elements 54, 58 provide current paths for leaking electrostatic charges collected by the gate and source lines 24 and 26 and have resistances at least one order of magnitude greater than the impedance of the gate and source lines

FIGS 4 and 5 best illustrate the resistive protection elements 54 and 58 respectively. As can be seen in FIG 4, resistive protection element 54 includes a Cadmium

6

Selenide (CdSe) semiconductor material channel 78 Wire bonding pad 48 contacts the channel 78 through a via formed in the gate insulating layer 74 and passivation layer 76 Shorting ring 56 also contacts the channel 78. Resistive protection element 58 also includes a CdSe channel 78 contacted by wire bonding pad 46 and shorting ring 56 Shorting ring 56 as mentioned previously is connected to shorting ring 52 through vias (not shown). The resistances of the resistive protection elements 54 and 58 can be designed to change with bias voltage in a linear or non-linear manner and may take the form of one of a variety of structures such as for example, TFT switches, TFD's (thin film diodes), zener diodes or photodiodes

As one of skill in the art will appreciate, the shorting ring 52 is formed when the gate lines 24 are being formed on the substrate of the TFT switch array structure. The shorting ring 56 is formed when the source lines 26 are being formed on the substrate

After the TFT switch array 21 and ESD damage protection circuit 50 have been formed on the glass substrate, the TFT switch array structure can be cut along scribe lines ABCDA to expose the wire bonding pads 46 and 48 connected to the source and gate lines extending from one side of the TFT switch array permitting the individual TFT switches 38 in the array to be tested These scribe lines are marked so that part of each shorting ring 52, 56 remains intact keeping the gate and source lines 24 and 26 interconnected through the resistive protection elements 54 and 58 during the testing stage If electrostatic charges appear on the gate or source lines resulting in any unbalanced potentials across the dielectric film constituting the gate insulating layer of the TFT switch array, the electrostatic charges will disperse quickly through the resistive protection elements connected to the gate and source lines

Once testing has been completed, the outputs from the gate driver 28 can be connected to the wire bonding pads 48 of the exposed gate lines 24 via a wire bonding process Similarly, the inputs to the charge amplifiers 30 can be connected to the wire bonding pads 46 of the exposed source lines 26 via a wire bonding process Thus, the TFT switch array 21 can be connected to the peripheral circuitry with half of the ESD damage protection circuit intact

After the wire bonding processes have been completed, the remaining half of the ESD damage protection circuit 50 can be severed from the TFT switch array 21 using a laser cutting operation made along scribe lines EFG. However, the remaining half of the ESD damage protection circuit may be useful when the flat panel detector 20 is in operation by allowing gate pulses applied to the gate lines to be fed back to the gate driver 28 to shape the gate pulse waveform or to reduce electronic noise In addition, the remaining connections between the resistive protection elements 54 and 58 and the shorting rings 52 and 56 permits excess charge to leak to ground, in the event that bond-wires peel off or in the event that defects in the charge amplifiers 30 or gate drivers 28 occur

In some applications especially in high resolution LFT liquid crystal displays and TFT flat panel detectors, it is desired to use peripheral circuitry connected to the gate and source lines on both sides of the TFT switch array 21. Referring now to FIGS 6 to 9, another embodiment of a TFT switch array 121 incorporating an ESD damage protection circuit 150 is shown which is better suited to accommodate double-sided peripheral circuitry In this embodiment, like reference numerals will be used to indicate like components with a ("100") added for clarity

6,013,923

7

As can be seen, the ESD damage protection circuit **150** includes a shorting ring **152** interconnecting all of the gate lines **124** of the TFT switch array **121**. The shorting ring **152** is connected to only one end of each gate line **124** through wire bonding pads **148**. The connections between the shorting ring **152** and the wire bonding pads **148** alternate between opposite sides of the TFT switch array. Shorting ring **152** also interconnects all of the source lines **126** of the TFT switch array through vias formed in the TFT switch array structure. The shorting ring **152** is connected to only one end of each source line **126** through wire bonding pads **146**. The connections between the shorting ring **152** and the wire bonding pads **146** also alternate between opposite sides of the TFT switch array **121**.

A second shorting ring **156** is connected to the other end of each gate line **124** via resistive protection elements **154**. Shorting ring **156** is also connected to the other end of each source line **126** via resistive protection elements **158**. The shorting rings **152** and **156** are electrically connected through vias **160** and **162** formed at the corners of the TFT switch array structure (see FIGS. 7 and 8).

FIG. 7 best illustrates one of the resistive protection elements **154** although it should be realized that both sets of resistive protection elements **154** and **158** are similar. As can be seen, resistive protection element **154** includes a metal connection tab **170** contacting gate line **124** through vias **172** formed in the gate insulating and passivation layers **174** and **176** of the TFT switch array structure. The tab **170** contacts a CdSe semiconductor material channel **178**. The shorting ring **156** also contacts the channel **178** but is spaced from the connection tab **170**.

After the TFT switch array **121** and ESD protection circuit **150** have been formed on the glass substrate, the TFT switch array can be cut along scribe lines ABCDA to permit the individual TFT switches in the TFT switch array to be tested. Similar to the previous embodiment, the scribe lines are marked so that after cutting, one end of each of the gate and source lines **124** and **126** remains connected to shorting ring **156** via resistive protection elements **154** and **158** respectively.

Once testing has been completed, the peripheral circuits can be connected to the exposed wire bonding pads **146** and **148** on opposite sides of the TFT switch array **121**. After this, the connections between the gate and source lines and the shorting ring **156** can be severed using a programmable laser cutting machine programmed to jump over the gate and source lines **124** and **126** connected to peripheral circuits.

As one of skill in the art will appreciate, the ESD damage protection circuits are present from the first manufacturing stage of the TFT switch array (gate line formation) right through to testing and connection of the TFT switch array to peripheral circuits. Because of this, the likelihood of ESD damage occurring to the TFT switch array is reduced as compared to prior art switch arrays.

Although the ESD damage protection circuits have been described in conjunction with a TFT switch array used in a flat panel detector for radiation imaging, it should be apparent to those of skill in the art that the ESD damage protection circuits can be fabricated during the formation of TFT switch arrays for other applications. Also, the ESD damage protection circuits can be fabricated during the formation of other semiconductor switch arrays where it is desired to protect the switch array from ESD damage during its formation and testing.

Those of skill in the art will also appreciate that variations and modifications may be made to the present invention

8

without departing from the scope thereof as defined by the appended claims.

What is claimed is:

1. A method of inhibiting electrostatic discharge damage to an array of semiconductor switches formed on a common substrate and arranged in rows and columns, individual ones of one of the rows or columns of said array being interconnected by source lines and individual ones of the other of the rows or columns of said array being interconnected by gate lines, said method comprising the steps of:

during formation of said gate lines, connecting one end of each gate line directly to a shorting element and another end of each gate line to a shorting element via a protection element;

during formation of said source lines, connecting one end of each source line directly to a shorting element and connecting another end of each source line to a shorting element via a protection element; and

electrically coupling said shorting elements

2. The method of claim 1 further comprising the steps of connecting said one and another ends of each of said source lines to a first shorting element, connecting said one end of each of said gate lines to a second shorting element and said another end of each of said gate lines to said first shorting element and electrically coupling said first and second shorting elements

3. The method of claim 2 wherein said protection elements are in the form of resistive protection elements

4. The method of claim 3 wherein the one ends of each source line extend from one side of said array and said another ends of each source line extend from an opposite side of said array and wherein the one ends of each gate line extend from one side of said array and said another ends of each gate line extend from an opposite side of said array

5. The method of claim 3 further comprising the step of initially cutting said array along a first set of scribe lines to expose the one ends of said gate and source lines while maintaining the electrical connection between the first and second shorting elements and the another ends of said gate and source lines.

6. The method of claim 5 further comprising the step of further cutting said array along a second set of scribe lines to sever the connection between said another ends of said gate and source lines and said protection elements

7. The method of claim 6 wherein said further cutting is performed using a laser cutting operation.

8. The method of claim 1 further comprising the step of connecting said one ends of said source and gate lines to a first shorting element, connecting said another ends of said source and gate lines to a second shorting element and electrically coupling said first and second shorting elements

9. The method of claim 8 wherein said one and another ends of said source and gate lines alternate between opposite sides of said array

10. The method of claim 9 wherein said protection elements are in the form of resistive protection elements

11. The method of claim 10 further comprising the step of initially cutting said array along a first set of scribe lines to expose the one ends of said gate and source lines while maintaining the electrical connection between the first and second shorting elements and the another ends of said gate and source lines.

12. The method of claim 11 further comprising the step of further cutting said array along a second set of scribe lines to sever the connection between said another ends of said gate and source lines and said protection elements

13. The method of claim 12 wherein said further cutting is performed using a laser cutting operation.

6,013,923

9

**14.** A semiconductor switch array incorporating electro-static discharge protection comprising:

an array of semiconductor switches formed on a common substrate and arranged in rows and columns, the individual ones of one of the rows or columns of said array being interconnected by source lines and the individual ones of the other of said rows or columns being interconnected by gate lines; and

a pair of electrically coupled shorting elements formed on said substrate, each of said gate and source lines being connected to one of said shorting elements directly and to one of said shorting elements via a protection element.

**15.** A semiconductor switch array as defined in claim **14** wherein said protection elements are in the form of resistive protection elements.

**16.** A semiconductor switch array as defined in claim **15** wherein one end of each source line is connected directly to one of said shorting elements and the other end of each source line is connected to said one shorting element via said protection element and wherein one end of each gate line is connected directly to another of said shorting elements and the other end of each gate line is connected to said one shorting element via said protection element.

10

**17.** A semiconductor switch array as defined in claim **16** further including scribe lines to guide cutting thereof to expose said one ends of said gate and source lines while maintaining the electrical connection of said other ends of said gate and source lines to said one and another shorting elements.

**18.** A semiconductor switch array as defined in claim **15** wherein one end of each of said source and gate lines is connected directly to one of said shorting elements and wherein the other end of each of said source and gate lines is connected to another of said shorting elements via a protection element.

**19.** A semiconductor switch array as defined in claim **18** wherein said one and other ends of said gate and source lines alternate between opposite sides of said array.

**20.** A semiconductor switch array as defined in claim **19** further including scribe lines to guide cutting thereof to expose said one ends of said gate and source lines while maintaining the electrical connection of said other ends of said gate and source lines to said another shorting element

* * * * *

US005619352A

## United States Patent [19]

### Koch et al.

[11] Patent Number: **5,619,352**

[45] Date of Patent: **Apr. 8, 1997**

[54] **LCD SPLAY/TWIST COMPENSATOR HAVING VARYING TILT AND /OR AZIMUTHAL ANGLES FOR IMPROVED GRAY SCALE PERFORMANCE**

[75] Inventors: **Gene C. Koch**, Swisher, Iowa; **Bruce K. Winker**, Moorpark; **William J. Gunning, III**, Newbury Park, both of Calif.

[73] Assignee: **Rockwell International Corporation** Seal Beach, Calif.

[21] Appl. No.: **690,033**

[22] Filed: **Jul. 31, 1996**

### Related U.S. Application Data

[63] Continuation of Ser. No. 313,476, Sep. 30, 1994, abandoned, which is a continuation-in-part of Ser. No. 223,251, Apr. 4, 1994, Pat. No. 5,504,603.

[51] Int. Cl.⁶ ............... **G02F 1/1333; G02F 1/1335; G02F 1/13**

[52] U.S. Cl. ............... **349/89;** 349/117; 349/119; 349/177

[58] Field of Search ............... 359/73, 53, 93, 359/102, 51, 52, 63, 499

[56] **References Cited**

#### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 4,813,770 | 3/1989 | Clerc et al. | 359/73 |
| 5,124,824 | 6/1992 | Kozaki et al. | 359/73 |
| 5,126,868 | 6/1992 | Kizaki et al. | 359/73 |
| 5,184,237 | 2/1993 | Iimura et al. | 359/63 |
| 5,189,538 | 2/1993 | Arakawa | 359/73 |
| 5,196,953 | 3/1993 | Yeh et al. | 359/73 |
| 5,375,006 | 12/1994 | Haas | 359/73 |
| 5,460,748 | 10/1995 | Mazaki et al. | 359/73 |

#### FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| 0423881A1 | 4/1991 | European Pat. Off. |
| 0529813A2 | 3/1993 | European Pat. Off. |
| 0576931A3 | 1/1994 | European Pat. Off. |

#### OTHER PUBLICATIONS

"Liquid Crystal TV Displays: Principles and Applications of Liquid Crystal Displays," E. Kaneko, KTH Scientific Publishers, Tokyo, Japan, 1987.

Emsworth, "Achromatic Retardation Layers Based on Anisotropic Polymer Networks," Research Disclosure, No. 337, 1992, p. 411.

Aoki, "Liquid Crystal Display Device," Patent Abstracts of Japan, vol. 12, 413, 1988, p. 780.

Primary Examiner—William L. Sikes
Assistant Examiner—Walter J. Malinowski
Attorney, Agent, or Firm—Gregory G. Williams; M. Lee Murrah; George A. Montanye

[57] **ABSTRACT**

A twisted/splayed O-plate compensation device, in accordance with the invention, is comprised of an organic liquid crystal polymer thin film and possibly one or more other birefringent layers. The O-plate thin film is a birefringent medium with its optical symmetry axis, on average, oriented obliquely with the surface of the film. Within this constraint, the direction of the material's optical symmetry axis is allowed to vary continuously along the axis normal to the film surface. Such films may be fabricated by applying thin layers of chiral doped nematic or semectic liquid crystal monomer solutions in inert solvents to transparent substrates. The carrier solvents are then evaporated and the monomers polymerized by UV irradiation. Compensation devices may also be comprised of multiple layers of twisted/splayed O-plate material in conjunction with A-plates, C-plates, and simple O-plates. Fabrication techniques for twisted/splayed O-plates are described.

