## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | |
|---|---|
| CHI MEI OPTOELECTRONICS CORPORATION, a Taiwan Corporation,<br><br>Plaintiff,<br><br>v.<br><br>LG.PHILIPS LCD CO., LTD., a Korean Corporation, and LG.PHILIPS LCD AMERICA, INC., a California Corporation,<br><br>Defendants. | Civil Action No. 2:07-cv-00176-TJW<br><br>**JURY TRIAL DEMANDED** |
| LG.PHILIPS LCD CO., LTD., and LG.PHILIPS LCD AMERICA, INC.,<br><br>Counterclaim Plaintiffs,<br><br>v.<br><br>CHI MEI OPTOELECTRONICS CORPORATION; and CHI MEI OPTOELECTRONICS USA, INC., a Delaware Corporation,<br><br>Counterclaim Defendants. | **JURY TRIAL DEMANDED** |

### LG.PHILIPS LCD CO., LTD.'S ANSWER TO PLAINTIFF'S COMPLAINT AND COUNTERCLAIMS AGAINST PLAINTIFF AND ADDITIONAL PARTY CHI MEI OPTOELECTRONICS USA, INC.

Defendant LG.Philips LCD Co., Ltd. ("LPL"), by and through its undersigned

counsel, hereby files its Answer in Response to the Complaint For Patent Infringement of

Plaintiff Chi Mei Optoelectronics Corporation ("CMO"), in the above titled action, filed

on or about May 4, 2007, asserts affirmative defenses to those claims, and asserts

counterclaims against CMO and additional party Chi Mei Optoelectronics USA, Inc.

("CMO USA").  A jury trial is demanded for all claims so triable.

### RESPONSE TO ALLEGATIONS AS TO JURISDICTION AND VENUE

1.      LPL admits that CMO purports to assert claims arising under the patent laws of the United States, but denies the remaining allegations in paragraph 1 of the Complaint.

2.      LPL denies the allegations of paragraph 2 in the Complaint.

3.      LPL denies the allegations of paragraph 3 in the Complaint.

### RESPONSE TO ALLEGATIONS AS TO PARTIES

4.      LPL admits that CMO is a Taiwanese Corporation also having its principal place of business in Taiwan, but denies the remaining allegations in paragraph 4 of the Complaint.

5.      LPL admits that it is a Korean corporation with its principal place of business at 20 Youido-Dong, Yongdeungpo, Seoul 150-721, the Republic of Korea and that it designs, manufactures, and distributes TFT-LCD panels and Liquid Crystal Display ("LCD") modules, but denies the remaining allegations in paragraph 5 of the Complaint.

6.      LPL admits that LPLA has sales offices in California, Texas (Austin and Houston), North Carolina, and Illinois, but denies the remaining allegations in paragraph 6 of the Complaint.

7.      LPL admits the allegations in paragraph 7 of the Complaint.

8.      LPL denies the allegations in paragraph 8 of the Complaint.

**RESPONSE TO FIRST CLAIM FOR RELIEF**

9.      LPL hereby incorporates paragraphs 1-8 above as though fully set forth herein.

10.     LPL admits that Exhibit A to the Complaint purports to be a copy of United States Patent No. 6,008,786, entitled "Method for Driving Halftone Display for a Liquid Crystal Display" ("the '786 patent"), but LPL lacks knowledge or information sufficient to admit or deny the remaining allegations in paragraph 10 of the Complaint, and therefore denies them.

11.     LPL denies the allegations in paragraph 11 of the Complaint.

12.     LPL denies the allegations in paragraph 12 of the Complaint.

13.     LPL denies the allegations in paragraph 13 of the Complaint.

14.     LPL denies the allegations in paragraph 14 of the Complaint.

15.     LPL denies the allegations in paragraph 15 of the Complaint.

16.     LPL denies the allegations in paragraph 16 of the Complaint.

**RESPONSE TO SECOND CLAIM FOR RELIEF**

17.     LPL hereby incorporates paragraphs 1-16 above as though fully set forth herein.

18.     LPL admits that Exhibit B to the Complaint purports to be a copy of United States Patent No. 6,013,923 entitled "Semiconductor Switch Array with Electrostatic Discharge Protection and Method of Fabricating" ("the '923 patent"), but LPL lacks knowledge or information sufficient to admit or deny the remaining allegations in paragraph 18 of the Complaint, and therefore denies them.

19.     LPL denies the allegations in paragraph 19 of the Complaint.

20.     LPL denies the allegations in paragraph 20 of the Complaint.

21.    LPL denies the allegations in paragraph 21 of the Complaint.

22.    LPL denies the allegations in paragraph 22 of the Complaint.

23.    LPL denies the allegations in paragraph 23 of the Complaint.

24.    LPL denies the allegations in paragraph 24 of the Complaint.

### RESPONSE TO THIRD CLAIM FOR RELIEF

25.    LPL hereby incorporates paragraphs 1-24 above as though fully set forth herein.

26.    LPL admits that Exhibit C to the Complaint purports to be a copy of United States Patent No. 5,619,352 entitled "LCD Splay/Twist Compensator having Varying Tilt and/or Azimuthal Angles for Improved Gray Scale Performance" ("the '352 patent"), but LPL lacks knowledge or information sufficient to admit or deny the remaining allegations in paragraph 26 of the Complaint, and therefore denies them.

27.    LPL denies the allegations in paragraph 27 of the Complaint.

28.    LPL denies the allegations in paragraph 28 of the Complaint.

29.    LPL denies the allegations in paragraph 29 of the Complaint.

30.    LPL denies the allegations in paragraph 30 of the Complaint.

31.    LPL denies the allegations in paragraph 31 of the Complaint.

32.    LPL denies the allegations in paragraph 32 of the Complaint.

### RESPONSE TO FOURTH CLAIM FOR RELIEF

33.    LPL hereby incorporates paragraphs 1-32 above as though fully set forth herein.

34.    LPL admits that Exhibit D to the Complaint purports to be a copy of United States Patent No. 6,734,926 entitled "Display Apparatus with a Reduced Thickness" ("the '926 patent"), but LPL lacks knowledge or information sufficient to

admit or deny the remaining allegations in paragraph 34 of the Complaint, and therefore denies them.

35.     LPL denies the allegations in paragraph 35 of the Complaint.

36.     LPL denies the allegations in paragraph 36 of the Complaint.

37.     LPL denies the allegations in paragraph 37 of the Complaint.

38.     LPL denies the allegations in paragraph 38 of the Complaint.

39.     LPL denies the allegations in paragraph 39 of the Complaint.

40.     LPL denies the allegations in paragraph 40 of the Complaint.

**RESPONSE TO PRAYER FOR RELIEF**

41.     As to paragraphs 1 through 11 of the Prayer For Relief, LPL denies that CMO is entitled to the requested relief.

**<u>AFFIRMATIVE DEFENSES</u>**

Without conceding that any of the following necessarily must be pleaded as an affirmative defense, or that any of the following are not already at issue by virtue of the foregoing denials, and without prejudice to LPL's right to plead additional defenses as discovery into the facts of the matter warrants, LPL hereby asserts the following affirmative defenses:

**FIRST AFFIRMATIVE DEFENSE**

42.     CMO has failed to state a claim for which relief can be granted.

**SECOND AFFIRMATIVE DEFENSE**

43.     One or more claims of the '786 patent, the '923 patent, the '352 patent and the '926 patent (collectively "the CMO Patents") are invalid for failing to meet one or more of the requisite conditions or requirements for patentability specified by 35 U.S.C. §§ 101, 102, 103, and/or 112.

### THIRD AFFIRMATIVE DEFENSE

44.     LPL's products have not and do not infringe any claim of the CMO

Patents, either literally or under the doctrine of equivalents.

### FOURTH AFFIRMATIVE DEFENSE

45.      LPL has not directly or indirectly contributed to infringement of, nor

induced another to infringe the CMO Patents.

### FIFTH AFFIRMATIVE DEFENSE

46.     Pursuant to 35 U.S.C. § 287(b), LPL is not liable for damages for

infringement under any section of 35 U.S.C. § 271 before receiving notice of CMO's

allegations of infringement in this action.

### SIXTH AFFIRMATIVE DEFENSE

47.     CMO's claims are barred, in whole or in part, because of the affirmative

defense of license.

### LPL'S COUNTERCLAIMS AGAINST CMO AND ADDITIONAL PARTY CMO USA

48.     By these Counterclaims and pursuant to Rule 13, 19 and/or 20 of the

Federal Rules of Civil Procedure, Defendant/Counterclaim Plaintiff LG.Philips LCD Co.,

Ltd. ("LPL") seeks injunctive and declaratory relief and damages, including treble or

multiple damages, against Plaintiff Chi Mei Optoelectronics Corporation ("CMO") and

additional party Chi Mei Optoelectronics USA, Inc. ("CMO USA").

49.     Counterclaim Plaintiff LPL is a Korean corporation having its head office

at 18th Floor, West Tower, LG Twin Towers, 20 Yoido-dong, Youngdungpo-gu, Seoul,

Republic of Korea 150-721.

50.     Counterclaim Defendant CMO is a Taiwanese corporation, having its principal place of business at 2F, No. 1, Chi-Yeh Road, Tainan Science Based Industrial Park, Hsinshih Hsiang, Tainan Hsien 710,  TAIWAN 74147, R.O.C.

51.     Counterclaim Defendant CMO USA is a domestic subsidiary of CMO that either directly or indirectly imports into, sells, and/or offers for sale its products in Texas and elsewhere in the United States.  CMO owns 100% of the shares of Chi Mei Optoelectronics Japan Co., Ltd. ("CMO Japan"), which in turn owns 100% of the shares of CMO USA.  CMO USA is a Delaware corporation, having its principal pace of business at 101 Metro Drive Suite 510, San Jose, CA 95110.  CMO USA markets and sells CMO's products throughout the United States.

52.     LPL is the owner of United States Patent No. 5,905,274 ("the '274 Patent"), United States Patent No. 6,815,321 ("the '321 Patent"), United States Patent No. 7,176,489 ("the '489 Patent"), United States Patent No. 6,803,984 ("the '984 Patent"), and United States Patent No. 7,218,374 ("the '374 Patent") owned by LPL (collectively "the LPL Patents").

53.     CMO claims to be the owner of United States Patent No. 6,008,786 ("the '786 Patent"), United States Patent No. 6,013,923 ("the '923 Patent"), United States Patent No. 5,619,352 ("the '352 Patent"), and United States Patent No. 6,734,926 ("the '926 Patent") (collectively "the CMO Patents").

54.     These Counterclaims are based upon and arise under the Patent Laws of the United States, 35 U.S.C. § 100 *et seq*., and in particular §§ 271, 281, 283, 284 and 285, and is intended to redress infringement of the LPL Patents.

55.    Additionally, these Counterclaims are under the Declaratory Judgment Act, 28 U.S.C. §§ 2201 and 2202, and the Patent Laws of the United States, based upon an actual controversy between LPL and CMO regarding the validity and infringement of the claims of the CMO Patents, and is intended to provide appropriate and necessary declaratory relief.

56.    This Court has jurisdiction over the subject matter of these Counterclaims pursuant to 28 U.S.C. §§ 1331 and 1338(a).

57.    This Court has jurisdiction over the Counterclaims for declaratory relief under the Declaratory Judgment Act, 28 U.S.C. §§ 2201 and 2202, under the laws of the United States concerning actions relating to patents, 28 U.S.C. § 1338(a), and under 28 U.S.C. § 1331.

58.    This Court has personal jurisdiction and venue over CMO because, *inter alia*, CMO has submitted itself to the jurisdiction of this Court.

59.    This Court has personal jurisdiction over CMO USA and venue is proper in this judicial district pursuant to 28 U.S.C. §§ 1391 (b) and (c), and 28 U.S.C. § 1400(b), in that CMO USA is committing acts of patent infringement within the United States and within this judicial district, including the infringing acts alleged herein, both directly, through one or more intermediaries, and as intermediaries.  CMO USA regularly imports large quantities of CMO products into the United States for distribution throughout the United States, including in this judicial district.  CMO USA is involved in the distribution of infringing LCD products and are aware that their products are sold throughout the United States, including in Texas.  The established distribution networks of CMO USA consist of national distributors and resellers, and CMO USA distributes to

national retailers that have stores located in Texas.  By shipping into, offering to sell in, using, or selling products that infringe the LPL Patents in this judicial district, or by inducing or causing those acts to occur, CMO USA has transacted and transacts business and performs, works, and services in this judicial district, has contracted and contracts to supply services and things in this judicial district, has caused and causes injury and damages in this judicial district by acts and omissions in this judicial district, and has caused and causes injury and damages in this judicial district by acts or omissions outside of this judicial district while deriving substantial revenue from services or things used or consumed within this judicial district, and will continue to do so unless enjoined by this Court.

## THE LPL PATENTS

60.    On May 18, 1999, the '274 Patent, entitled "Thin-Film Transistor And Method Of Making Same," was duly and legally issued.  LPL is the owner by assignment of all rights, title, and interest in and to the '274 Patent.  A copy of the '274 Patent is attached as Exhibit A.

61.    On November 9, 2004, the '321 Patent, entitled "Thin-Film Transistor And Method Of Making Same," was duly and legally issued.  LPL is the owner by assignment of all rights, title, and interest in and to the '321 Patent.  A copy of the '321 Patent is attached as Exhibit B.

62.    On February 13, 2007, the '489 Patent, entitled "Thin-Film Transistor And Method Of Making Same," was duly and legally issued.  LPL is the owner by assignment of all rights, title, and interest in and to the '489 Patent.  A copy of the '489 Patent is attached as Exhibit C.

63.    On October 12, 2004, the '984 Patent, entitled "Method and Apparatus for Manufacturing Liquid Crystal Display Device Using Serial Production Processes," was duly and legally issued.  LPL is the owner by assignment of all rights, title, and interest in and to the '984 Patent.  A copy of the '984 Patent is attached as Exhibit D.

64.    On May 15, 2007, the '374 Patent, entitled "Liquid Crystal Display Device and Method of Manufacturing the Same," was duly and legally issued.  LPL is the owner by assignment of all rights, title, and interest in and to the '374 Patent.  A copy of the '374 Patent is attached as Exhibit E.

65.    As owner of the '274 patent, the '321 patent, the '489 patent, the '984 patent, and the '374 patent (collectively "the LPL Patents"), LPL possesses the right to sue and to recover for infringement of the LPL Patents.

66.    CMO and CMO USA (collectively the "Counterclaim Defendants") have been and are infringing and/or inducing infringement of the LPL Patents because they at least use, cause to be used, make, import, cause to be imported, offer for sale, cause to be offered for sale, sell, and/or cause to be sold in this judicial district and elsewhere in the United States products that infringe the LPL Patents.

## COUNTERCLAIM COUNT I
## INFRINGEMENT OF THE '274 PATENT

67.    LPL hereby incorporates paragraphs 48-66 above as though fully set forth herein.

68.    Counterclaim Defendants have infringed, and/or induced infringement of the '274 Patent by making, using, causing to be used, offering to sell, causing to be offered for sale, selling, causing to be sold, importing, and/or causing to be imported

products that infringe one or more claims of the '274 Patent in this judicial district and elsewhere in the United States.

69.     The products that are used, caused to be used, sold, caused to be sold, offered for sale, caused to be offered for sale, imported, and/or caused to be imported by Counterclaim Defendants meet each and every limitation of at least one claim of the '274 Patent, either literally or equivalently.

70.     LPL has been and will continue to be injured by Counterclaim Defendants' past and continuing infringement of the '274 Patent and is without adequate remedy at law.

71.     Counterclaim Defendants have, upon information and belief, infringed and are infringing the '274 Patent with knowledge of LPL's patent rights and without a reasonable basis for believing their conduct is lawful.    Counterclaim Defendants' infringement has been and continues to be willful and deliberate, and will continue unless enjoined by this Court, making this an exceptional case and entitling LPL to increased damages and reasonable attorneys' fees pursuant to 35 U.S.C. §§ 284 and 285.

## COUNTERCLAIM COUNT II
## INFRINGEMENT OF THE '321 PATENT

72.     LPL hereby incorporates paragraphs 48-71 above as though fully set forth herein.

73.     Counterclaim Defendants have infringed and/or induced infringement of the '321 Patent by making, using, causing to be used, offering to sell, causing to be offered for sale, selling, causing to be sold, importing, and/or causing to be imported products that are made by a method that infringes one or more claims of the '321 Patent in this judicial district and elsewhere in the United States.

74.    The products made by the infringing method that are used, caused to be used, sold, caused to be sold, offered for sale, caused to be offered for sale, imported, and/or caused to be imported by Counterclaim Defendants meet each and every limitation of at least one claim of the '321 Patent, either literally or equivalently.

75.    LPL has been and will continue to be injured by Counterclaim Defendants' past and continuing infringement of the '321 Patent and is without adequate remedy at law.

76.    Counterclaim Defendants have, upon information and belief, infringed and are infringing the '321 Patent with knowledge of LPL's patent rights and without a reasonable basis for believing their conduct is lawful.    Counterclaim Defendants' infringement has been and continues to be willful and deliberate, and will continue unless enjoined by this Court, making this an exceptional case and entitling LPL to increased damages and reasonable attorneys' fees pursuant to 35 U.S.C. §§ 284 and 285.

### COUNTERCLAIM COUNT III
### INFRINGEMENT OF THE '489 PATENT

77.    LPL hereby incorporates paragraphs 48-76 above as though fully set forth herein.

78.    Counterclaim Defendants have infringed and/or induced infringement of the '489 Patent by making, using, causing to be used, offering to sell, causing to be offered for sale, selling, causing to be sold, importing, and/or causing to be imported products that infringe one or more claims of the '489 Patent in this judicial district and elsewhere in the United States.

79.    The products that were used, caused to be used, sold, caused to be sold, offered for sale, caused to be offered for sale, imported, and/or caused to be imported by

Counterclaim Defendants meet each and every limitation of at least one claim of the '489 Patent, either literally or equivalently.

80.    LPL has been and will continue to be injured by Counterclaim Defendants' past and continuing infringement of the '489 Patent and is without adequate remedy at law.

81.    Counterclaim Defendants, upon information and belief, infringe the '489 Patent with knowledge of LPL's patent rights and without a reasonable basis for believing their conduct is lawful.  Counterclaim Defendants' infringement is and will continue to be willful and deliberate, making this an exceptional case and entitling LPL to increased damages and reasonable attorneys' fees pursuant to 35 U.S.C. §§ 284 and 285.

### COUNTERCLAIM COUNT IV
### INFRINGEMENT OF THE '984 PATENT

82.    LPL hereby incorporates paragraphs 48-81 above as though fully set forth herein.

83.    Counterclaim Defendants have infringed, and/or induced infringement of the '984 Patent by making, using, causing to be used, offering to sell, causing to be offered for sale, selling, causing to be sold, importing, and/or causing to be imported products that infringe one or more claims of the '984 Patent in this judicial district and elsewhere in the United States.

84.    The products that are used, caused to be used, sold, caused to be sold, offered for sale, caused to be offered for sale, imported, and/or caused to be imported by Counterclaim Defendants meet each and every limitation of at least one claim of the '984 Patent, either literally or equivalently.

85.     LPL has been and will continue to be injured by Counterclaim Defendants's past and continuing infringement of the '984 Patent and is without adequate remedy at law.

86.     Counterclaim Defendants, upon information and belief, infringed and is infringing the '984 Patent with knowledge of LPL's patent rights and without a reasonable basis for believing its conduct is lawful.   Counterclaim Defendants's infringement has been and continues to be willful and deliberate, and will continue unless enjoined by this Court, making this an exceptional case and entitling LPL to increased damages and reasonable attorneys' fees pursuant to 35 U.S.C. §§ 284 and 285.

## COUNTERCLAIM COUNT V
## INFRINGEMENT OF THE '374 PATENT

87.     LPL hereby incorporates paragraphs 48-86 above as though fully set forth herein.

88.     Counterclaim Defendants have infringed, and/or induced infringement of the '374 Patent by making, using, causing to be used, offering to sell, causing to be offered for sale, selling, causing to be sold, importing, and/or causing to be imported products that infringe one or more claims of the '374 Patent in this judicial district and elsewhere in the United States.

89.     The products that are used, caused to be used, sold, caused to be sold, offered for sale, caused to be offered for sale, imported, and/or caused to be imported by Counterclaim Defendants meet each and every limitation of at least one claim of the '374 Patent, either literally or equivalently.

90.    LPL has been and will continue to be injured by Counterclaim Defendants's past and continuing infringement of the '374 Patent and is without adequate remedy at law.

91.    Counterclaim Defendants, upon information and belief, infringed and is infringing the '374 Patent with knowledge of LPL's patent rights and without a reasonable basis for believing its conduct is lawful.    Counterclaim Defendants's infringement has been and continues to be willful and deliberate, and will continue unless enjoined by this Court, making this an exceptional case and entitling LPL to increased damages and reasonable attorneys' fees pursuant to 35 U.S.C. §§ 284 and 285.

**COUNTERCLAIM COUNT VI**
**CLAIM FOR DECLARATORY JUDGMENT OF INVALIDITY OF**
**THE '786 PATENT, THE '923 PATENT, THE '352 PATENT,**
**AND THE '926 PATENT AGAINST CMO**

92.    LPL hereby incorporates paragraphs 48-91 above as though fully set forth herein.

93.    CMO has accused LPL of infringing the CMO Patents, as such, there is a substantial controversy between the parties having adverse legal interests.

94.    Claims of the '786 Patent are invalid for failure to satisfy one or more of the requirements for patentability set forth in Title 35 of the United States Code.

95.    Claims of the '923 Patent are invalid for failure to satisfy one or more of the requirements for patentability set forth in Title 35 of the United States Code.

96.    Claims of the '352 Patent are invalid for failure to satisfy one or more of the requirements for patentability set forth in Title 35 of the United States Code.

97.    Claims of the '926 Patent are invalid for failure to satisfy one or more of the requirements for patentability set forth in Title 35 of the United States Code.

98.    Because CMO has asserted the CMO Patents against LPL, thereby creating an actual controversy, declaratory relief is both appropriate and necessary to establish that one or more of the claims of the '786 Patent, the '923 Patent, the '352 Patent, and the '926 Patent are invalid.

### COUNTERCLAIM COUNT VII
### CLAIM FOR DECLARATORY JUDGMENT OF NON-INFRINGEMENT OF THE '786 PATENT, THE '923 PATENT, THE '352 PATENT, AND THE '926 PATENT AGAINST CMO

99.    LPL hereby incorporates paragraphs 48-98 above as though fully set forth herein.

100.    LPL's LCD modules and/or methods of driving LCD modules do not infringe any claim of the '786 Patent, either literally or under the doctrine of equivalents.

101.    LPL's LCD modules and/or methods for forming LCD modules do not infringe any claim of the '923 Patent, either literally or under the doctrine of equivalents.

102.    LPL's LCD modules and/or methods for forming LCD modules do not infringe any claim of the '352 Patent, either literally or under the doctrine of equivalents.

103.    LPL's LCD modules and/or methods for forming LCD modules do not infringe any claim of the '926 Patent, either literally or under the doctrine of equivalents.

104.    Because CMO maintains that LPL infringes the CMO Patents, thereby creating an actual controversy, a declaration of rights between LPL and CMO is both appropriate and necessary to establish that LPL has not infringed and does not infringe any claim of the '786 Patent, the '923 Patent, the '352 Patent, or the '926 Patent.