**29 Claims, 13 Drawing Sheets**



**Figure 1A**
(Prior Art)



**Figure 1B**
(Prior Art)



**Figure 2**
(Prior Art)



**Figure 3**
(Prior Art)



**Figure 4**
(Prior Art)



**Figure 5**
(Prior Art)



**Figure 6**
(Prior Art)



**Figure 7**
(Prior Art)





## Figure 8
(Prior Art)

**Figure 9**
(Prior Art)



**Figure 10**
(Prior Art)



Figure 11



**Figure 12**



**Figure 13**



**Figure 14**



5,619,352

1

## LCD SPLAY/TWIST COMPENSATOR HAVING VARYING TILT AND /OR AZIMUTHAL ANGLES FOR IMPROVED GRAY SCALE PERFORMANCE

### REFERENCES

This application is a continuation of application Ser. No. 08/313,476 filed Sep. 30, 1994, now abandoned, which is a continuation-in-part application of U.S patent application, Ser. No. 223,251, filed Apr. 4, 1994, now U.S. Pat. No. 5,504,603, entitled "Optical Compensator for Improved Gray Scale Performance in Liquid Crystal Display."

### BACKGROUND OF THE INVENTION

This invention is concerned with the design of liquid crystal displays (LCDs) and, more particularly, with techniques for maximizing the field of view of such displays by maintaining a high contrast ratio and minimal variance in relative gray levels over a wide range of viewing angles. These goals are achieved through the fabrication and manufacture of LCDs using O-plate technology.

#### 2.1 LCD Technology Overview

Liquid crystals are useful for electronic displays because polarized light traveling through a liquid crystal layer is affected by the layer's birefringence, which can be changed by the application of a voltage across the layer. By using this effect, the transmission or reflection of light from an external source, including ambient light, can be controlled with much less power than is required for the luminescent materials used in other types of displays. As a result, liquid crystal displays are now commonly used in a wide variety of applications, such as, for example, digital watches, calculators, portable computers, and many other types of electronic equipment. These applications highlight some of the advantages of LCD technology including very long operational life in combination with very low weight and low power consumption.

The information content in many liquid crystal displays is presented in the form of multiple rows of numerals or characters, which are generated by segmented electrodes deposited in a pattern on the display. The electrode segments are connected by individual leads to electronic driving circuitry. By applying a voltage to the appropriate combination of segments, the electronic driving circuitry controls the light transmitted through the segments.

Graphic and television displays may be achieved by employing a matrix of pixels in the display which are energized by an X-Y sequential addressing scheme between two sets of perpendicular conductors. More advanced addressing schemes, applied predominantly to twisted nematic liquid crystal displays, use arrays of thin film transistors to control driving voltages at the individual pixels.

Contrast and stability of relative gray scale intensities are important attributes in determining the quality of a liquid crystal display. The primary factor limiting the contrast achievable in a liquid crystal display is the amount of light which leaks through the display in the dark state. In addition, the contrast ratio of the liquid crystal device also depends on the viewing angle. The contrast ratio in a typical liquid crystal display is a maximum only within a narrow viewing angle centered near normal incidence and drops off as the angle of view is increased. This loss of contrast ratio is caused by light leaking through the black state pixel ele-

2

ments at large viewing angles. In color liquid crystal displays, such leakage also causes severe color shifts for both saturated and gray scale colors.

The viewing zone of acceptable gray scale stability in a typical prior art twisted nematic liquid crystal display is severely limited because, in addition to color shifts caused by dark state leakage, the optical anisotropy of the liquid crystal molecules results in large variations in gray level transmission, i.e., a shift in the brightness-voltage curve, as a function of viewing angle. The variation is often severe enough that, at extreme vertical angles, some of the gray levels reverse their transmission levels. These limitations are particularly important for applications requiring a very high quality display, such as in avionics, where viewing of cockpit displays from both pilot and copilot seating positions is important. Such high information content displays require that the relative gray level transmission be as invariant as possible with respect to viewing angle. It would be a significant improvement in the art to provide a liquid crystal display capable of presenting a high quality, high contrast image over a wide field of view.

FIGS. 1a and 1b show a conventional normally, white, twisted nematic liquid crystal display 100 including a polarizer 105 and an analyzer 110. The polarizer 105 and the analyzer 110 are each bonded to glass substrates (not shown), such that the polarization axis of the analyzer 110 is perpendicular to that of the polarizer 105. The figures also show a light source 130 and a viewer 135.

An area between the polarizer 105 and the analyzer 110 contains a nematic liquid crystal material. The nematic phase is a fluid state of matter whose constituent molecules show long range correlation of their angular orientation (they are constrained to have their long axes generally be parallel to one another), but no long range correlation of their positions in space as would be the case in a crystalline solid. The average orientation of the nematic molecules' long axes at any point in the material is called the director.

In the normally white configuration of FIGS. 1a and 1b, a "nonselect" area 115 (no applied voltage) appears light, while a "select" area 120 (those which are energized by an applied voltage) appear dark. In the nonselect area 115 the liquid crystal molecules are constrained to adopt the helical structure shown in the figure with their molecular long axes parallel to the glass substrates. In the select area 120 the liquid crystal molecules tend to tilt and rotate toward alignment with the applied electric field. The alignment state with the liquid crystal molecules' long axes normal to the surfaces of the glass substrates is termed a homeotropic alignment. In practical twisted nematic displays the applied electric fields are not strong enough to yield completely homeotropic alignment.

Many of the materials discussed in this document are birefringent. That is to say, they have varying indices of refraction depending on the direction of the electric vector of the light propagating through the material. The index of refraction is the ratio of the speed of light in a vacuum to that in the material. Materials such as liquid crystals that have optical properties along different axes are said to be optically anisotropic. Materials without such angular variation are said to be isotropic. A uniaxial optical material has only one axis, the extraordinary axis, along which the electric vector of light interacts to yield a unique index of refraction ($n_e$). This index will either be the highest or lowest found in the material. In a uniaxial material all possible axes perpendicular to the extraordinary axis will yield the same index of refraction (called the ordinary index, $n_O$) for light

5,619,352

3

whose electric vector lies in those directions; the material has ellipsoidal symmetry. If the extraordinary axis has the highest associated refractive index value of any axis the material is said to be positively birefringent. If it has the lowest refractive index, the material is said to be negatively birefringent. Light traversing a material such that its electric vector has components along both ordinary and extraordinary axes will have one polarized component retarded in its velocity as compared to the other. If a material has a unique axis which is associated with the highest refractive index, but the axes perpendicular to it have associated refractive indices which differ one to the other, the material is said to be optically biaxial and we will refer to the axis with the associated highest index as the principal optic axis. In this document the term "optical symmetry axis" will be defined to mean the extraordinary axis in uniaxial materials and the principal optic axis in biaxial materials.

Because the liquid crystals used for twisted nematic displays exhibit positive birefringence, the homeotropic alignment state would exhibit the optical symmetry of a positively birefringent C-plate. As is well known in the art, a C-plate is a uniaxial birefringent plate with its extraordinary axis (i.e., its optic or c-axis) perpendicular to the surface of the plate (parallel to the direction of normally incident light). In the select state, the liquid crystal in a normally white display would thus appear isotropic to normally incident light, which would be blocked by the crossed polarizers.

One reason for the loss of contrast with increased viewing angle which occurs in a normally white display is that a homeotropic liquid crystal layer will not appear isotropic to off-normal light. Light propagating through the layer at off-normal angles appears in two modes due to the birefringence of the layer; a phase delay is introduced between those modes and increases with the incident angle of the light. This phase dependence on incidence angle introduces an ellipticity to the polarization state which is incompletely extinguished by the second polarizer, giving rise to light leakage. To correct for this effect, an optical compensating element must also have C-plate symmetry, but with negative birefringence ($n_e < n_o$). Such a compensator will introduce a phase delay opposite in sign to the phase delay caused by the liquid crystal layer, thereby restoring the original polarization state and allowing light passing through energized areas of the layer to be blocked more completely by the output polarizer. C-plate compensation, however, does not impact the variation of gray scale with viewing angle, which is addressed by the present invention.

FIG. 2 depicts the coordinate system which is used to describe the orientation of both liquid crystal and birefringent compensator optic axes. Light propagates toward the viewer 200 in the positive z direction 205 which, together with the x-axis 210 and the y-axis 215, form a right-handed coordinate system. Backlighting is provided, as indicated by the arrows 220, from negative z direction. The polar tilt angle θ 225 is defined as the angle between the liquid crystal optic axis Č 230 and the x-y plane, measured from the x-y plane. The azimuthal or twist angle Φ 235 is measured from the x-axis to the projection 240 of the optic axis onto the x-y plane.

2.2 Normally White Twisted Nematic LCDs

FIG. 3 is a cross-sectional schematic view of a prior art twisted nematic, transmissive type normally white liquid crystal display. The display includes a polarizer layer 300

4

and an analyzer layer 305, between which is positioned a liquid crystal layer 310, consisting of a liquid crystal material in the nematic phase.

It is convenient in describing the orientation of various compensation elements of the display to refer to a normal axis perpendicular to the display, which is depicted by a dashed line 370. In the case of a normally white display, the polarizer 300 (with a polarization direction in the plane of the drawing 315) and the analyzer 305 (with a polarization direction into the plane of the drawing 320) are oriented with their polarization directions at 90° to one another. (A polarizer 300 and an analyzer 305 both polarize electromagnetic fields. Typically, however, the term 'polarizer' refers to a polarizer element that is closest the source of light while the term 'analyzer' refers to a polarizer element that is closest the viewer of the LCD.) The liquid crystal layer 310 is sandwiched between a pair of glass plates or substrates 340 and 345. A first transparent electrode 325 and a second transparent electrode 330 are positioned on the glass substrates 340 and 345 adjacent to opposite surfaces of the liquid crystal layer 310 so that a voltage can be applied, by means of a voltage source 335, across the liquid crystal layer. As is explained below, the inner surfaces 346 and 347 of the glass plates 340 and 345 and the transparent electrodes 325 and 330, which are proximate to the liquid crystal layer 310, can be physically or chemically treated to effect the desired liquid crystal orientation.

As is well known in the LCD art (see, e.g., Kahn, The Molecular Physics of Liquid—Crystal Devices, Physics Today, Page 68, 1982), when the inner surfaces 346 and 347 of the plates 340 and 345 are coated with a surface treatment for aligning the liquid crystal such as polyamide, buffed, and oriented with their buffed directions perpendicular, the director of the liquid crystal material, absent any applied electrical voltage, will tend to align with the buffed direction (known as the "rub direction") in the regions of the layer 310 proximate each of the plates 340 and 345. Furthermore, the director will twist smoothly with respect to the normal axis through an angle of 90° along a path in the layer 310 from the first major surface adjacent to the plate 340 (i.e., at the 310/340 interface) to the second major surface adjacent to the plate 345 (i.e., at the 310/345 interface).

In the absence of an applied electric field, the direction of polarization of incoming polarized light will be rotated by 90° in traveling through the liquid crystal layer 310. When the glass plates and the liquid crystal layer are placed between crossed polarizers, such as the polarizer 300 and the analyzer 305, light polarized by the polarizer and traversing the display, as exemplified by the light ray 350, will thus be aligned with the polarization direction of the analyzer 320 and therefore will pass through the analyzer 305.

When a sufficient voltage is applied to the electrodes 325 and 330, however, the applied electric field causes the director of the liquid crystal material to tend to align parallel to the field. With the liquid crystal material in this state, light passed by the polarizer 300, as illustrated by the light ray 355, will be extinguished by the analyzer 305. Thus, an energized pair of electrodes will produce a dark region in the display, while light passing through regions of the display which are not subject to an applied field will produce illuminated regions. As is well known in the LCD display art, an appropriate pattern of electrodes, activated in selected combinations, can be utilized in this manner to display alphanumeric or graphic information. As explained further below, one or more compensator layers, such as the layers 360 and 365, may be included in the display to improve the quality of the display.

5,619,352

| 5 | 6 |

2.3 Normally White Twisted Nematic LCD Characteristics

FIG. 4 shows a calculated plot of liquid crystal director tilt as a function of position in a liquid crystal layer (where the cell gap has been normalized to unity) in a 90° twisted nematic cell. Typical distributions for molecular tilt angles when no voltage is applied (curve 400), under a typical select state voltage (curve 405), and under the application of several intermediate voltages chosen to yield linearly spaced gray levels (curves 410, 415, 420, 425, 430, and 435) are shown.

FIG. 5 is a related plot for the same cell depicting the calculated twist angle (the azimuthal angle Φ of the molecular long axes given an initial rub angle azimuth of 45°) of the liquid crystal molecules as a function of position in the cell. When there is no applied voltage, the twist is distributed evenly throughout the cell (straight line curve 500). Under a fully select state voltage, the twist angles are distributed as shown by the external, S-shaped curve 505. The twist distributions for gray levels are shown by the intermediate curves between the two curves 500 and 505.

As illustrated by FIGS. 4 and 5, when the fully selected voltage is applied, nearly all of the change in twist angle experienced by the liquid crystal molecules and little of the change in tilt angle occurs in the central region of the cell. Because of this phenomena, the continuous variation of molecular orientation within the cell can be separated into three regions, each of which is characterized by its own optical symmetry. Thus, the central regions 440 (FIG. 4) and 510 (FIG. 5) can be considered as nominally homeotropic in the fully selected state, approximating the properties of a C-plate. The regions 445 and 450 (FIG. 4) and 515; and 520 (FIG. 5), near each surface of the cell, behave as A-plates, each with its extraordinary axis aligned with the rub direction of the proximate substrate. Because there is essentially no twist in the molecules in the regions 445, 450, 515, and 520, the molecules are essentially aligned with the respective rub directions on either side of the liquid crystal layer. In addition, because the twist angle of the molecules in the regions 445; and 515 tends to be perpendicular to the twist angle of the molecules in the regions 450 and 520, the effect of these two regions on light traveling through the cell tends to be canceled, leaving the middle C-plate region to exert the dominant influence.