### PRAYER FOR RELIEF

**WHEREFORE**, LPL prays for judgment as follows:

A.    That the Court dismiss CMO's complaint with prejudice;

B.      That the LPL Patents are valid and enforceable;

C.      That Counterclaim Defendants have infringed the LPL Patents;

D.      That Counterclaim Defendants' infringement of the LPL Patents have been willful;

E.      That Counterclaim Defendants and their parents, subsidiaries, affiliates, successors, predecessors, assigns, and the officers, directors, agents, servants and employees of each of the foregoing, and those persons acting in concert or participation with any of them, are enjoined and restrained from continued infringement, including but not limited to using, making, importing, offering for sale and/or selling products that infringe, and from inducing the infringement of, the LPL Patents, prior to their expiration, including any extensions;

F.      That Counterclaim Defendants and their parents, subsidiaries, affiliates, successors, predecessors, assigns, and the officers, directors, agents, servants and employees of each of the foregoing, and those persons acting in concert or participation with any of them deliver to LPL all products that infringe the LPL Patents for destruction at LPL's option;

G.      That LPL be awarded monetary relief adequate to compensate LPL for Counterclaim Defendants' acts of infringement of the LPL Patents within the United States prior to the expiration of the LPL Patents, including any extensions;

H.      That any monetary relief awarded to LPL regarding the infringement of the LPL Patents be trebled due to the willful nature of Counterclaim Defendants' infringement of the LPL Patents;

I.      That any monetary relief awarded to LPL be awarded with prejudgment interest;

J.      That a post trial accounting be done as part of the monetary relief awarded to LPL;

K.      That the Court issue a declaratory judgment that LPL does not directly or indirectly infringe any of the CMO Patents under any applicable provision of 35 U.S.C. § 271;

L.      That the Court issue a declaratory judgment that the CMO Patents are invalid;

M.      That this is an exceptional case under 35 U.S.C. § 285 and that LPL be awarded the attorneys' fees, costs and expenses that it incurs prosecuting this action; and

N.      That the Court award LPL other relief as it may find appropriate.

## DEMAND FOR JURY TRIAL

Pursuant to Rule 38(b) of the Federal Rules of Civil Procedure, LG.Philips LCD Co., Ltd. respectfully demands a trial by jury on all issues so triable in this action.

Respectfully submitted,

Law Office of Mike C. Miller, P.C.


/s/ Mike C. Miller

Mike C. Miller
Texas State Bar No. 14101100
Law Office of Mike C. Miller, P.C.
201 West Houston Street
Marshall, Texas 75670
Phone:  (903) 938-4395
Facsimile:  (903) 938-3360

*Attorneys for Defendants*
*LG.Philips LCD Co., Ltd. and*
*LG.Philips LCD America, Inc.*

OF COUNSEL:

Gaspare J. Bono
R. Tyler Goodwyn
John W. Lomas, Jr.
McKenna Long & Aldridge LLP
1900 K Street, NW
Washington, D.C.  20006
(202) 496-7500

August 13, 2007

# EXHIBIT A



US005905274A

# United States Patent [19]

## Ahn et al.

[11] Patent Number: 5,905,274

[45] Date of Patent: May 18, 1999

[54] **THIN-FILM TRANSISTOR AND METHOD OF MAKING SAME**

[75] Inventors: **Byung-Chul Ahn**, Kumi-shi; **Hyun-Sik Seo**, Anyang-shi, both of Rep. of Korea

[73] Assignee: **L.G. Electronics, Inc.,** Youngdungpo-ku, Japan

[21] Appl. No.: **08/918,119**

[22] Filed: **Aug. 27, 1997**

[30]     **Foreign Application Priority Data**

Mar. 4, 1997  [KR]  Rep. of Korea ........................ 97-7010

[51] **Int. Cl.$^6$** ........................ **H01L 29/04; H01L 31/036; H01L 31/0376**

[52] **U.S. Cl.** ................................ **257/59**; 257/61; 257/72; 257/350

[58] **Field of Search** ................................. 257/57, 58, 59, 257/60, 61, 66, 72, 350

[56]             **References Cited**

### U.S. PATENT DOCUMENTS

| | | |
|---|---|---|
| 5,036,370 | 7/1991 | Miyago et al. . |
| 5,132,745 | 7/1992 | Kwasnick et al. . |
| 5,156,986 | 10/1992 | Wei et al. ................................. 437/40 |
| 5,428,250 | 6/1995 | Ikeda et al. ............................ 257/761 |

### FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| 0602315 | 7/1993 | European Pat. Off. . |
| 03114028 | 5/1991 | Japan . |

| | | |
|---|---|---|
| 6-37311 | 2/1994 | Japan . |
| 2254187 | 9/1992 | United Kingdom . |

### OTHER PUBLICATIONS

"Low Cost, High Display Quality TFT–LCD Process", Society for Information Display, EuroDisplay 96, Proceedings of the 16th International Display Research Conference, Oct. 1, 1996, 591–594.

"Hilllock–Free A1–Gate Materials Using Stress–Absorbing Buffer Layer for Large Area AMLCDs" Society for Information Display 96 Digest, pp. 341–344, 1996.

*Primary Examiner*—Ngân V. Ngô
*Attorney, Agent, or Firm*—Graham & James LLP

[57]         **ABSTRACT**

A thin-film transistor includes a substrate and a gate including a double-layered structure having first and second metal layers provided on the substrate, the first metal layer being wider than the second metal layer by about 1 to 4 $\mu m$. A method of making such a thin film transistor includes the steps of: depositing a first metal layer on a substrate, depositing a second metal layer directly on the first metal layer; forming a photoresist having a designated width on the second metal layer; patterning the second metal layer via isotropic etching using the photoresist as a mask; patterning the first metal layer by means of an anisotropic etching using the photoresist as a mask, the first metal layer being etched to have the designated width, thus forming a gate having a laminated structure of the first and second metal layers; and removing the photoresist.

**6 Claims, 6 Drawing Sheets**



# FIG. 1A



# FIG. 1B



# FIG. 1C



## FIG. 1D



## FIG. 1E



## FIG. 1F



# FIG. 2



**U.S. Patent**          May 18, 1999          Sheet 4 of 6          5,905,274

# FIG. 3



# FIG. 4A



# FIG. 4B



# FIG. 4C



# FIG. 4D



# FIG. 4E



# FIG. 4F



5,905,274

**1**

# THIN-FILM TRANSISTOR AND METHOD OF MAKING SAME

## BACKGROUND OF THE INVENTION

### 1. Field of the Invention

The present invention relates to a thin-film transistor of a liquid crystal display and, more particularly, to a thin-film transistor having a gate including a double-layered metal structure and a method of making such a double-layered metal gate.

### 2. Discussion of Related Art

An LCD (Liquid Crystal Display) includes a switching device as a driving element, and a pixel-arranged matrix structure having transparent or light-reflecting pixel electrodes as its basic units. The switching device is a thin-film transistor having gate, source and drain regions.

The gate of the thin-film transistor is made of aluminum to reduce its wiring resistance, but an aluminum gate may cause defects such as hillock.

A double-layered metal gate, i.e., molybdenum-coated aluminum gate is considered as a substitute for the aluminum gate to overcome the problem of the hillock.

To fabricate a double-layered gate, metals such as aluminum and molybdenum are sequentially deposited, followed by a patterning process carried out via photolithography to form resulting metal films which have the same width. Although the double-layered gate is desirable to overcome the problem of hillock, the resulting deposited metal films forming the double-layered gate are so thick that a severe single step is created by a thickness difference between the metal films and a substrate, thereby causing a single step difference between the substrate and the double-layered gate which deteriorates the step coverage of a later formed gate oxide layer. The source and drain regions formed on the gate oxide layer may have disconnections between areas of the source and drain regions which are overlapped and non-overlapped with the gate, or electrically exhibit short circuits as a result of contact with the gate.

According to another method of forming the gate, each of the metal layers of Al and Mo form a double step difference with the substrate so as to improve the step coverage of the gate oxide layer.

FIGS. 1A through 1F are diagrams illustrating the process for fabricating a thin-film transistor of a method which is related to the invention described and claimed in the present application. The method shown in FIGS. 1A–1F is not believed to be published prior art but is merely a recently discovered method related to the invention described and claimed in the present application.

Referring to FIG. 1A, aluminum is deposited on a substrate 11 to form a first metal layer 13. A first photoresist 15 is deposited on the first metal layer 13. The first photoresist 15 is exposed and developed so as to have a certain width w1 extending along the first metal layer 13.

Referring to FIG. 1B, the first metal layer 13 is patterned via wet etching using the first photoresist 15 as a mask so that the first metal layer 13 has a certain width w1. After the first photoresist 15 is removed, a second metal layer 17 is formed by depositing Mo, Ta, or Co on the substrate 11 so as to cover the first metal layer 13. A second photoresist 19 is then deposited on the second metal layer 17. The second photoresist 19 is exposed and developed so as to have a certain width w2 extending along the second metal layer 17 and located above the first metal layer 13.

Referring to FIG. 1C, the second metal layer 17 is patterned via a wet etching process using the second pho-

**2**

toresist 19 as a mask such that the second metal layer 17 has a certain width w2 which is narrower than the width w1 of the first metal layer 13. After formation of the gate 21, the second photoresist 19 is removed.

Thus, the patterned first and second metal layers 13 and 17 form a gate 21 having a double-layered metal structure that provides a double step difference between the double-layered metal gate structure 21 and the substrate 11. The formation of the gate 21 as described above and shown in FIGS. 1–3 requires the use of two photoresists 15, 19 and two photoresist steps.

In the gate 21 shown in FIG. 3, the second metal layer 17 is preferably centrally located on the first metal layer 13. Although there is no specific information available regarding a relationship of w1 to w2 of this related method, based on their understanding of this related method resulting in the structure shown in FIG. 3, the inventors of the invention described and claimed in the present application assume that the width difference w1–w2 between the first and second metal layers 13 and 17 is larger than or equal to 4 μm, that is, w1–w2≧4 μm.

Referring to FIG. 1D, a first insulating layer 23 is formed by depositing silicon oxide $SiO_2$ or silicon nitride $Si_3N_4$ as a single-layered or double-layered structure on the gate 21 and substrate 11. Semiconductor and ohmic contact layers 25 and 27 are formed by sequentially depositing undoped polycrystalline silicon and heavily doped silicon on the first insulating layer 23. The semiconductor and ohmic contact layers 25 and 27 are patterned to expose the first insulating layer 23 by photolithography.

Referring to FIG. 1E, conductive metal such as aluminum is laminated on the insulating and ohmic contact layers 23 and 27. The conductive metal is patterned by photolithography so as to form a source electrode 29 and a drain electrode 31. A portion of the ohmic contact layer 27 exposed between the source and drain electrodes 29 and 31 is etched by using the source and drain electrodes 29 and 31 as masks.

Referring to FIG. 1F, silicon oxide or silicon nitride is deposited on the entire surface of the structure to form a second insulating layer 33. The second insulating layer 33 is etched to expose a designated portion of the drain electrode 31, thus forming a contact hole 35. By depositing transparent and conductive material on the second insulating layer 33 and patterning it via photolithography, a pixel electrode 37 is formed so as to be electrically connected to the drain electrode 31 through the contact hole 35.

According to the method of fabricating a thin-film transistor as described above and shown in FIGS. 1A–1F, respective first and second metal layers are formed through photolithography using different masks so as to form the gate with a double-layered metal structure, resulting in double step differences between the gate and substrate.

As a result of the double step difference between the gate 21 and the substrate 11 shown in FIG. 1C, a hillock often occurs on both side portions of the first metal layer 13 which have no portion of the second metal layer 17 deposited thereon when the first metal layer 13 is wider than the second metal layer 17 as in FIG. 1C. Another problem with this related method is that the process for forming a gate is complex and requires two photoresists 15, 19 and two steps of deposition and photolithography. As a result, the contact resistance between the first and second metal layers may be increased.

Another method of forming a double metal layer gate structure is described in "Low Cost, High Quality TFT-LCD

5,905,274

**3**

Process", SOCIETY FOR INFORMATION DISPLAY EURO DISPLAY 96, Proceedings of the 16th International Display Research Conference, Birmingham, England, Oct. 1, 1996, pages 591–594. On page 592 of this publication, a method of forming a double metal gate structure includes the process of depositing two metal layers first and then patterning the two metal layers to thereby eliminate an additional photoresist step. However, with this method, process difficulties during the one step photoresist process for forming the double metal gate result in the top layer being wider than the bottom layer causing an overhang condition in which the top layer overhangs the bottom layer. This difficulty may result in poor step coverage and disconnection. This problem was solved by using a three-step etching process in which the photoresist had to be baked before each of the three etching steps to avoid lift-off or removal of the photoresist during etching. This three-step etching process and required baking of the photoresist significantly increases the complexity and steps of the gate forming method.

### SUMMARY OF THE INVENTION

To overcome the problems discussed above, the preferred embodiments of the present invention provide a thin-film transistor which prevents a hillock and deterioration of step coverage of a later formed gate oxide layer on a double metal layer gate.

The preferred embodiments of the present invention also provide a method of fabricating a thin-film transistor that simplifies the process for forming a double metal layer gate.

The preferred embodiments of the present invention further provide a method of fabricating a thin-film transistor that reduces the contact resistance between the first and second metal layers constituting a gate.

Additional features and advantages of the invention will be set forth in the description which follows, and in part will be apparent from the description, or may be learned by practice of the invention. The objectives and other advantages of the invention will be realized and attained by the structure particularly pointed out in the written description and claims hereof, as well as, the appended drawings.

To achieve these and other advantages and in accordance with the purpose of the preferred embodiments of the present invention, as embodied and broadly described, a thin-film transistor preferably comprises a substrate, and a gate including a double-layered structure of first and second metal layers disposed on the substrate, the first metal layer being wider than the second metal layer by about 1 to 4 $\mu$m, and a method of making such a thin-film transistor preferably comprises the steps of: depositing a first metal layer on a substrate, depositing a second metal layer directly on the first metal layer; forming a photoresist having a desired width on the second metal layer; patterning the second metal layer via an isotropic etching using the photoresist as a mask; patterning the first metal layer via an anisotropic etching using the photoresist as a mask, the first metal layer being etched to have a desired width, thus forming a gate having a laminated structure of the first and second metal layers; and removing the photoresist.

These and other elements, features, and advantages of the preferred embodiments of the present invention will be apparent from the following detailed description of the preferred embodiments of the present invention, as illustrated in the accompanying drawings.

### BRIEF DESCRIPTION OF THE DRAWINGS

The accompanying drawings, which are included to provide a further understanding of the invention and are incor-

**4**

porated in and constitute a part of this specification, illustrate preferred embodiments of the invention and together with the description serve to explain the principles of the invention, in which:

FIGS. 1A through 1F are diagrams illustrating a process for fabricating a thin-film transistor according to a method which is related to the preferred embodiments of the present invention;

FIG. 2 is a top view of a thin-film transistor according to a preferred embodiment of the present invention;

FIG. 3 is a cross-sectional view taken along line X—X of FIG. 2; and

FIGS. 4A through 4F are diagrams illustrating a process for fabricating a thin-film transistor of preferred embodiments of the present invention.

### DETAILED DESCRIPTION OF PREFERRED EMBODIMENTS

Reference will now be made in detail to preferred embodiments of the present invention, examples of which are illustrated in the accompanying drawings.

FIG. 2 is a top view of a thin-film transistor according to a preferred embodiment of the present invention. FIG. 3 is a cross-sectional view taken along line x—x of FIG. 2.

The thin-film transistor comprises a gate 49 having a double-layered structure of a first metal layer 43, a second metal layer 45 disposed on a substrate 41, a first insulating layer 51, a second insulating layer 61, a semiconductor layer 53, an ohmic contact layer 55, a source electrode 57, a drain electrode 59, and a pixel electrode 65.

The gate 49 has a double-layered structure including the first and second metal layers 43 and 45 disposed on the substrate 41. The first metal layer 43 is preferably formed from a conductive metal such as Al, Cu, or Au deposited to have a certain width w1. The second metal layer 45 is preferably formed from a refractory metal such as Mo, Ta, or Co deposited to have a certain width w2.

The present inventors have discovered that a relationship between the width of the first metal layer and the width of the second metal layer of a double metal layer gate electrode is critical to preventing deterioration of step coverage of a later formed gate oxide layer in such a structure having a double step difference between the substrate and the gate. More specifically, the present inventors determined that a structure wherein the first metal layer 43 is wider than the second metal layer 45 by about 1 to 4 $\mu$m, for example, 1 $\mu$m<w1–w2<4 $\mu$m, provides maximum prevention of deterioration of step coverage of a later formed gate oxide layer in such a structure having a double step difference between the substrate and the gate.

To achieve the best results, the second metal layer 45 is preferably positioned substantially in the middle of the first metal layer 43, so that both side portions of the first metal layer 43 which have no portion of the second metal layer 45 disposed thereon have substantially the same width as each other. The width of each of the side portions is preferably larger than about 0.5 $\mu$m but less than about 2 $\mu$m.

The first insulating layer 51 is preferably formed by depositing single layer of silicon oxide $SiO_2$ or silicon nitride $Si_3N_4$ on the substrate including the gate 49.

The semiconductor and ohmic contact layers 53 and 55 are formed on the portion of the first insulating layer 51 corresponding to the gate 49 by sequentially depositing undoped amorphous silicon and heavily doped amorphous silicon and patterning the two silicon layers. The semicon-

5,905,274

5

ductor layer 53 is used as the active region of an element, thus forming a channel by means of a voltage applied to the gate 49. The ohmic contact layer 55 provides an ohmic contact between the semiconductor layer 53 and the source and drain electrodes 57 and 59. The ohmic contact layer 55 is not formed in the portion that becomes the channel of the semiconductor layer 53.

The source and drain electrodes 57 and 59 are in contact with the ohmic contact layer 55, and each electrode 57, 59 extends to a designated portion on the first insulating layer 51.

The second insulating layer 61 is formed by depositing insulating material such as silicon oxide $SiO_2$ silicon nitride $Si_3N_4$ to cover the source and drain electrodes 57 and 59 and the first insulating layer 51. The second insulating layer 61 on the drain electrode 59 is removed to form a contact hole 63. The pixel electrode 65 is formed from transparent and conductive material such as ITO (Indium Tin Oxide) or Tin oxide $SnO_2$, so that it is connected to the drain electrode 59 through the contact hole 63.

In the first and second metal layers 43 and 45 constituting the gate 49, each side portion of the first metal layer 43 having no portion of the second metal layer 45 thereon has a width that is preferably larger than about 0.5 $\mu$m and less than about 2 $\mu$m. Because the first metal layer 43 is wider than the second metal layer 45 by about 1.0 $\mu$m to 4.0 $\mu$m, double step differences determined according to the relationship between the width of the first metal layer and the width of the second metal layer are formed between the gate 49 and substrate 41. The double step differences determined according to the novel features of the preferred embodiments of the present invention prevent deterioration of the coverage of the first insulating layer 51 which deterioration occurs in prior art devices. The hillock in the first metal layer 43 is also avoidable because the width difference between the first and second metal layers 43 and 45 is between about 1 $\mu$m to 4 $\mu$m.

FIGS. 4A through 4F are diagrams illustrating the process for fabricating the thin-film transistor of the preferred embodiments of the present invention.

Referring to FIG. 4A, metal such as Al, Cu, or Au is deposited on a substrate so as to form a first metal layer 43. A second metal layer 45 is formed from Mo, Ta, or Co and deposited on the first metal layer 43 without performing a masking step between the step of depositing the first metal layer and the step of depositing the second metal layer. The first and second metal layers 43 and 45 are sequentially deposited so as to preferably have a thickness as large as about 500–4000A and 500–2000A, respectively, by means of sputtering or chemical vapor deposition (hereinafter, referred to as CVD) without breaking a vacuum state. As a result, the contact resistance between the first and second metal layers 43 and 45 is reduced.

According to the preferred embodiments of the present invention, a single photoresist step is used to pattern both the first metal layer 43 and the second metal layer 45 simultaneously. In the single photoresist step, a photoresist 47 is deposited on the second metal layer 45 and then the photoresist 47 is patterned through exposure and development to have the width w1 on a designated portion of the second metal layer 45.

Referring to FIG. 4B, the second metal layer 45 is patterned with an etching solution preferably prepared with a mixture of phosphoric acid $H_3PO_4$, acetic acid $CH_3COOH$ and nitric acid $HNO_3$, by means of a wet etching using the photoresist 47 as a mask. Because the portion of the second

6

metal layer 45 covered with the photoresist 47, as well as, exposed side portions of the second metal layer 45 are isotopically etched, the second metal layer 45 is preferably patterned to have the width w2 which is narrower than the width w1 of the photoresist 47 which is the same as the width w1 of the first metal layer 43, that is, about 1 $\mu$m<w1–w2<4 $\mu$m. Each side portion of the second metal layer 45 preferably has a width larger than about 0.5 $\mu$m and less than about 2 $\mu$m. That is, the two side portions of the second metal layer 45 covered with the photoresist 47 are preferably etched to have substantially the same width as each other. The lateral surfaces of the second metal layer 45 are preferably etched to have a substantially rectangular or inclined shape.

Referring to FIG. 4C, the first metal layer 43 is patterned via a wet etching having anisotropic etching characteristic such as reactive ion etching (hereinafter, referred to as RIE) by using the photoresist 47 as a mask. When etching the first metal layer 43 other than the portion of the layer 43 covered with the photoresist 47, the first metal layer 43 preferably has the same width w1 of the photoresist 47. Thus, patterning of the first and second metal layers 43, 45, respectively, only requires two etching steps and does not require baking of the photoresist before each step of etching. Also, the relation between the first and second metal layers 43 and 45 also may be represented by about 1 $\mu$m<w1–w2<4 $\mu$m.

The first and second metal layers 43 and 45 resulting from the single photoresist step process described above form a gate 49 having a double-layered metal structure. The gate 49 has the second metal layer 45 positioned substantially in the middle of the first metal layer 43 so that the each side portion of the first metal layer 43 having no second metal layer 45 thereon is wider than about 0.5 $\mu$m but narrower than about 2 $\mu$m. The photoresist 47 remaining on the second metal layer 45 is removed after the two etching steps are completed.

Referring to FIG. 4D, a first insulating layer 51 is formed by depositing a single layer or double layers of silicon oxide $SiO_2$ or silicon nitride $Si_3N_4$ on the gate 49 and substrate 41 by CVD. Because each side portion of the first metal layer 43 having no second metal layer 45 thereon is wider than about 0.5 $\mu$m, double step differences formed between the substrate and gate can prevent the coverage of the first insulating layer 51 from being deteriorated as in prior art devices. The hillock in the first metal layer 43 is also avoidable because a width of a portion of the first metal layer 43 which is exposed is less than about 2 $\mu$m.

Amorphous silicon which is undoped and heavily doped amorphous silicon are sequentially deposited on the first insulating layer 41 by CVD, thus forming semiconductor and ohmic contact layers 53 and 55. The ohmic contact and semiconductor layers 55 and 53 are patterned by means of photolithography to expose the first insulating layer 51.

Referring to FIG. 4E, conductive metal such as Al or Cr is laminated on the insulating and ohmic contact layers 51 and 55 and patterned by photolithography to form source and drain electrodes 57 and 59. The ohmic contact layer 55 exposed between the source and drain electrodes 57 and 59 is etched by using the source drain electrodes 57 and 59 as masks.

Referring to FIG. 4F, a second insulating layer 61 is formed by depositing insulating material such as silicon oxide or silicon nitride by CVD on the entire surface of the above structure. The second insulating layer is removed by photolithography to expose a designated portion of the drain electrode 59 and thus form a contact hole 63. Once trans-

5,905,274

**7**

parent and conductive material such as ITO (Indium Tin Oxide) or Tin oxide SnO$_2$ is deposited on the second insulating layer **61** via sputtering and patterned by photolithography, a pixel electrode **65** is formed so that it is electrically connected to the drain electrode **59** through the contact hole **63**.

In another preferred embodiment of the present invention, the first and second metal layers **43** and **45** are first etched by means of a dry etching having anisotropic etching characteristic such as RIE by using the photoresist **47** as a mask. The gate **49** is formed by etching the second metal layer **45** under the photoresist **47** with an etching solution prepared with a mixture of phosphoric acid H$_3$PO$_4$, acetic acid CH$_3$COOH and nitric acid HNO$_3$.

In still another preferred embodiment of the present invention, the gate **49** is formed through a single etching step process for etching the first and second metal layers **43** and **45** simultaneously and via a single etching step, where the second metal layer **45** is etched more quickly than the first metal layer **43** with an etching solution prepared with a mixture of phosphoric acid H$_3$PO$_4$, acetic acid CH$_3$COOH and nitric acid HNO$_3$. Because of the etching material and metals used for the first and second metal layers of the gate, only a single etching step is required. Despite the fact that a single etching step is used, it is still possible to obtain the relationship between the widths w1 and w2 of the first and second metal layers described above. In this process, the first and second metal layers forming the gate **49** are formed and patterned with a single photo resist step as described above and a single etching step.