2.3(a) C-Plate Compensation

As is well known in the art, a negative C-plate compensator is designed to correct for the angle dependent phase shift introduced by propagation through the central, approximately C-plate region of a LCD cell. Such a compensator is effective to the extent that the optical symmetry of the central region dominates the selected state of the liquid crystal cell, that is, the extent to which the molecules align with the applied field. This implies that negative C-plate compensation will work best when strong fields are used for the energized state as this makes the homeotropic approximation more nearly correct. The use of a C-plate has been demonstrated to significantly reduce the leakage of the dark state over an extended field of view, thus improving contrast and reducing color desaturation.

2.3(b) Gray Scale Stability

While the C-plate compensator may be used to improve contrast it does not improve grayscale stability. The problem of maintaining constant grayscale luminance differences over the field of view relates substantially to the brightness level changes for levels assigned between the select (black for a normally white display) and nonselect (white for a normally white display) states. This phenomenon is generally depicted using transmission, or brightness versus voltage (BV) electrooptic response curves for a display to which eight gray levels are assigned, from level 0 (the select black state) to level 7 (the nonselect white state). Gray levels between 0 and 7 are chosen by assigning them a set of voltages spaced linearly in brightness along the BV curve between the select and nonselect voltages.

FIG. 6 is a plot of calculated BV curves for a normally white, 90° twisted nematic display as the horizontal viewing angle varies from 0° to 40° in 10° increments while the vertical viewing angle remains fixed at 0°. (The change in the BV curves with horizontal angle is first order independent of whether the horizontal deviation is to the left or right.) Note that the regions of each curve over which gray levels would be selected almost overlie one another for the various horizontal angles. This means that gray levels chosen to be linearly spaced at zero degrees would remain very nearly linear at even high horizontal viewing angles.

The gray scale linearity problem appears most predominantly when the vertical viewing angle varies. This is illustrated in FIG. 7, which shows a series of BV curves for a normally white, 90° twisted nematic display as the vertical viewing angle varies from −10° to +30° while the horizontal viewing angle remains fixed at 0°. It can be observed that for angles below 0° (measured from the normal) the BV curves shift to the right (higher voltage), and fall monotonically from their maximum but fail to reach zero.

For angles above normal, the curves shift to the left and develop a rebound after an initial minimum. These effects can be explained by considering the perspectives of viewers looking at the display from above, at, and below normal, as shown in FIG. 8. The critical feature to note is the relationship between the light traveling towards the viewer and the average liquid crystal director tilt at the center of a cell as voltage across the cell is increased.

For instance, as the voltage across a cell is increased, the average liquid crystal director in the center of the cell tilts from a parallel (with respect to the polarizer 300 and analyzer 305) orientation 815 toward a homeotropic one 825. For the viewer at normal incidence 800, retardation is highest at the nonselect state voltage and lowest at the select state voltage. When the anisotropy is zero, the polarization state of the light is unchanged and it is blocked by the analyzer. Thus, the viewer sees a monotonic decrease in brightness to zero with increasing voltage.

Now consider the case of a positive vertical viewing direction (viewer above normal incidence 805). At some intermediate voltage the average director 820 points toward the viewer and the retardation is minimal. Here the viewer sees a brightness with voltage that initially decreases toward a minimum, at the point of minimal retardation, and then increases.

For the negative vertical viewing direction (viewer below normal incidence 810), the average director always presents a large anisotropy to a light ray, even at the highest voltage. The viewer therefore sees a monotonic decrease in brightness. Furthermore, the average liquid crystal director is always oriented at a larger angle with respect to the light ray for the below normal viewer 810 than it is for the normal incidence viewer 800. Therefore, the anisotropy is greater and the brightness level is always higher in the negative vertical viewing direction than it is at normal incidence.

5,619,352

**7**

This dependency, of an LCD's brightness versus viewing angle, has a profound impact on gray scale linearity (Note that a voltage chosen to yield a 50% gray level on the 0° curve in FIG. 7 yields a dark state on the +30° curve and approaches a fully white state at −10°.)

### 2.3(c) O-Plate Gray Scale Compensation

To eliminate reversal of gray levels and improve gray scale stability, a birefringent O-plate compensator can be used. The O-plate compensator principle, as described in pending U.S. patent application Ser. No. 223,251 filed on Apr. 4, 1994 utilizes a positive birefringent material with its principal optic axis oriented at a substantially oblique angle with respect to the plane of the display (hence the term "O-plate"). "Substantially oblique" implies an angle appreciably greater than 0° and less than 90°. O-plates have been utilized, for example, with angles relative to the plane of the display between 35° and 55°, typically at 45°. Moreover, O-plates with either uniaxial or biaxial materials can be used. O-plate compensators can be placed in a variety of locations between a LCD's polarizer layer and analyzer layer.

In general, O-plate compensators may also include A-plates and/or negative C-plates as well as O-plates. As is well known in the art, an A-plate is a birefringent layer with its extraordinary axis (i.e., its c-axis) oriented parallel to the surface of the layer. Its a-axis is thus oriented normal to the surface (parallel to the direction of normally incident light), leading to its designation as an A-plate. A-plates may be fabricated by the use of uniaxially stretched polymer films, such as polyvinyl alcohol, or other suitably oriented organic birefringent materials.

A C-plate is a uniaxial birefringent layer with its extraordinary axis oriented perpendicular to the surface of the layer (parallel to the direction of normally incident light). Negatively birefringent C-plates may be fabricated by the use of uniaxially compressed polymers (See, e.g., Clerc, U.S. Pat. No. 4,701,028), stretched polymer films, or by the use of physical vapor deposited inorganic thin films (See, e.g., Yeh, U.S. Pat. No. 5,196,953), for example.

Oblique deposition of a thin film by physical vapor deposition is known to produce a film having birefringent properties (see, e.g. Motohiro, Applied Optics, Volume 28, Pages 2466–2482, 1989). By further exploiting the tilted orientation of the optical symmetry axis, this process can be used to fabricate O-plates. Such components are by their nature biaxial. Their growth characteristics generate a microscopic columnar structure. The angles of the columns are tipped towards the direction of the arriving vapor stream. A deposition angle (measured from normal) of 76°, for example, results in a column angle of approximately 45°. The columns develop an elliptical cross-section as the result of shadowing. This elliptical cross-section gives rise to the biaxial character of the films. The birefringence, in magnitude and symmetry, is entirely attributable to the film microstructure and is referred to as form birefringence. These phenomena in thin films have been extensively studied and described by Macleod (Structure-related Optical Properties of Thin Films, J. Vac. Sci. Technol. A, Volume 4, No. 3, Pages 418–422, 1986)

Uniaxial O-plate components can also be used to improve grayscale stability in normally white twisted nematic LCDs. These may be fabricated by the use of suitably oriented organic birefringent materials. Those skilled in the art will recognize other means for fabricating both uniaxial and biaxial O-plates.

**8**

FIGS. 9 and 10 show the effect that an O-plate compensator can have on normally white twisted nematic display. FIG. 9 shows the BV curves for a normally white twisted nematic display using an O-plate compensator at a fixed vertical viewing angle of 0° and various horizontal viewing angles. FIG. 10 shows the BV curves for a normally white twisted nematic display using an O-plate compensator at a fixed horizontal viewing angle of 0° and various vertical viewing angles. In this example, the O-plate layer is positioned adjacent to the liquid crystal layer on the source side of the display. A-plate layers are disposed on both sides of the O-plate/liquid crystal layer stack. The variation of the BV curves versus both horizontal and vertical viewing angles is greatly reduced relative to the uncompensated case shown in FIGS. 6 and 7.

Elimination of gray scale reversal by the use of an O-plate compensator layer occurs in the following manner. In the positive vertical viewing direction, the retardation of the O-plate increases with viewing angle and tends to offset the decreasing retardation of the liquid crystal layer. When the viewer is looking down the axis of the average liquid crystal director, the presence of the O-plate prevents the layers between the two polarizers from appearing isotropic. Thus, the rebound in the BV curve, shown in FIG. 7, is reduced and moved to higher voltages outside of the gray scale voltage range as shown in FIG. 10.

In the negative vertical viewing direction, the combination of an O-plate and an A-plate with their optic axes nominally at right angles tends to exhibit birefringence characteristics similar to that of a negative birefringence retarder with its optic axis oriented perpendicular to the plane containing the axes of the O-plate and A-plate. The direction of this retarder axis is nominally parallel to the orientation of the average liquid crystal in the central region of the cell when it is driven at a voltage between select and nonselect states. Thus, the presence of an O-plate oriented in this manner tends to cancel the birefringence of the liquid crystal layer, pulling the BV curve down, or equivalently, moving it toward the direction of lower voltages (i.e., left) as shown in FIG. 10. A similar effect occurs in the positive and negative horizontal viewing directions as shown in FIG. 9 when compared to FIG. 6.

The overall effect of introducing an O-plate compensator in this manner is to eliminate large rebounds in the gray scale voltage region and reduce the left-to-right shift in the BV curves as the viewing angle is varied from negative to positive vertical angles.

The orientations of the compensator optic axes can be carefully chosen so that the combined retardation effects cancel each other in the normal incidence viewing direction as well as minimize rebounds in the horizontal viewing direction. Combinations of more than one O-plate can be used as long as their orientations satisfy these requirements. Furthermore, negative C-plates can, for certain configurations, increase the contrast ratio at large fields of view, occasionally with some decrease in gray scale linearity.

### 2.3(d) O-Plate Technology

The liquid crystal layer, the compensator layer(s), the polarizer layer, and the analyzer layer can assume a variety of orientations relative to one another in a liquid crystal display. Some of the possible configurations which have been considered, and set out in pending U.S. patent application No. 223,251 are repeated in Table 1; where 'A' represents an A-plate, 'C' represents a C-plate, 'O' repre-

5,619,352

9

sents an O-plate, 'LC' represents the liquid crystal, and 'OxO' represents crossed O-plates. Crossed O-plates are adjacent O-plates with their azimuthal angles Φ 235 nominally crossed, one oriented between 0° and 90°; and the second oriented between 90° and 180°.

TABLE 1

| Liquid Crystal Display Elements | | | | | | |
|---|---|---|---|---|---|---|
| ←Toward Rear (Polarizer Side) | | | | Toward Front (Analyzer Side)→ | | |
|   |   | O | A | LC |   |   |   |
|   |   | A | O | LC |   |   |   |
|   |   |   | O | LC | O | A |   |
|   | A | O | A | LC |   |   |   |
|   |   | O | A | LC | A |   |   |
|   | O | A | C | LC |   |   |   |
|   | A | OxO | A | LC |   |   |   |
|   | A | OxO | A | LC |   |   |   |
|   |   |   | A | LC | OxO | A |   |
| A | O | A | C | LC | O | A |   |
|   | A | O | LC | O | A |   |   |
|   | A | O | C | LC | C | O |   |
|   | A | O | C | LC | C | O | A |
|   | C | A | O | LC | O | A | C |

The projections of the principal axes onto the plane of the display with respect to the liquid crystal director can vary with the embodiment. In some cases, for example with two O-plates, the O-plate axis projections are at 45° with respect to the average liquid crystal director, while in others, the O-plate axis is parallel with the liquid crystal director.

Crossed O-plate (OxO) designs that are further compensated with A-plates provide additional design flexibility. The choice of A-plate value is not critical as such designs can be adjusted by varying the relative orientations of the A-plates. Thus, it is possible to generate desired solutions with commercially available A-plate retardation values.

2.4 Twisted and Splayed O-plates

Computer modeling and display cell measurements show the optical behavior of the biaxial O-plate based compensators produced from $Ta_2O_5$ to be qualitatively different from that of compensators produced from uniaxial polymerized liquid crystal materials. For some applications, grayscale stability and contrast over field of view properties produced by the biaxial components are preferred. However, organic compensator films based on uniaxial liquid crystal polymers are very attractive because they both make a wider range of material parameters accessible and also allow the possibility of inexpensive mass production of compensator components. Therefore a goal of further compensator development has been to produce a thin film organic O-plate layer which shows biaxial character.

It is believed that biaxial compensator components produce qualitatively different optical performance because the deformation structure of the partially selected liquid crystal layer in a twisted nematic display has some biaxial character itself. In the nonselect state the liquid crystal has a helical structure which rotates the polarization state of incident light by means of the process of adiabatic waveguiding as described above. As the electric field across the liquid crystal layer is increased the helical structure is distorted and the efficiency of the waveguide decreases. Some portion of the light is no longer efficiently rotated and begins as a result to lag the rotation of the liquid crystal helical structure. This light encounters a medium intermediate in refractive index between the ordinary and extraordinary index values. The net result is that the medium appears biaxial.

10

The O-plate solution to the compensation of the twisted nematic display was based on the approximate model described above that the liquid crystal layer in the select state of the twisted nematic display could be divided into three regions, two A-plate-like regions and a central region of pseudo-homeotropic character. O-plate compensated displays, however, operate with the full-on black state accessible at voltages considerably reduced from the black state voltage in uncompensated displays. At these reduced drive voltages, the liquid crystal layer central region is unlikely to have completely deformed to the pseudo-homeotropic state, and the three region model becomes even more approximate. At these intermediate voltages the liquid crystal layer central region will still be significantly splayed and twisted yielding the biaxial character described in the above paragraph.

The intuitive approach to compensator development has been that like compensates like, i.e., compensators should have similar or complementary optical symmetries to the liquid crystal layers they are intended to compensate. Based on this idea and the analysis in the above paragraphs it was decided to investigate splayed and twisted O-plate structures with the idea that they could be substituted into the existing O-plate configurations described above with resulting improved performance.