As described above, in the preferred embodiments of the present invention, the first and second metal layers are sequentially deposited on the substrate without performing a masking step between the step of depositing the first metal layer and the second metal layer, followed by forming a photoresist that covers a designated portion of the second metal layer. In one preferred embodiment, the second metal layer is wet etched by using the photoresist as a mask but the first metal layer is dry etched. As a result, the double-metal gate is formed. In another preferred embodiment, a single etching step is used to form the double-metal gate wherein both the first metal layer and the second metal layer are wet etched, but the different in etching rates of the first and second metal layers produces different etching affects which result in the desired double-step structure.

While the invention has been particularly shown and described with reference to preferred embodiments thereof, it will be understood by those skilled in the art that the foregoing and other changes in form and details may be made therein without departing from the spirit and scope of the invention.

**8**

What is claimed is:

1. A thin film transistor comprising:
   a substrate; and
   a gate including a double-layered structure having a first metal layer which is a bottom layer disposed on the substrate and a second metal layer disposed on the first metal layer, the first metal layer including aluminum, the second metal layer being arranged on the first metal layer to prevent hillock at the sides of the aluminum first metal layer, the first metal layer being wider than the second metal layer by about 1 to 4 $\mu$m.

2. The thin-film transistor as claimed in claim **1**, wherein the second metal layer is located in a middle portion of the first metal layer so that two side portions of the first metal layer having no second metal layer disposed thereon have the same width as each other.

3. The thin-film transistor as claimed in claim **1**, wherein the second metal layer includes at least one of Mo, Ta, and Co.

4. A thin film transistor comprising:
   a substrate;
   a gate including a double-layered structure having a first metal layer which is a bottom layer disposed on the substrate and a second metal layer disposed on the first metal layer, the first metal layer including aluminum, the second metal layer being arranged on the first metal layer to prevent hillock at the sides of the aluminum first metal layer, the first metal layer being wider than the second metal layer by about 1 to 4 $\mu$m;
   a first insulating layer disposed on the substrate including the gate;
   a semiconductor layer disposed on a portion of the first insulating layer at a location corresponding to the gate;
   an ohmic contact layer disposed on two sides of the semiconductor layer;
   a source electrode and a drain electrode disposed on the ohmic contact layer and extending onto the first insulating layer; and
   a second insulating layer covering the semiconductor layer, the source and drain electrodes and the first insulating layer.

5. The thin-film transistor as claimed in claim **4**, wherein the second metal layer is located in a middle portion of the first metal layer so that two side portions of the first metal layer having no second layer thereon have the same width as each other.

6. The thin-film transistor as claimed in claim **4**, wherein the second metal layer includes at least one of Mo, Ta, and Co.

* * * * *

# EXHIBIT B

US006815321B2

(12) **United States Patent**      (10) **Patent No.:     US 6,815,321 B2**

Ahn et al.                         (45) **Date of Patent:        Nov. 9, 2004**

(54) **THIN-FILM TRANSISTOR AND METHOD OF MAKING SAME**

(75) Inventors: **Byung-Chul Ahn**, Kumi-shi (KR);
**Hyun-Sik Seo**, Anyang-shi (KR)

(73) Assignee: **LG. Philips LCD Co., Ltd.**, Seoul
(KR)

( * ) Notice:    Subject to any disclaimer, the term of this
patent is extended or adjusted under 35
U.S.C. 154(b) by 0 days.

(21) Appl. No.: **10/377,732**

(22) Filed:     **Mar. 4, 2003**

(65)              **Prior Publication Data**

US 2003/0164520 A1 Sep. 4, 2003

**Related U.S. Application Data**

(62) Division of application No. 10/154,955, filed on May 28,
2002, now Pat. No. 6,548,829, which is a continuation of
application No. 09/940,504, filed on Aug. 29, 2001, now
abandoned, which is a division of application No. 09/243,
556, filed on Feb. 2, 1999, now Pat. No. 6,340,610, which
is a division of application No. 08/918,119, filed on Aug. 27,
1997, now Pat. No. 5,905,274.

(30)        **Foreign Application Priority Data**

Mar. 4, 1997   (KR) ......................................... 1997-7010

(51) **Int. Cl.[7]** ........................................... **H01L 21/3205**

(52) **U.S. Cl.** ...................... **438/592**; 438/155; 438/481;
438/482; 438/483; 438/588

(58) **Field of Search** ............................... 257/149, 158,
257/482, 588, 592

(56)              **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 4,220,706 A | 9/1980 | Spak | |
| 5,036,370 A | 7/1991 | Miyago et al. | |
| 5,132,745 A | * 7/1992 | Kwasnick et al. | .......... 257/412 |
| 5,156,986 A | 10/1992 | Wei et al. | |
| 5,162,933 A | 11/1992 | Kakuda et al. | |
| 5,428,250 A | 6/1995 | Ikeda et al. | |
| 5,464,500 A | 11/1995 | Tsujimura et al. | |
| 5,821,159 A | * 10/1998 | Ukita | ........................ 438/592 |
| 6,340,610 B1 | * 1/2002 | Ahn et al. | .................. 438/158 |

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| EP | 0301571 | 2/1989 |
| EP | 9206497 | 4/1992 |
| EP | 0602315 | 7/1993 |
| EP | 0812012 | 12/1997 |

(List continued on next page.)

OTHER PUBLICATIONS

"Low Cost, High Display Quality TFT–LCD Process",
Society for Information Display, EuroDisplay 96, Proceed-
ings of the 16th International Display Research Conference,
Oct. 1, 1996, 591–594.
"Hillock–Free Al–Gate Materials Using Stress–Absorbing
Buffer Layer for Large Area AMLCDs" Society for infor-
mation Display 96 Digest, pp. 341–344, 1996.

(List continued on next page.)

*Primary Examiner*—Long Pham
*Assistant Examiner*—Wai-Sing Louie
(74) *Attorney, Agent, or Firm*—Birch, Stewart, Kolasch &
Birch, LLP

(57)              **ABSTRACT**

A thin-film transistor includes a substrate, and a gate includ-
ing a double-layered structure having first and second metal
layers provided on the substrate, the first metal layer being
wider than the second metal layer by 1 to 4 $\mu m$. A method
of making such a thin-film transistor includes the steps of:
depositing a first metal layer on a substrate, depositing a
second metal layers directly on the first metal layer; forming
a photoresist having a designated width on the second metal
layer; patterning the second metal layer via isotropic etching
using the photoresist as a mask; patterning the first metal
layer by means of an anisotropic etching using the photo-
resist as a mask, the first metal layer being etched to have the
designated width, thus forming a gate having a laminated
structure of the first and second metal layers; and removing
the photoresist.

22 Claims, 6 Drawing Sheets



**US 6,815,321 B2**

Page 2

FOREIGN PATENT DOCUMENTS

| GB | 2253742 | 9/1992 |
|----|---------|--------|
| GB | 2254187 | 9/1992 |
| GB | 2307597 | 5/1997 |
| JP | 4097531 | 3/1982 |
| JP | 1120068 | 5/1989 |
| JP | 1222448 | 9/1989 |
| JP | 3114028 | 5/1991 |
| JP | 5315615 | 11/1993 |
| JP | 5343683 | 12/1993 |
| JP | 637311 | 2/1994 |
| JP | 6104241 | 4/1994 |
| JP | 06281954 | 10/1994 |
| JP | 7077695 | 3/1995 |
| JP | 8254680 | 10/1996 |

| KR | 954593 | 2/1995 |
|----|--------|--------|
| WO | 9206504 | 4/1992 |

OTHER PUBLICATIONS

"Wet Etchant for Molybdenum Having High Selectivity Against Aluminum", IBM Technical Disclosure Bulletin, vol. 35, No. 3, Aug. 1, 1992, pp. 205–206, XP 000326238.
AT Patent Abstracts of Japan, vol. 9, No. 315 [E–365] and Japan 60–149173 (Hitachi).
AU Patent Abstracts of Japan, vol. 5, No. 197 [E–86] and Japan 56–118370 (Cho Lsi Gijutsu).
"Pure Al and Al–Alloy Gate–Line Processes in TFT–L-CDs", Samsung Electronics Co., Ltd., Kiheung, Korea, C.W. Kim et al., SID 96 Digest, pp. 337–340.

* cited by examiner

## FIG.1A



## FIG.1B



## FIG.1C



# FIG.1D



# FIG.1E



# FIG.1F





FIG.2

# FIG.3



Case 1:08-cv-00355-JJF    Document 79-3    Filed 06/12/2008    Page 8 of 14

# FIG.4A



# FIG.4B



# FIG.4C



Case 1:08-cv-00355-JJF    Document 79-3    Filed 06/12/2008    Page 9 of 14

FIG.4D



FIG.4E



FIG.4F



US 6,815,321 B2

1

**THIN-FILM TRANSISTOR AND METHOD OF MAKING SAME**

This application is a divisional of application Ser. No. 10/154,955, filed on May 28, 2002, now U.S. Pat. No. 6,548,829 which is a continuation of abandoned application Ser. No. 09/940,504, filed on Aug. 29, 2001, which is a divisional application under 37 C.F.R. §1.53(b) of patented prior application Ser. No. 09/243,556 (U.S. Pat. No. 6,340, 610 B1) filed on Feb. 2, 1999 (Issued on Jan. 22, 2002);, which is divisional application under 37 C.F.R. §1.53(b) of patented prior application Ser. No. 08/918,119 (U.S. Pat. No. 5,905,274) filed on Aug. 27, 1997 (Issued on May 18, 1999) the entire contents of which are hereby incorporated by reference and for which priority is claimed under 35 U.S.C. §120; and this application claims priority of Application No. 97-07010 filed in Korea on Mar. 4, 1997 under 35 U.S.C. §119.

BACKGROUND OF THE INVENTION

1. Field of the Invention

The present invention relates to a thin-film transistor of a liquid crystal display and, more particularly, to a thin-film transistor having a gate including a double-layered metal structure and a method of making such a double-layered metal gate.

2. Discussion of Related Art

An LCD (Liquid Crystal Display) includes a switching device as a driving element, and a pixel-arranged matrix structure having transparent or light-reflecting pixel electrodes as its basic units. The switching device is a thin-film transistor having gate, source and drain regions.

The gate of the thin-film transistor is made of aluminum to reduce its wiring resistance, but an aluminum gate may cause defects such as hillock.

A double-layered metal gate, i.e., molybdenum-coated aluminum gate is considered as a substitute for the aluminum gate to overcome the problem of the hillock.

To fabricate a double-layered gate, metals such as aluminum and molybdenum are sequentially deposited, followed by a patterning process carried out via photolithography to form resulting metal films which have the same width. Although the double-layered gate is desirable to overcome the problem of hillock, the resulting deposited metal films forming the double-layered gate are so thick that a severe single step is created by a thickness difference between the metal films and a substrate, thereby causing a single step difference between the substrate and the double-layered gate which deteriorates the step coverage of a later formed gate oxide layer. The source and drain regions formed on the gate oxide layer may have disconnections between areas of the source and drain regions which are overlapped and non-overlapped with the gate, or electrically exhibit short circuits as a result of contact with the gate.

According to another method of forming the gate, each of the metal layers of Al and Mo form a double step difference with the substrate so as to improve the step coverage of the gate oxide layer.

FIGS. 1A through 1F are diagrams illustrating the process for fabricating a thin-film transistor of a method which is related to the invention described and claimed in the present application. The method shown in FIGS. 1A–1F is not believed to be published prior art but is merely a recently discovered method related to the invention described and claimed in the present application.

2

Referring to FIG. 1A, aluminum is deposited on a substrate 11 to form a first metal layer 13. A first photoresist 15 is deposited on the first metal layer 13. The first photoresist 15 is exposed and developed so as to have a certain width w1 extending along the first metal layer 13.

Referring to FIG. 1B, the first metal layer 13 is patterned via wet etching using the first photoresist 15 as a mask so that the first metal layer 13 has a certain width w1. After the first photoresist 15 is removed, a second metal layer 17 is formed by depositing Mo, Ta, or Co on the substrate 11 so as to cover the first metal layer 13. A second photoresist 19 is then deposited on the second metal layer 17. The second photoresist 19 is exposed and developed so as to have a certain width w2 extending along the second metal layer 17 and located above the first metal layer 13.

Referring to FIG. 1C, the second metal layer 17 is patterned via a wet etching process using the second photoresist 19 as a mask such that the second metal layer 17 has a certain width w2 which is narrower than the width w1 of the first metal layer 13. After formation of the gate 21, the second photoresist 19 is removed.

Thus, the patterned first and second metal layers 13 and 17 form a gate 21 having a double-layered metal structure that provides double step difference between the double-layered metal gate structure 21 and the substrate 11. The formation of the gate 21 as described above and shown in FIGS. 1A–1F requires the use of two photoresists 15, 19 and two photoresist steps.

In the gate 21, shown in FIG. 1C, the second metal layer 17 is preferably centrally located on the first metal layer 13. Although there is no specific information available regarding a relationship of w1 to w2 of this related art method, based on their understanding of this related method resulting in the structure shown in FIG. 1C, the inventors of the invention described and claimed in the present application assume that the width difference w1–w2 between the first and second metal layers 13 and 17 is larger than or equal to 4 $\mu m$, that is, w1–w2$\geqq$4 $\mu m$.

Referring to FIG. 1D, a first insulating layer 23 is formed by depositing silicon oxide $SiO_2$ or silicon nitride $Si_3N_4$ as a single-layered or double-layered structure on the gate 21 and substrate 11. Semiconductor and ohmic contact layers 25 and 27 are formed by sequentially depositing undoped polycrystalline silicon and heavily doped silicon on the first insulating layer 23. The semiconductor and ohmic contact layers 25 and 27 are patterned to expose the first insulating layer 23 by photolithography.

Referring to FIG. 1E, conductive metal such as aluminum is laminated on the insulating and ohmic contact layers 23 and 27. The conductive metal is patterned by photolithography so as to form source electrode 29 and a drain electrode 31. A portion of the ohmic contact layer 27 exposed between the source and drain electrodes 29 and 31 is etched by using the source and drain electrodes 29 and 31 as masks.

Referring to FIG. 1F, silicon oxide or silicon nitride is deposited on the entire surface of the structure to form a second insulating layer 33. The second insulating layer 33 is etched to expose a designated portion of the drain electrode 31, thus forming a contact hole 35. By depositing transparent and conductive material on the second insulating layer 33 and patterning it via photolithography, a pixel electrode 37 is formed so as to be electrically connected to the drain electrode 31 through the contact hole 35.

According to the method of fabricating a thin-film transistor as described above and shown in FIGS. 1A–1F, respective first and second metal layers are formed through

US 6,815,321 B2

3

photolithography using different masks so as to form the gate with a double-layered metal structure, resulting in double step differences between the gate and substrate.

As a result of the double step difference between the gate 21 and the substrate 11 shown in FIG. 1C, a hillock often occurs on both side portions of the first metal layer 13 which have no portion of the second metal layer 17 deposited thereon when the first metal layer 13 is wider than the second metal layer 17 as in FIG. 1C. Another problem with this related art method is that the process for forming a gate is complex and requires two photoresists 15, 19 and two steps of deposition and photolithography. As a result, the contact resistance between the first and second metal layers may be increased.

Another related art method of forming a double metal layer gate structure is described in "Low Cost, High Quality TFT-LCD Process", SOCIETY FOR INFORMATION DISPLAY EURO DISPLAY 96, Proceedings of the 16th International Display Research Conference, Birmingham, England, Oct. 1, 1996, pages 591–594. One page 592 of this publication, a method of forming a double metal gate structure includes the process of depositing two metal layers first and then patterning the two metal layer to thereby eliminate an additional photoresist step. However, with this method, process difficulties during the one step photoresist process for forming the double metal layer gate resulted in the top layer being wider than the bottom layer causing an overhang condition in which the top layer overhangs the bottom layer. This difficulty may result in poor step coverage and disconnection. This problem was solved by using a three-step etching process in which the photoresist had to be baked before each of the three etching steps to avoid lift-off or removal of the photoresist during etching. This three-step etching process and required baking of the photoresist significantly increases the complexity and steps of the gate forming method.

### SUMMARY OF THE INVENTION

To overcome the problems discussed above, the preferred embodiments of the present invention provide a thin-film transistor which prevents a hillock and deterioration of step coverage of a later formed gate oxide layer on a double metal layer gate.

The preferred embodiments of the present invention also provide a method of fabricating a thin-film transistor that simplifies the process for forming a double metal layer gate.

The preferred embodiments of the present invention further provide a method of fabricating a thin-film transistor that reduces the contact resistance between the first and second metal layers constituting a gate.

Additional features and advantages of the invention will be set forth in the description which follows, and in part will be apparent from the description, or may be learned by practice of the invention. The objectives and other advantages of the invention will be realized and attained by the structure particularly pointed out in the written description and claims hereof, as well as, the appended drawings.

To achieve these and other advantages and in accordance with the purpose of the preferred embodiments of the present invention, as embodied and broadly described, a thin-film transistor preferably comprises a substrate, and a gate including a double-layered structure of first and second metal layers disposed on the substrate, the first metal layer being wider than the second metal layer by about 1 to 4 $\mu m$, and a method of making such a thin-film transistor preferably comprises the steps of: depositing a first metal layer on

4

a substrate, depositing a second metal layer directly on the first metal layer; forming a photoresist having a desired width on the second metal layer; patterning the second metal layer via an isotropic etching using the photoresist as a mask; patterning the first metal layer via an anisotropic etching using the photoresist as a mask, the first metal layer being etched to have a desired width, thus forming a gate having a laminated structure of the first and second layers; and removing the photoresist.

These and other elements, features, and advantages of the preferred embodiments of the present invention will be apparent from the following detailed description of the preferred embodiments of the present invention, as illustrated in the accompanying drawings.

### BRIEF DESCRIPTION OF THE DRAWINGS

The accompanying drawings, which are included to provide a further understanding of the invention and are incorporated in and constitute a part of this specification, illustrate preferred embodiments of the invention and together with the description serve to explain the principles of the invention, in which:

FIGS. 1A through 1F are diagrams illustrating a process for fabricating a thin-film transistor according to a method of the related art;

FIG. 2 is a top view of a thin-film transistor according to a preferred embodiment of the present invention;

FIG. 3 is a cross-sectional view taken along line III—III of FIG. 2; and

FIGS. 4A through 4F are diagrams illustrating a process for fabricating a thin-film transistor of preferred embodiments of the present invention.

### DETAILED DESCRIPTION OF PREFERRED EMBODIMENTS

Reference will now be made in detail to preferred embodiments of the present invention, examples of which are illustrated in the accompanying drawings.

FIG. 2 is a top view of a thin-film transistor according to a preferred embodiment of the present invention. FIG. 3 is a cross-sectional view taken along line III—III of FIG. 2.

The thin-film transistor comprises a gate 49 having a double-layered structure of a first metal layer 43, a second metal layer 45 disposed on a substrate 41, a first insulating layer 51, a second insulating layers 61, a semiconductor layer 53, an ohmic contact layer 55, a source electrode 57, a drain electrode 59, and a pixel electrode 65.

The gate 49 has a double-layered structure including the first and second metal layers 43 and 45 disposed on the substrate 41. The first metal layer 43 is preferably formed from a conductive metal such as Al, Cu, or Au deposited to have a certain width w1. The second metal layer 45 is preferably formed from a refractory metal such as Mo, Ta, or Cu deposited to have a certain width w2.

The present inventors have discovered that a relationship between the width of the first metal layer and the width of the second metal layer of a double metal layer gate electrode is critical to preventing deterioration of step coverage of a later formed gate oxide layer in such a structure having a double step difference between the substrate and the gate. More specifically, the present inventors determined that a structure wherein the first metal layer 43 is wider than the second metal layer 45 by about 1 to 4 $\mu m$, for example, 1 $\mu m < w1 - w2 < 4$ $\mu m$, provides maximum prevention of deterioration of step coverage of a later formed gate oxide layer

US 6,815,321 B2

5 6

in such a structure having a double step difference between the substrate and the gate.

To achieve the best results, the second metal layer 45 is preferably positioned substantially in the middle of the first metal layer 45, so that both side portions of the first metal layer 43 which have no portion of the second metal layer 45 disposed thereon have substantially the same width as each other. The width of each of the side portions is preferably larger than about 0.5 μm but less than about 2 μm.

The first insulating layer 51 is preferably formed by depositing single layer of silicon oxide SiO$_2$ or silicon nitride Si$_3$N$_4$ on the substrate including the gate 49.

The semiconductor and ohmic contact layers 53 and 55 are formed on the portion of the first insulating layer 51 corresponding to the gate 49 by sequentially depositing undoped amorphous silicon and heavily doped amorphous silicon and patterning the two silicon layers. The semiconductor layer 53 is used as the active region of an element, thus forming a channel by means of a voltage applied to the gate 49. The ohmic contact layer 55 provides an ohmic contact between the semiconductor layer 53 and the source and drain electrodes 57 and 59. The ohmic contact layer 55 is not formed in the portion that becomes the channel of the semiconductor layer 53.

The source and drain electrodes 57 and 59 are in contact with the ohmic contact layer 55, and each electrode 57, 59 extends to a designated portion on the first insulating layer 51.

The second insulating layer 61 is formed by depositing insulating material such as silicon oxide SiO$_2$ silicon nitride Si$_3$N$_4$ to cover the source and drain electrodes 57 and 59 and the first insulating layer 51. The second insulating layer 61 on the drain electrode 59 is removed to form a contact hole 63. The pixel electrode 65 is formed from transparent and conductive material such as ITO (Indium Tin Oxide) or Tin oxide SnO$_2$, so that it is connected to the drain electrode 59 through the contact hole 63.

In the first and second metal layers 43 and 45 constituting the gate 49, each side portion of the first metal layer 43 having no portion of the second metal layer 45 thereon has a width that is preferably larger than about 0.5 μm and less than about 2 μm. Because the first metal layer 43 is wider than the second metal layer 45 by about 1.0 μm to 4.0 μm, double step differences determined according to the relationship between the width of the first metal layer and the width of the second metal layer are formed between the gate 49 and substrate 41. The double step differences determined according to the novel features of the preferred embodiments of the present invention prevent deterioration of the coverage of the first insulating layer 51 which deterioration occurs in prior art devices. The hillock in the first metal layer 43 is also avoidable because the width difference between the first and second metal layers 43 and 45 is between about 1 μm to 4 μm.

FIGS. 4A through 4F are diagrams illustrating the process for fabricating the thin-film transistor of the preferred embodiments of the present invention.

Referring to FIG. 4A, metal such as Al, Cu, or Au is deposited on a substrate so as to form a first metal layer 43. A second metal layer 45 is formed from Mo, Ta, or Co and deposited on the first metal layer 43 without performing a masking step between the step of depositing the first metal layer and the step of depositing the second metal layer. The first and second metal layers 43 and 45 are sequentially deposited so as to preferably have a thickness as large as about 500–4000 Angstroms and 500–2000 Angstroms,

respectively, by means of sputtering or chemical vapor deposition (hereinafter, referred to as CVD) without breaking a vacuum state. As a result, the contact resistance between the first and second metal layers 43 and 45 is reduced.

According to the preferred embodiments of the present invention, a single photoresist step is used to pattern both the first metal layer 43 and the second metal layer 45 simultaneously. In the single photoresist step, a photoresist 47 is deposited on the second metal layer 45 and then the photoresist 47 is patterned through exposure and development to have the width w1 on a designated portion of the second metal layer 45.

Referring to FIG. 4B, the second metal layer 45 is patterned with an etching solution preferably prepared with a mixture of phosphoric acid H$_3$PO$_4$, acetic acid CH$_3$COOH and nitric acid HNO$_3$, by means of a wet etching using the photoresist 47 as a mask. Because the portion of the second metal layer 45 covered with the photoresist 47, as well as, exposed side portions of the second metal layer 45 are isotropically etched, the second metal layer 45 is preferably patterned to have the width w2 which is narrower than the width w1 of the photoresist 47 which is the same as the width w1 of the first metal layer 43, that is, about 1 μm<w1−w2<4 μm. Each side portion of the second metal layer 45 preferably has a width larger than about 0.5 μm and less than about 2 μm. That is, the two side portions of the second metal layer 45 covered with the photoresist 47 are preferably etched to have substantially the same width as each other. The lateral surfaces of the second metal layer 45 are preferably etched to have a substantially rectangular or inclined shape.