2.5 Summary

When viewed at an angles nearly normal to their surfaces twisted nematic liquid crystal displays provide high quality optical characteristics, but at large viewing angles the image tends to degrade and exhibit poor contrast and grayscale stability. Compensator configurations containing O-plates have been shown to produce greatly improved contrast and grayscale stability over field of view. O-plate configurations with biaxial optical symmetry have given qualitatively different performance than those with uniaxial symmetry. It is believed that this is true because biaxial O-plates more closely approximate the symmetry of an energized twisted nematic liquid crystal layer. Currently available biaxial O-plates are produced using an expensive vacuum deposition process, and a more cost effective large volume process is desired.

It is the goal of this invention to provide a process for producing O-plates which have the desired biaxial symmetry using an inexpensive fabrication process which is capable of being scaled up to large volume production.

3 SUMMARY OF THE INVENTION

The compensator design of this invention, which includes a positively birefringent twisted and/or splayed O-plate layer, makes possible a significant improvement in the gray scale properties and contrast ratios of liquid crystal displays (LCDs) over a wide range of viewing angles. By making use of polymerized thin films of organic liquid crystal materials the compensators are able to duplicate the performance of existing biaxial inorganic O-plate compensators, but at reduced cost and with more design flexibility.

An O-plate compensator comprising an organic liquid crystal polymer thin film, and methods for fabricating the same, are disclosed. On the microscopic scale the film is composed of a polymerized birefringent liquid crystal material which is uniaxial or near uniaxial in character. The liquid crystal material is constrained such that its optical symmetry axis is, on average, oriented obliquely with the surface of the film. Within this constraint, the direction of the material's

5,619,352

11

optical symmetry axis is allowed to vary continuously along the axis normal to the film surface. If the variation is in the tilt angle of the optical symmetry axis relative to the film surface the liquid crystal material will have splayed structure. If the variation is in the azimuthal angle of the optical symmetry axis the material will have twisted structure. The invention can comprise either angular variation or both in combination.

The oblique orientation of the liquid crystal material, which is parallel to the optical symmetry axis, is achieved by casting an organic thin film onto a surface specially prepared for orienting liquid crystal monomers, such as oblique SiO, mechanically rubbed polymers, etc. The variation in tilt angle through the layer is achieved by selecting a liquid crystalline material such that its tilt angle at the substrate surface is substantially different from that at the liquid crystal air interface. The variation in azimuthal angle through the layer is achieved by doping the liquid crystal monomer with a chiral additive in sufficient quantity so as to provide the proper helical pitch along the axis normal to the film surface. The film can either be cast from a solution of the liquid crystal polymer or from a reactive liquid crystal monomer. Any solvent that may be used during the fabrication process is evaporated off and the organic thin film is annealed at a temperature in its nematic phase. If a reactive monomer is used, the film is then photopolymerized. Finally, the film is thermally quenched to 'freeze' in the liquid crystalline structure. Alternative embodiments of the splayed/twisted O-plate include the use of nematic or smectic C materials. Fabrication techniques employing these materials are described.

### 4. BRIEF DESCRIPTION OF DRAWINGS

FIGS. 1a and 1b show, in overview, the operation of a normally white, 90° twisted nematic liquid crystal display.

FIG. 2 depicts a coordinate system that is used to specify component orientations in the description of this invention.

FIG. 3 is a cross-sectional schematic view of a 90° twisted nematic, transmissive type normally white liquid crystal display.

FIG. 4 is a plot of the tilt angle of the director (in degrees along the vertical axis) as a function of position (as a fraction of the depth along the horizontal axis) in a 90° twisted nematic liquid crystal cell.

FIG. 5 is a related plot for the cell shown in FIG. 4, depicting the twist angle of the liquid crystal molecules as a function of their position in the cell.

FIG. 6 is a plot of calculated brightness vs. voltage electrooptic curves at a variety of horizontal viewing directions for a typical twisted nematic display without the benefit of O-plate gray scale compensation.

FIG. 7 is a plot of calculated brightness vs. voltage electrooptic curves at a variety of vertical viewing directions for a typical twisted nematic display without the benefit of O-plate gray scale compensation.

FIG. 8 is an illustration of the viewer's perspective relative to the average director orientation of a liquid crystal display.

FIG. 9 is a plot of calculated brightness versus voltage electrooptic curves at a variety of horizontal viewing directions for a typical twisted nematic display with the benefit of O-plate gray scale compensation.

FIG. 10 is a plot of calculated brightness versus voltage electrooptic curves at a variety of vertical viewing directions

12

for a typical twisted nematic display with the benefit of O-plate gray scale compensation.

FIG. 11 is a cross-sectional view of a normally white, twisted nematic liquid crystal display in accordance with the invention.

FIG. 12 is a cross-sectional schematic view of one embodiment of a twisted/splayed O-plate compensator stack produced by polymerization of nematic liquid crystal monomers.

FIG. 13 is a cross-sectional schematic view of one embodiment of a twisted O-plate compensator stack produced by polymerization of smectic C liquid crystal monomers.

FIG. 14 is a cross-sectional schematic view of one embodiment of a multilayer twisted/splayed O-plate compensator stack produced by polymerization of nematic liquid crystal monomers.

### 5. DETAILED DESCRIPTION OF A SPECIFIC EMBODIMENTS

Illustrative embodiments of the invention are described below as they might be implemented using polymeric liquid crystalline thin films to create a twisted and/or splayed O-plate compensator. In the interest of clarity, not all features of an actual implementation are described in this specification. It will of course be appreciated that in the development of any such actual implementation (as in any development project), numerous implementation-specific decisions must be made to achieve the developers' specific goals and subgoals, such as compliance with system- and business-related constraints, which will vary from one implementation to another. Moreover, it will be appreciated that such a development effort might be complex and time-consuming, but would nevertheless be a routine undertaking of device engineering for those of ordinary skill having the benefit of this disclosure.

#### 5.1 Introduction

FIG. 11 shows an illustrative embodiment of a liquid crystal display (LCD) system in accordance with the invention, that uses a single twisted and/or splayed O-plate compensator 1100 disposed between a polarizer 1105 and a liquid crystal layer 1110. The O-plate layer 1100 comprises birefringent liquid crystal polymer layer having an optical symmetry axis 1120 oriented, on average, at a tilt angle 1125 relative to the surface of the liquid crystal polymer layer 1110, of approximately 20° to 80°. Alternatively, the O-plate layer could be located between liquid crystal layer 1110 and an analyzer 1115, or in both locations. More details on the structure of the twisted and/or splayed O-plate layer are given below.

The decision as to where to place the O-plate compensator is purely a design choice and is, generally, based on the optical requirements of the display being compensated and on the manufacturing and cost constraints of the display system.

In general, O-plate compensators may also include A-plates and/or negative C-plates as well as O-plates. Twisted/splayed O-plate compensators may contain both twisted/splayed O-plates and simple O-plates. As is well known in the art, an A-plate is a birefringent layer with its extraordinary axis (i.e., its c-axis) oriented parallel to the surface of the layer. Its a-axis is thus oriented normal to the surface (parallel to the direction of normally incident light),

5,619,352

**13**

leading to its designation as an A-plate. A-plates may be fabricated by the use of uniaxially stretched polymer films, such as polyvinyl alcohol, or other suitably oriented organic birefringent materials.

### 5.2 Nematic Embodiment

Another illustrative embodiment, shown in FIG. 12, includes a rigid glass substrate 1200, an alignment layer 1205, a polymerized pretilt nematic liquid crystal layer 1207, an alignment/pretilt layer interface 1205/1207, a polymerized nematic liquid crystal monomer layer 1210, a pretill/liquid crystal layer interface 1207/1210 and a nematic/air interface 1212. The nematic material in the layer 1210 has been doped with a chiral dopant to yield a cholesteric pitch approximately 12 times the layer thickness, yielding a twist angle of approximately 30 degrees in the layer 1210. The liquid crystal layers are deposited in the form of polymerizable nematic monomer compounds doped with approximately 0.5% of Igracure-651, a photoinitiator.

The alignment layer 1205 is produced by coating a surface of the substrate 1200 with a polyamide material that produces a liquid crystal pretilt angle of from 1° to 10° in the layer 1207 at the alignment/pretilt layer interface 1205/1207. The alignment material is then rubbed so as to produce uniformly tilted alignment in the desired azimuthal orientation in the layer 1207.

A thin film of liquid crystal monomer is applied to the alignment layer 1205 using the technique of spin coating from a solution in an inert solvent. Other methods of coating the nematic material such as, for example, dip or slot-die coating can be used as well. The solution coated onto the surface of the alignment layer 1205 may contain prepolymerized liquid crystal side-chain polymers added as a viscosity modifier to improve coating wetting characteristics. In addition, the solution should contain a photoinitiator as stated above.

After the nematic film has been applied to the alignment layer 1205, the solvent is driven off at elevated temperature producing the pretilt layer 1207. The temperature of the pretilt layer 1207 is adjusted so as to produce the desired nematic phase in the layer 1207 and the desired tilt angle at the 1207/1210 interface. The liquid crystal film is then illuminated with ultraviolet light (actinic radiation) at a wavelength of approximately 360 nanometers with a total exposure sufficient to polymerize the monomer to liquid crystal polymer film, thereby preserving the order of the liquid crystal phase of the layer 1207 and the desired tilt angle at the 1207/1210 interface.

The purpose of the liquid crystal pretilt layer 1207 is to provide a high pretilt alignment layer for the liquid crystal monomer used to produce the actual compensator layer 1210. If the pretilt layer 1207 is thick enough, the pretilt angle of the material at the surface of the layer 1210 will be dictated by the nematic/air tilt angle of the material at the surface of the layer 1207. After the application of the liquid crystal layer 1210, the nematic/air interface of the layer 1207 becomes the pretilt/liquid crystal interface 1207/1210. The nematic material in the layer 1207 undergoes an incremental tilting, referred to as a continuous splay/bend deformation, from the low tilt angle at the 1205/1207 interface up to the desired tilt angle at the 1207/1210 interface. For the layer 1207, the difference between the tilt angle at the 1205/1207 interface and the tilt angle at the 1207/1210 interface is referred to as the splay angle. The pretilt layer 1207 should be sufficiently thin, approximately 100 nm, when compared

**14**

to the thickness of layer the 1210, approximately 1 μm, such that its optical retardation will be insignificant as compared to the overall retardation of the compensator stack.

Other possible alignment layer materials could be substituted for the layers 1205 and 1207 to give the required 30° pretilt angle and azimuthal alignment for the liquid crystal layer 1210. Such materials could include, for example, mixtures of homogenous and homeotropic alignment materials that are then rubbed.

After the layer 1207 has been prepared, another layer of nematic monomer solution is deposited on its surface in a manner entirely analogous to the original deposition of the layer 1207. After the solvent has been driven off and the material polymerized with UV irradiation, this material constitutes layer 1210. Other methods for polymerizing thin monomer films well known in the an could be used.

The material used to prepare the layer 1210 is similar to that in 1207 with a few exceptions. The material in the layer 1210 has been doped with a chiral material as described above so as to produce an approximately 30° twist of the azimuthal orientation of the nematic optical axis (extraordinary axis). This variation in azimuthal orientation occurs about an axis normal to the layer 1210 from top to bottom through the layer 1210. The twisted and splayed structure of the layer 1210 is represented by the liquid crystal side chains or moieties 1220. The variation in the orientation of the optical symmetry axis of the layer 1210 is represented by the arrows 1225 projected from the moieties 1220. As can be seen from FIG. 12, the optical symmetry axis varies through the layer 1210 according to the tilted and azimuthal orientation of the moieties 1220 of the layer 1210.

In this particular embodiment, the material used to produce the layer 1210 has been chosen to have a tilt angle of 60° at the nematic/air interface 1212 (the 30° pretilt angle at the 1207/1210 interface plus a 30° splay angle through the layer 1210). The solution concentration of the nematic monomer, concentration of prepolymerized nematic polymer, and the deposition parameters are selected such that the layer 1210 is of the proper thickness to provide the required retardation value, on the order of 1 μm. A splayed/twisted O-plate layer prepared in this way will have a varying optical symmetry axis with a splay angle of 30°, a twist angle of 30°, and an average tilt angle of 45°.

### 5.3 Smectic C Embodiment

An alternative embodiment is shown in FIG. 13. As before, the compensator system comprises a rigid glass substrate 1300, an alignment layer 1305, a polymerized liquid crystal layer 1310, a liquid crystal/alignment layer interface 1305/1310, and a liquid crystal/air interface 1315. In this embodiment, however, the polymerized liquid crystal layer 1310 has a smectic C phase and a smectic C intralayer tilt angle of 45°. As such, the desired intralayer tilt angle (45°) of the liquid crystal layer 1310 remains constant through the layer 1310.

A liquid crystal material with a smectic C to nematic phase transition rather than a smectic C to smectic A phase transition is preferred because such materials tend to have large, in the range of 10° to 45°, smectic C intralayer tilt angles.

As in the nematic embodiment, an alignment layer 1305 is produced on the surface of the substrate 1300. In one embodiment, the alignment layer 1305 material is a thin film of silicon monoxide, $SiO_x$, obliquely deposited at a polar angle of approximately 60° and overcoated with a thin film

5,619,352

15

of egg lecithin, a homeotropic alignment material. This alignment layer **1305** produces a liquid crystal pretilt angle for nematic materials of approximately 80° and a uniform azimuthal direction of the liquid crystal director which is determined by the azimuthal SiO$_x$ deposition angle.