Referring to FIG. 4C, the first metal layer 43 is patterned via dry etching having anisotropic etching characteristic such as reactive ion etching (hereinafter, referred to as RIE) by using the photoresist 47 as a mask. When etching the first metal layer 43 other than the portion of the layer 43 covered with the photoresist 47, the first metal layer 43 preferably has the same width w1 of the photoresist 47. Thus, patterning of the first and second metal layers 43, 45, respectively, only requires two etching steps and does not require baking of the photoresist before each step of etching. Also, the relation between the first and second metal layers 43 and 45 also may be represented by about 1 μm<w1−w2<4 μm.

The first and second metal layers 43 and 45 resulting form the single photoresist step process described above form a gate 49 having a double-layered metal structure. The gate 49 has the second metal layer 45 positioned substantially in the middle of the first metal layer 43 so that the each side portion of the first metal layer 43 having no second metal layer 45 thereon is wider than about 0.5 μm but narrower than about 2 μm. The photoresist 47 remaining on the second metal layer 45 is removed after the two etching steps are completed.

Referring to FIG. 4D, a first insulating layer 51 is formed by depositing a single layer or double layers of silicon oxide SiO$_2$ or silicon nitride Si$_3$N$_4$ on the gate 49 and substrate 41 by CVD. Because each side portion of the first metal layer 43 having no second metal layer 45 thereon is wider than 0.5 μm, double step differences formed between the substrate and gate can prevent the coverage of the first insulating layer 51 from being deteriorated as in prior art devices. The hillock in the first metal layer 43 is also avoidable because a width of a portion of the first metal layer 43 which is exposed is less than about 2 μm.

Amorphous silicon which is undoped and heavily doped amorphous silicon are sequentially deposited on the first

US 6,815,321 B2

7

insulating layer **41** by CVD, thus forming semiconductor and ohmic contact layers **53** and **55**. The ohmic contact and semiconductor layers **55** and **53** are patterned by means of photolithography to expose the first insulating layer **51**.

Referring to FIG. 4E, conductive metal such as Al or Cr is laminated on the insulating and ohmic contact layers **51** and **55** and patterned by photolithography to form source and drain electrodes **57** and **59**. The ohmic contact layer **55** exposed between the source and drain electrodes **57** and **59** is etched by using the source drain electrodes **57** and **59** as masks.

Referring to FIG. 4F, a second insulating layer **61** is formed by depositing insulating material such as silicon oxide or silicon nitride by CVD on the entire surface of the above structure. The second insulating layer is removed by photolithography to expose a designated portion of the drain electrode **59** and thus form a contact hole **63**. Once transparent and conductive material such as ITO (Indium Tin Oxide) or Tin oxide $SnO_2$ is deposited on the second insulating layer **61** via sputtering and patterned by photolithography, a pixel electrode **65** is formed so that it is electrically connected to the drain electrode **59** through the contact hole **63**.

In another preferred embodiment of the present invention, the first and second metal layers **43** and **45** are first etched by means of a dry etching having anisotropic etching characteristic such as RIE by using the photoresist **47** as a mask. The gate **49** is formed by etching the second metal layer **45** under the photoresist **47** with an etching solution prepared with a mixture of phosphoric acid $H_3PO_4$, acetic acid $CH_3COOH$ and nitric acid $HNO_3$.

In still another preferred embodiment of the present invention, the gate **49** is formed through a single etching step process for etching the first and second metal layers **43** and **45** simultaneously and via a single etching step, where the second metal layer **45** is etched more quickly than the first metal layer **43** with an etching solution prepared with a mixture of phosphoric acid $H_3PO_4$, acetic acid $CH_3COOH$ and nitric acid $HNO_3$. Because of the etching material and metals used for the first and second metal layers of the gate, only a single etching step is required. Despite the fact that a single etching step is used, it is still possible to obtain the relationship between the widths w1 and w2 of the first and second metal layers described above. In this process, the first and second metal layers forming the gate **49** are formed and patterned with a single photo resist step as described above and a single etching step.

As described above, in the preferred embodiments of the present invention, the first and second metal layers are sequentially deposited on the substrate without performing a masking step between the step of depositing the first metal layer and the second metal layer, followed by forming a photoresist that covers a designated portion of the second metal layer. In one preferred embodiment, the second metal layer is wet etched by using the photoresist as a mask but the first metal layer is dry etched. As a result, the double-metal gate is formed. In another preferred embodiment, a single etching step is used to form the double-metal gate wherein both the first metal layer and the second metal layer are wet etched, but the difference in etching rates of the first and second metal layers produces different etching affects which result in the desired double-step structure.

While the invention has been particularly shown and described with reference to preferred embodiments thereof, it will be understood by those skilled in the art that the foregoing and other changes in form and details may be made therein without departing from the spirit and scope of the invention.

8

What is claimed is:

1. A method of making a thin-film transistor, comprising the steps of:

depositing a first metal layer on a substrate;

depositing a second metal layer on the first metal layer without forming a photoresist on the first metal layer beforehand;

forming a photoresist having a predetermined width on the second metal layer;

anisotropically etching the first and second metal layers so such that the first metal layer and the second metal layer have the same width of the photoresist by using the photoresist as a mask,

isotropically etching the second metal layer such that the second metal layer is narrower than the first metal layer by about 1 $\mu$m to about 4 $\mu$m by using the photoresist as a mask, thus forming a gate having a double-layered structure including the first and second metal layers; and removing the photoresist.

2. The method of making a thin-film transistor as claimed in claim **1**, further comprising the steps of:

forming a first insulating layer on the substrate including the gate;

forming a semiconductor layer and an ohmic contact layer on a portion of the first insulating layer at a location corresponding to the gate;

forming a source electrode and drain electrode extending onto the first insulating layer on two sides of the ohmic contact layer, and removing a portion of the ohmic contact layer exposed between the source and drain electrodes; and

forming a second insulating layer covering the semiconductor layer, the source electrode, the drain electrode and the first insulating layer.

3. The method of making a thin-film transistor as claimed in claim **1**, wherein the first metal layer includes Al, Cu, or Au.

4. The method of making a thin-film transistor as claimed in claim **1**, wherein the second metal layer includes Mo, Ta, or Co.

5. The method of making a thin-film transistor as claimed in claim **1**, wherein the first and second metal layers are removed via a dry etching method.

6. The method of making a thin-film transistor as claimed in claim **1**, wherein the second metal layer is etched with an etching solution prepared with a mixture of phosphoric acid, acetic acid and nitric acid.

7. A method of forming a thin film transistor comprising:

forming a first metal layer on a substrate;

forming a second metal layer on the first metal layer;

simultaneously patterning the first and second metal layers to form a double-layered metal gate, so that a total width of the first metal layer is greater than a total width of the second metal layer by about 1 to 4 $\mu$m.

8. The method of claim **7**, wherein the first and second metal layers are patterned so that the first metal layer has a first and a second side portion being exposed from the second metal layer, each side portion being at least about 0.5 $\mu$m in width.

9. The method of claim **8**, wherein each side portion of the first metal layer is exposed so that each side portion is less than about 2 $\mu$m in width.

10. The method of claim **7**, wherein the patterning step is such that the second metal layer is etched faster than the first etching layer.

US 6,815,321 B2

9

**11**. The method of claim **10**, wherein the second metal layer is wet etched, and the first metal layer is dry etched.

**12**. The method of claim **10**, wherein both the first and second metal layers are wet etched.

**13**. The method of claim **7**, wherein the patterning step comprises:

isotropically etching the second metal layer; and

anisotropically etching the first metal layer.

**14**. The method of claim **7**, wherein no masking step is required between the formation of the first and second metal layers.

**15**. The method of claim **7**, wherein the patterning step does not require processing of a photoresist before etching.

**16**. A method of waking a thin-film transistor, comprising the steps of:

depositing a first metal layer on a substrate, the first metal layer including aluminum;

depositing a second metal layer on the first metal layer without forming a photoresist on the first metal layer beforehand;

forming a single photoresist having predetermined width on the second metal layer;

patterning the first and second metal layers simulta-neously in a single etching step using the single pho-toresist as a mask, the first metal layer being etched to have a width greater than a width of the second metal layer by about 1 to 4 $\mu$m; and

removing the photoresist.

**17**. The method of making a thin film transistor as claimed in claim **16**, further comprising the steps of:

10

forming a first insulating layer on the substrate including the gate;

forming a semiconductor layer and an ohmic contact layer on a portion of the first insulating layer at a location corresponding to the gate;

forming a source electrode and a drain electrode extend-ing onto the first insulating layer on two sides of the ohmic contact layer, and removing a portion of the ohmic contact layer exposed between the source and the drain electrodes; and

forming a second insulating layer covering the semicon-ductor layer, the source electrode, the drain electrode and the first insulating layer.

**18**. The method of making a thin film transistor as claimed in claim **16**, wherein the first and second metal layers are sequentially deposited via sputtering or a chemical vapor deposition method without breaking a vacuum state.

**19**. The method of making a thin film transistor as claimed in claim **16**, wherein the first metal layer has thickness of about 500 Å to about 4000 Å.

**20**. The method of making a thin film transistor as claimed in claim **16**, wherein the second metal layer includes Mo, Ta or Co.

**21**. The method of making a thin film transistor as claimed in claim **16**, wherein the first metal layer has a thickness of about 500 Å to about 2000 Å.

**22**. The method of making a thin film transistor as claimed in claim **16**, wherein two side portions of the first metal layer having no second metal layer deposited thereon have sub-stantially the same width as each other.

* * * * *

# EXHIBIT C



US007176489B2

(12) **United States Patent**
Ahn et al.

(10) Patent No.:     **US 7,176,489 B2**
(45) Date of Patent:       *Feb. 13, 2007

(54) **THIN-FILM TRANSISTOR AND METHOD OF MAKING SAME**

(75) Inventors: **Byung-Chul Ahn**, Kumi-shi (KR);
**Hyun-Sik Seo**, Anyang-shi (KR)

(73) Assignee: **LG. Philips LCD. Co., Ltd.**, Seoul (KR)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

This patent is subject to a terminal disclaimer.

(21) Appl. No.: **10/872,527**

(22) Filed: **Jun. 22, 2004**

(65) **Prior Publication Data**

US 2004/0229413 A1    Nov. 18, 2004

**Related U.S. Application Data**

(60) Division of application No. 10/377,732, filed on Mar. 4, 2003, now Pat. No. 6,815,321, which is a division of application No. 10/154,955, filed on May 28, 2002, now Pat. No. 6,548,829, which is a continuation of application No. 09/940,504, filed on Aug. 29, 2001, now abandoned, which is a division of application No. 09/243,556, filed on Feb. 2, 1999, now Pat. No. 6,340,610, which is a division of application No. 08/918,119, filed on Aug. 27, 1997, now Pat. No. 5,905,274.

(30) **Foreign Application Priority Data**

Mar. 4, 1997    (KR) ................................. 97-07010

(51) **Int. Cl.**
*H01L 29/04*     (2006.01)
*H01L 29/10*     (2006.01)
*H01L 31/036*    (2006.01)
*H01L 31/0376*   (2006.01)
*H01L 31/20*     (2006.01)

(52) **U.S. Cl.** ............................ 257/59; 257/57; 257/66; 257/72; 257/73; 257/291; 257/359

(58) **Field of Classification Search** .................. 257/57, 257/59, 66, 73, 359, 72, 291
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

4,220,706 A     9/1980    Spak ........................... 430/318

(Continued)

FOREIGN PATENT DOCUMENTS

EP     0301571     2/1989

(Continued)

OTHER PUBLICATIONS

"Low Cost, High Display Quality TFT-LCD Process", Society for Information Display, EuroDisplay 96, Proceedings of the 16th International Display Research Conference, Oct. 1, 1996, 591-594.

(Continued)

*Primary Examiner*—Ida M. Soward
(74) *Attorney, Agent, or Firm*—Birch, Stewart, Kolasch and Birch, LLP

(57) **ABSTRACT**

A thin-film transistor includes a substrate, and a gate including a double-layered structure having first and second metal layers provided on the substrate, the first metal layer being wider than the second metal layer by 1 to 4 µm. A method of making such a thin-film transistor includes the steps of: depositing a first metal layer on a substrate, depositing a second metal layers directly on the first metal layer; forming a photoresist having a designated width on the second metal layer; patterning the second metal layer via isotropic etching using the photoresist as a mask; patterning the first metal layer by means of an anisotropic etching using the photoresist as a mask, the first metal layer being etched to have the designated width, thus forming a gate having a laminated structure of the first and second metal layers; and removing the photoresist.

**3 Claims, 6 Drawing Sheets**



## US 7,176,489 B2
Page 2

### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 5,036,370 A | | 7/1991 | Miyago et al. ............... 257/72 |
| 5,132,745 A | | 7/1992 | Kwasnick et al. .......... 257/412 |
| 5,156,986 A | | 10/1992 | Wei et al. .................. 438/159 |
| 5,162,933 A | | 11/1992 | Kakuda et al. ............ 349/46 |
| 5,191,453 A | * | 3/1993 | Okumura .................... 349/47 |
| 5,349,205 A | * | 9/1994 | Kobayashi et al. .......... 257/59 |
| 5,428,250 A | | 6/1995 | Ikeda et al. ............... 349/147 |
| 5,464,500 A | | 11/1995 | Tsujimura et al. ......... 216/34 |
| 5,644,146 A | * | 7/1997 | Arai et al. .................. 257/66 |
| 5,686,749 A | * | 11/1997 | Matsuo .................... 257/316 |
| 5,721,164 A | * | 2/1998 | Wu ........................... 438/159 |
| 5,731,216 A | * | 3/1998 | Holmberg et al. .......... 438/30 |
| 5,808,336 A | * | 9/1998 | Miyawaki ................. 257/315 |
| 5,808,595 A | * | 9/1998 | Kubota et al. .............. 345/92 |
| 5,889,573 A | * | 3/1999 | Yamamoto et al. ........ 349/152 |
| 5,903,326 A | * | 5/1999 | Lee ............................ 349/42 |
| 5,982,004 A | * | 11/1999 | Sin et al. .................. 257/347 |
| 6,063,686 A | * | 5/2000 | Masuda et al. ............ 438/406 |
| 6,201,281 B1 | * | 3/2001 | Miyazaki et al. .......... 257/347 |
| 6,333,518 B1 | * | 12/2001 | Seo ............................ 257/72 |
| 2002/0048861 A1 | * | 4/2002 | Seo ............................ 438/149 |

### FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| EP | 9206497 | 4/1992 |
| EP | 0602315 | 7/1993 |
| EP | 0812012 | 12/1997 |
| GB | 2253742 | 9/1992 |
| GB | 2254187 | 9/1992 |
| GB | 2307597 | 5/1997 |
| JP | 4097531 | 3/1982 |
| JP | 1120068 | 5/1989 |
| JP | 1222448 | 9/1989 |
| JP | 3114028 | 5/1991 |
| JP | 5315615 | 11/1993 |
| JP | 5343683 | 12/1993 |
| JP | 637311 | 2/1994 |
| JP | 6104241 | 4/1994 |
| JP | 06281954 | 10/1994 |
| JP | 7077605 | 3/1995 |
| JP | 08095083 A | * 4/1996 |
| JP | 8254680 | 10/1996 |
| KR | 954593 | 2/1995 |
| WO | 9206504 | 4/1992 |

### OTHER PUBLICATIONS

"Hillock-Free Al-Gate Materials Using Stress-Absorbing Buffer Layer for Large Area AMLCDs" Society for information Display 96 Digest, pp. 341-344, 1996.

"Wet Etchant for Molybdenum Having High Selectivity Against Aluminum", IBM Technical Disclosure Bulletin, vol. 35, No. 3, Aug. 1, 1992, pp. 205-206, XP 000326238.

AT Patent Abstracts of Japan, vol. 9, No. 315 [E-365] and Japan 60-149173 (Hitachi).

AU Patent Abstracts of Japan, vol. 5, No. 197 [E-86] and Japan 56-118370 (Cho Lsi Gijutsu).

"Pure Al and Al-Alloy Gate-Line Processes in TFT-LCDs", Samsung Electronics Co., Ltd., Kiheung, Korea, C.W. Kim et al., SID 96 Digest, pp. 337-340.

* cited by examiner

# FIG.1A



# FIG.1B



# FIG.1C



# FIG.1D



# FIG.1E



# FIG.1F





Case 1:08-cv-00355-JJF    Document 79-4    Filed 06/12/2008    Page 7 of 13

# FIG.3



# FIG.4A



# FIG.4B



# FIG.4C



## FIG.4D



## FIG.4E



## FIG.4F



US 7,176,489 B2

1

**THIN-FILM TRANSISTOR AND METHOD OF MAKING SAME**

This application is a divisional of application Ser. No. 10/377,732 filed on Mar. 4, 2003 now U.S. Pat. No. 6,815, 321, which is a divisional of application Ser. No. 10/154,955 filed on May 28, 2002 now U.S. Pat. No. 6,548,829, which is a continuation of abandoned application Ser. No. 09/940, 504, filed on Aug. 29, 2001, which is a divisional application under 37 C.F.R. § 1.53(b) of patented prior application Ser. No. 09/243,556 (U.S. Pat. No. 6,340,610 B1) filed on Feb. 2, 1999 (Issued on Jan. 22, 2002), which is a divisional application under 37 C.F.R. § 1.53(b) of patented prior application Ser. No. 08/918,119 (U.S. Pat. No. 5,905,274) filed on Aug. 27, 1997 (Issued on May 18, 1999), the entire contents of which are hereby incorporated by reference and for which priority is claimed under 35 U.S.C. § 120; and this application claims priority of Application No. 97-07010 filed in Korea on Mar. 4, 1997 under 35 U.S.C. § 119.

BACKGROUND OF THE INVENTION

1. Field of the Invention

The present invention relates to a thin-film transistor of a liquid crystal display and, more particularly, to a thin-film transistor having a gate including a double-layered metal structure and a method of making such a double-layered metal gate.

2. Discussion of Related Art

An LCD (Liquid Crystal Display) includes a switching device as a driving element, and a pixel-arranged matrix structure having transparent or light-reflecting pixel electrodes as its basic units. The switching device is a thin-film transistor having gate, source and drain regions.

The gate of the thin-film transistor is made of aluminum to reduce its wiring resistance, but an aluminum gate may cause defects such as hillock.

A double-layered metal gate, i.e., molybdenum-coated aluminum gate is considered as a substitute for the aluminum gate to overcome the problem of the hillock.

To fabricate a double-layered gate, metals such as aluminum and molybdenum are sequentially deposited, followed by a patterning process carried out via photolithography to form resulting metal films which have the same width. Although the double-layered gate is desirable to overcome the problem of hillock, the resulting deposited metal films forming the double-layered gate are so thick that a severe single step is created by a thickness difference between the metal films and a substrate, thereby causing a single step difference between the substrate and the double-layered gate which deteriorates the step coverage of a later formed gate oxide layer. The source and drain regions formed on the gate oxide layer may have disconnections between areas of the source and drain regions which are overlapped and non-overlapped with the gate, or electrically exhibit short circuits as a result of contact with the gate.

According to another method of forming the gate, each of the metal layers of Al and Mo form a double step difference with the substrate so as to improve the step coverage of the gate oxide layer.

FIGS. 1A through 1F are diagrams illustrating the process for fabricating a thin-film transistor of a method which is related to the invention described and claimed in the present application. The method shown in FIGS. 1A–1F is not believed to be published prior art but is merely a recently discovered method related to the invention described and claimed in the present application.

2

Referring to FIG. 1A, aluminum is deposited on a substrate 11 to form a first metal layer 13. A first photoresist 15 is deposited on the first metal layer 13. The first photoresist 15 is exposed and developed so as to have a certain width w1 extending along the first metal layer 13.

Referring to FIG. 1B, the first metal layer 13 is patterned via wet etching using the first photoresist 15 as a mask so that the first metal layer 13 has a certain width w1. After the first photoresist 15 is removed, a second metal layer 17 is formed by depositing Mo, Ta, or Co on the substrate 11 so as to cover the first metal layer 13. A second photoresist 19 is then deposited on the second metal layer 17. The second photoresist 19 is exposed and developed so as to have a certain width w2 extending along the second metal layer 17 and located above the first metal layer 13.

Referring to FIG. 1C, the second metal layer 17 is patterned via a wet etching process using the second photoresist 19 as a mask such that the second metal layer 17 has a certain width w2 which is narrower than the width w1 of the first metal layer 13. After formation of the gate 21, the second photoresist 19 is removed.

Thus, the patterned first and second metal layers 13 and 17 form a gate 21 having a double-layered metal structure that provides double step difference between the double-layered metal gate structure 21 and the substrate 11. The formation of the gate 21 as described above and shown in FIGS. 1A–1F requires the use of two photoresists 15, 19 and two photoresist steps.

In the gate 21, shown in FIG. 1C, the second metal layer 17 is preferably centrally located on the first metal layer 13. Although there is no specific information available regarding a relationship of w1 to w2 of this related art method, based on their understanding of this related method resulting in the structure shown in FIG. 1C, the inventors of the invention described and claimed in the present application assume that the width difference w1−w2 between the first and second metal layers 13 and 17 is larger than or equal to 4 μm, that is, w1−w2≧4 μm.

Referring to FIG. 1D, a first insulating layer 23 is formed by depositing silicon oxide $SiO_2$ or silicon nitride $Si_3N_4$ as a single-layered or double-layered structure on the gate 21 and substrate 11. Semiconductor and ohmic contact layers 25 and 27 are formed by sequentially depositing undoped polycrystalline silicon and heavily doped silicon on the first insulating layer 23. The semiconductor and ohmic contact layers 25 and 27 are patterned to expose the first insulating layer 23 by photolithography.

Referring to FIG. 1E, conductive metal such as aluminum is laminated on the insulating and ohmic contact layers 23 and 27. The conductive metal is patterned by photolithography so as to form source electrode 29 and a drain electrode 31. A portion of the ohmic contact layer 27 exposed between the source and drain electrodes 29 and 31 is etched by using the source and drain electrodes 29 and 31 as masks.

Referring to FIG. 1F, silicon oxide or silicon nitride is deposited on the entire surface of the structure to form a second insulating layer 33. The second insulating layer 33 is etched to expose a designated portion of the drain electrode 31, thus forming a contact hole 35. By depositing transparent and conductive material on the second insulating layer 33 and patterning it via photolithography, a pixel electrode 37 is formed so as to be electrically connected to the drain electrode 31 through the contact hole 35.

According to the method of fabricating a thin-film transistor as described above and shown in FIGS. 1A–1F, respective first and second metal layers are formed through photolithography using different masks so as to form the

US 7,176,489 B2

3

gate with a double-layered metal structure, resulting in double step differences between the gate and substrate.

As a result of the double step difference between the gate 21 and the substrate 11 shown in FIG. 1C, a hillock often occurs on both side portions of the first metal layer 13 which have no portion of the second metal layer 17 deposited thereon when the first metal layer 13 is wider than the second metal layer 17 as in FIG. 1C. Another problem with this related art method is that the process for forming a gate is complex and requires two photoresists 15, 19 and two steps of deposition and photolithography. As a result, the contact resistance between the first and second metal layers may be increased.

Another related art method of forming a double metal layer gate structure is described in "Low Cost, High Quality TFT-LCD Process", SOCIETY FOR INFORMATION DISPLAY EURO DISPLAY 96, Proceedings of the 16th International Display Research Conference, Birmingham, England, Oct. 1, 1996, pages 591–594. One page 592 of this publication, a method of forming a double metal gate structure includes the process of depositing two metal layers first and then patterning the two metal layer to thereby eliminate an additional photoresist step. However, with this method, process difficulties during the one step photoresist process for forming the double metal layer gate resulted in the top layer being wider than the bottom layer causing an overhang condition in which the top layer overhangs the bottom layer. This difficulty may result in poor step coverage and disconnection. This problem was solved by using a three-step etching process in which the photoresist had to be baked before each of the three etching steps to avoid lift-off or removal of the photoresist during etching. This three-step etching process and required baking of the photoresist significantly increases the complexity and steps of the gate forming method.