Next, a thin film of polymerizable liquid crystal monomer is laid down on the alignment layer **1305** using techniques detailed in the nematic embodiment. The liquid crystal monomer is doped with a chiral material such that in its smectic C phase it will have a chiral pitch approximately 12 times the thickness of the layer **1310**, yielding a twist angle of approximately 30 degrees through the layer **1310**. After the solvent has been removed, the temperature of the monomer film is raised high enough to transform it into the nematic phase. The nematic phase then adopts a uniform pre-tilt angle of 80° at the liquid crystal/alignment layer interface **1305/1310**. The temperature is then slowly decreased, e.g., at a rate of approximately 0.1° C. per second, transforming the liquid crystal film into its smectic C phase.

This process forms smectic C layers parallel to the surface of the alignment layer **1305** with the molecules initially adopting a smectic C intralayer tilt angle of approximately 0°. As the temperature of the film is lowered further through its smectic C temperature range, the smectic C intralayer tilt angle increases. (The azimuthal direction of the molecules is determined by the azimuthal SiO$_x$ deposition angle.) At a temperature just above the material's melting point, the smectic intralayer tilt angle reaches a maximum value of approximately 45°. Furthermore, in a smectic C material, the polar tilt angle at the liquid crystal/air interface **1312** does not influence the tilt angle of the bulk liquid crystal material in the layer **1310**. Various other ways to form smectic layers parallel to the alignment layer will be recognized by those skilled in the art.

As stated above, the liquid crystal monomer is doped with a chiral material to produce an approximately 30° twist of the azimuthal orientation of the liquid crystal optical symmetry axis (extraordinary axis). This variation in azimuthal orientation occurs about an axis normal to the layer **1310** from top to bottom through the layer **1310**. The azimuthal orientation of moieties **1320** at the liquid crystal/air interface **1312** is determined by a combination of the azimuthal orientation of the liquid crystal at the liquid crystal/alignment layer interface **1305/1310**, the pitch of the chiral helix in the smectic C material, and the smectic C film layer thickness. The tilted helical structure of the smectic material in the layer **1310** is represented by the moieties **1320**. The variation in the orientation of the optical symmetry axis of the layer **1310** is represented by the arrows **1325** projected from the moieties **1320**. As can be seen from FIG. 13, the optical symmetry axis varies through the layer **1310** according to the tilted and azimuthal orientation of the moieties **1320** of the layer **1310**.

Upon obtaining the desired intralayer tilt angle in the liquid crystal film and the desired azimuthal orientation, the liquid crystal monomer film is irradiated with ultraviolet light that is sufficient to polymerize the monomer to a polymeric film **1310** in which the order of the smectic liquid crystal is preserved, typically 4–10 J/cm². Other polymerization techniques for thin films are well known in the art and may also be used. The result of this process is a thin film or liquid crystal layer **1310** of liquid crystal polymer that is positively birefringent and has an optical symmetry axis that is oriented at a polar tilt angle of approximately 45 ° with a twist angle of approximately 30°.

16

### 5.4 Multilayer Embodiment

A further illustrative liquid crystal display system, see FIG. 14, includes a rigid glass substrate **1400**, an alignment layer **1405**, polymerized nematic liquid crystal pretilt layer **1410**, polymerized nematic liquid crystal layers **1415**, **1420**, **1425**, and **1430**; a liquid crystal/alignment layer interface **1405/1410**, liquid crystal/liquid crystal interfaces **1410/1415**, **1415/1420**, **1420/1425**, and **1425/1430**; and a liquid crystal/air interface **1435**.

The alignment layer **1405**, the pretilt layer **1410** and the liquid crystal layer **1415** are produced by methods identical to layers **1205**, **1210**, and **1215** in the nematic embodiment above with the following exceptions. The liquid crystal in the pretilt layer **1410** is chosen to produce a tilt angle of approximately 40° at the **1410/1415** interface after the liquid crystal layer **1415** is applied. As in the nematic embodiment above, the function of the layer **1410** is to increase the pretilt of the layer **1415** to 40° without altering the azimuthal orientation of the moieties **1416** in the layer **1415**. The liquid crystal in the layer **1415** is chosen to produce a tilt angle of 50° at the **1415/1420** interface after it is polymerized, thereby yielding a splay angle of approximately 10° through the layer **1415**.

The liquid crystal in the layer **1415** is also doped with a chiral additive so as to have a left handed cholesteric pitch of 24 times the layer thickness of the layer **1415**, yielding an approximately 15° twist of the azimuthal orientation of the nematic optical symmetry axis (extraordinary axis) through the layer **1415**. This variation in azimuthal orientation occurs about an axis normal to the layer **1415** from top to bottom through the layer **1415**. The twisted and splayed structure of the layer **1415** is represented by the liquid crystal side chains or moieties **1416**. The variation in the orientation of the optical symmetry axis of the layer **1415** is represented by the arrows **1417** projected from the moieties **1416**. As can be seen from FIG. 14, the optical symmetry axis of the layers **1415**, **1420**, **1425** and **1430** (represented by arrows **1417**, **1423**, **1427** and **1433**) vary through the respective layers **1415**, **1420**, **1425** and **1430** according to the tilted and azimuthal orientation of the respective moieties **1416**, **1422**, **1426** and **1432** of the respective layers **1415**, **1420**, **1425** and **1430**.

After the layer **1415** has been polymerized by irradiation with UV light, the layer **1420** is applied over it. The layer **1415** functions to align layer **1420** to the proper azimuthal and pretilt (50°) orientations at the **1415/1420** interface in a manner analogous to the pretilt layer **1410** at the interface **1410/1415**. The liquid crystal in the layer **1420** is doped with a chiral additive so as to have a right handed cholesteric pitch of 24 times the thickness of the layer **1420**. As such, the layer **1420** will have a twist angle equal in magnitude (15°) yet opposite in sense to that in the layer **1415**. Additionally, the layer **1420** will have a splay angle (10°) equal in magnitude to the splay angle of the layer **1415** but opposite in sign, thereby producing a 40° tilt angle in the layer **1420** at the interface **1420/1425**.

In this particular embodiment, the layer **1415** is identical to the layer **1425**, and layer **1420** is identical to layer **1430**. The present invention, however, encompasses a multilayer embodiment in which the magnitude and sign of the tilt, splay and/or twist of the successive and/or alternating layers are different in magnitude and/or in sign. Each successive layer is deposited over the preceding layer after the preceding layer has been cured with UV radiation. Each succeeding layer can be azimuthally aligned and pretilted at the interface by the preceding layer. Other

5,619,352

17

methods of polymerizing the succeeding layers may also be used. These could include thermal cure and other irradiation techniques.

The purpose of producing a layered alternating splay/twist O-plate structure as is described in this embodiment is to yield a compensator which has a biaxial nature, but which has minimum twisting power for polarized light which transits the compensator stack.

### 5.5 Possible Variations

For each of the previous illustrative embodiments, a number of variations are possible and would be obvious to one skilled in the art of liquid crystal display devices. For example, other possible substrate materials could include non-birefringent polymer films. The polymerizable liquid crystal monomer material may include, as a constituent, molecules that contain two reactive functional groups and therefore can act as cross-linking agents. Other polar tilt angles at the liquid crystal/alignment layer interface can be achieved by suitable selection of reactive liquid crystals, modification of the alignment materials, rubbing conditions, etc. Furthermore, a non-reactive liquid crystal material can be combined with the polymerizable liquid crystal. The resulting liquid crystal polymer film would then have the properties of a plastic or gel. The liquid crystal material could also contain a polymer, liquid crystal polymer, or oligomer that increases the viscosity of the liquid crystal mixture and improves the film forming properties thereof.

Additionally, the various embodiments have been described above with specific pretilt, splay and twist orientations and/or angles, but the present invention is not limited to specific angles or orientations. Finally, the multilayer embodiment has been specifically described with nematic layers but the multilayer embodiment can be of multiple smectic C layers.

### 6. BIBLIOGRAPHY

a. Clerc et al., U.S. Pat. No. 4,701,028

b. Kahn, The Molecular Physics of Liquid-Crystal Devices, Physics Today, Page 66, May 1982.

c. Macleod, Structure-related Optical Properties of Thin Films, J. Vac. Sci. Technol. A, Volume 4, No. 3, Pages 418–422, 1986

d. Motohiro and Taga, Thin Film Retardation Plate by Oblique Deposition, Appl. Opt., vol. 28, No. 13, Pages 2466–2482, 1989.

e. Yeh et al., "Compensator for Liquid Crystal Display Having Two Types Of Layers With Different Refractive Indices Alternating", U.S. Pat. No. 5,196,953

It will be appreciated by those of ordinary skill having the benefit of this disclosure that numerous variations from the foregoing illustration will be possible without departing from the inventive concept described herein. Accordingly, it is the claims set forth below, and not merely the foregoing illustrative embodiments, which are intended to define the exclusive rights claimed in this application program.

What is claimed is:

1. A compensator for a liquid crystal display, wherein:

(a) said compensator comprises a layer of a birefringent material having an optical symmetry axis defined by a tilt angle, measured relative to the plane of the layer, and a azimuthal angle, measured relative to the plane of the layer;

(b) said birefringent material comprises a polymer matrix including polymerized nematic material and unpolymerized nematic material;

18

(c) each of said tilt angle and said azimuthal angle varies along an axis normal to said layer, said tilt angle limited to values between approximately 25 degrees and approximately 65 degrees; and

(d) said variations in tilt angle and azimuthal angle being defined by a combination of molecular orientations of said polymerized nematic material and said unpolymerized nematic material.

2. A compensator for a liquid crystal display, said compensator comprising a layer of a birefringent material having an optical symmetry axis defined by a tilt angle, measured relative to the plane of the layer, and an azimuthal angle, measured relative to a reference axis in the plane of the layer, wherein said azimuthal angle varies along an axis normal to said layer, and said tilt angle is substantially fixed at an angle between approximately 25 degrees and approximately 65 degrees, along an axis normal to said layer.

3. A compensator for a liquid crystal display, said compensator comprising a layer of a birefringent material having an optical symmetry axis defined by a tilt angle, measured relative to the plane of the layer, and an azimuthal angle, measured relative to a reference axis in the plane of the layer, wherein said tilt angle varies along an axis normal to said layer, and said azimuthal angle is substantially fixed along an axis normal to said layer.

4. A compensator for a liquid crystal display, said compensator comprising a layer of a birefringent material having an optical symmetry axis defined by a tilt angle, measured relative to the plane of the layer, and an azimuthal angle, measured relative to a reference axis in the plane of the layer, wherein each of said tilt angle and said azimuthal angle varies along an axis normal to said layer.

5. The compensator of claim 2, wherein said layer of birefringent material comprises a polymer matrix that defines said variation of the optical symmetry axis, said polymer matrix comprising polymerized nematic material.

6. The compensator of claim 2, wherein said layer of birefringent material comprises a polymer matrix, said polymer matrix including polymerized nematic material and unpolymerized nematic material having respective molecular orientations which, in combination, define said variation of the optical symmetry axis.

7. The compensator of claim 2 further comprising one or more A-plate layers.

8. The compensator of claim 2, further comprising one or more C-plate layers.

9. The compensator of claim 3, wherein said layer of birefringent material comprises a polymer matrix that defines said variation of the optical symmetry axis, said polymer matrix comprising polymerized nematic material.

10. The compensator of claim 3, wherein said layer of birefringent material comprises a polymer matrix, said polymer matrix including polymerized nematic material and unpolymerized nematic material having respective molecular orientations which, in combination, define said variation of the optical symmetry axis.

11. The compensator of claim 3 further comprising one or more A-plate layers.

12. The compensator of claim 3 further comprising one or more C-plate layers.

13. The compensator of claim 4, wherein said layer of birefringent material comprises a polymer matrix that defines said variation of the optical symmetry axis, said polymer matrix comprising polymerized nematic material.

14. The compensator of claim 4, wherein said layer of birefringent material comprises a polymer matrix, said polymer matrix including polymerized nematic material and

5,619,352

**19**

unpolymerized nematic material having respective molecular orientations which, in combination, define said variation of the optical symmetry axis

15. A compensator for a liquid crystal display, said compensator comprising a plurality of layers, each layer in accordance with claim 4, wherein the tilt angles of adjacent said layers vary in a positive sense and a negative sense respectively.

16. The compensator of claim 4 further comprising one or more A-plate layers.

17. The compensator of claim 4 further comprising one or more C-plate layers.

18. A compensator for a liquid crystal display, said compensator comprising a plurality of layers, each layer in accordance with a specified one of claims 2, 3, and 4.

19. The compensator of claim 18, wherein (1) the birefringent material in each said layer includes a plurality of moieties of a liquid crystal material, and (2) a specified said layer aligns the moieties of liquid crystal material in an adjacent said layer.

20. The compensator of claim 19 further comprising one or more C-plate layers.

21. The compensator of claim 19 further comprising one or more A-plate layers.

22. The compensator of claim 18 further comprising one or more A-plate layers.

23. The compensator of claim 18 further comprising one or more C-plate layers.

24. A compensator for a liquid crystal display, said compensator comprising a plurality of layers, each layer comprising a birefringent material having an optical symmetry axis defined by a tilt angle, measured relative to the plane of the layer, and an azimuthal angle, measured relative to a reference axis in the plane of the layer, wherein said azimuthal angle varies along an axis normal to said layer, and said tilt angle is substantially fixed at an angle between approximately 25 degrees and approximately 65 degrees, along an axis normal to said layer, wherein the optical symmetry axes of adjacent said layers vary azimuthally in a positive sense and a negative sense respectively.

25. A compensator for a liquid crystal display, said compensator comprising a plurality of layers, each layer comprising a birefringent material having an optical symmetry axis defined by a tilt angle, measured relative to the plane of the layer, and an azimuthal angle, measured relative to a reference axis in the plane of the layer, wherein said tilt angle varies along an axis normal to said layer, and said azimuthal angle is substantially fixed along an axis normal to said layer and wherein the tilt angles of adjacent said layers vary in a positive sense and a negative sense respectively.