SUMMARY OF THE INVENTION

To overcome the problems discussed above, the preferred embodiments of the present invention provide a thin-film transistor which prevents a hillock and deterioration of step coverage of a later formed gate oxide layer on a double metal layer gate.

The preferred embodiments of the present invention also provide a method of fabricating a thin-film transistor that simplifies the process for forming a double metal layer gate.

The preferred embodiments of the present invention further provide a method of fabricating a thin-film transistor that reduces the contact resistance between the first and second metal layers constituting a gate.

Additional features and advantages of the invention will be set forth in the description which follows, and in part will be apparent from the description, or may be learned by practice of the invention. The objectives and other advantages of the invention will be realized and attained by the structure particularly pointed out in the written description and claims hereof, as well as, the appended drawings.

To achieve these and other advantages and in accordance with the purpose of the preferred embodiments of the present invention, as embodied and broadly described, a thin-film transistor preferably comprises a substrate, and a gate including a double-layered structure of first and second metal layers disposed on the substrate, the first metal layer being wider than the second metal layer by about 1 to 4 μm, and a method of making such a thin-film transistor preferably comprises the steps of: depositing a first metal layer on a substrate, depositing a second metal layer directly on the

4

first metal layer; forming a photoresist having a desired width on the second metal layer; patterning the second metal layer via an isotropic etching using the photoresist as a mask; patterning the first metal layer via an anisotropic etching using the photoresist as a mask, the first metal layer being etched to have a desired width, thus forming a gate having a laminated structure of the first and second layers; and removing the photoresist.

These and other elements, features, and advantages of the preferred embodiments of the present invention will be apparent from the following detailed description of the preferred embodiments of the present invention, as illustrated in the accompanying drawings.

BRIEF DESCRIPTION OF THE DRAWINGS

The accompanying drawings, which are included to provide a further understanding of the invention and are incorporated in and constitute a part of this specification, illustrate preferred embodiments of the invention and together with the description serve to explain the principles of the invention, in which:

FIGS. 1A through 1F are diagrams illustrating a process for fabricating a thin-film transistor according to a method of the related art;

FIG. 2 is a top view of a thin-film transistor according to a preferred embodiment of the present invention;

FIG. 3 is a cross-sectional view taken along line III—III of FIG. 2; and

FIGS. 4A through 4F are diagrams illustrating a process for fabricating a thin-film transistor of preferred embodiments of the present invention.

DETAILED DESCRIPTION OF PREFERRED EMBODIMENTS

Reference will now be made in detail to preferred embodiments of the present invention, examples of which are illustrated in the accompanying drawings.

FIG. 2 is a top view of a thin-film transistor according to a preferred embodiment of the present invention. FIG. 3 is a cross-sectional view taken along line III—III of FIG. 2.

The thin-film transistor comprises a gate 49 having a double-layered structure of a first metal layer 43, a second metal layer 45 disposed on a substrate 41, a first insulating layer 51, a second insulating layers 61, a semiconductor layer 53, an ohmic contact layer 55, a source electrode 57, a drain electrode 59, and a pixel electrode 65.

The gate 49 has a double-layered structure including the first and second metal layers 43 and 45 disposed on the substrate 41. The first metal layer 43 is preferably formed from a conductive metal such as Al, Cu, or Au deposited to have a certain width w1. The second metal layer 45 is preferably formed from a refractory metal such as Mo, Ta, or Co deposited to have a certain width w2.

The present inventors have discovered that a relationship between the width of the first metal layer and the width of the second metal layer of a double metal layer gate electrode is critical to preventing deterioration of step coverage of a later formed gate oxide layer in such a structure having a double step difference between the substrate and the gate. More specifically, the present inventors determined that a structure wherein the first metal layer 43 is wider than the second metal layer 45 by about 1 to 4 μm, for example, 1 μm<w1−w2<4 μm, provides maximum prevention of dete-

US 7,176,489 B2

**5**

rioration of step coverage of a later formed gate oxide layer in such a structure having a double step difference between the substrate and the gate.

To achieve the best results, the second metal **45** is preferably positioned substantially in the middle of the first metal layer **45**, so that both side portions of the first metal layer **43** which have no portion of the second metal layer **45** disposed thereon have substantially the same width as each other. The width of each of the side portions is preferably larger than about 0.5 μm but less than about 2 μm.

The first insulating layer **51** is preferably formed by depositing single layer of silicon oxide $SiO_2$ or silicon nitride $Si_3N_4$ on the substrate including the gate **49**.

The semiconductor and ohmic contact layers **53** and **55** are formed on the portion of the first insulating layer **51** corresponding to the gate **49** by sequentially depositing undoped amorphous silicon and heavily doped amorphous silicon and patterning the two silicon layers. The semiconductor layer **53** is used as the active region of an element, thus forming a channel by means of a voltage applied to the gate **49**. The ohmic contact layer **55** provides an ohmic contact between the semiconductor layer **53** and the source and drain electrodes **57** and **59**. The ohmic contact layer **55** is not formed in the portion that becomes the channel of the semiconductor layer **53**.

The source and drain electrodes **57** and **59** are in contact with the ohmic contact layer **55**, and each electrode **57**, **59** extends to a designated portion on the first insulating layer **51**.

The second insulating layer **61** is formed by depositing insulating material such as silicon oxide $SiO_2$ silicon nitride $Si_3N_4$ to cover the source and drain electrodes **57** and **59** and the first insulating layer **51**. The second insulating layer **61** on the drain electrode **59** is removed to form a contact hole **63**. The pixel electrode **65** is formed from transparent and conductive material such as ITO (Indium Tin Oxide) or Tin oxide $SnO_2$, so that it is connected to the drain electrode **59** through the contact hole **63**.

In the first and second metal layers **43** and **45** constituting the gate **49**, each side portion of the first metal layer **43** having no portion of the second metal layer **45** thereon has a width that is preferably larger than about 0.5 μm and less than about 2 μm. Because the first metal layer **43** is wider than the second metal layer **45** by about 1.0 μm to 4.0 μm, double step differences determined according to the relationship between the width of the first metal layer and the width of the second metal layer are formed between the gate **49** and substrate **41**. The double step differences determined according to the novel features of the preferred embodiments of the present invention prevent deterioration of the coverage of the first insulating layer **51** which deterioration occurs in prior art devices. The hillock in the first metal layer **43** is also avoidable because the width difference between the first and second metal layers **43** and **45** is between about 1 μm to 4 μm.

FIGS. 4A through 4F are diagrams illustrating the process for fabricating the thin-film transistor of the preferred embodiments of the present invention.

Referring to FIG. 4A, metal such as Al, Cu, or Au is deposited on a substrate so as to form a first metal layer **43**. A second metal layer **45** is formed from Mo, Ta, or Co and deposited on the first metal layer **43** without performing a masking step between the step of depositing the first metal layer and the step of depositing the second metal layer. The first and second metal layers **43** and **45** are sequentially deposited so as to preferably have a thickness as large as about 500–4000 Angstroms and 500–2000 Angstroms,

**6**

respectively, by means of sputtering or chemical vapor deposition (hereinafter, referred to as CVD) without breaking a vacuum state. As a result, the contact resistance between the first and second metal layers **43** and **45** is reduced.

According to the preferred embodiments of the present invention, a single photoresist step is used to pattern both the first metal layer **43** and the second metal layer **45** simultaneously. In the single photoresist step, a photoresist **47** is deposited on the second metal layer **45** and then the photoresist **47** is patterned through exposure and development to have the width w1 on a designated portion of the second metal layer **45**.

Referring to FIG. 4B, the second metal layer **45** is patterned with an etching solution preferably prepared with a mixture of phosphoric acid $H_3PO_4$, acetic acid $CH_3COOH$ and nitric acid $HNO_3$, by means of a wet etching using the photoresist **47** as a mask. Because the portion of the second metal layer **45** covered with the photoresist **47**, as well as, exposed side portions of the second metal layer **45** are isotropically etched, the second metal layer **45** is preferably patterned to have the width w2 which is narrower than the width w1 of the photoresist **47** which is the same as the width w1 of the first metal layer **43**, that is, about 1 μm<w1−w2<4 μm. Each side portion of the second metal layer **45** preferably has a width larger than about 0.5 μm and less than about 2 μm. That is, the two side portions of the second metal layer **45** covered with the photoresist **47** are preferably etched to have substantially the same width as each other. The lateral surfaces of the second metal layer **45** are preferably etched to have a substantially rectangular or inclined shape.

Referring to FIG. 4C, the first metal layer **43** is patterned via dry etching having anisotropic etching characteristic such as reactive ion etching (hereinafter, referred to as RIE) by using the photoresist **47** as a mask. When etching the first metal layer **43** other than the portion of the layer **43** covered with the photoresist **47**, the first metal layer **43** preferably has the same width w1 of the photoresist **47**. Thus, patterning of the first and second metal layers **43**, **45**, respectively, only requires two etching steps and does not require backing of the photoresist before each step of etching. Also, the relation between the first and second metal layers **43** and **45** also may be represented by about 1 μm<w1−w2<4 μm.

The first and second metal layers **43** and **45** resulting from the single photoresist step process described above form a gate **49** having a double-layered metal structure. The gate **49** has the second metal layer **45** positioned substantially in the middle of the first metal layer **43** so that the each side portion of the first metal layer **43** having no second metal layer **45** thereon is wider than about 0.5 μm but narrower than about 2 μm. The photoresist **47** remaining on the second metal layer **45** is removed after the two etching steps are completed.

Referring to FIG. 4D, a first insulating layer **51** is formed by depositing a single layer or double layers of silicon oxide $SiO_2$ or silicon nitride $Si_3N_4$ on the gate **49** and substrate **41** by CVD. Because each side portion of the first metal layer **43** having no second metal layer **45** thereon is wider than 0.5 μm, double step differences formed between the substrate and gate can prevent the coverage of the first insulating layer **51** from being deteriorated as in prior art devices. The hillock in the first metal layer **43** is also avoidable because a width of a portion of the first metal layer **43** which is exposed is less than about 2 μm.

Amorphous silicon which is undoped and heavily doped amorphous silicon are sequentially deposited on the first

US 7,176,489 B2

7

insulating layer 41 by CVD, thus forming semiconductor and ohmic contact layers 53 and 55. The ohmic contact and semiconductor layers 55 and 53 are patterned by means of photolithography to expose the first insulating layer 51.

Referring to FIG. 4E, conductive metal such as Al or Cr is laminated on the insulating and ohmic contact layers 51 and 55 and patterned by photolithography to form source and drain electrodes 57 and 59. The ohmic contact layer 55 exposed between the source and drain electrodes 57 and 59 is etched by using the source drain electrodes 57 and 59 as masks.

Referring to FIG. 4F, a second insulating layer 61 is formed by depositing insulating material such as silicon oxide or silicon nitride by CVD on the entire surface of the above structure. The second insulating layer is removed by photolithography to expose a designated portion of the drain electrode 59 and thus form a contact hole 63. Once transparent and conductive material such as ITO (Indium Tin Oxide) or Tin oxide $SnO_2$ is deposited on the second insulating layer 61 via sputtering and patterned by photolithography, a pixel electrode 65 is formed so that it is electrically connected to the drain electrode 59 through the contact hole 63.

In another preferred embodiment of the present invention, the first and second metal layers 43 and 45 are first etched by means of a dry etching having anisotropic etching characteristic such as RIE by using the photoresist 47 as a mask. The gate 49 is formed by etching the second metal layer 45 under the photoresist 47 with an etching solution prepared with a mixture of phosphoric acid $H_3PO_4$, acetic acid $CH_3COOH$ and nitric acid $HNO_3$.

In still another preferred embodiment of the present invention, the gate 49 is formed through a single etching step process for etching the first and second metal layers 43 and 45 simultaneously and via a single etching step, where the second metal layer 45 is etched more quickly than the first metal layer 43 with an etching solution prepared with a mixture of phosphoric acid $H_3PO_4$, acetic acid $CH_3COOH$ and nitric acid $HNO_3$. Because of the etching material and metals used for the first and second metal layers of the gate, only a single etching step is required. Despite the fact that a single etching step is used, it is still possible to obtain the

8

relationship between the widths w1 and w2 of the first and second metal layers described above. In this process, the first and second metal layers forming the gate 49 are formed and patterned with a single photo resist step as described above and a single etching step.

As described above, in the preferred embodiments of the present invention, the first and second metal layers are sequentially deposited on the substrate without performing a masking step between the step of depositing the first metal layer and the second metal layer, followed by forming a photoresist that covers a designated portion of the second metal layer. In one preferred embodiment, the second metal layer is wet etched by using the photoresist as a mask but the first metal layer is dry etched. As a result, the double-metal gate is formed. In another preferred embodiment, a single etching step is used to form the double-metal gate wherein both the first metal layer and the second metal layer are wet etched, but the difference in etching rates of the first and second metal layers produces different etching affects which result in the desired double-step structure.

While the invention has been particularly shown and described with reference to preferred embodiments thereof, it will be understood by those skilled in the art that the foregoing and other changes in form and details may be made therein without departing from the spirit and scope of the invention.

What is claimed is:

1. A thin film transistor comprising:

a substrate; and

a double-layered metal gate having a first metal layer and a second metal layer thereon, a total width of the first metal layer being greater than a total width of the second metal layer by about 1 to 4 µm.

2. The transistor of claim 1, wherein the first metal layer has a first and second side portion being exposed from the second metal layer, each side portion being at least about 0.5 µm in width.

3. The transistor of claim 2, wherein each side portion of the first metal layer is less than about 2 µm in width.

* * * * *

# EXHIBIT D

US006803984B2

(12) **United States Patent**
Park et al.

(10) Patent No.: **US 6,803,984 B2**
(45) Date of Patent: **Oct. 12, 2004**

(54) **METHOD AND APPARATUS FOR MANUFACTURING LIQUID CRYSTAL DISPLAY DEVICE USING SERIAL PRODUCTION PROCESSES**

(75) Inventors: **Sang Ho Park**, Pusan-kwangyokshi (KR); **Sang Seok Lee**, Taegu-kwangyokshi (KR)

(73) Assignee: **LG.Philips LCD Co., Ltd.**, Seoul (KR)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **10/128,452**

(22) Filed: **Apr. 24, 2002**

(65) **Prior Publication Data**

US 2003/0160934 A1 Aug. 28, 2003

(30) **Foreign Application Priority Data**

Feb. 25, 2002　　(KR) ..................................... P 2002-9961

(51) Int. Cl.$^7$ ........................ G02F 1/13; G02F 1/1339; G02F 1/1341

(52) U.S. Cl. ..................... 349/187; 349/153; 349/189; 349/190

(58) Field of Search ................................ 349/153, 189, 349/190, 187

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| 3,978,580 A | 9/1976 | Leupp et al. | ................. | 29/886 |
| 4,094,058 A | 6/1978 | Yasutake et al. | ......... | 29/592 R |
| 4,653,864 A | 3/1987 | Baron et al. | ................. | 349/156 |
| 4,691,995 A | 9/1987 | Yamazaki et al. | ...... | 350/331 R |
| 4,775,225 A | 10/1988 | Tsuboyama et al. | ........ | 349/155 |
| 5,247,377 A | 9/1993 | Omeis et al. | ................. | 359/76 |
| 5,263,888 A | 11/1993 | Ishihara et al. | ............. | 445/25 |
| 5,379,139 A | 1/1995 | Sato et al. | ................. | 349/155 |

| | | | | |
|---|---|---|---|---|
| 5,406,989 A | 4/1995 | Abe | ................................ | 141/7 |
| 5,499,128 A | 3/1996 | Hasegawa et al. | ........... | 349/155 |
| 5,507,323 A | 4/1996 | Abe | ................................ | 141/31 |
| 5,511,591 A | 4/1996 | Abe | ................................ | 141/7 |
| 5,539,545 A | 7/1996 | Shimizu et al. | ................. | 349/86 |
| 5,548,429 A | 8/1996 | Tsujita | .......................... | 349/187 |
| 5,642,214 A | 6/1997 | Ishii et al. | ..................... | 349/96 |

(List continued on next page.)

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| EP | 1 003 066 A1 | 5/2000 |
| JP | 51-065656 | 6/1976 |
| JP | 57-38414 | 3/1982 |
| JP | 57-88428 | 6/1982 |
| JP | 58-27126 | 2/1983 |

(List continued on next page.)

*Primary Examiner*—Tarifur R. Chowdhury
(74) *Attorney, Agent, or Firm*—Morgan, Lewis & Bockius, LLP

(57) **ABSTRACT**

A method and apparatus are provided for manufacturing a liquid crystal display device. The method includes the steps of providing at least a first substrate and a second substrate on a single production process line, passing the first and second substrates through a sealing material coating portion of the single production process line in serial order such that a sealing material is coated on the second substrate with the first substrate being passed through the sealing material coating portion without forming a sealing material thereon, passing the first and the second substrates through a liquid crystal dispensing portion of the single production process line in serial order such that liquid crystal is dispensed onto a pixel region of one of the first and second substrates with the other one of the first and second substrates being passed through the liquid crystal dispensing portion without dispensing liquid crystal thereon, and assembling the first substrate with the second substrate to form a liquid crystal panel of at least one liquid crystal display device.

**21 Claims, 4 Drawing Sheets**



## US 6,803,984 B2
Page 2

### U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| 5,680,189 A | | 10/1997 | Shimizu et al. | 349/123 |
| 5,742,370 A | | 4/1998 | Kim et al. | 349/124 |
| 5,757,451 A | | 5/1998 | Miyazaki et al. | 349/106 |
| 5,852,484 A | | 12/1998 | Inoue et al. | 349/86 |
| 5,854,664 A | | 12/1998 | Inoue et al. | 349/92 |
| 5,861,932 A | | 1/1999 | Inata et al. | 349/156 |
| 5,875,922 A | | 3/1999 | Chastine et al. | 222/1 |
| 5,943,113 A | * | 8/1999 | Ichihashi | 349/187 |
| 5,952,676 A | | 9/1999 | Sato et al. | 257/59 |
| 5,956,112 A | | 9/1999 | Fujimori et al. | 346/156 |
| 6,001,203 A | | 12/1999 | Yamada et al. | 156/106 |
| 6,011,609 A | | 1/2000 | Kato et al. | 349/190 |
| 6,016,178 A | | 1/2000 | Kataoka et al. | 349/117 |
| 6,016,181 A | | 1/2000 | Shimada | 349/156 |
| 6,055,035 A | | 4/2000 | Von Gutfeld et al. | 349/187 |
| 6,163,357 A | | 12/2000 | Nakamura | 349/155 |
| 6,219,126 B1 | | 4/2001 | Von Gutfeld | 349/153 |
| 6,226,067 B1 | | 5/2001 | Nishiguchi et al. | 349/155 |
| 6,236,445 B1 | | 5/2001 | Foschaar et al. | 349/156 |
| 6,304,306 B1 | | 10/2001 | Shiomi et al. | 349/88 |
| 6,304,311 B1 | | 10/2001 | Egami et al. | 349/189 |
| 6,337,730 B1 | | 1/2002 | Ozaki et al. | 349/156 |
| 6,414,733 B1 | | 7/2002 | Ishikawa et al. | 349/110 |
| 2001/0002858 A1 | * | 6/2001 | Kageyama et al. | 349/158 |
| 2001/0021000 A1 | | 9/2001 | Egami | 349/187 |
| 2002/0063845 A1 | * | 5/2002 | Lim | 349/189 |

### FOREIGN PATENT DOCUMENTS

| | | | | | | |
|---|---|---|---|---|---|---|
| JP | 59-057221 | | 4/1984 | JP | 9-230357 | 9/1997 |
| JP | 59-195222 | | 11/1984 | JP | 9-281511 | 10/1997 |
| JP | 60-111221 | | 6/1985 | JP | 9-311340 | 12/1997 |
| JP | 60-164723 | | 8/1985 | JP | 10-123537 | 5/1998 |
| JP | 60-217343 | | 10/1985 | JP | 10-123538 | 5/1998 |
| JP | 61-7822 | | 1/1986 | JP | 10-142616 | 5/1998 |
| JP | 61-55625 | | 3/1986 | JP | 10-177178 A | 6/1998 |
| JP | 62-89025 | | 4/1987 | JP | 10-221700 | 8/1998 |
| JP | 62-90622 | | 4/1987 | JP | 10-282512 | 10/1998 |
| JP | 62-205319 | | 9/1987 | JP | 10-333157 A | 12/1998 |
| JP | 63-109413 | | 5/1988 | JP | 10-333159 A | 12/1998 |
| JP | 63-110425 | | 5/1988 | JP | 11-14953 | 1/1999 |
| JP | 63-128315 | | 5/1988 | JP | 11-38424 | 2/1999 |
| JP | 63-311233 | | 12/1988 | JP | 11-64811 | 3/1999 |
| JP | 5-127179 | | 5/1993 | JP | 11-109888 | 4/1999 |
| JP | 5-154923 A | | 6/1993 | JP | 11-133438 A | 5/1999 |
| JP | 5-265011 | | 10/1993 | JP | 11-142864 A | 5/1999 |
| JP | 5-281557 | | 10/1993 | JP | 11-174477 | 7/1999 |
| JP | 5-281562 | | 10/1993 | JP | 11-212045 | 8/1999 |
| JP | 6-51256 | | 2/1994 | JP | 11-248930 A | 9/1999 |
| JP | 6-148657 | | 5/1994 | JP | 11-326922 A | 11/1999 |
| JP | 6-160871 | | 6/1994 | JP | 11-344714 | 12/1999 |
| JP | 6-235925 A | | 8/1994 | JP | 2000-2879 A | 1/2000 |
| JP | 6-265915 | | 9/1994 | JP | 2000-29035 | 1/2000 |
| JP | 6-313870 A | | 11/1994 | JP | 2000-56311 A | 2/2000 |
| JP | 7-84268 A | | 3/1995 | JP | 2000-66165 A | 3/2000 |
| JP | 7-128674 | | 5/1995 | JP | 2000-137235 A | 5/2000 |
| JP | 7-181507 | | 7/1995 | JP | 2000-147528 A | 5/2000 |
| JP | 8-95066 | | 4/1996 | JP | 2000-193988 A | 7/2000 |
| JP | 8-101395 A | | 4/1996 | JP | 2000-241824 A | 9/2000 |
| JP | 8-406101 | | 4/1996 | JP | 2000-284295 A | 10/2000 |
| JP | 08-171076 A | * | 7/1996 | JP | 2000-292799 A | 10/2000 |
| JP | 8-171094 | | 7/1996 | JP | 2000-310759 A | 11/2000 |
| JP | 8-190099 | | 7/1996 | JP | 2000-310784 A | 11/2000 |
| JP | 8-240807 | | 9/1996 | JP | 2000-338501 A | 12/2000 |
| JP | 9-5762 | | 1/1997 | JP | 2001-5401 A | 1/2001 |
| JP | 9-26578 | | 1/1997 | JP | 2001-5405 A | 1/2001 |
| JP | 9-61829 A | | 3/1997 | JP | 2001-13506 A | 1/2001 |
| JP | 9-73096 | | 3/1997 | JP | 2001-33793 A | 2/2001 |
| JP | 9-127528 | | 5/1997 | JP | 2001-42341 A | 2/2001 |
| JP | 9-73075 | | 8/1997 | JP | 2001-51284 A | 2/2001 |
| | | | | JP | 2001-66615 A | 3/2001 |
| | | | | JP | 2001-91727 A | 4/2001 |
| | | | | JP | 2001-117105 | 4/2001 |
| | | | | JP | 2001-117109 A | 4/2001 |
| | | | | JP | 2001-133745 A | 5/2001 |
| | | | | JP | 2001-133794 | 5/2001 |
| | | | | JP | 2001-133799 A | 5/2001 |
| | | | | JP | 2001-142074 | 5/2001 |
| | | | | JP | 2001-147437 | 5/2001 |
| | | | | JP | 2001-154211 | 6/2001 |
| | | | | JP | 2001-166272 A | 6/2001 |
| | | | | JP | 2001-183683 A | 6/2001 |
| | | | | JP | 2001-166310 A | 7/2001 |
| | | | | JP | 2001-201750 A | 7/2001 |
| | | | | JP | 2001-209052 A | 8/2001 |
| | | | | JP | 2001-209060 A | 8/2001 |
| | | | | JP | 2001-215459 A | 8/2001 |
| | | | | JP | 2001-222017 A | 8/2001 |
| | | | | JP | 2001-235758 A | 8/2001 |
| | | | | JP | 2001-255542 | 9/2001 |
| | | | | JP | 2001-264782 | 9/2001 |
| | | | | JP | 2001-272640 A | 10/2001 |
| | | | | JP | 2001-281675 A | 10/2001 |
| | | | | JP | 2001-281678 A | 10/2001 |
| | | | | JP | 2001-282126 A | 10/2001 |
| | | | | JP | 2001-305563 A | 10/2001 |
| | | | | JP | 2001-330837 A | 11/2001 |
| | | | | JP | 2001-330840 | 11/2001 |
| | | | | JP | 2001-356353 A | 12/2001 |
| | | | | JP | 2001-356354 | 12/2001 |

**US 6,803,984 B2**

Page 3

| | | | | | | |
|----|-------------|--------|---|----|----------------|--------|
| JP | 2002-14360  | 1/2002 | | JP | 2002-122873    | 4/2002 |
| JP | 2002-23176  | 1/2002 | | JP | 2002-139734    | 5/2002 |
| JP | 2002-49045  | 2/2002 | | JP | 2002-202512    | 7/2002 |
| JP | 2002-82340  | 3/2002 | | JP | 2002-202514    | 7/2002 |
| JP | 2002-90759  | 3/2002 | | JP | 2002-214626    | 7/2002 |
| JP | 2002-90760  | 3/2002 | | KR | 2000-0035302 A | 6/2000 |
| JP | 2002-107740 | 4/2002 | | | | |
| JP | 2002-122872 | 4/2002 | | * cited by examiner | | |

## FIG.1
## Related Art



# FIG.2



second substrate
first substrate

| cleaning | ~20S |
| printing an orientation film | ~21S |
| baking | ~22S |
| inspection | ~23S |
| rubbing | ~24S |
| cleaning | ~25S |
| coating a sealing material | ~26S |
| forming silver dots | ~27S |
| dropping liquid crystal | ~28S |
| assembling,curing | ~29S |
| cutting | ~30S |
| final inspection | ~31S |

# FIG.3



second substrate
first substrate

| | |
|---|---|
| cleaning | 20S |
| printing an orientation film | 21S |
| baking | 22S |
| inspection | 23S |
| rubbing | 24S |
| cleaning | 25S |
| forming silver dots | 40S |
| coating a sealing material | 41S |
| dropping liquid crystal | 42S |
| assembling,curing | 29S |
| cutting | 30S |
| final inspection | 31S |

# FIG.4



second substrate
first substrate

| cleaning | 20S |
| printing an orientation film | 21S |
| baking | 22S |
| inspection | 23S |
| rubbing | 24S |
| cleaning | 25S |
| forming silver dots | 50s |
| dropping liquid crystal | 51s |
| coating a sealing material | 52S |
| assembling,curing | 29S |
| cutting | 30S |
| final inspection | 31S |

US 6,803,984 B2

1

# METHOD AND APPARATUS FOR MANUFACTURING LIQUID CRYSTAL DISPLAY DEVICE USING SERIAL PRODUCTION PROCESSES

This application claims the benefit of the Korean Application No. P2002-9961 filed in Korea on Feb. 25, 2002, which is hereby incorporated by reference.