26. A compensator for a liquid crystal display, said compensator comprising a plurality of layers, wherein:

**20**

(a) each layer comprises a birefringent material including a plurality of moieties of a liquid crystal material;

(b) the optical symmetry axis of each layer has a respective tilt angle, relative to the plane of the layer, which varies along an axis normal to the layer, with the tilt angles of adjacent said layers varying in a positive sense and a negative sense respectively;

(c) the optical symmetry axis of each layer has a respective azimuthal angle, relative to a reference axis in the plane of the layer, which varies along an axis normal to said layer, with the azimuthal angles of adjacent said layers varying in a positive sense and a negative sense respectively; and

(d) a specified said layer aligns the moieties of liquid crystal material in an adjacent said layer

27. A compensator for a liquid crystal display, said compensator comprising a plurality of layers, each layer comprising a birefringent material having an optical symmetry axis defined by a tilt angle, measured relative to the plane of the layer, and an azimuthal angle, measured relative to a reference axis in the plane of the layer, wherein each of said tilt angle and said azimuthal angle varies along an axis normal to said layer, and wherein the optical symmetry axes of adjacent said layers vary azimuthally in a positive sense and a negative sense respectively

28. A liquid crystal display for viewing at various angles with respect to a normal axis perpendicular to the display, comprising:

(a) (a) a polarizer layer;

(b) (b) an analyzer layer;

(c) (c) a liquid crystal layer disposed between the polarizer layer and the analyzer layer;

(d) (d) a first electrode proximate to a first major surface of the liquid crystal layer;

(e) (e) a second electrode proximate to a second major surface of the liquid crystal layer, the first and second electrodes being adapted to apply a voltage across the liquid crystal layer when the electrodes are connected to a source of electrical potential; and

(f) (f) a compensator in accordance with a specified one of claim 1, 5, 6, 2, 3, 4, 24, 28, 26, 7, 8, 9, 13, 10, 14, 27, 15, 11, 16, 12 and 17 disposed between the polarizer layer and the analyzer layer

29. The liquid crystal display of claim 28, wherein said compensator is optically matched with said liquid crystal layer to provide a desired viewing characteristic over a specified field of view

\* \* \* \* \*



US006734926B2

(12) **United States Patent**  (10) Patent No.:  **US 6,734,926 B2**
Fan et al.  (45) Date of Patent:  **May 11, 2004**

(54) **DISPLAY APPARATUS WITH A REDUCED THICKNESS**

(75) Inventors: **Kuo-Shu Fan**, Miao-Li Hsien (TW); **Chin-Lung Ting**, Taipei (TW)

(73) Assignee: **Chi Mei Optoelectronics Corporation**, Tainan (TW)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: 10/065,039

(22) Filed: **Sep. 13, 2002**

(65) **Prior Publication Data**

US 2004/0051824 A1 Mar. 18, 2004

(51) Int. Cl.⁷ .... G02F 1/1333
(52) U.S. Cl. .... 349/58; 349/58; 349/149; 349/150; 349/151; 349/152
(58) Field of Search .... 349/58, 149–152

(56) **References Cited**

U.S. PATENT DOCUMENTS

5,694,190 A * 12/1997 Matsumoto et al. ... 349/151
6,188,380 B1 * 2/2001 Kawashima et al. ... 345/102

6,330,148 B1 * 12/2001 Won et al. ... 361/681
6,559,908 B2 * 5/2003 Hiratsuka et al. ... 349/58

FOREIGN PATENT DOCUMENTS

EP 0888036 A1 * 12/1998 ... H05K/1/18

* cited by examiner

*Primary Examiner*—Michael G. Lee
*Assistant Examiner*—Seung H Lee
(74) *Attorney, Agent, or Firm*—Winston Hsu

(57) **ABSTRACT**

An LCD apparatus with a reduced thickness comprises an upper frame to protect internal components, a display panel installed inside the upper frame, a light tube array disposed behind the display panel, a reflecting plate behind the light tube array, a supporting frame installed on the reflecting plate for supporting the display panel, and a circuit board for controlling the operation of the LCD apparatus. The reflecting plate comprises a main portion and a plurality of side portions. The circuit board is an integration of all control boards using printed circuit board assembly technology and is disposed on at least one of the side portions of the reflecting plate. The main portion of the reflecting plate serves as another frame and is coupled to an end of a stand assembly to support the LCD apparatus.

**42 Claims, 13 Drawing Sheets**



EXHIBIT "D"



Fig. 1 Prior art



## Fig. 2 Prior art

Case 1:08-cv-00355-JJF    Document 78-5    Filed 06/12/2008    Page 4 of 20



Fig. 3



Fig. 4



Fig. 5



Fig. 6



Fig. 7



Fig. 8

Case 1:08-cv-00355-JJF    Document 78-5    Filed 06/12/2008    Page 10 of 20



Fig. 9



Fig. 10



Fig. 11

Fig. 12



Fig. 13

US 6,734,926 B2

1

# DISPLAY APPARATUS WITH A REDUCED THICKNESS

## BACKGROUND OF INVENTION

### 1 Field of the Invention

The present invention relates to a Liquid Crystal Display (LCD) apparatus with a reduced thickness, and more specifically, to an LCD apparatus with no control circuit board installed onto the back of the back light unit

### 2 Description of the Prior Art

As technology advances, computers are extensively utilized by home users as well as within companies With the coming of age of multimedia technology, personal computers now have exceptional graphical capabilities, making a monitor one of the most important components of a personal computer

Currently, the most popular types of monitors are Cathode Ray Tube (CRT) monitors and LCD monitors CRT monitors employ electron beams to excite fluorescent material to generate an image Accordingly, CRT monitors have high power consumption for generating the electron beams, and require a large volume to accommodate the CRT itself. Monitors of larger screen size require larger bodies to accommodate the CRTs, and this often leads to an inconvenience for the user In addition, CRT monitors generate electromagnetic radiation when displaying images and this affects users health Due to the aforementioned issues, LCD monitors are gradually becoming embraced by computer users as mainstream products, and as replacements for CRT monitors Not only do LCD monitors use less space, they also consume less power Furthermore, LCD monitors do not generate enough electromagnetic radiation to be a user health concern

Among various types of LCD apparatuses, direct-type LCD apparatuses, such as direct-type LCD monitors and televisions, are broadly used as large-size display

Please refer to FIG 1, which illustrates the constituent components of a well-known direct-type LCD monitor 10 The LCD monitor 10 comprises an upper frame 12 and a lower frame 24 which hold in place the internal components of the LCD monitor 10 The internal components comprise an LCD panel 14 for displaying images, a diffuser 18 to equalize light, a light tube array 20 to generate white light, and a reflecting plate 22 to reflect the light generated by the light tube array 20 A stand assembly 25 is also included to support the LCD monitor 10 When the light emitted by the light tube array 20 shines directly onto the diffuser 18 or is reflected by the reflecting plate 22 before reaching the diffuser 18, the diffuser 18 equalizes the light so that the light provides uniform illumination to the LCD panel 14

FIG 2 shows the back of the reflecting plate 22 shown in FIG 1 On the back of the reflecting plate 22 are an X-board 30 and a Y-board 32 electrically connected to the LCD panel 14, an analog-to-digital converter (A/D board) 34 to convert analog signals into digital signals, a control board 35 connected to X-board 30 and Y-board 32, and a connector 36 connected to the A/D board 34 The connector 36 receives signals sent from an imaging device such as a computer video card. The signals are then converted to digital signals via the A/D board 34 that are then fed into the control board 35 The control board 35 generates corresponding signals for the X-board 30 and the Y-board 32 The X-board 30 and the Y-board 32 then generate corresponding control signals for the LCD panel 14 to display images

2

In those direct-type LCD apparatuses, a light tube array 20 illuminates the display panel 14 with no bulky light guide plate and hence the weight of the apparatuses is reduced However, employing the light tube array 20 requires enough space for diffusion of the light, which rules out the possibility of further slimming direct-type LCD apparatuses in this regard Besides, existing technology is implemented in such a way that the control elements are installed between reflecting plate 22 and lower frame 24, so that the thickness of the LCD apparatus is increased, which causes inconveniences in using and installing

## SUMMARY OF INVENTION

It is therefore a primary objective of the claimed invention to provide a display apparatus with reduced thickness to solve the abovementioned problems of the prior art

The first preferred embodiment of the claimed invention includes a display apparatus, which comprises an upper frame, a display panel installed in the upper frame to display images, a light tube array behind the display panel to generate light, a reflecting plate disposed behind the light tube array to reflect the light generated by the light tube array, and a supporting frame installed on the reflecting plate to support the display panel The reflecting plate comprises a main portion and at least one side portion, each of the side portions tilted with respect to the main portion The display apparatus also comprises a circuit board attached to at least one side portion of the reflecting plate and installed within the gap between the side portion of the reflecting plate and the supporting frame in order to control the operation of the display apparatus

The second preferred embodiment of the claimed invention includes an display apparatus, which comprises an upper frame, a display panel installed inside the upper frame for displaying images, an array of light tubes disposed behind the display panel for generating light, a reflecting sheet positioned behind the array of light tubes for reflecting light generated by the array of light tubes, a supporting frame having a main portion and at least one side portion being tilted with respect to the main portion, a supporting frame positioned onto the main portion of the supporting plate for supporting the display panel, and a circuit board for controlling operations of the display apparatus The main portion of the supporting plate is used for supporting the reflecting sheet The supporting frame has a plurality of sub-frames, and at least one of the sub-frames is tilted with respect to the main portion of the supporting plate and is separated from the side portion of the supporting plate by a gap The circuit board is installed within the gap

The third preferred embodiment of the claimed invention includes an display apparatus, which comprises an upper frame, a display panel installed inside the upper frame to display images, a light tube array behind the display panel to generate light, a reflecting plate placed at the back of the light tube array to reflect the light generated by the light tube array, a supporting frame installed on the reflecting plate to support the display panel, and a lower frame The reflecting plate comprises a main portion and at least one side portion, each of the side portions tilted with respect to the main portion The display apparatus also comprises a circuit board attached to at least one side-portion of the reflecting plate and installed within the gap between the side portion of the reflecting plate and the lower frame in order to control the operation of the display apparatus

The fourth preferred embodiment of the claimed invention includes andisplay apparatus, which comprises an upper

US 6,734,926 B2

3                                                                                          4

frame, a display panel installed inside the upper frame for displaying images, an array of light tubes disposed behind the display panel for generating light, a reflecting sheet positioned behind the array of light tubes for reflecting light generated by the array of light tubes, a supporting plate having a main portion and at least one side portion being tilted with respect to the main portion, a supporting frame positioned onto the main portion of the supporting plate for supporting the display panel, a lower frame, and a circuit board for controlling operations of the display apparatus. The main portion of the supporting plate is used for supporting the reflecting sheet. The supporting frame has a plurality of sub-frames, and at least one of the sub-frames is tilted with respect to the main portion of the supporting plate. The circuit board is installed onto at least one side portion of the supporting plate and within the gap between the side porting of the supporting plate and the lower frame.

It is an advantage of the claimed invention, in which no circuit board is installed on the back side of the direct-type back light unit, such that the display apparatus has a simplified frame structure and is therefore slimmer and more convenient to use. It is a further advantage of the claimed invention that production cost of the display apparatus is greatly reduced.

These and other objectives of the claimed invention will no doubt become obvious to those of ordinary skill in the art after reading the following detailed description of the preferred embodiment that is illustrated in the various figures and drawings.

BRIEF DESCRIPTION OF DRAWINGS

FIG. 1 is an exploded perspective view of a prior art direct-type LCD apparatus.

FIG. 2 is a perspective view of a backside of the prior art reflecting plate shown in FIG. 1.

FIG. 3 is a perspective view of a present invention direct-type LCD apparatus.

FIG. 4 is an exploded perspective view of a first embodiment of the present invention shown in FIG. 3.

FIG. 5 is a cross-sectional view of the first embodiment of the present invention along a line 5–5" shown in FIG. 3.

FIG. 6 is an exploded perspective view of a second embodiment of the present invention shown in FIG. 3.

FIG. 7 is a cross-sectional view of the second embodiment of the present invention along a line 5–5" shown in FIG. 3.

FIG. 8 is an exploded perspective view of a third embodiment of the present invention shown in FIG. 3.

FIG. 9 is a cross-sectional view of the third embodiment of the present invention along a line 5–5" shown in FIG. 3.

FIG. 10 is an exploded perspective view of a forth embodiment of the present invention shown in FIG. 3.

FIG. 11 is a cross-sectional view of the forth embodiment of the present invention along a line 5–5" shown in FIG. 3.

FIG. 12 is an exploded perspective view of a fifth embodiment of the present invention shown in FIG. 3.

FIG. 13 is an exploded perspective view of a sixth embodiment of the present invention shown in FIG. 3.

DETAILED DESCRIPTION

Please Refer to FIG. 3, FIG. 4, and FIG. 5. FIG. 3 illustrates a direct-type LCD apparatus 40 according to the present invention, and shows a section line 5–5" used for FIG. 5. FIG. 4 illustrates components of the LCD apparatus 40 according to the first embodiment of the present inven-

tion. The LCD apparatus 40 comprises an upper frame 42, a liquid crystal display panel 44 installed inside the upper frame 42, a light tube array 48 installed behind the display panel 44 for generating white light, a diffuser 46 interposed between the display panel 44 and the light tube array 48 in order to uniformly diffuse the light generated by the light tube array 48, a reflecting plate 50 disposed behind the light tube array 48, a supporting frame 51 installed on the reflecting plate 50 to support the liquid crystal display panel 44 and the diffuser 46, a circuit board 52 to control the display panel 44, and a connector 54 to receive signals sent by imaging devices. The reflecting plate 50 comprises a main portion 57 and two side portions 58, 59. Each of the side portions 58, 59 is tilted with respect to the main portion 57. The supporting frame 51 comprises four sub-frames 53a, 53b, 53c, 53d, among which at least sub-frames 53a and 53b are also tilted with respect to the main portion 57 so as to reflect the light generated by the light tube array 48. In addition, sub-frame 53a is separated from the side portion of the reflecting plate 58 by a gap 66.