## BACKGROUND OF THE INVENTION

### 1. Field of the Invention

The present invention relates to a method and apparatus for manufacturing a liquid crystal display device, and more particularly, to a method and apparatus for manufacturing a liquid crystal display device by using a liquid crystal dropping method.

### 2. Discussion of the Related Art

With rapid development of an information-oriented society, a need for an information display device having characteristics such as good image quality, light weight, small thickness, and low power consumption has correspondingly been increased. To meet this need, there has been much research directed toward various flat panel display device technologies, such as liquid crystal display device (LCD) technology, plasma display panel (PDP) technology, electro luminescent display (ELD) technology, vacuum fluorescent display (VFD) technology. Some of these display device technologies have already been applied in various applications as the information display device.

Of above various flat panel display devices, the LCD is currently the most widely used due to its ability to meet the above need. In fact, in portable devices such as notebook PC computers, LCD technology has replaced cathode ray tube (CRT) technology. Moreover, even in desktop type displays such as PC monitors and TV monitors, LCD technology has been developed and employed.

A liquid crystal cell includes two opposing substrates and a liquid crystal material filled between the substrates. Liquid crystal is a phase of material having intermediate properties between the liquid and the solid such as fluidity of liquids but long-range order of solids. The liquid crystal material, in an intermediate state between the liquid and the solid, has an optical anisotropy due to its long-range orientational order as well as mechanical fluidity. An LCD is manufactured through a number of processes such as an array process, a color filter process, a liquid crystal cell process, and a module process.

An array process is a process repeating a deposition, a photolithography, and an etching to form a thin film transistor (TFT) array on a first substrate (TFT substrate). A color filter process is a process for forming an ITO (Indium Tin Oxide) film for a common electrode, after red, green, and blue color filters (CF) of dyes or pigments are formed on a second substrate (CF substrate) having a black matrix formed thereon.

A liquid crystal cell process is a process of assembling the TFT substrate and the CF substrate prepared by the array process and the color filter process, respectively. Generally, an empty liquid crystal cell is formed with a fixed and thin gap between the first substrate and the second substrate. Then, the liquid crystal is filled through an opening around the gap to form a liquid crystal panel. A module process is a process for assembling a driving circuit part for processing input and output signals, connecting the liquid crystal panel to a signal processor, and assembling some frames, thereby completing the liquid crystal module.

2

The step of filling liquid crystal into the liquid crystal cell in the liquid crystal cell process step can be explained as follows.

In the liquid crystal filling step, a liquid crystal material is contained in a container disposed in a chamber. The chamber is maintained in a vacuum state for removing moisture and air dissolved in the liquid crystal material or contained inside the container. While maintaining the vacuum state of the chamber, a liquid crystal filling hole in the empty liquid crystal cell is dipped in the container, and brought into contact with the liquid crystal material. Then, the chamber is vented from a higher vacuum state to a lower vacuum state, and eventually to the atmospheric pressure state. Accordingly, the liquid crystal material is filled into the empty liquid crystal cell through the liquid crystal filling hole by a pressure difference between a pressure in the liquid crystal cell and a pressure in the chamber.

However, the above described liquid crystal filling method has poor productivity because the method needs long time for the liquid crystal filling. That is, before the liquid crystal material is filled into the liquid crystal cell, the large assembled panel must be cut into unit panels, a portion of the unit panel must be dipped into the container, and the liquid crystal filling hole must be brought into contact with the liquid crystal material while the chamber is kept at a vacuum state. Moreover, a large sized LCD is likely to have some defects coming from imperfect filling of the liquid crystal material into the cell.

With regard to this, a liquid crystal dropping method has been developed in which a fixed amount of the liquid crystal is dropped onto an inner surface of the TFT substrate in a corresponding area on the TFT substrate inside a main sealing area formed around the CF substrate (or, alternatively, TFT substrate). Then, the TFT substrate and the CF substrate are assembled into a large liquid crystal panel in a vacuum chamber. The liquid crystal cell process using the liquid crystal dropping method can be explained as follows.

Referring to FIG. 1, an orientation step (1S) in which an orientation material is coated on the TFT substrate and the CF substrate, and mechanical rubbing is carried out on the both substrates for having molecules of the liquid crystal material oriented, carried out. Then, the TFT substrate and the color filter substrate are cleaned (2S).

The TFT substrate includes a plurality of gate lines running in one direction at fixed intervals, and a plurality of data lines running in a direction perpendicular to the gate lines at fixed intervals. A plurality of thin film transistors and pixel electrodes are formed in a matrix pixel region defined by the gate lines and the data lines. The CF substrate includes a black matrix layer, a color filter, and a common electrode. Hence, the black matrix layer shields a light leakage of parts except the pixel region.

Then, the cleaned CF substrate is loaded onto a stage of a seal dispenser, and a sealing material is coated on a periphery of the panel (3S). The sealing material may be a photo-sensitive resin, or thermo-curing resin. Meanwhile, no filling hole or sealing structure for filling the cell with liquid crystal is required.

At the same time, the cleaned TFT substrate is loaded onto a stage of a silver (Ag) dispenser, and a silver paste material is dotted (i.e., dispensed) into a common voltage supply line of the TFT substrate (5S). Then, the TFT substrate is transferred to an LC dispenser, and liquid crystal material is dropped (i.e., dispensed) onto an active array region of each unit panel areas (6S). The liquid crystal dropping process is carried out as follows.

US 6,803,984 B2

3

After a liquid crystal material is filled into an LC syringe before the LC syringe is assembled and set in the production line, moisture and air dissolved in the liquid crystal material is removed under a vacuum state (7S). Then, the liquid crystal syringe is assembled and set (8S), and mounted on the liquid crystal dispenser (9S). When the TFT substrate is loaded onto a stage of the liquid crystal dispenser, the liquid crystal material is dropped therefrom using the liquid crystal syringe (6S) by dotting a fixed amount of the liquid crystal material onto the TFT substrate at a predetermined pitch inside a coating area of the sealing material (i.e., the pixel region).

After the TFT substrate and the CF substrate are loaded into a vacuum assembling chamber, the TFT substrate and the CF substrate are assembled such that the dropped liquid crystal is uniformly spread over unit panel areas (10S). Then, the sealing material is cured (10S). The assembled TFT substrate and color filter substrate, that is, a large panel, is cut into individual unit panels (11S). Each unit panel is ground and inspected (12S), thereby completing the LCD unit panel.

However, the above method for manufacturing a liquid crystal display having the liquid crystal dropping method applied thereto has the following problems. In the above the liquid crystal cell process, after the orientation steps and the cleaning step, the formation step of silver dots, and the dispensing step of the liquid crystal material on the TFT substrate process, and the sealing material coating step on the CF substrate are carried out using two separate and parallel production lines until the vacuum assembling and curing step (10S). That is, two production lines are used so that the TFT substrate and the CF substrate respectively pass through the orientation step (1S), the cleaning step (2S), the sealing material coating step (3S), the silver dotting step (5S), and the liquid crystal dropping step (6S) in parallel production lines. The use of two production lines results in poor spatial efficiency, higher costs caused by two sets of expensive equipment, and efficiency losses due to different processing times between the two production lines (i.e., line unbalance). Moreover, an inoperative state of one production line caused by failure of the other line reduces productivity substantially.

SUMMARY OF THE INVENTION

Accordingly, the present invention is directed to a method and apparatus for manufacturing a liquid crystal display that substantially obviate one or more of the above problems due to limitations and disadvantages of the related art.

An object of the present invention is to provide a method and apparatus for manufacturing a liquid crystal display, which can maximize spatial efficiency, and improve productivity.

Additional features and advantages of the invention will be set forth in the description which follows, and in part will be apparent from the description, or may be learned by practice of the invention. The objectives and other advantages of the invention will be realized and attained by the structure particularly pointed out in the written description and claims hereof as well as the appended drawings.

To achieve these and other advantages in accordance with the purpose of the present invention, as embodied and broadly described, a method for manufacturing a liquid crystal display device comprises the steps of providing at least a first substrate and a second substrate on a single production process line; passing the first and second substrates through a sealing material coating portion of the

4

single production process line in serial order, a sealing material being coated on the second substrate with the first substrate being passed through the sealing material coating portion without forming a sealing material thereon; passing the first and second substrates through a liquid crystal dispensing portion of the single production process line in serial order, liquid crystal being dispensed onto a pixel region of one of the first and second substrates with the other one of the first and second substrates being passed through the liquid crystal dispensing portion without dispensing liquid crystal thereon; and assembling the first substrate with the second substrate to form a liquid crystal panel of at least one liquid crystal display device.

In another aspect, an apparatus for manufacturing a liquid crystal display device having first and second substrates comprises a sealing coating portion disposed to receive the first and second substrates in serial order, the sealing coating portion forming a sealing material on the second substrate and passing the first substrate without forming a sealing material thereon; a liquid crystal dispensing portion in series with the sealing coating portion to receive the first and second substrates in serial order, the liquid crystal dispensing portion dispensing liquid crystal onto one of the first and second substrates and passing the other one of the first and second substrates without dispensing liquid crystal thereon; and an assembler operatively disposed after the sealing coating portion and the liquid crystal dispensing portion, the assembler receiving the first and second substrate and assembling the first substrate with the second substrate to form a liquid crystal panel of a liquid crystal display device.

In another aspect, an apparatus for manufacturing a liquid crystal display device comprises means for providing at least a first substrate and a second substrate on a single production process line; means for passing the first and second substrates through a sealing material coating portion of the single production process line in serial order, a sealing material being coated on the second substrate with the first substrate being passed through the sealing material coating portion without forming a sealing material thereon; means for passing the first and the second substrates through a liquid crystal dispensing portion of the single production process line in serial order, liquid crystal being dispensed onto a pixel region of one of the first and second substrates with the other one of the first and second substrates being passed through the liquid crystal dispensing portion without dispensing liquid crystal thereon; and means for assembling the first substrate with the second substrate to form a liquid crystal panel of a liquid crystal display device.

It is to be understood that both the foregoing general description and the following detailed description are exemplary and explanatory and are intended to provide further explanation of the invention as claimed.

BRIEF DESCRIPTION OF THE DRAWINGS

The accompanying drawings, which are included to provide a further understanding of the invention and are incorporated in and constitute a part of this specification, illustrate embodiments of the invention and together with the description serve to explain the principles of the invention. In the drawings:

FIG. 1 is a flow chart illustrating the steps of a method for manufacturing a liquid crystal display device using a related art liquid crystal dropping method;

FIGS. 2–4 are flow charts each illustrating the steps of a method for manufacturing a liquid crystal display device in accordance with exemplary embodiments of the present invention.

US 6,803,984 B2

| 5 | 6 |

## DETAILED DESCRIPTION OF THE PREFERRED EMBODIMENTS

Reference will now be made in detail to the preferred embodiments of the present invention, examples of which are illustrated in the accompanying drawings.

FIGS. 2–4 illustrate flow charts each showing the steps of a method for manufacturing a liquid crystal display in accordance with first, second, and third embodiments of the present invention.

Referring to FIG. 2, a first substrate and a second substrate are provided. The first substrate (hereafter referred to as a "TFT substrate") includes a plurality of gate lines running in one direction at fixed intervals, a plurality of data lines running in a direction perpendicular to the gate lines at fixed intervals, a plurality of thin film transistors, and pixel electrodes in a matrix pixel region defined by the gate lines and the data lines, formed thereon. The second substrate (hereafter referred to as a "color filter substrate") includes a black matrix layer for shielding a light incident to parts except the pixel region, a color filter layer, and a common electrode.

The TFT substrate and the color filter substrate are alternately provided into a production line having a single line structure for progressing the liquid crystal cell process. Processing equipment can be considered as equipment for the TFT substrate, equipment for the color filter substrate or both. The respective substrates are preferably provided to and processed by the corresponding equipment automatically in accordance with information on the substrates.

The liquid crystal cell process will now be explained in detail as follows.

An orientation step is carried out for both of the TFT substrate and the color filter substrate. The orientation step is progressed in an order of cleaning (20S) before coating the orientation film, printing of the orientation film (21S), baking of the orientation film (22S), inspecting of the orientation film (23S), and rubbing (24S).

After the TFT substrate and the color filter substrate that have passed through the orientation step are cleaned (25S), a sealing material is coated onto the color filter substrate, without providing an hole structure for liquid crystal injection so that the color filter substrate can later be assembled with the TFT substrate on a periphery of a pixel region with a fixed gap between the TFT substrate and the color filter substrate (26S). In contrast, the TFT substrate passes through the sealing material coating step (26S) without coating the sealing material and is provided into the next step.

Silver is coated on the TFT substrate in forms of dots for electrical connection with a common electrode on the color filter substrate (27S). However, the color filter substrate passes through the silver coating step (27S) without the silver coating and is provided into the next step.

Next, a step for dropping the liquid crystal onto the TFT substrate in a region corresponding to an area inside the sealing material coated on the color filter substrate is carried out (28S). Here, the color filter substrate passes through the liquid crystal dropping step (28S) without having the liquid crystal dropped thereon, and is provided into the next step.

Of course, it should be recognized that the present invention is not limited to this arrangement. For example, the coating of the sealing material, and the dropping of the liquid crystal material may carried out on either of the TFT substrate or the color filter substrate. The silver dot coating step may be omitted for the production of an IPS (In-Plane

Switching) mode LCD in which both the pixel electrode and the common electrode are formed on a single TFT substrate.

Then, the TFT substrate and the color filter substrate are loaded into a vacuum chamber and assembled into a large panel (i.e., a panel having a plurality of LCD unit panels) such that the dropped liquid crystal is spread over the panels uniformly and the sealing material is cured (29S).

The large panel, having a TFT substrate and a color filter substrate with liquid crystal therebetween, is cut into individual unit panels (30S). Each individual unit panel is ground, and finally inspected (31S), thereby completing the manufacturing of an LCD device.

FIGS. 3 and 4 illustrate flow charts showing the steps of a method for manufacturing of a liquid crystal display in accordance with a second and third embodiments of the present invention, respectively, where the order of steps from the sealing material coating step (26S) to the liquid crystal dropping step (28S) in FIG. 2 are varied.

That is, referring to FIG. 3, after both the TFT substrate and the color filter substrate passed through the cleaning step (25S) of the orientation process, silver is coated on the TFT substrate in form of dots for electrical connection with a common electrode on the color filter substrate (40S). However, the color filter substrate passes through the silver coating step (40S) without the silver coating and is provided into the next step.

Next, a sealing material is coated on the color filter substrate without providing the liquid crystal filling hole so that the color filter substrate may later be assembled with the TFT substrate on a periphery of a pixel region with a fixed gap between the TFT substrate and the color filter substrate (41S). Here, the TFT substrate passes through the sealing material coating step (41S) without coating the sealing material thereon and is provided into the next step.

Next, a step for dropping the liquid crystal onto the TFT substrate in a region corresponding to an area inside the sealing material coated on the color filter substrate is carried out (42S). However, the color filter substrate passes through the dropping step without having the liquid crystal dropped thereon, and is provided into the next step.

Again, it should be recognized that the present invention is not limited to this arrangement. For example, the coating of the sealing material and the dropping of the liquid crystal may be carried out on either of the TFT substrate or the color filter substrate. The silver dot coating step may be omitted for the production of an IPS mode LCD in which the pixel electrode and the common electrode are formed on a single TFT substrate.

The remaining liquid crystal cell process is finished through the vacuum assembling step of the TFT substrate with the color filter substrate, the curing step of the sealing material (29S), cutting (30S), and final inspection (31S).

Referring to FIG. 4, after both the TFT substrate and the color filter substrate passed through the cleaning step (25S) of the orientation process, silver is coated on the TFT substrate in form of dots for electrical connection with a common electrode on the color filter substrate (50S). Here, the color filter substrate passes through the silver coating step without the silver coating and is provided into the next step.

Next, a step for dropping the liquid crystal onto the TFT substrate in a region corresponding to an area inside the sealing material coated on the color filter substrate is carried out (51S). Here, the color filter substrate passes through the liquid crystal dropping step without having the liquid crystal dropped thereon, and is provided into the next step.

US 6,803,984 B2

7

Next, a sealing material is coated on the color filter substrate without providing a liquid crystal filling hole so that the color filter substrate may later be assembled with the TFT substrate on a periphery of a pixel region with a fixed gap between the TFT substrate and the color filter substrate (52S). However, the TFT substrate passes through the sealing material coating step (52S) without coating the sealing material thereon and is provided into the next step.

Again, it should be recognized that the present invention is not limited to the above arrangement. For example, the coating of the sealing material and the dropping of the liquid crystal may be carried out on either of the TFT substrate or the color filter substrate. The silver dot coating step may be omitted for the production of an IPS mode LCD in which the pixel electrode and the common electrode are formed on a single TFT substrate.

The remaining liquid crystal cell process is finished through the vacuum assembling step of the TFT substrate with the color filter substrate, the curing step of the sealing material (29S), cutting (30S), and final inspection (31S).

Also, it should be recognized that a particular step may be performed on one substrate at the same time that a different step is performed on the other substrate. That is, the production process line receives many thin film transistor substrates and color filter substrates in serial order. Each pair of substrates will pass through each component of the production process line. However, both substrates of each pair need not be disposed in the same component of the production process line at the same time. Thus, one substrate of the pair may be operated on by one component of the production process line at the same time that the other substrate of the pair is being operated on by another component.

As has been explained, the method for manufacturing a liquid crystal display in accordance with the present invention can improve spatial efficiency by adopting a single production line for the liquid crystal cell process, increase the productivity by providing an effective and simple liquid crystal cell process, and can overcome problems caused by a process time difference between the TFT substrate process line and the color filter substrate line. Here, management of respectively providing the TFT substrate and the color filter is simple. Meanwhile, though not shown, the silver dot forming (50S) in the third embodiment may be carried out at a step between the liquid crystal dropping (51S) and the sealing material coating (52S), or after the liquid crystal dropping (51S) and the sealing material coating (52S).

It will be apparent to those skilled in the art that various modifications and variations can be made in the method and apparatus for manufacturing a liquid crystal display of the present invention without departing from the spirit or scope of the invention. Thus, it is intended that the present invention cover the modifications and variations of this invention provided they come within the scope of the appended claims and their equivalents.

What is claimed is:

1. A method for manufacturing a liquid crystal display device, comprising the steps of:

providing at least a first substrate and a second substrate on a single production process line;

passing the first and second substrates through a sealing material coating portion of the single production process line in serial order, a sealing material being coated on the second substrate with the first substrate being passed through the sealing material coating portion without forming a sealing material thereon;

8

passing the first and the second substrates through a liquid crystal dispensing portion of the single production process line in serial order, liquid crystal being dispensed onto a pixel region of one of the first and second substrates with the other one of the first and second substrates being passed through the liquid crystal dispensing portion without dispensing liquid crystal thereon; and

assembling the first substrate with the second substrate to form a liquid crystal panel of at least one liquid crystal display device.

2. The method according to claim 1, wherein the sealing material coating portion is provided before the liquid crystal dispensing portion in the single production process line.

3. The method according to claim 1, wherein the liquid crystal dispensing portion is provided before the sealing material coating portion in the single production process line.

4. The method according to claim 1, wherein the liquid crystal is dispensed onto the first substrate.

5. The method according to claim 4, wherein the first substrate is disposed in the liquid crystal dispensing portion and the liquid crystal is dispensed onto the first substrate at the same time that the second substrate is disposed in the sealing material coating portion.

6. The method according to claim 5, wherein the first substrate is a thin film transistor substrate and the second substrate is a color filter substrate.

7. The method according to claim 6, wherein the thin film transistor substrate includes:

a plurality of gate lines running in a first direction at substantially fixed intervals,

a plurality of data lines running in a second direction substantially perpendicular to the gate lines at substantially fixed intervals,

a plurality of thin film transistors and pixel electrodes in a matrix pixel region defined by the gate lines and the data lines, and

an orientation film on the thin film transistors and the pixel electrodes.

8. The method according to claim 6, wherein the color filter substrate includes:

a black matrix layer,

a color filter layer between the black matrix layer for displaying three colors of red, green, and blue,

a common electrode to apply an electric field to the liquid crystal together with the pixel electrodes, and

an orientation film on the common electrode.

9. The method according to claim 1, wherein the liquid crystal is dispensed onto the first substrate, and wherein first substrate is a color filter substrate and the second substrate is a thin film transistor substrate.

10. The method according to claim 1, further comprising the step of cleaning the first substrate and the second substrate in serial order in a same cleaning unit.

11. The method according to claim 1, further comprising the step of cutting the liquid crystal panel into a plurality of unit liquid crystal panels to form a plurality of liquid crystal display devices.

12. The method according to claim 11, further comprising the step of inspecting defects of the unit liquid crystal panels.

13. The method according to claim 1, further comprising a step of passing the first and second substrates through a silver dot forming portion of the single production process line in serial order, silver dots being formed on the first

US 6,803,984 B2

9

substrate with the second substrate being passed without forming silver dots thereon.