The first preferred embodiment of the present invention utilizes the supporting frame 51 so that the LCD apparatus 40 is strengthened and capable of withstanding the effects of external forces. Moreover, the main portion 57 of the reflecting plate 50 along with the sub-frames 53a, 53b, 53c and 53d of the supporting frame 51 constitute a reflecting surface, which reflects the light generated by the light tube array 48. The circuit board 52 comprises at least an X-board 60 to drive pixels in the same row for displaying corresponding data, a control board 62 used to control the X-board 60, and an A/D board 64 to convert analog signals into digital signals. The circuit board 52 can be a rigid circuit board or a printed circuit board. The circuit board 52 could also include an electromagnetic interference shield to shield the electromagnetic radiation generated by the circuit board 52. In this embodiment, the circuit board 52 of the direct-type LCD apparatus 40 is installed onto either the side portion 58 of the reflecting plate 57 or the sub-frame 53a of the supporting frame 51 by making use of the gap 66.

In order to reduce the weight of the LCD apparatus 40, the supporting frame 51 can be made of materials such as plastic. Additionally, by using multi-layer printed circuit board technology, all of the control boards such as the X-board 60 and the analog-to-digital converter 64 can be integrated into the single circuit board 52 through printed circuit board assembly (PCBA). Another weight saving feature is that the reflecting plate 50 forms a part of the frame of the LCD apparatus 40. A stand assembly 56 could be further provided and coupled to either the reflecting plate 57 to support the LCD apparatus 40. The present invention is not limited by the first preferred embodiment described. For example, one end of the stand assembly 56 can be installed on the bottom side of the upper frame 42 to support the entire LCD apparatus 40. Additionally, the sub-frame 53b and the side portion 59 can also be used to form another gap with the same purpose as the gap 66 formed by the sub-frame 53a and the side portion 58. Part of the circuit board 52 can then be attached to the side portion 58 reflecting plate 50 or the sub-frame 53a, while the rest is attached to the side portion 59 or the sub-frame 53b, so as to make complete use of the space between the two side portions 58, 59 and the supporting frame 51. Without any circuit board 52 is installed on the back side of the reflecting plate 50, the thickness of the LCD apparatus 40 is reduced.

Please refer to FIG. 6 and FIG. 7. FIG. 6 is an exploded perspective view of a second embodiment of the present invention and FIG. 7 is a cross-sectional view of the second

US 6,734,926 B2

5

embodiment along a line 5–5" shown in FIG. 3. The LCD apparatus 40 comprises anupper frame 72, a liquid crystal display panel 74 installed inside the upper frame 72, a light tube array 78 installed behind the display panel 74 for generating white light, a diffuser 76 interposed between the liquid crystal display panel 74 and the light tube array 78 in order to uniformly diffuse the light generated by the light tube array 78, a supporting frame 80 for supporting the liquid crystal display panel 74 a reflecting sheet 82 for reflecting light generated by the light tube array 78, and a supporting plate 84 for supporting the supporting frame 80. The supporting plate 84 has a main portion 85 and at least one side portion 86. The reflecting sheet 82 is positioned onto the main portion 85. As shown in FIG. 6, the side portion 86 is tilted with respect to the main portion 85. A gap 94 exists between the side portion 86 and the supporting frame 80. The LCD apparatus further comprises a circuit board 88 for controlling the display panel 74, and a connector 90 for receiving display data sent by an external display controller such as a VGA card of a computer system. The circuit board 88 is installed within the gap 94.

In this second preferred embodiment, the circuit board 88 can be a rigid circuit board or a printed circuit board. The circuit board 88 could also include an electromagnetic interference shield to shield the electromagnetic radiation generated by the circuit board 88. For example, a heatsink covering the circuit board 88 not only prevents the circuit board 88 from running under high temperature, but also functions as an electromagnetic interference shield.

As mentioned above, the circuit board 88 is installed within the gap 94 without increasing thickness of the LCD apparatus 40. Besides, for further reducing the weight, the supporting plate 84 serves a part of the frame of the LCD apparatus 40 A stand assembly 92 could be further provided and coupled to either the supporting plate 84 to support the LCD apparatus 40

The present invention is not limited by the second preferred embodiment described. For example, one end of the stand assembly 92 can be installed on the bottom side of the upper frame 72 to support the entire LCD apparatus 40. Additionally, the gap 94 can exist in any side of the LCD apparatus 40 through appropriate arrangement of the side portion 86. For example, when the side portion 86 is positioned on the top of the main portion 85, the gap 94 will exist on the top of the LCD apparatus 40. In addition, the supporting plate 84 can have more than one side portion 86 for accommodating more circuit boards 88 to better drive the LCD apparatus 40 without increasing its corresponding thickness and weight. The alternative arrangement also can achieve the same goal of reducing the thickness of the prior art LCD apparatus 10.

Please Refer to FIG. 8, and FIG. 9 FIG. 8 illustrates components of the LCD apparatus 40 according to the third embodiment of the present invention. FIG. 9 is a cross-sectional view of the LCD apparatus 40. The LCD apparatus 40 comprises an upper frame 102, a liquid crystal display panel 104 installed inside the upper frame 102, a light tube array 108 installed behind the display panel 104 for generating white light, a diffuser 106 interposed between the display panel 104 and the light tube array 108 in order to uniformly diffuse the light generated by the light tube array 108, a reflecting plate 110 disposed behind the light tube array 108, a supporting frame 111 installed on the reflecting plate 110 to support the liquid crystal display panel 104 and the diffuser 106, a circuit board 112 to control the display panel 104, a connector 114 to receive signals sent by imaging devices, and a lower frame 115. The reflecting plate

6

110 comprises a main portion 117 and two side portions 118, 119. Each of the side portions 118, 119 is tilted with respect to the main portion 117. The main portion 117 of the reflecting plate 110 along with the supporting frame 111 constitute a reflecting surface, which reflects the light generated by the light tube array 108. It is noteworthy that a gap 126 exists between the side portion 118 and the lower frame 115. Then, the circuit board 112 is installed within the gap 126. The circuit board 112 comprises at least an X-board 120 to drive pixels in the same row for displaying corresponding data, a control board 122 used to control the X-board 120, and an A/D board 124 to convert analog signals into digital signals. The circuit board 112 can be a rigid circuit board or a printed circuit board. The circuit board 112 could also include an electromagnetic interference shield to shield the electromagnetic radiation generated by the circuit board 112. In this embodiment, the circuit board 112 and connector 114 are installed onto the side portion 118 of the reflecting plate 110 and protected by the lower frame 115 The lower frame 115 could be any shape and size to provide protection and/or shield for the circuit board 112 and is not limited to a lower housing case to enclose the whole reflecting plate 110 and supporting frame 111 A stand assembly 116 could be further provided and coupled to either the reflecting plate 117 or the lower frame 115 to support the LCD apparatus 40 Without any circuit board 112 is installed on the back of the reflecting plate 110, the thickness of the LCD apparatus 40 is reduced

Please refer to FIG. 10 and FIG. 11. FIG. 10 is an exploded perspective view of a fourth embodiment of the present invention and FIG 11 is a cross-sectional view of the forth embodiment along a line 5–5" shown in FIG 3. The LCD apparatus 40 comprises an upper frame 132, a liquid crystal display panel 134 installed inside the upper frame 132, a light tube array 138 installed behind the display panel 134 for generating white light, a diffuser 136 interposed between the liquid crystal display panel 134 and the light tube array 138 in order to uniformly diffuse the light generated by the light tube array 138, a supporting frame 140 for supporting the liquid crystal display panel 134, a reflecting sheet 142 for reflecting light generated by the light tube array 138,and a supporting plate 144 for supporting the supporting frame 140. The supporting plate 144 has a main portion 145 and at least one side portion 146. The reflecting sheet 142 is positioned onto the main portion 145. The LCD apparatus 40 further comprises a circuit board 148 and a connector 150 installed onto the side portion 146 and protected by a lower frame 151. It is noteworthy that a gap 154 exists between the side portion 146 and the lower frame 151. Then, the circuit board 148 is installed within the gap 156. The circuit board 148 could also include an electromagnetic interference shield to shield the electromagnetic radiation generated by the circuit board 148. For example, a heatsink covering the circuit board 148 not only prevents the circuit board 148 from running under high temperature, but also functions as an electromagnetic interference shield. The lower frame 151 could be any shape and size to provide protection and/or shield for the circuit board 148 and is not limited to a lower housing case to enclose the whole supporting plate 144 and supporting frame 140. A stand assembly 152 could be further provided and coupled to either the supporting plate 144 or the lower frame 151 to support the LCD apparatus 40. Without any circuit board 148 installed on the back side of the reflecting plate 144, the thickness of the LCD apparatus 40 is reduced

Please Refer to FIG. 12, which illustrates components of the LCD apparatus 40 according to a fifth embodiment of the present invention The only difference between this fifth

US 6,734,926 B2

7

8

embodiment and the third embodiment is that the reflecting plate 110 shown in FIG 8 incorporates the supporting frame 111 shown in FIG 8 to form an integrated supporting unit 162 The integrated supporting unit 162 further simplifies the whole structure of the LCD apparatus 40, and accordingly reduces thickness and cost of the LCD apparatus 40 The integrated supporting unit 162 comprises four sub-frames 163a, 163b, 163c, 163d and a main portion 164 The sub-frames 163a, 163b, 163c, 163 are mainly used to make the LCD apparatus 40 firm and solid The main portion 164 is mainly used to reflect light generated by the light tube array 108 In other words, the integrated supporting unit 162 in the fifth embodiment has two functions originally provided by the reflecting plate 110 and the supporting frame 111 The connector 114 and the circuit board 112, therefore, are positioned onto one of the sub-frames 113a, 113b, 113c, 113d (the sub-frame 113a for example) It is noteworthy that the circuit board 112 could also include an electromagnetic interference shield to shield the electromagnetic radiation generated by the circuit board 112 For example, a heatsink covering the circuit board 112 not only prevents the circuit board 112 from running under high temperature, but also functions as an electromagnetic interference shield In addition, the stand assembly 116 is coupled to lower frame 116 to support the LCD apparatus 40

Please refer to FIG. 13, which illustrates components of the LCD apparatus 40 according to a sixth embodiment of the present invention. The only difference between this sixth embodiment and the forth embodiment is that the supporting plate 144 shown in FIG 10 incorporates the supporting frame 140 shown in FIG 10 to form an integrated supporting unit 166 The integrated supporting unit 166 further simplifies the whole structure of the LCD apparatus 40, and accordingly reduces thickness and cost of LCD apparatus 40 The integrated supporting unit 166 comprises four sub-frames 167a, 167b, 167c, 167d and a main portion 168 The integrated supporting unit 166 is mainly used to make the LCD apparatus 40 firm and solid The reflecting sheet 142 for reflecting light generated by the light tube array 138 is positioned onto the main portion 168 The connector 150 and the circuit board 148, therefore, are both positioned onto one of the sub-frames 167a, 167b, 167c, 167d (sub-frame 167a for example) It is noteworthy that the circuit board 148 could also include an electromagnetic Interference shield to shield the electromagnetic radiation generated by the circuit board 148 For example, a heatsink covering the circuit board 148 not only prevents the circuit board 148 from running under high temperature, but also functions as an electromagnetic interference shield In addition, the stand assembly 152 is coupled to the lower frame 152 to support the LCD apparatus 40

As shown in FIG 8 and FIG 12, the stand assembly 116 is fixed on the lower frame 115. However, the stand assembly 116 is capable of piercing through the lower frame 155 to connect with the reflecting plate 110 (third embodiment) or the integrated supporting unit 162 (fifth embodiment) The reflecting plate 110 and the stand assembly 116, therefore, are coupled together to support the LCD apparatus 40 The integrated supporting unit 162 and the stand assembly 116 are connected to support the LCD apparatus 40 in the same way As shown in FIG 10 and FIG. 13, the stand assembly 152 is fixed on the lower frame 151 However, the stand assembly 152 is capable of piercing through the lower frame 151 to connect with the supporting plate 144 (fourth embodiment)or the integrated supporting unit 166 (sixth embodiment) The supporting plate 144 and the stand assembly 152, therefore, are coupled together to support the LCD

apparatus 40 The Integrated supporting unit 166 and the stand assembly 152 are connected to support the LCD apparatus 40 in the same way

Compared with the prior art direct-type LCD apparatus, the present invention utilizes the space between the side portions of the reflecting plate and the supporting frame (first preferred embodiment), the side portions of the supporting plate and the supporting frame (second preferred embodiment), the side portion of the supporting plate and the lower frame9third and fifth embodiments), or the side portion of the reflecting plate and the lower frame (fourth and sixth embodiments) to house the circuit board and related elements As a result, the thickness of the direct-type LCD apparatus is reduced without the circuit board and related elements positioned at the back of the LCD apparatus Therefore, it makes the LCD apparatus more convenient to use Furthermore, the present invention utilizes the main portion of the reflecting plate (first preferred embodiment) or the supporting plate (second preferred embodiment) as a frame structure to replace the lower frame of the prior art LCD apparatus The entire apparatus is supported by the stand assembly in combination with the main portion of the reflecting plate or the main portion of the supporting plate. No extra lower frames are required to protect the circuit board and support the apparatus. Accordingly, the overall production cost and weight of the LCD apparatus are greatly reduced

Those skilled in the art will readily observe that numerous modifications and alterations of the device may be made while retaining the teachings of the invention Accordingly, the above disclosure should be construed as limited only by the metes and bounds of the appended claims

What is claimed is:

1 A display apparatus comprising:

an upper frame;

a display panel installed inside the upper frame for displaying images;

an array of light tubes disposed behind the display panel for generating light;

a reflecting plate disposed behind the array of light tubes for reflecting light generated by the array of light tubes, the reflecting plate having a main portion and at least one side portion being tilted with respect to the main portion;

a supporting frame installed on the reflecting plate for supporting the display panel, the supporting frame comprising a plurality of sub-frames, at least one of the sub-frames being tilted with respect to the main portion of the reflecting plate and being separated from the side portion by a gap; and

a circuit board installed within the gap for controlling operations of the display apparatus

2 The display apparatus of claim 1 wherein the display panel is a liquid crystal display panel

3 The display apparatus of claim 1 further comprising a stand assembly having one end coupled to the reflecting plate.

4 The display apparatus of claim 1 further comprising a stand assembly having one end coupled to the upper frame.

5 The display apparatus of claim 1 further comprising a diffuser interposed between the display panel and the array of light tubes for diffusing light generated by the array of light tubes.