**14.** An apparatus for manufacturing a liquid crystal display device having first and second substrates, comprising:

a sealing coating portion disposed to receive the first and second substrates in serial order, the sealing coating portion forming a sealing material on the second substrate and passing the first substrate without forming a sealing material thereon;

a liquid crystal dispensing portion in series with the sealing coating portion to receive the first and second substrates in serial order, the liquid crystal dispensing portion dispensing liquid crystal onto one of the first and second substrates and passing the other one of the first and second substrates without dispensing liquid crystal thereon; and

an assembler operatively disposed after the sealing coating portion and the liquid crystal dispensing portion, the assembler receiving the first and second substrate and assembling the first substrate with the second substrate to form a liquid crystal panel of a liquid crystal display device.

**15.** The apparatus according to claim **14,** wherein the sealing coating portion is operatively disposed before the liquid crystal dispensing portion.

**16.** The apparatus according to claim **14,** wherein the liquid crystal dispensing portion is operatively disposed before the sealing coating portion.

**17.** The apparatus according to claim **14,** wherein the liquid crystal dispensing portion dispenses liquid crystal onto the first substrate, and wherein the first substrate is a thin film transistor substrate and the second substrate is a color filter substrate.

**18.** The apparatus according to claim **17,** wherein the first substrate is disposed in the liquid crystal dispensing portion

10

at the same time that the second substrate is disposed in the sealing coating portion.

**19.** The apparatus according to claim **14,** further comprising:

a rubbing unit to mechanically rub, in serial order, the first and second substrates to provide an orientation layer; and

a cleaning unit to clean, in serial order, both the first and second substrates.

**20.** The apparatus according to claim **14,** further comprising a cutting unit to cut the assembled first and second substrates into a plurality of unit liquid crystal panels.

**21.** An apparatus for manufacturing a liquid crystal display device, comprising:

means for providing at least a first substrate and a second substrate on a single production process line;

means for passing the first and second substrates through a sealing material coating portion of the single production process line in serial order, a sealing material being coated on the second substrate with the first substrate being passed through the sealing material coating portion without forming a sealing material thereon;

means for passing the first and the second substrates through a liquid crystal dispensing portion of the single production process line in serial order, liquid crystal being dispensed onto a pixel region of one of the first and second substrates with the other one of the first and second substrates being passed through the liquid crystal dispensing portion without dispensing liquid crystal thereon; and

means for assembling the first substrate with the second substrate to form a liquid crystal panel of a liquid crystal display device.

*     *     *     *     *

# EXHIBIT E

US007218374B2

## (12) United States Patent
### Park et al.

(10) Patent No.: **US 7,218,374 B2**
(45) Date of Patent: **May 15, 2007**

(54) **LIQUID CRYSTAL DISPLAY DEVICE AND METHOD OF MANUFACTURING THE SAME**

(75) Inventors: **Moo Yeol Park**, Taegu-Kwangyokshi (KR); **Sung Su Jung**, Taegu-Kwangyokshi (KR); **Young Sang Byun**, Kumi-shi (KR)

(73) Assignee: **LG.Philips LCD Co., Ltd.**, Seoul (KR)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 9 days.

(21) Appl. No.: **10/184,118**

(22) Filed: **Jun. 28, 2002**

(65) **Prior Publication Data**
US 2003/0156246 A1    Aug. 21, 2003

(30) **Foreign Application Priority Data**
Feb. 20, 2002    (KR) ................................. 2002-8900

(51) **Int. Cl.**
*G02F 1/1339*    (2006.01)

(52) **U.S. Cl.** ...................... 349/190; 349/187; 349/189

(58) **Field of Classification Search** ............... 349/187, 349/189, 190, 191, 153, 154, 155, 156
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 3,978,580 A | 9/1976 | Leupp et al. | |
| 4,094,058 A | 6/1978 | Yasutake et al. | |
| 4,653,864 A | 3/1987 | Baron et al. | |
| 4,691,995 A | 9/1987 | Yamazaki et al. | |
| 4,775,225 A | 10/1988 | Tsuboyama et al. | |
| 5,089,358 A * | 2/1992 | Taki et al. ........... | 428/694 DE |
| 5,247,377 A | 9/1993 | Omeis et al. | |
| 5,263,888 A | 11/1993 | Ishihara et al. | |
| 5,307,190 A * | 4/1994 | Wakita et al. .............. | 349/158 |
| 5,379,139 A | 1/1995 | Sato et al. | |
| 5,406,989 A | 4/1995 | Abe | |
| 5,410,423 A * | 4/1995 | Furushima et al. ......... | 349/190 |
| 5,499,128 A | 3/1996 | Hasegawa et al. | |
| 5,507,323 A | 4/1996 | Abe | |
| 5,511,591 A | 4/1996 | Abe | |
| 5,517,344 A * | 5/1996 | Hu et al. .................... | 349/153 |
| 5,539,545 A | 7/1996 | Shimizu et al. | |
| 5,548,429 A | 8/1996 | Tsujita | |

(Continued)

FOREIGN PATENT DOCUMENTS

EP    1 003 066 A1    5/2000

(Continued)

*Primary Examiner*—Steven S Paik
(74) *Attorney, Agent, or Firm*—McKenna Long & Aldridge LLP

(57)    **ABSTRACT**

An LCD device and a method of manufacturing the same are disclosed, in which a sealant concentrated upon the end of a dispensing device is formed in a dummy region on a substrate, so that a liquid crystal layer is not contaminated when both substrates are attached to each other and a cell cutting process can easily be performed. The method of manufacturing an LCD device includes preparing a lower substrate and an upper substrate, forming an auxiliary UV sealant in a dummy region on one of the lower and upper substrate and forming a main UV sealant, applying a liquid crystal on one of the lower and upper substrates, attaching the lower and upper substrates, and irradiating UV light onto the attached substrates.

**22 Claims, 9 Drawing Sheets**



**US 7,218,374 B2**

Page 2

### U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| 5,642,214 | A | 6/1997 | Ishii et al. | |
| 5,677,749 | A * | 10/1997 | Tsubota et al. | 349/160 |
| 5,680,189 | A | 10/1997 | Shimizu et al. | |
| 5,724,110 | A * | 3/1998 | Majima | 349/86 |
| 5,742,370 | A | 4/1998 | Kim et al. | |
| 5,757,451 | A | 5/1998 | Miyazaki et al. | |
| 5,852,484 | A | 12/1998 | Inoue et al. | |
| 5,854,664 | A | 12/1998 | Inoue et al. | |
| 5,861,932 | A | 1/1999 | Inata et al. | |
| 5,875,922 | A | 3/1999 | Chastine et al. | |
| 5,898,041 | A | 4/1999 | Yamada et al. | |
| 5,946,070 | A * | 8/1999 | Kohama et al. | 349/156 |
| 5,952,676 | A | 9/1999 | Sato | |
| 5,952,678 | A | 9/1999 | Ashida | |
| 5,956,112 | A | 9/1999 | Fujimori et al. | |
| 6,001,203 | A | 12/1999 | Yamada et al. | |
| 6,011,609 | A | 1/2000 | Kato et al. | |
| 6,016,178 | A | 1/2000 | Kataoka et al. | |
| 6,016,181 | A | 1/2000 | Shimada | |
| 6,055,035 | A | 4/2000 | von Gutfeld et al. | |
| 6,163,357 | A | 12/2000 | Nakamura | |
| 6,177,976 | B1 * | 1/2001 | Murai et al. | 349/191 |
| 6,219,126 | B1 * | 4/2001 | Von Gutfeld | 349/153 |
| 6,226,067 | B1 | 5/2001 | Nishiguchi et al. | |
| 6,236,445 | B1 | 5/2001 | Foschaar et al. | |
| 6,239,855 | B1 * | 5/2001 | Nakahara et al. | 349/153 |
| 6,304,306 | B1 | 10/2001 | Shiomi et al. | |
| 6,304,311 | B1 * | 10/2001 | Egami et al. | 349/189 |
| 6,337,730 | B1 | 1/2002 | Ozaki et al. | |
| 6,373,544 | B1 * | 4/2002 | Hirabayashi et al. | 349/149 |
| 6,414,733 | B1 | 7/2002 | Ishikawa et al. | |
| 6,573,968 | B2 * | 6/2003 | Jeong | 349/153 |
| 6,628,365 | B1 * | 9/2003 | Park et al. | 349/153 |
| 2001/0021000 | A1 | 9/2001 | Egami | |
| 2001/0026348 | A1 | 10/2001 | Murata et al. | |

### FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| EP | 1003066 A1 | 5/2000 |
| JP | 51-65656 | 6/1976 |
| JP | 51-065656- | 6/1976 |
| JP | 57-038414 | 3/1982 |
| JP | 57038414- | 3/1982 |
| JP | 57-088428 | 6/1982 |
| JP | 57088428- | 6/1982 |
| JP | 58-027126 | 2/1983 |
| JP | 58027126- | 2/1983 |
| JP | 59-057221 | 4/1984 |
| JP | 59-057221- | 4/1984 |
| JP | 59-195222 | 11/1984 |
| JP | 59-195222- | 11/1984 |
| JP | 60-111221 | 6/1985 |
| JP | 60-111221- | 6/1985 |
| JP | 60-164723 | 8/1985 |
| JP | 60164723- | 8/1985 |
| JP | 60-217343 | 10/1985 |
| JP | 60217343- | 10/1985 |
| JP | 61-007822 | 1/1986 |
| JP | 61007822- | 1/1986 |
| JP | 61-055625 | 3/1986 |
| JP | 61055625- | 3/1986 |
| JP | S62-054225 | 3/1987 |
| JP | S62-054228 | 3/1987 |
| JP | 62-089025 | 4/1987 |
| JP | 62-090622 | 4/1987 |
| JP | 62089025- | 4/1987 |
| JP | 62090622- | 4/1987 |
| JP | 62-205319 | 9/1987 |
| JP | 62205319- | 9/1987 |
| JP | 63-109413 | 5/1988 |
| JP | 63-110425 | 5/1988 |

| | | |
|---|---|---|
| JP | 63-128315 | 5/1988 |
| JP | 63109413- | 5/1988 |
| JP | 63110425- | 5/1988 |
| JP | 63128315- | 5/1988 |
| JP | 63-311233 | 12/1988 |
| JP | 63311233- | 12/1988 |
| JP | H03-009549 | 1/1991 |
| JP | H05-036425 | 2/1993 |
| JP | H05-036426 | 2/1993 |
| JP | H05-107533 | 4/1993 |
| JP | 05-127179 | 5/1993 |
| JP | 05127179- | 5/1993 |
| JP | 05-154923 | 6/1993 |
| JP | 05-154923- | 6/1993 |
| JP | 05-265011 | 10/1993 |
| JP | 05-281557 | 10/1993 |
| JP | 05-281562 | 10/1993 |
| JP | 05265011- | 10/1993 |
| JP | 05281557- | 10/1993 |
| JP | 05281562- | 10/1993 |
| JP | H06-018829 | 1/1994 |
| JP | 06-051256 | 2/1994 |
| JP | 06051256- | 2/1994 |
| JP | H06-064229 | 3/1994 |
| JP | 06-148657 | 5/1994 |
| JP | 06148657- | 5/1994 |
| JP | 06-160871 | 6/1994 |
| JP | 6160871- | 6/1994 |
| JP | H06-194637 | 7/1994 |
| JP | 06-235925 | 8/1994 |
| JP | 06-235925- | 8/1994 |
| JP | 06-265915 | 9/1994 |
| JP | 06265915- | 9/1994 |
| JP | 06-313870 | 11/1994 |
| JP | 06-313870- | 11/1994 |
| JP | 07-084268 | 3/1995 |
| JP | 07-084268- | 3/1995 |
| JP | 07-128674 | 5/1995 |
| JP | 07-128674- | 5/1995 |
| JP | 07-181507 | 7/1995 |
| JP | 07181507- | 7/1995 |
| JP | H07-275770 | 10/1995 |
| JP | H07-275771 | 10/1995 |
| JP | H08-076133 | 3/1996 |
| JP | 08-095066 | 4/1996 |
| JP | 08-101395 | 4/1996 |
| JP | 08-101395- | 4/1996 |
| JP | 08-106101 | 4/1996 |
| JP | 08095066- | 4/1996 |
| JP | 08106101- | 4/1996 |
| JP | H08-110504 | 4/1996 |
| JP | H08-136937 | 5/1996 |
| JP | 08-171094 | 7/1996 |
| JP | 08-190099 | 7/1996 |
| JP | 08171094- | 7/1996 |
| JP | 08190099- | 7/1996 |
| JP | H08-173874 | 7/1996 |
| JP | 08-240807 | 9/1996 |
| JP | 08240807- | 9/1996 |
| JP | 09-005762 | 1/1997 |
| JP | 9-15614 | 1/1997 |
| JP | 09-026578 | 1/1997 |
| JP | 09005762- | 1/1997 |
| JP | 09026578- | 1/1997 |
| JP | H09-001026 | 1/1997 |
| JP | 09-311340 | 2/1997 |
| JP | 09-61829 | 3/1997 |
| JP | 09-061829- | 3/1997 |
| JP | 09-073075 | 3/1997 |
| JP | 09-073096 | 3/1997 |
| JP | 09073075- | 3/1997 |
| JP | 09073096- | 3/1997 |
| JP | H09-094500 | 4/1997 |

**US 7,218,374 B2**

Page 3

| | | | | | | |
|---|---|---|---|---|---|---|
| JP | 09-127528 | 5/1997 | JP | 2000-310759- | 11/2000 |
| JP | 09127528- | 5/1997 | JP | 2000-310784 | 11/2000 |
| JP | 9197416 | 7/1997 | JP | 2000-310784- | 11/2000 |
| JP | 09-230357 | 9/1997 | JP | 2000-338501 | 12/2000 |
| JP | 09230357- | 9/1997 | JP | 2000-338501- | 12/2000 |
| JP | 09-281511 | 10/1997 | JP | 2001-005401 | 1/2001 |
| JP | 09281511- | 10/1997 | JP | 2001-005401- | 1/2001 |
| JP | 09311340- | 12/1997 | JP | 2001-005405 | 1/2001 |
| JP | 10-123537 | 5/1998 | JP | 2001-005405- | 1/2001 |
| JP | 10-123538 | 5/1998 | JP | 2001-013506 | 1/2001 |
| JP | 10-142616 | 5/1998 | JP | 2001-013506- | 1/2001 |
| JP | 10123537- | 5/1998 | JP | 2001-033793 | 2/2001 |
| JP | 10123538 | 5/1998 | JP | 2001-033793- | 2/2001 |
| JP | 10123538- | 5/1998 | JP | 2001-042341 | 2/2001 |
| JP | 10142616- | 5/1998 | JP | 2001-042341- | 2/2001 |
| JP | 10-177178 | 6/1998 | JP | 2001-051284 | 2/2001 |
| JP | 10-177178- | 6/1998 | JP | 2001-051284- | 2/2001 |
| JP | H10-174924 | 6/1998 | JP | 2001-066615 | 3/2001 |
| JP | 10-221700 | 8/1998 | JP | 2001-066615- | 3/2001 |
| JP | 10221700- | 8/1998 | JP | 2001-091727 | 4/2001 |
| JP | 10-282512 | 10/1998 | JP | 2001-091727- | 4/2001 |
| JP | 10282512- | 10/1998 | JP | 2001-117105 | 4/2001 |
| JP | 10-333157 | 12/1998 | JP | 2001-117109 | 4/2001 |
| JP | 10-333157- | 12/1998 | JP | 2001-117109- | 4/2001 |
| JP | 10-333159 | 12/1998 | JP | 2001117105- | 4/2001 |
| JP | 10-333159- | 12/1998 | JP | 2001-133745 | 5/2001 |
| JP | 11-014953 | 1/1999 | JP | 2001-133745- | 5/2001 |
| JP | 11014953- | 1/1999 | JP | 2001-133794 | 5/2001 |
| JP | 11-038424 | 2/1999 | JP | 2001-133799 | 5/2001 |
| JP | 11038424- | 2/1999 | JP | 2001-133799- | 5/2001 |
| JP | 11-064811 | 3/1999 | JP | 2001-142074 | 5/2001 |
| JP | 11064811- | 3/1999 | JP | 2001-147437 | 5/2001 |
| JP | 11-109388 | 4/1999 | JP | 2001133794 | 5/2001 |
| JP | 11109388- | 4/1999 | JP | 2001142074- | 5/2001 |
| JP | 11-133438 | 5/1999 | JP | 2001147437- | 5/2001 |
| JP | 11-133438- | 5/1999 | JP | 2001-154211 | 6/2001 |
| JP | 1J-142864 | 5/1999 | JP | 2001-166272 | 6/2001 |
| JP | 11-142864- | 5/1999 | JP | 2001-166272- | 6/2001 |
| JP | 11142864 | 5/1999 | JP | 2001-166310 | 6/2001 |
| JP | 11-174477 | 7/1999 | JP | 2001-166310- | 6/2001 |
| JP | 11174477- | 7/1999 | JP | 2001154211- | 6/2001 |
| JP | 11-212045 | 8/1999 | JP | 2001-183683 | 7/2001 |
| JP | 11212045- | 8/1999 | JP | 2001-183683- | 7/2001 |
| JP | 11-248930 | 9/1999 | JP | 2001-201750 | 7/2001 |
| JP | H11-262712 | 9/1999 | JP | 201183675 | 7/2001 |
| JP | H11-264991 | 9/1999 | JP | 2001-209052 | 8/2001 |
| JP | 11-326922 | 11/1999 | JP | 2001-209052- | 8/2001 |
| JP | 11-326922- | 11/1999 | JP | 2001-209056 | 8/2001 |
| JP | 11-344714 | 12/1999 | JP | 2001-209057 | 8/2001 |
| JP | 11344714- | 12/1999 | JP | 2001-209058 | 8/2001 |
| JP | 2000-002879 | 1/2000 | JP | 2001-209060 | 8/2001 |
| JP | 2000-002879- | 1/2000 | JP | 2001-209060- | 8/2001 |
| JP | 2000-029035 | 1/2000 | JP | 2001-215459 | 8/2001 |
| JP | 2000029035- | 1/2000 | JP | 2001-222017 | 8/2001 |
| JP | 2000-056311 | 2/2000 | JP | 2001-222017 | 8/2001 |
| JP | 2000-056311- | 2/2000 | JP | 2001-235758 | 8/2001 |
| JP | 2000-066165 | 3/2000 | JP | 2001-235758- | 8/2001 |
| JP | 2000-066165- | 3/2000 | JP | 2001-215459- | 9/2001 |
| JP | 2000-066218 | 3/2000 | JP | 2001-255542 | 9/2001 |
| JP | 2000-093866 | 4/2000 | JP | 2001-264782 | 9/2001 |
| JP | 2000-137235 | 5/2000 | JP | 2001255542- | 9/2001 |
| JP | 2000-147528 | 5/2000 | JP | 2001264782- | 9/2001 |
| JP | 3000-147528- | 5/2000 | JP | 2001-201750- | 10/2001 |
| JP | 2000-137235- | 6/2000 | JP | 2001-272640 | 10/2001 |
| JP | 2000-193988 | 7/2000 | JP | 2001-272640- | 10/2001 |
| JP | 2000-193988- | 7/2000 | JP | 2001-281675 | 10/2001 |
| JP | 2000-241824 | 9/2000 | JP | 2001-281675- | 10/2001 |
| JP | 2000-241824- | 9/2000 | JP | 2001-281678 | 10/2001 |
| JP | 2000-284295 | 10/2000 | JP | 2001-281678- | 10/2001 |
| JP | 2000-284295- | 10/2000 | JP | 2001-282126 | 10/2001 |
| JP | 2000-292799 | 10/2000 | JP | 2001-282126- | 10/2001 |
| JP | 2000-292799- | 10/2000 | JP | 2001-305563 | 10/2001 |
| JP | 2000-310759 | 11/2000 | JP | 2001-305563- | 10/2001 |

**US 7,218,374 B2**

Page 4

| | | | | | | |
|---|---|---|---|---|---|---|
| JP | 2001-330837 | 11/2001 | JP | 2002-202512 | 7/2002 |
| JP | 2001-330837- | 11/2001 | JP | 2002-202514 | 7/2002 |
| JP | 2001-330840 | 11/2001 | JP | 2002-214626 | 7/2002 |
| JP | 2001330840- | 11/2001 | JP | 2002202512- | 7/2002 |
| JP | 2001-356353 | 12/2001 | JP | 2002202514- | 7/2002 |
| JP | 2001-356353- | 12/2001 | JP | 2002214626- | 7/2002 |
| JP | 2001-356354 | 12/2001 | JP | 2002-229042 | 8/2002 |
| JP | 2001356354- | 12/2001 | JP | 2002-236276 | 8/2002 |
| JP | 2002-014360 | 1/2002 | JP | 2002-258299 | 8/2002 |
| JP | 2002-023176 | 1/2002 | JP | 2002-236292 | 9/2002 |
| JP | 2002014360- | 1/2002 | JP | 2002-277865 | 9/2002 |
| JP | 2002023176- | 1/2002 | JP | 2002-277866 | 9/2002 |
| JP | 2002-049045 | 2/2002 | JP | 2002-277881 | 9/2002 |
| JP | 2002049045- | 2/2002 | JP | 2002-287156 | 10/2002 |
| JP | 2002-079160 | 3/2002 | JP | 2002-296605 | 10/2002 |
| JP | 2002-080321 | 3/2002 | JP | 2002-311438 | 10/2002 |
| JP | 2002-082340 | 3/2002 | JP | 2002-311440 | 10/2002 |
| JP | 2002-090759 | 3/2002 | JP | 2002-311442 | 10/2002 |
| JP | 2002-090760 | 3/2002 | JP | 2002-323687 | 11/2002 |
| JP | 2002082340- | 3/2002 | JP | 2002-323694 | 11/2002 |
| JP | 2002090759- | 3/2002 | JP | 2002-333628 | 11/2002 |
| JP | 2002090760- | 3/2002 | JP | 2002-333635 | 11/2002 |
| JP | 2002-107740 | 4/2002 | JP | 2002-333843 | 11/2002 |
| JP | 2002-122870 | 4/2002 | JP | 2002-341329 | 11/2002 |
| JP | 2002-122872 | 4/2002 | JP | 2002-341355 | 11/2002 |
| JP | 2002-122873 | 4/2002 | JP | 2002-341356 | 11/2002 |
| JP | 2002107740- | 4/2002 | JP | 2002-341357 | 11/2002 |
| JP | 2002122870 | 4/2002 | JP | 2002-341358 | 11/2002 |
| JP | 2002122872- | 4/2002 | JP | 2002-341359 | 11/2002 |
| JP | 2002122873- | 4/2002 | JP | 2002-341362 | 11/2002 |
| JP | 2002-131762 | 5/2002 | JP | 2003222883 | 8/2003 |
| JP | 2002-139734 | 5/2002 | KR | 10-0211010 | 7/1996 |
| JP | 2002-156518 | 5/2002 | KR | 10-0232905 | 10/1996 |
| JP | 2002-169166 | 6/2002 | KR | 2000-0035302 | 6/2000 |
| JP | 2002-169167 | 6/2002 | KR | 2000-0035302 A1 | 6/2000 |
| JP | 2002-182222 | 6/2002 | | | |
| JP | 2002080321- | 6/2002 | | * cited by examiner | |

# FIG. 1A
## Related Art



# FIG. 1B
## Related Art



# FIG. 1C
## Related Art



# FIG. 1D
## Related Art



FIG. 2A
Related Art



FIG. 2B
Related Art



FIG. 2C
Related Art



## FIG. 3A



## FIG. 3B



FIG. 3C



FIG. 3D



## FIG. 4A



## FIG. 4B



## FIG. 4C



## FIG. 4D



## FIG. 5A



## FIG. 5B



## FIG. 6



## FIG. 7A



## FIG. 7B



US 7,218,374 B2

1

# LIQUID CRYSTAL DISPLAY DEVICE AND METHOD OF MANUFACTURING THE SAME

This application claims the benefit of the Korean Application No. P2002-8900 filed on Feb. 20, 2002, which is hereby incorporated by reference for all purposes as if fully set forth herein.