6. The display apparatus of claim 1 further comprising an EMI (electromagnetic interference) shield covering the circuit board for shielding radiation

US 6,734,926 B2

9

**7** The display apparatus of claim **1** wherein the circuit board comprises an X-board for driving the display panel, a control board for controlling the X-board, and an A/D converter for converting analog signals into digital signals

**8** A display apparatus comprising:

an upper frame;

a display panel installed inside the upper frame for displaying images;

an array of light tubes disposed behind the display panel for generating light;

a reflecting sheet disposed behind the array of light tubes for reflecting light generated by the array of light tubes;

a supporting plate having a main portion and at least one side portion being tilted with respect to the main portion, the main portion used for supporting the reflecting sheet;

a supporting frame disposed on the supporting plate for supporting the display panel, the supporting frame comprising a plurality of sub-frames, at least one of the sub-frames being tilted with respect to the main portion of the supporting plate and being separated from the side portion of the supporting plate by a gap; and

a circuit board installed within the gap for controlling operations of the display apparatus

**9** The display apparatus of claim **8** wherein the display panel is a liquid crystal display panel.

**10** The display apparatus of claim **8** further comprising a stand assembly having one end coupled to the supporting plate

**11** The display apparatus of claim **8** further comprising a stand assembly having one end coupled to the upper frame

**12** The display apparatus of claim **8** further comprising a diffuser interposed between the display panel and the array of light tubes for diffusing light generated by the array of light tubes

**13.** The display apparatus of claim **8** further comprising an EMI (electromagnetic interference) shield covering the circuit board for shielding radiation

**14.** The display apparatus of claim **8** wherein the circuit board comprises an X-board for driving the display panel, a control board for controlling the X-board, and an A/D converter for converting analog signals into digital signals

**15** A display apparatus comprising:

an upper frame;

a display panel installed inside the upper frame for displaying images;

an array of light tubes disposed behind the display panel for generating light;

a reflecting plate disposed behind the array of light tubes for reflecting light generated by the array of light tubes, the reflecting plate having a main portion and at least one side portion being tilted with respect to the main portion;

a supporting frame installed on the reflecting plate for supporting the display panel; and

a circuit board installed on the side portion of the reflecting plate for controlling operations of the display apparatus.

**16** The display apparatus of claim **15** wherein the display panel is a liquid crystal display panel.

**17** The display apparatus of claim **15** further comprising a stand assembly having one end coupled to the reflecting plate

**18** The display apparatus of claim **15** further comprising a stand assembly having one end coupled to the upper frame

10

**19.** The display apparatus of claim **15** further comprising a diffuser interposed between the display panel and the array of light tubes for diffusing light generated by the array of light tubes

**20.** The display apparatus of claim **15** further comprising an EMI (electromagnetic interference) shield covering the circuit board for shielding radiation

**21.** The display apparatus of claim **15** wherein the circuit board comprises an X-board for driving the display panel, a control board for controlling the X-board, and an A/D converter for converting analog signals into digital signals

**22** A display apparatus comprising:

an upper frame;

a display panel installed inside the upper frame for displaying images;

an array of light tubes disposed behind the display panel for generating light;

a reflecting sheet disposed behind the array of light tubes for reflecting light generated by the array of light tubes;

a supporting plate having a main portion and at least one side portion being tilted with respect to the main portion, the main portion used for supporting the reflecting sheet;

a supporting frame installed on the main portion of the supporting plate for supporting the display panel; and

a circuit board installed on the side portion of the supporting plate for controlling operations of the display apparatus.

**23.** The display apparatus of claim **22** wherein the display panel is a liquid crystal display panel.

**24** The display apparatus of claim **22** further comprising a stand assembly having one end coupled to the supporting plate

**25** The display apparatus of claim **22** further comprising a stand assembly having one end coupled to the upper frame

**26** The display apparatus of claim **22** further comprising a diffuser interposed between the display panel and the array of light tubes for diffusing light generated by the array of light tubes

**27.** The display apparatus of claim **22** further comprising an EMI (electromagnetic interference) shield covering the circuit board for shielding radiation emitted by the circuit board

**28.** The display apparatus of claim **22** wherein the circuit board comprises an X-board for driving the display panel, a control board for controlling the X-board, and an A/D converter for converting analog signals into digital signals

**29** A display apparatus comprising:

an upper frame;

a display panel installed inside the upper frame for displaying images;

an array of light tubes disposed behind the display panel for generating light;

an integrated supporting unit disposed behind the array of light tubes having a main portion and at least one side portion being tilted with respect to the main portion for reflecting light generated by the array of light tubes and supporting the display panel; and

a circuit board installed on at least one of the side portions of the reflecting plate for controlling operations of the display apparatus.

**30** The display apparatus of claim **29** wherein the display panel is a liquid crystal display panel.

**31** The display apparatus of claim **29** further comprising a stand assembly having one end coupled to the integrated supporting unit

US 6,734,926 B2

11

**32.** The display apparatus of claim **29** further comprising a stand assembly having one end coupled to the upper frame.

**33.** The display apparatus of claim **29** further comprising a diffuser interposed between the display panel and the array of light tubes for diffusing light generated by the array of light tubes.

**34.** The display apparatus of claim **29** further comprising an EMI (electromagnetic interference) shield covering the circuit board for shielding radiation.

**35.** The display apparatus of claim **29** wherein the circuit board comprises an X-board for driving the display panel, a control board for controlling the X-board, and an A/D converter for converting analog signals into digital signals.

**36.** A display apparatus comprising:

an upper frame;

a display panel installed inside the upper frame for displaying images;

an array of light tubes disposed behind the display panel for generating light;

a reflecting sheet disposed behind the array of light tubes for reflecting light generated by the array of light tubes;

an integrated supporting unit comprising a main portion and at least one side portion being tilted with respect to the main portion for supporting the reflecting sheet and the display panel; and

12

a circuit board installed on at least one of the side portions of the supporting plate for controlling operations of the display apparatus.

**37.** The display apparatus of claim **36** wherein the display panel is a liquid crystal display panel.

**38.** The display apparatus of claim **36** further comprising a stand assembly having one end coupled to the integrated supporting unit.

**39.** The display apparatus of claim **36** further comprising a stand assembly having one end coupled to the upper frame.

**40.** The display apparatus of claim **36** further comprising a diffuser interposed between the display panel and the array of light tubes for diffusing light generated by the array of light tubes.

**41.** The display apparatus of claim **36** further comprising an EMI (electromagnetic interference) shield covering the circuit board for shielding radiation emitted by the circuit board.

**42.** The display apparatus of claim **36** wherein the circuit board comprises an X-board for driving the display panel, a control board for controlling the X-board, and an A/D converter for converting analog signals into digital signals.

* * * * *

# CIVIL COVER SHEET

2-07CV-176

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS

Chi Mei Optoelectronics Corporation,
A Taiwan Corporation

## DEFENDANTS

LG Phillips LCD CO., LTD ,a Korean Corporation and
LG Phillips LCD America, Inc ,a California Corporation

U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT
(IN U.S. PLAINTIFF CASES ONLY)
NOTE:   IN LAND CONDEMNATION CASES  USE THE LOCATION OF THE TRACT OF
LAND INVOLVED

MAY 04 2007

(b)   COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF
(EXCEPT IN U.S. PLAINTIFF CASES)

(c)   ATTORNEYS (FIRM NAME  ADDRESS, AND TELEPHONE NUMBER)
MELISSA R. SMITH                    903-934-8450
GILLAM & SMITH, L.L.P.
303 South Washington Avenue
Marshall, Texas  75670

ATTORNEYS (IF KNOWN)

## II. BASIS OF JURISDICTION     (PLACE AN 'X- IN ONE BOX ONLY)

1 U.S. Government
  Plaintiff

X 3 Federal Question
   (U.S. Government Not a Party)

2 U.S. Government
  Defendant

4 Diversity
  (Indicate Citizenship of Parties
   in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES    (PLACE AN "X" IN ONE BOX FOR PLAINTIFF
(For Diversity Cases Only)                  AND ONE BOX FOR DEFENDANT)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | 1 | 1 | Incorporated or Principal Place of Business in This State | 4 | 4 |
| Citizen of Another State | 2 | 2 | Incorporated and Principal Place of Business in Another State | 5 | 5 |
| Citizen or Subject of a Foreign Country | 3 | 3 | Foreign Nation | 6 | 6 |

## IV. NATURE OF SUIT   (PLACE AN 'X' IN ONE BOX ONLY)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| 110 Insurance | PERSONAL INJURY | PERSONAL INJURY | 610 Agriculture | 422 Appeal 28 USC 158 | 400 State Reapportionment |
| 120 Marine | 310 Airplane | 362 Personal Injury - | 620 Other Food & Drug | 423 Withdrawal | 410 Antitrust |
| 130 Miller Act | 315 Airplane Product | Med. Malpractice | 625 Drug Related Seizure | 28 USC 157 | 430 Banks and Banking |
| 140 Negotiable Instrument | 320 Assault Libel & | 365 Personal Injury - | of Property 21 USC 881 | | 450 Commerce/ICC Rates/etc |
| 150 Recovery of Overpayment | Slander | Product Liability | 630 Liquor Laws | PROPERTY RIGHTS | 460 Deportation |
| & Enforcement of Judgment | 330 Federal Employers | 368 Asbestos Personal | 640 R R & Truck | | 470 Racketeer Influenced and |
| 151 Medicare Act | Liability | Injury Product Liability | 650 Airline Regs | 820 Copyrights | Corrupt Organizations |
| 152 Recovery of Defaulted | 340 Marine | PERSONAL PROPERY | 660 Occupational | X 830 Patent | 810 Selective Service |
| Student Loans | 345 Marine Product | 370 Other Fraud | Safety/Health | 840 Trademark | 850 Securities/Commodities/ |
| (Excl  Veterans) | Liability | 371 Truth in Lending | 690 Other | | Exchange |
| 153 Recovery of Overpayment | 350 Motor Vehicle | 380 Other Personal | | | 875 Customer Challenge |
| of Veteran's Benefits | 355 Motor Vehicle | Property Damage | LABOR | SOCIAL SECURITY | 12 USC 3410 |
| 160 Stockholders' Suits | Product Liability | 385 Property Damage | 710 Fair Labor Standards | 861 HIA (1 395ff) | 891 Agricultural Acts |
| 190 Other Contract | 360 Other Personal Injury | Product Liability | Act | 862 Black Lung (923) | 892 Economic Stabilization Act |
| 195 Contract Product Liability | | | 720 Labor/Mgmt  Relations | 863 DIWC/DIWW (405(g)) | 893 Environmental Matters |
| | | | 730 Labor/Mgmt. Reporting | 864 SSID Title XVI | 894 Energy Allocation Act |
| | | | & Disclosure Act | 865 RSI (405(g)) | 895 Freedom of |
| REAL PROPERTY | CIVIL RIGHTS | PRISONER PETITIONS | 740 Railway Labor Act | | Information Act |
| 210 Land Condemnation | 441 Voting | 510 Motions to Vacate | 790 Other Labor Litigation | | 900 Appeal of Fee Determination |
| 220 Foreclosure | 442 Employment | Sentence | 791 Empl. Ret. Inc | FEDERAL TAX SUITS | Under Equal Access to Justice |
| 230 Rent Lease & Ejectment | 443 Housing | HABEAS CORPUS: | Security Act | | 950 Constitutionality of State |
| 240 Torts to Land | Accommodations | 530 General | | 870 Taxes (U S  Plaintiff | State Statutes |
| 245 Tort Product Liability | 444 Welfare | 535 Death Penalty | | or Defendant | 890 Other Statutory Actions |
| 290 All Other Real Property | 440 Other Civil Rights | 540 Mandamus & Other | | 871 IRS – Third Party | |
| | | 550 Civil Rights | | 26 USC 7609 | |
| | | 555 Prison Condition | | | |

## V ORIGIN     (PLACE AN "X" IN ONE BOX ONLY)

X 1 Original
   Proceeding

2 Removed from
  State Court

3 Remanded from
  Appellate Court

4 Reinstated or
  Reopened

Transferred from
5 another district
  (specify)

6 Multidistrict
  Litigation

Appeal to District
Judge From
7 Magistrate
  Judgment

## VI. CAUSE OF ACTION   (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE BRIEF STATEMENT OF CAUSE
DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY )

35 USC Section 101 et seq – 271 USC Section 1331 and 1338A – 28 USC Section 1391(b)(c)(d) and 1400(b)

## VII REQUESTED IN
COMPLAINT:

CHECK IF THIS IS A CLASS ACTION
UNDER FR C P 23

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND:   X YES      NO

## VII. RELATED CASE(S) (See Instructions:)
IF ANY

5-4-07

DATE

DOCKET

SIGNATURE OF ATTORNEY OF RECORD

FOR OFFICE USE ONLY   RECEIPT # _____     AMOUNT _____     APPLYING IFP _____     JUDGE _____     MAG. _____
JUDGE _____