This application incorporates by reference two applications, Ser. No. 10/184,096, filed on Jun. 28, 2002, entitled "SYSTEM AND METHOD FOR MANUFACTURING LIQUID CRYSTAL DISPLAY DEVICES"and Ser. No. 10/184,088, filed on Jun. 28, 2002, entitled "SYSTEM FOR FABRICATING LIQUID CRYSTAL DISPLAY AND METHOD OF FABRICATING LIQUID CRYSTAL DISPLAY USING THE SAME", as if fully set forth herein.

## BACKGROUND OF THE INVENTION

### 1. Field of the Invention

The present invention relates to a liquid crystal display (LCD) device, and more particularly, to a sealant pattern of an LCD device manufactured by applying a liquid crystal to the surface of a substrate.

### 2. Discussion of the Related Art

Generally, ultra thin flat panel displays have a display screen with a thickness of several centimeters or less. In particular, flat panel LCD devices are widely used in monitors for notebook computers, spacecraft, and aircraft because such LCD devices have low power consumption and are easy to carry.

Such an LCD device includes a lower substrate, an upper substrate, and a liquid crystal layer. A thin film transistor (TFT) and a pixel electrode are formed on the lower substrate. The upper substrate is formed to oppose the lower substrate. A light-shielding layer, a color filter layer, and a common electrode are formed on the upper substrate. The liquid crystal layer is formed between the lower and upper substrates. In operation an electric field is formed between the lower and upper substrates by the pixel electrode and the common electrode so that the electric field "drives" the alignment of molecules in the liquid crystal layer. Light transmittivity is controlled by driving the liquid crystal layer so that a picture image is displayed.

In the aforementioned LCD device, to form the liquid crystal layer between lower and upper substrates, a vacuum injection method based on capillary phenomenon and pressure difference has been conventionally used. However, such a vacuum injection method has a problem in that it takes long time to inject the liquid crystal into a large display panel, thereby reducing manufacturing productivity.

To solve such a problem, a method of applying liquid crystal on the substrate has been developed and is generally described with reference to FIGS. 1A to 1D. Although the drawings illustrate only one unit cell, a plurality of unit cells may be formed depending upon the size of the substrate.

As shown in FIG. 1A, a lower substrate 1 and an upper substrate 3 are prepared. A plurality of gate and data lines (not shown) are formed on the lower substrate 1. The gate lines cross the data lines to define a pixel region. A thin film transistor (not shown) is formed at each crossing point between the gate and data lines. A pixel electrode (not shown) connected with the thin film transistor is formed in the pixel region.

A light-shielding layer (not shown) is formed on the upper substrate 3 to prevent light from leaking out from the gate and data lines and the thin film transistor. Color filter layers of red(R), green(G), and blue(B) are formed on the light-

2

shielding layer, and a common electrode is formed on the color filter layers. An alignment film (not shown) is formed on at least one of the lower substrate 1 and the upper substrate 3 to initially align the liquid crystal molecules.

As shown in FIG. 1B, a sealant 7 is formed on the lower substrate 1 and a liquid crystal 5 is applied thereon, so that a liquid crystal layer is formed. A spacer (not shown) is spread or sprayed onto the upper substrate 3 to maintain a cell gap between the upper and lower substrates.

In the method of manufacturing the LCD device based on the liquid crystal application method, a liquid crystal layer is formed on attached substrates before the sealant 7 is hardened. Therefore, if a thermo-hardening sealant is used as the sealant 7, the liquid crystal heats and expands so that it flows out of the substrate when it is heated. For this reason, a problem arises in that the liquid crystal 5 is contaminated. Therefore, in the method of manufacturing the LCD based on the liquid crystal application method, a sealant that is at least partially curable by ultraviolet (UV) light is used as the sealant 7.

The UV sealant is formed by a screen printing method or a dispensing method. In the screen printing method, since a screen comes into contact with the substrate, the alignment film formed on the substrate may be damaged. Also, if the substrate has a large sized area, loss of the sealant increases. In these respects, the dispensing method is preferably used.

As shown in FIG. 1C, the lower substrate 1 is attached to the upper substrate 3.

As shown in FIG. 1D, UV light is irradiated through a UV irradiating device 9 so that the sealant 7 is hardened.

Thereafter, although not shown, a cell cutting process and a final test process are performed, thereby completing a liquid crystal cell.

Meanwhile, FIGS. 2A and 2B are perspective views illustrating a process of forming a UV sealant using a dispensing method. In the method of applying liquid crystal to one of the substrates before attaching the substrates, since no liquid crystal injection hole is required, a sealant 7 having no injection hole is formed on a lower substrate 1 using a dispensing device 8.

However, since the sealant 7 has high viscosity, it is concentrated upon the end of a nozzle of the dispensing device 8 before the sealant 7 is dispensed. For this reason, a blob "A" of the sealant 7 is excessively deposited at the point where deposition of the sealant 7 on the substrate is started.

As shown in FIG. 2C, the excessively distributed sealant spreads into an active region (central part of the substrate) and a dummy region (outer part of the substrate) when the lower substrate 1 is attached to the upper substrate 3. In this case, a problem arises in that the sealant spreads into the active region and contaminates the liquid crystal while the sealant spread out to the dummy region makes the cell cutting process difficult, especially after the sealant is cured.

## SUMMARY OF THE INVENTION

Accordingly, the present invention is directed to an LCD device and a method of manufacturing the same that substantially obviates one or more problems due to limitations and disadvantages of the related art.

An advantage of the present invention is to provide an LCD device and a method of manufacturing the same in which a sealant is formed so that a liquid crystal is not contaminated when both substrates are attached to each other and so that a cell cutting process can be easily performed.

US 7,218,374 B2

**3**

Additional advantages and features of the invention will be set forth in part in the description which follows and in part will become apparent to those having ordinary skill in the art upon examination of the following or may be learned from practice of the invention. These and other advantages of the invention may be realized and attained by the structure particularly pointed out in the written description and claims hereof as well as the appended drawings.

To achieve these and other advantages and in accordance with the purpose of the invention, as embodied and broadly described herein, a method of manufacturing an LCD device according to the present invention includes preparing a lower substrate and an upper substrate; forming an auxiliary sealant and subsequently forming a main sealant on one of the lower and upper substrates, wherein the auxiliary sealant is formed in a dummy region and connect to the main sealant; applying a liquid crystal on one of the lower and upper substrates; attaching the lower and upper substrates; and curing at least the main sealant.

In one embodiment of the present invention, the supplementary UV sealant does not perform the ordinary the function of a sealant, that is, it does not prevent the liquid crystal from leaking out. While the main UV sealant acts as a sealant to confine the liquid crystal.

In another aspect of the present invention, a method of manufacturing a liquid crystal display (LCD) device includes preparing a lower substrate and an upper substrate; forming an auxiliary UV sealant and a main UV sealant on one of the lower and upper substrates, wherein the auxiliary UV sealant is formed in a dummy region and extends from the main UV sealant; applying a liquid crystal on one of the lower and upper substrates; attaching the lower and upper substrates; and irradiating UV light on the attached substrates.

In one aspect of the present invention, the supplementary UV sealant is formed in a dummy region on the substrate and then the closed type main UV sealant is formed, so that the sealant concentrated upon the end of a nozzle of a dispensing device is formed in the dummy region on the substrate.

It is to be understood that both the foregoing general description and the following detailed description of the present invention are exemplary and explanatory and are intended to provide further explanation of the invention as claimed.

BRIEF DESCRIPTION OF THE DRAWINGS

The accompanying drawings, which are included to provide a further understanding of the invention and are incorporated in and constitute a part of this application, illustrate embodiment(s) of the invention and together with the description serve to explain the principle of the invention.

In the drawings:

FIGS. 1A to 1D are perspective views illustrating a method of manufacturing an LCD device according to a related art liquid crystal application method;

FIGS. 2A and 2B are perspective views illustrating a process of forming a UV sealant using a related art dispensing method;

FIG. 2C is a perspective view illustrating a sealant formed by a related art dispensing method after attaching substrates to each other;

FIGS. 3A to 3D are perspective views illustrating a method of manufacturing an LCD device according to a first embodiment of the present invention;

**4**

FIGS. 4A to 4D are perspective views illustrating a process of forming a UV sealant in manufacturing an LCD device according to a second embodiment of the present invention of the present invention;

FIGS. 5A and 5B are perspective views illustrating a process of forming a UV sealant in a method of manufacturing an LCD device according to a third embodiment of the present invention of the present invention;

FIG. 6 is a perspective view illustrating an LCD device according to a fourth embodiment of the present invention; and

FIGS. 7A and 7B are sectional views taken along lines I—I and II—II of FIG. 6.

DETAILED DESCRIPTION OF THE ILLUSTRATED EMBODIMENTS

Reference will now be made in detail to the illustrated embodiments of the present invention, examples of which are illustrated in the accompanying drawings. Wherever possible, the same reference numbers will be used throughout the drawings to refer to the same or like parts.

FIGS. 3A to 3D are perspective views illustrating a method of manufacturing an LCD device according to the first embodiment of the present invention;

Although the drawings illustrate only one unit cell, a plurality of unit cells may be formed depending upon the size of the substrate.

As shown in FIG. 3A, a lower substrate 10 and an upper substrate 30 are prepared for the process. A plurality of gate and data lines (not shown) are formed on the lower substrate 10. The gate lines cross the data lines to define a pixel region. A thin film transistor (not shown) having a gate electrode, a gate insulating layer, a semiconductor layer, an ohmic contact layer, source/drain electrodes, and a protection layer is formed at each crossing point of the gate lines and the data lines. A pixel electrode (not shown) connected with the thin film transistor is formed in the pixel region.

An alignment film (not shown) is formed on the pixel electrode to initially align the molecules of liquid crystal. The alignment film may be formed of polyamide or polyimide based compound, polyvinylalcohol (PVA), and polyamic acid by rubbing. Alternatively, the alignment film may be formed of a photosensitive material, such as polyvinylcinnamate (PVCN), polysilioxanecinnamate (PSCN) or cellulosecinnamate (CelCN) based compound, by using a photo-alignment method.

A light-shielding layer (not shown) is formed on the upper substrate 30 to shield light leakage from the gate lines, the data lines, and the thin film transistor regions. A color filter layer (not shown) of R, G, and B is formed on the light-shielding layer. A common electrode (not shown) is formed on the color filter layer. Additionally, an overcoat layer (not shown) may be formed between the color filter layer and the common electrode. The alignment film is formed on the common electrode.

Silver (Ag) dots are formed outside the lower substrate 10 to apply a voltage to the common electrode on the upper substrate 30 after the lower and upper substrates 10 and 30 are attached to each other. Alternatively, the silver dots may be formed on the upper substrate 30.

For an in plane switching (IPS) mode LCD, the common electrode is formed on the lower substrate like the pixel electrode, and so that an electric field can be horizontally induced between the common electrode and the pixel electrode. The silver dots are not formed on the substrate.

US 7,218,374 B2

5

As shown in FIG. 3B, a liquid crystal 50 is applied onto the lower substrate 10 to form a liquid crystal layer.

An auxiliary UV curable sealant 70a is formed in a dummy area at a corner region of the upper substrate 30, subsequently, a main UV curable sealant 70b having no injection hole is formed, using a dispensing method.

The auxiliary UV sealant 70a is prevents any problem that may occur due to a sealant concentrated upon the end of a nozzle of a dispensing device. Therefore, it does not matter where the auxiliary UV sealant 70a is formed in the dummy area of the substrate, i.e., any blob of-sealant will be formed away from the active region of the liquid crystal display device and away from a region where the liquid crystal panel will be cut away from the mother substrate assembly. Formation of the main UV sealant 70b before the formation of the auxiliary UV sealant 70a. The auxiliary UV sealant 70a may be formed in a straight line as shown. Alternatively, the auxiliary UV sealant 70a may be formed in a curved line or other shape as long as it is formed in a dummy region.

Monomers or oligomers each having both ends coupled to the acrylic group, mixed with an initiator are used as the UV sealants 70a and 70b. Alternatively, monomers or oligomers each having one end coupled to the acrylic group and the other end coupled to the epoxy group, mixed with an initiator are used as the UV sealants 70a and 70b.

Also, the liquid crystal 50 may be contaminated if it comes into contact with the main UV sealant 70b before the main UV sealant 70b is hardened. Accordingly, the liquid crystal 50 may preferably be applied on the central part of the lower substrate 10. In this case, the liquid crystal 50 is gradually spread even after the main UV sealant 70b is hardened. Thus, the liquid crystal 50 is uniformly distributed on the substrate.

The liquid crystal 50 may be formed on the upper substrate 30 while the UV sealants 70a and 70b may be formed on the lower substrate 10. Alternatively, the liquid crystal 50 and the UV sealants 70a and 70b may be formed on one substrate. In this case, there is an imbalance between the processing times of the substrate with the liquid crystal and the sealants and the substrate without the liquid crystal and the sealants in the manufacturing process. For this reason, the total manufacturing process time increases. Also, when the liquid crystal and the sealants are formed on one substrate, the substrate may not be cleaned even if the sealant contaminates the panel before the substrates are attached to each other.

Accordingly, a cleaning process for cleaning the upper substrate 30 may additionally be provided before the attaching process after the UV sealants 70a and 70b are formed on the upper substrate 30.

Meanwhile, spacers may be formed on either of the two substrates 10 and 30 to maintain a cell gap. Preferably, the spacers may be formed on the upper substrate 30.

Ball spacers or column spacers may be used as the spacers. The ball spacers may be formed in such a manner that they are mixed with a solution having an appropriate concentration and then spread at a high pressure onto the substrate from a spray nozzle. The column spacers may be formed on portions of the substrate corresponding to the gate lines or data lines. Preferably, column spacers may be used for the large sized substrate since the ball spacers may cause an uneven cell gap for the large sized substrate. The column spacers may be formed of a photosensitive organic resin.

As shown in FIG. 3C, the lower substrate 10 and the upper substrate 30 are attached to each other by the following processes. First, one of the substrates having the liquid

6

crystal dropped thereon is placed at the lower side. The other substrate is placed at the upper side by turning by 180 degrees so that its portion having layers faces into the substrate at the lower side. Thereafter, the substrate at the upper side is pressed, so that both substrates are attached to each other. Alternatively, the space between the substrates may be maintained under the vacuum state so that both substrates are attached to each other by releasing the vacuum state.

Then, as shown in FIG. 3D, UV light is irradiated upon the attached substrates through a UV irradiating device 90.

Upon irradiating the UV light, monomers or oligomers activated by an initiator constituting the UV sealants are polymerized and hardened, thereby bonding the lower substrate 10 to the upper substrate 30.

If monomers or oligomers each having one end coupled to the acrylic group and the other end coupled to the epoxy group, mixed with an initiator are used as the UV sealants, the epoxy group is not completely polymerized by the application of UV light. Therefore, the sealants may have to be additionally heated at about 120° C. for one hour after the UV irradiation, thereby hardening the sealants completely.

Afterwards, although not shown, the bonded substrates are cut into a unit cells and final test processes are performed.

In the cutting process, a scribing process is performed by forming a cutting line on surfaces of the substrates with a pen or wheel of a material having hardness greater than that of glass, such as diamond, and then the substrates are cut along the cutting line by mechanical impact (breaking process). Alternatively, the scribing process and the breaking process may simultaneously be performed using a pen or wheel of a diamond or other hard material.

The cutting line of the cutting process is formed between the start point of the auxiliary sealant, which may be a blob A of sealant, and a main UV sealant across the initially formed auxiliary UV sealant 70a. Consequently, a substantial portion of the excessively distributed auxiliary UV sealant 70a is removed.

FIGS. 4A to 4D are perspective views illustrating a process of irradiating UV light in the method of manufacturing an LCD device according to the second embodiment of the present invention. The second embodiment is similar to the first embodiment except for the UV irradiation process. In the second embodiment, a region where the sealants are not formed is covered with a mask before the UV light is irradiated. Since the other elements of the second embodiment are the same as those of the first embodiment, the same reference numerals will be given to the same elements and their detailed description will be omitted.

If the UV light is irradiated upon the entire surface of the attached substrates, the UV light may deteriorate characteristics of devices such as a thin film transistor on the substrate and may change a pre-tilt angle of an alignment film formed for the initial alignment of the liquid crystal.

Therefore, in the second embodiment of the present invention, the UV light is irradiated when the area where no sealant is formed is covered with a mask.

Referring to FIG. 4A, a region where the auxiliary UV sealant 70a and the main UV sealant 70b are formed is covered with a mask 80. The mask 80 is placed at an upper side of the attached substrates, and the UV light is irradiated.

Also, the mask 80 may be placed at a lower side of the attached substrates. Also, although the UV light is irradiated upon the upper substrate 30 of the attached substrates as shown, the UV light may be irradiated upon the lower substrate 10 by turning the attached substrates.

US 7,218,374 B2

7

8

If the UV light from a UV irradiating device 90 is reflected and irradiated upon an opposite side, it may deteriorate characteristics of devices, such as the thin film transistor on the substrate and the alignment film, as described above. Therefore, masks are preferably formed at lower and upper sides of the attached substrates.

That is, as shown in FIG. 4B, masks 80 and 82 that cover the region where the sealants 70a and 70b are not formed are placed are at upper and lower sides of the attached substrates. The UV light is then irradiated thereupon.

Meanwhile, since the auxiliary UV sealant 70a does not act as a sealant, it does not require hardening. Also, since the region of the auxiliary UV sealant 70a overlaps the cell cutting line during the later cell cutting process, it is more desirable for the cell cutting process that the auxiliary UV sealant 70 is not hardened.

Referring to FIGS. 4C and 4D, the auxiliary UV sealant 70a is not hardened by irradiating the UV light when only the area where the main UV sealant 70b is not formed is covered with the mask, i.e., the auxiliary sealant 70a is also covered by a mask.

In this case, in FIG. 4C, the UV light is irradiated with the mask 80 in place at a lower or upper side of the attached substrates. In FIG. 4D, the UV light is irradiated when the mask 80 is respectively placed at lower and upper sides of the attached substrates.

FIGS. 5A and 5B are perspective views illustrating a process of forming a UV sealant in a method of manufacturing an LCD device according to the third embodiment of the present invention of the present invention.

The third embodiment is identical to the second embodiment except for the UV irradiation process. In the third embodiment, the UV light is irradiated at a tilt angle. Since the other elements of the third embodiment are identical to those of the second embodiment, the same reference numerals will be given to the same elements and their detailed description will be omitted.

If a light-shielding layer and a metal line such as gate and data lines are formed on a region where the UV sealant is formed, the UV light is not irradiated upon the region, thereby failing to harden the sealant. For this reason, adherence between the lower and upper substrates is reduced.

Therefore, in the third embodiment of the present invention, the UV light is irradiated at a tilt angle upon the substrate where the UV sealant is formed, so that the UV sealant is hardened even if the light-shielding layer or the metal line layer is formed between the UV irradiating surface and the sealant.

To irradiate the UV light at a tilt angle, as shown in FIG. 5A, the attached substrates are horizontally arranged and a UV irradiating device 90 is arranged at a tilt angle of θ. Alternatively, as shown in FIG. 5B, the attached substrates may be arranged at a tilt angle and the UV irradiating device 90 may horizontally be arranged.

Also, the UV light may be irradiated at a tilt angle when the area where the sealant is not formed is covered with the mask as shown in FIGS. 4A to 4D.

FIG. 6 is a perspective view illustrating an LCD device according to the fourth embodiment of the present invention, and FIGS. 7A and 7B are sectional views taken along lines I—I and II—II of FIG. 6.

As shown in FIGS. 6 and 7, an LCD device according to the present invention includes lower and upper substrates 10 and 30, a UV sealant between the lower and upper substrates 10 and 30, having an auxiliary UV sealant 70a in a dummy area and a perimeter of main UV sealant 70b connected to

the auxiliary UV sealant 70a, and a liquid crystal layer 50 between the lower and upper substrates 10 and 30.

At this time, although not shown, a thin film transistor, a pixel electrode, and an alignment film are formed on the lower substrate 10. A black matrix layer (not shown), a color filter layer (not shown), a common electrode (not shown) and an alignment film (not shown) are formed on the upper substrate 30. Also, spacers are formed between the lower and upper substrates 10 and 30 to maintain a cell gap between the substrates.

As aforementioned, the LCD device and the method of manufacturing the same according to the present invention have the following advantages.

Since the sealant concentrated upon the end of the nozzle of the dispensing device is formed in the dummy area on the substrate, the liquid crystal layer is not contaminated by the attaching process of the substrates and the cell cutting process is easily performed.

Furthermore, if the UV light is irradiated upon the substrate when the mask is formed at the lower and/or upper side of the attached substrates, the UV light is irradiated upon only the region where the UV sealant is formed. In this case, the alignment film formed on the substrate is not damaged and the characteristics of the devices, such as the thin film transistor, are not deteriorated.

Finally, if the UV light is irradiated at a tilt angle, the sealant can be hardened even if the light-shielding layer or the metal line is formed on the sealant, thereby avoiding reducing adherence between the lower and upper substrates.

It will be apparent to those skilled in the art that various modifications and variations can be made in the present invention. Thus, it is intended that the present invention covers the modifications and variations of this invention provided they come within the scope of the appended claims and their equivalents.

What is claimed is:

1. A method of manufacturing a liquid crystal display (LCD) device comprising:
   preparing a lower substrate and an upper substrate;
   forming an auxiliary sealant and subsequently forming a main sealant on one of the lower and upper substrates, wherein the auxiliary sealant is formed in a dummy region and connects to the main sealant, and wherein the auxiliary sealant and the main sealant are contiguous;
   applying a liquid crystal on one of the lower and upper substrates;
   attaching the lower and upper substrates; and
   curing at least the main sealant.

2. The method of claim 1, wherein the main sealant and the auxiliary sealant are at least partially curable by irradiating UV light and curing the main sealant includes irradiating UV light.

3. The method of claim 2, wherein the sealant is formed using oligomers each having both ends coupled to an acrylic group.

4. The method of claim 2, wherein the sealant is formed using monomers each having both ends coupled to an acrylic group.

5. The method of claim 2, wherein the sealant is formed using oligomers each having one end coupled to an acrylic group and the other end coupled to an epoxy group.

6. The method of claim 5, further comprising heating the sealant after irradiating the UV light.

7. The method of claim 2, wherein the sealant is formed using monomers each having one end coupled to an acrylic group and the other end coupled to an epoxy group.

US 7,218,374 B2

9                                                                              10

**8**. The method of claim **7**, further comprising heating the sealant after irradiating the UV light.

**9**. The method of claim **2**, further comprising heating the sealant after irradiating the UV light.

**10**. The method of claim **2**, wherein a region where the sealant is not formed is covered with a mask during the irradiating with UV light.

**11**. The method of claim **2**, wherein a region where the main UV sealant is not formed is covered with a mask during the irradiating with UV light.

**12**. The method of claim **2**, wherein the UV light is irradiated at a tilt angle with respect to the attached substrates.

**13**. The method of claim **2**, further comprising:

  providing a mask over a region where the main sealant is not formed before irradiating UV light such that the auxiliary sealant is not exposed to the UV light; and
  cutting the attached substrates.

**14**. The method of claim **1**, further comprising forming column spacers on the upper substrate.

**15**. The method of claim **1**, wherein the main and auxiliary sealants are formed on the upper substrate and the liquid crystal is applied to the lower substrate.

**16**. The method of claim **1**, further comprising cutting the attached substrates.

**17**. The method of claim **16**, wherein the attached substrates are cut across a portion of the auxiliary sealant.

**18**. The method of claim **1**, wherein the applying the liquid crystal includes dropping the liquid crystal onto the one of the upper and lower substrates.

**19**. The method of claim **18**, wherein the liquid crystal is applied in a predetermined pattern onto the one of the upper and lower substrates.

**20**. The method of claim **1**, wherein the auxiliary sealant contacts the main sealant.

**21**. A method of manufacturing a liquid crystal display (LCD) device comprising:

  preparing a lower substrate and an upper substrate;

  forming an auxiliary UV sealant and a main UV sealant on one of the lower and upper substrates, wherein the auxiliary UV sealant is formed in a dummy region and extends outside from the main UV sealant, wherein the auxiliary UV sealant contacts the main UV sealant;

  applying a liquid crystal on one of the lower and upper substrates;

  attaching the lower and upper substrates; and

  irradiating UV light on the attached substrates.

**22**. The method of claim **21**, wherein the UV light is irradiated at a tilt angle with respect to the attached substrates.

*   *   *   *   *