UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| CHI MEI OPTOELECTRONICS CORPORATION, a Taiwan Corporation<br><br>        Plaintiff,<br>    v.<br><br>LG.PHILIPS LCD CO., LTD., a Korean Corporation, and LG.PHILIPS LCD AMERICA, INC., a California Corporation,<br><br>        Defendants. | Civil Action No. 2:07-CV-00176-TJW<br><br>**JURY TRIAL DEMANDED** |
| LG.PHILIPS LCD CO., LTD., and LG.PHILIPS LCD AMERICA, INC.,<br><br>        Counterclaim Plaintiffs,<br><br>    v.<br><br>CHI MEI OPTOELECTRONICS CORPORATION; and CHI MEI OPTOELECTRONICS USA, INC., a Delaware Corporation<br><br>        Counterclaim Defendants. | **JURY TRIAL DEMANDED** |

## CHI MEI OPTOELECTRONICS CORPORATION'S AND CHI MEI OPTOELECTRONICS USA, INC.'S REPLY TO LG.PHILIPS LCD COMPANY'S COUNTERCLAIMS AND CHI MEI OPTOELECTRONICS CORPORATION'S RELATED COUNTERCLAIMS

Plaintiff and Counterclaim Defendant Chi Mei Optoelectronics Corp. ("CMO") and Counterclaim Defendant Chi Mei Optoelectronics USA, Inc. ("CMO USA") (collectively "Counterdefendants") hereby reply to the allegations of Defendant and Counterclaim Plaintiff LG.Philips LCD Co., LTD. ("LPL") set forth in Paragraphs 48-104 of its Counterclaims ("LPL Counterclaims").  CMO also asserts additional related counterclaims.

## COUNTERDEFENDANTS' REPLY TO THE LPL COUNTERCLAIMS

1.      Answering Paragraph 48 of the LPL Counterclaims, Counterdefendants admit that LPL asserts counterclaims against Counterdefendants but deny that LPL is entitled to any of the relief it seeks.  Except as expressly admitted herein, Counterdefendants deny each and every allegation contained in this paragraph.

2.      Answering Paragraph 49 of the LPL Counterclaims, Counterdefendants admit that LPL is a company registered under the laws of Korea with its head office at 18th Floor, West Tower, LG Twin Towers, 20 Yoido-dong, Youngdungpo-gu, Seoul, Republic of Korea 150-721.

3.      Answering Paragraph 50 of the LPL Counterclaims, Counterdefendants admit that CMO is a Taiwanese corporation having its principal place of business in Tainan, Taiwan 74147, R.O.C.  Except as expressly admitted herein, Counterdefendants deny each and every allegation contained in this paragraph.

4.      Answering Paragraph 51 of the LPL Counterclaims, Counterdefendants admit that CMO USA is a domestic subsidiary of CMO and that CMO USA is a Delaware corporation having its principal place of business at 101 Metro Drive, Suite 510, San Jose, California 95110. Except as expressly admitted herein, Counterdefendants deny each and every allegation contained in this paragraph.

5.      Answering Paragraph 52 of the LPL Counterclaims, Counterdefendants are without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in this paragraph, and therefore deny them.

6.      Answering Paragraph 53 of the LPL Counterclaims, Counterdefendants admit this paragraph.

7.      Answering Paragraph 54 of the LPL Counterclaims, Counterdefendants admit that LPL purports to base its Counterclaims on 35 U.S.C. § 100 *et seq*.  Except as expressly admitted herein, Counterdefendants deny each and every allegation contained in this paragraph.

8.      Answering Paragraph 55 of the LPL Counterclaims, Counterdefendants admit there is a justiciable controversy between LPL and CMO regarding the validity and infringement

of the claims of United States Patent Nos. 6,008,786 ("the '786 Patent"); 6,013,923 ("the '923 Patent"); 5,619,352 ("the '352 Patent"); and 6,734,926 ("the '926 Patent") (collectively "the CMO Patents"). Except as expressly admitted herein, Counterdefendants deny each and every allegation contained in this paragraph.

9.    Answering Paragraph 56 of the LPL Counterclaims, Counterdefendants admit that LPL alleges that the Court has subject matter jurisdiction over the Counterclaims pursuant to 28 U.S.C. §§ 1331 and 1338(a). Insofar as the allegations of this paragraph purport to state legal conclusions, no response thereto is required.

10.    Answering Paragraph 57 of the LPL Counterclaims, Counterdefendants admit that LPL alleges that the Court has jurisdiction over the Counterclaims for declaratory relief under the Declaratory Judgment Act, 28 U.S.C. §§ 2201 and 2202, under the laws of the United States concerning actions relating to patents, 28 U.S.C. § 1338(a), and under 28 U.S.C. § 1331. Insofar as the allegations of this paragraph purport to state legal conclusions, no response thereto is required. Except as expressly admitted herein, Counterdefendants deny each and every allegation contained in this paragraph.

11.    Answering Paragraph 58 of the LPL Counterclaims, Counterdefendants admit the allegations of this paragraph, except that, insofar as the allegations of this paragraph purport to state legal conclusions, no response thereto is required. Except as expressly admitted herein, Counterdefendants deny each and every allegation contained in this paragraph.

12.    Answering Paragraph 59 of the LPL Counterclaims, Counterdefendants deny the allegations in this paragraph.

**THE LPL PATENTS**

13.    Answering Paragraph 60 of the LPL Counterclaims, Counterdefendants admit Exhibit A to the LPL Counterclaims purports to be a copy of United States Patent No. 5,905,274 ("the '274 Patent") and that the '274 Patent states on its face that it was issued on May 18, 1999, and that it is titled "Thin-Film Transistor And Method Of Making Same." Except as expressly admitted herein, Counterdefendants deny each and every allegation contained in this paragraph.

14.    Answering Paragraph 61 of the LPL Counterclaims, Counterdefendants admit that Exhibit B to the LPL Counterclaims purports to be a copy of United States Patent No. 6,815,321 ("the '321 Patent") and that the '321 Patent states on its face that it was issued on November 9, 2004, and that it is titled "Thin-Film Transistor And Method of Making Same."  Except as expressly admitted herein, Counterdefendants deny each and every allegation contained in this paragraph.

15.    Answering Paragraph 62 of the LPL Counterclaims, Counterdefendants admit that Exhibit C to the LPL Counterclaims purports to be a copy of United States Patent No. 7,176,489 ("the '489 Patent") and that the '489 Patent states on its face that it was issued on February 13, 2007, and that it is titled "Thin-Film Transistor And Method of Making Same."  Except as expressly admitted herein, Counterdefendants deny each and every allegation contained in this paragraph.

16.    Answering Paragraph 63 of the LPL Counterclaims, Counterdefendants admit that Exhibit D to the LPL Counterclaims purports to be a copy of United States Patent No. 6,803,984 ("the '984 Patent") and that the '984 Patent states on its face that it was issued on October 12, 2004, and that it is titled "Method and Apparatus for Manufacturing Liquid Crystal Display Device Using Serial Production Processes."  Except as expressly admitted herein, Counterdefendants deny each and every allegation contained in this paragraph.

17.    Answering Paragraph 64 of the LPL Counterclaims, Counterdefendants admit that Exhibit E to the LPL Counterclaims purports to be a copy of United States Patent No. 7,218,374 ("the '374 Patent") and that the '374 Patent states on its face that it was issued on May 15, 2007, and that it is titled "Liquid Crystal Display Device and Method of Manufacturing the Same." Except as expressly admitted herein, Counterdefendants deny each and every allegation contained in this paragraph.

18.    Answering Paragraph 65 of the LPL Counterclaims, Counterdefendants do not have sufficient information to either admit to or deny this paragraph, and on that basis denies it.

19.    Answering Paragraph 66 of the LPL Counterclaims, Counterdefendants deny the allegations in this paragraph.

## RESPONSE TO COUNTERCLAIM COUNT I
## INFRINGEMENT OF THE '274 PATENT

20.    Answering Paragraph 67 of the LPL Counterclaims, Counterdefendants refer to and incorporate their above responses to Paragraphs 48-66 of the LPL Counterclaims.

21.    Answering Paragraph 68 of the LPL Counterclaims, Counterdefendants deny the allegations of this paragraph.

22.    Answering Paragraph 69 of the LPL Counterclaims, Counterdefendants deny the allegations of this paragraph.

23.    Answering Paragraph 70 of the LPL Counterclaims, Counterdefendants deny the allegations of this paragraph.

24.    Answering Paragraph 71 of the LPL Counterclaims, Counterdefendants deny the allegations of this paragraph.

## RESPONSE TO COUNTERCLAIM COUNT II
## INFRINGEMENT OF THE '321 PATENT

25.    Answering Paragraph 72 of the LPL Counterclaims, Counterdefendants refer to and incorporate their above responses to Paragraphs 48-71 of the LPL Counterclaims.

26.    Answering Paragraph 73 of the LPL Counterclaims, Counterdefendants deny the allegations of this paragraph.

27.    Answering Paragraph 74 of the LPL Counterclaims, Counterdefendants deny the allegations of this paragraph.

28.    Answering Paragraph 75 of the LPL Counterclaims, Counterdefendants deny the allegations of this paragraph.

29.    Answering Paragraph 76 of the LPL Counterclaims, Counterdefendants deny the allegations of this paragraph.

**RESPONSE TO COUNTERCLAIM COUNT III**
**INFRINGEMENT OF THE '489 PATENT**

30.    Answering Paragraph 77 of the LPL Counterclaims, Counterdefendants refer to and incorporate their above responses to Paragraphs 48-76 of the LPL Counterclaims.

31.    Answering Paragraph 78 of the LPL Counterclaims, Counterdefendants deny the allegations of this paragraph.

32.    Answering Paragraph 79 of the LPL Counterclaims, Counterdefendants deny the allegations of this paragraph.

33.    Answering Paragraph 80 of the LPL Counterclaims, Counterdefendants deny the allegations of this paragraph.

34.    Answering Paragraph 81 of the LPL Counterclaims, Counterdefendants deny the allegations of this paragraph.

**RESPONSE TO COUNTERCLAIM COUNT IV**
**INFRINGEMENT OF THE '984 PATENT**

35.    Answering Paragraph 82 of the LPL Counterclaims, Counterdefendants refer to and incorporate their above responses to Paragraphs 48-81 of the LPL Counterclaims.

36.    Answering Paragraph 83 of the LPL Counterclaims, Counterdefendants deny the allegations of this paragraph.

37.    Answering Paragraph 84 of the LPL Counterclaims, Counterdefendants deny the allegations of this paragraph.

38.    Answering Paragraph 85 of the LPL Counterclaims, Counterdefendants deny the allegations of this paragraph.

39.    Answering Paragraph 86 of the LPL Counterclaims, Counterdefendants deny the allegations of this paragraph.

**RESPONSE TO COUNTERCLAIM COUNT V**
**INFRINGEMENT OF THE '374 PATENT**

40.    Answering Paragraph 87 of the LPL Counterclaims, Counterdefendants refer to and incorporate their above responses to Paragraphs 48-86 of the LPL Counterclaims.

41.    Answering Paragraph 88 of the LPL Counterclaims, Counterdefendants deny the allegations of this paragraph.

42.    Answering Paragraph 89 of the LPL Counterclaims, Counterdefendants deny the allegations of this paragraph.

43.    Answering Paragraph 90 of the LPL Counterclaims, Counterdefendants deny the allegations of this paragraph.

44.    Answering Paragraph 91 of the LPL Counterclaims, Counterdefendants deny the allegations of this paragraph.

**RESPONSE TO COUNTERCLAIM COUNT VI**
**CLAIM FOR DECLARATORY JUDGMENT OF INVALIDITY OF**
**THE '786 PATENT, THE '923 PATENT, THE '352 PATENT,**
**AND THE '926 PATENT AGAINST CMO**

45.    Answering Paragraph 92 of the LPL Counterclaims, CMO refers to and incorporates Counterdefendants' above responses to Paragraphs 48-91 of the LPL Counterclaims.

46.    Answering Paragraph 93 of the LPL Counterclaims, CMO admits the allegations of this paragraph.

47.    Answering Paragraph 94 of the LPL Counterclaims, CMO denies the allegations of this paragraph.

48.    Answering Paragraph 95 of the LPL Counterclaims, CMO denies the allegations of this paragraph.

49.    Answering Paragraph 96 of the LPL Counterclaims, CMO denies the allegations of this paragraph.

50.    Answering Paragraph 97 of the LPL Counterclaims, CMO denies the allegations of this paragraph.

51.    Answering Paragraph 98 of the LPL Counterclaims, CMO admits that it has asserted the CMO Patents against LPL and LG.Philips LCD America, Inc. ("LPLA") (collectively "Defendants").  Except as expressly admitted herein, CMO denies each and every allegation contained in this paragraph.

**RESPONSE TO COUNTERCLAIM COUNT VII**
**CLAIM FOR DECLARATORY JUDGMENT OF NON-INFRINGEMENT OF**
**THE '786 PATENT, THE '923 PATENT, THE '352 PATENT,**
**AND THE '926 PATENT AGAINST CMO**

52.     Answering Paragraph 99 of the LPL Counterclaims, CMO refers to and incorporates Counterdefendants' above responses to Paragraphs 48-98 of the LPL Counterclaims.

53.     Answering Paragraph 100 of the LPL Counterclaims, CMO denies the allegations of this paragraph.

54.     Answering Paragraph 101 of the LPL Counterclaims, CMO denies the allegations of this paragraph.

55.     Answering Paragraph 102 of the LPL Counterclaims, CMO denies the allegations of this paragraph.

56.     Answering Paragraph 103 of the LPL Counterclaims, CMO denies the allegations of this paragraph.

57.     Answering Paragraph 104 of the LPL Counterclaims, CMO admits that it has asserted the CMO Patents against Defendants.  Except as expressly admitted herein, CMO denies each and every allegation contained in this paragraph.

## AFFIRMATIVE DEFENSES

Counterdefendants assert the following affirmative defenses.  Counterdefendants also reserve the right to add defenses that may be supported by the facts upon the completion of discovery.

### First Affirmative Defense

58.     LPL has failed to state a claim for which relief can be granted.

### Second Affirmative Defense

59.     Counterdefendants do not infringe and have not infringed any claims of the '274 Patent, the '321 Patent, the '489 Patent, the '984 Patent, or the '374 Patent (collectively "the LPL Patents"), either literally or under the doctrine of equivalents.

### Third Affirmative Defense

60.    The claims of the LPL Patents are invalid for failing to comply with one or more provisions of the Patent Laws of the United States of America, including without limitation, 35 U.S.C. §§ 101, 102, 103 and/or 112.

### Fourth Affirmative Defense

61.    Counterdefendants have not directly or indirectly contributed to infringement of, nor induced another to infringe, the LPL Patents.

### Fifth Affirmative Defense

62.    On information and belief, LPL has failed properly to mark commercial embodiments of its patented products in accordance with 35 U.S.C. § 287, and therefore is precluded from recovering damages pursuant to Section 287.

### Sixth Affirmative Defense

63.    LPL's claims for relief are barred, in whole or in part, by the doctrines of laches, estoppel, waiver, and acquiescence.

### Seventh Affirmative Defense

64.    LPL is not entitled to injunctive relief because, among other things, any injury to it is not immediate or irreparable, and LPL has an adequate remedy at law.

### PRAYER FOR RELIEF ON LPL'S COUNTERCLAIMS

WHEREFORE, Counterdefendants demand judgment against LPL by:

a.    An order and decree that the CMO Patents are infringed by LPL;

b.    An order and decree that the CMO Patents are not invalid;

c.    An order and decree that the LPL Patents are not infringed by CMO;

d.    An order and decree that the LPL Patents are invalid;

e.    Granting the relief requested in CMO's Complaint against Defendants.

f.    Dismissing Defendants' Counterclaims with prejudice;

g.    A determination that Defendants take nothing;

h.    A determination that no injunctive relief issues to Defendants;

1758847

i.      A determination that no damages be awarded to Defendants;

j.      A determination that no costs or attorneys' fees be awarded to Defendants; and

k.      Such other and further relief as the Court may deem just and proper.

## II.    CMO'S COUNTERCLAIMS

CMO, upon knowledge with respect to itself, and upon information and belief with respect to all other matters, for its Counterclaims against Defendants alleges as follows:

1.      CMO's Counterclaims are brought for declaratory judgments of noninfringement and invalidity of the LPL Patents, arising under the Declaratory Judgment Act, 28 U.S.C. §§ 2201 et seq. and the Patent Laws of the United States of America, 35 U.S.C. §§ 1 et seq.

2.      In addition, CMO brings a counterclaim of patent infringement of U.S. Patent Nos. 6,134,092 ("the '092 Patent") and 7,280,179 ("the '179 Patent"), arising under the Patent Laws of the United States of America, 35 U.S.C. §§ 1 et seq.

3.      This Court has subject matter jurisdiction over CMO's Counterclaims pursuant to 28 U.S.C. §§ 1331, 1338(a), 2201, and 2202, and because LPL has accused CMO of infringing the LPL Patents.

4.      This Court has personal jurisdiction over the Defendants because, among other things, Defendants have submitted themselves to the jurisdiction of this Court

5.      Chi Mei Optoelectronics Corp. ("CMO") is a corporation organized and existing under the laws of Taiwan, having a principal place of business at No. 3, Sec. 1, Huanshi Rd., Southern Taiwan Science Park, Sinshih Township, Tainan Country, 74147 Taiwan R.O.C.

6.      Defendant LG.Philips LCD Co., Ltd ("LPL") is a Korean corporation having its head office at 18th Floor, West Tower, LG Twin Towers, 20 Yoido-dong, Youngdungpo-gu, Seoul, Republic of Korea 150-721.

7.      Defendant LG.Philips LCD America, Inc. ("LPLA") is a wholly-owned subsidiary of LPL.  LPLA is a corporation organized and existing under the laws of California, having a principal place of business at 150 E. Brokaw Rd., San Jose, CA 95112.

8.     CMO is informed and believes, and thereon alleges, that LPL and LPLA have placed infringing devices into the stream of commerce by shipping those products into this judicial district or knowing that the devices would be shipped into this judicial district.

9.     CMO is informed and believes, and thereon alleges, that LPL has ongoing and systematic contacts throughout the United States.  LPL has sales offices in California, Texas, North Carolina, and Illinois, and it has continuous and systematic contacts with this judicial district and elsewhere in the United States for the purpose of, among other things, meetings with employees of its subsidiary and promoting the sale of its products.

10.     CMO is informed and believes, and thereon alleges, that LPLA has ongoing and systematic contacts throughout the United States.  LPLA has placed TFT-LCD panels and LCD modules into the stream of commerce by shipping those panels and modules into this judicial district or knowing that they would be shipped into this judicial district.

11.     Venue is proper in this judicial district pursuant to 28 U.S.C. §§ 1400(b) and 1391(b)-(d) because, among other reasons, LPL is subject to personal jurisdiction in this judicial district, has committed acts of infringement in this judicial district, and is an alien subject to suit in this judicial district; and LPLA is subject to personal jurisdiction in this judicial district and has committed acts of infringement in this judicial district.

## Counterclaim Count I for Declaratory Judgment of Non-Infringement and Invalidity Against LPL

12.     CMO incorporates by reference the allegations contained in Paragraphs 1-11 of its Counterclaim as though fully set forth herein.

13.     CMO is informed and believes, and thereon alleges, that the Counterdefendants have not infringed and are not now infringing any claim of the LPL Patents, either literally or under the doctrine of equivalents.

14.     CMO is informed and believes, and thereon alleges, that each of the LPL Patents is invalid for failing to comply with one or more provisions of the Patent Laws of the United States of America, including without limitation, 35 U.S.C. §§ 101, 102, 103 and/or 112.

15.    LPL's Counterclaims, filed in the present action, accuse the Counterdefendants of infringing the LPL Patents.  Accordingly, there is an actual and substantial controversy between LPL and the Counterdefendants as to whether the LPL patents are valid and infringed.

## Counterclaim Count II for
## Infringement of the '092 Patent

16.    Counterdefendant CMO is the owner of the entire right, title and interest in and to the '092 Patent, entitled "Illumination Device for Non-emissive Displays," which was duly issued on October 17, 2000, in the name of inventors David G. Pelka, John M. Popovich, and Thomas W. Dowland, Jr., and is now assigned to CMO.  A copy of the '092 Patent is attached hereto as Exhibit A.

17.    CMO is informed and believes, and thereon alleges, that LPL and LPLA have infringed, and are currently infringing, the '092 Patent, in violation of 35 U.S.C. § 271, by making, using, offering for sale, selling and/or importing, within this judicial district and elsewhere in the United States, without license or authority from CMO, TFT-LCD panels, LCD modules, and/or components thereof falling within the scope of one or more claims of the '092 Patent.

18.    CMO is informed and believes, and thereon alleges, that LPL and LPLA actively induced and are actively inducing the infringement of the '092 Patent, in violation of 35 U.S.C. § 271(b), by actively and knowingly aiding and abetting others to make, use, offer for sale, sell and/or import within this judicial district and elsewhere in the United States, without license or authority from CMO, TFT-LCD panels, LCD modules, and/or components thereof falling within the scope of one or more claims of the '092 Patent.

19.    CMO is informed and believes, and thereon alleges, that LPL and LPLA have contributorily infringed and are currently contributorily infringing the '092 Patent, in violation of 35 U.S.C. § 271(c), by selling, offering for sale and/or importing within this judicial district and elsewhere in the United States, without license or authority from CMO, TFT-LCD panels, LCD

modules, and/or components thereof, which constitute a material part of the '092 Patent, knowing that such panels, modules, and/or components are especially made or especially adapted for use in the infringement of the '092 Patent, and not staple articles or commodities of commerce suitable for substantial noninfringing use.

20.    CMO is informed and believes, and thereon alleges, that LPL and LPLA's infringement of the '092 Patent has been and continues to be willful and deliberate.

21.    Unless enjoined, LPL and LPLA will continue to infringe the '092 Patent, and CMO will suffer irreparable injury as a direct and proximate result of LPL's and LPLA's conduct.

22.    CMO has been damaged by LPL's and LPLA's conduct and until an injunction issues will continue to be damaged in an amount yet to be determined.

<u>**Counterclaim Count III for
Infringement of the '179 Patent**</u>

23.    Counterdefendant CMO is the owner of the entire right, title and interest in and to the '179 Patent, entitled "Liquid Crystal Display Cell and Method for Manufacturing Same," which was duly issued on October 9, 2007, in the name of inventors Hsin-Yi Hsu and Shang-Tai Tsai, and is now assigned to CMO. A copy of the '179 Patent is attached hereto as Exhibit B.

24.    CMO is informed and believes, and thereon alleges, that LPL and LPLA have infringed, and are currently infringing, the '179 Patent, in violation of 35 U.S.C. § 271, by making, using, offering for sale, selling and/or importing, within this judicial district and elsewhere in the United States, without license or authority from CMO, TFT-LCD panels, LCD modules, and/or components thereof falling within the scope of one or more claims of the '179 Patent.

25.    CMO is informed and believes, and thereon alleges, that LPL and LPLA actively induced and are actively inducing the infringement of the '179 Patent, in violation of 35 U.S.C. § 271(b), by actively and knowingly aiding and abetting others to make, use, offer for sale, sell

and/or import within this judicial district and elsewhere in the United States, without license or authority from CMO, TFT-LCD panels, LCD modules, and/or components thereof falling within the scope of one or more claims of the '179 Patent.

26.    CMO is informed and believes, and thereon alleges, that LPL and LPLA have contributorily infringed and are currently contributorily infringing the '179 Patent, in violation of 35 U.S.C. § 271(c), by selling, offering for sale and/or importing within this judicial district and elsewhere in the United States, without license or authority from CMO, TFT-LCD panels, LCD modules, and/or components thereof, which constitute a material part of the '179 Patent, knowing that such panels, modules, and/or components are especially made or especially adapted for use in the infringement of the '179 Patent, and not staple articles or commodities of commerce suitable for substantial noninfringing use.

27.    CMO is informed and believes, and thereon alleges, that LPL and LPLA's infringement of the '179 Patent has been and continues to be willful and deliberate.

28.    Unless enjoined, LPL and LPLA will continue to infringe the '179 Patent, and CMO will suffer irreparable injury as a direct and proximate result of LPL's and LPLA's conduct.

29.    CMO has been damaged by LPL's and LPLA's conduct and until an injunction issues will continue to be damaged in an amount yet to be determined.

### PRAYER FOR RELIEF ON CMO'S COUNTERCLAIMS

WHEREFORE, CMO demands judgment against Defendants, on its Counterclaims, as follows:

a.    That the LPL Patents are not infringed by CMO;

b.    That the LPL Patents are invalid;

c.    That CMO's '092 Patent and '179 Patent are valid;

d.    That LPL and LPLA have directly infringed the '092 Patent and the '179 Patent;

e.       That LPL and LPLA have induced the infringement of the '092 Patent and the '179 Patent;

f.       That LPL and LPLA have contributorily infringed the '092 Patent and the '179 Patent;

g.       That LPL and LPLA and their affiliates, subsidiaries, officers, directors, employees, agents, representatives, licensees, successors, assigns, and all those acting for them and on their behalf, or acting in concert with them directly or indirectly, be enjoined from infringing, inducing others to infringe or contributing to the infringement of the '092 Patent and the '179 Patent;

h.       That LPL and LPLA be ordered to pay compensatory damages to CMO, together with interest;

i.       That LPL and LPLA be ordered to provide an accounting;

j.       That LPL and LPLA be ordered to pay supplemental damages to CMO, together with interest;

k.       That the infringement by LPL and LPLA be adjudged willful and that the damages to CMO be increased under 35 U.S.C. § 284 to three times the amount found or measured;

l.       That this be adjudged an exceptional case pursuant to 35 U.S.C. § 285;

m.       That CMO be awarded attorneys' fees and costs; and

n.       That CMO be awarded such other and further relief as the Court may deem just and proper.

## **DEMAND FOR JURY TRIAL**

Counterclaimant Chi Mei Optoelectronics hereby demands trial by jury on all issues.

Dated:  October 9, 2007                              Respectfully submitted,


                                                     By:    /s/Alexander C.D. Giza
                                                          Alexander C.D. Giza

                                                     GILLAM & SMITH
                                                     Melissa Smith (Attorney-in-Charge)
                                                     303 S. Washington Ave.
                                                     Marshall, TX 75670
                                                     Tel: (903) 934-8450
                                                     Fax: (903) 934-9257

                                                     Of counsel:
                                                     IRELL & MANELLA LLP
                                                     Jonathan S. Kagan
                                                     Alexander C.D. Giza
                                                     1800 Avenue of the Stars, Suite 900
                                                     Los Angeles, CA  90067

                                                     Attorneys for Plaintiff and Counterdefendants
                                                     Chi Mei Optoelectronics and
                                                     Chi Mei Optoelectronics USA


## Certificate of Service

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a).  As such, this document was served on all counsel who have consented to electronic service.  Local Rule CV-5(a)(3)(A).  Pursuant to FED. R. CIV. P. 5(d) and Local Rule CV-5(e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by U.S. mail, on this the 9th day of October, 2007.

                                                      /s/ Alexander C.D. Giza

# EXHIBIT  A

US006134092A

# United States Patent [19]

## Pelka et al.

[11] **Patent Number:** 6,134,092

[45] **Date of Patent:** Oct. 17, 2000

[54] **ILLUMINATION DEVICE FOR NON-EMISSIVE DISPLAYS**

[75] Inventors: **David G. Pelka**, Los Angeles; **John M. Popovich**, Del Mar; **Thomas W. Dowland, Jr.**, Fountain Valley, all of Calif.

[73] Assignee: **Teledyne Lighting and Display Products, Inc.**, Hawthorne, Calif.

[21] Appl. No.: **09/057,199**

[22] Filed: **Apr. 8, 1998**

[51] Int. Cl.⁷ ................................................. F21V 7/04
[52] U.S. Cl. ....................................... 361/31; 361/800
[58] Field of Search ................................ 364/26, 27, 29, 364/800, 31, 545, 326, 330, 511

[56] **References Cited**

### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| Re. 33,987 | 7/1992 | Suzawa . | |
| 1,734,834 | 11/1929 | Steward et al. | 362/300 |
| 2,448,244 | 8/1948 | Arnold | 40/546 |
| 2,761,056 | 8/1956 | Lazo | 362/26 |
| 2,907,869 | 10/1959 | Hudson et al. | 362/27 |
| 3,223,833 | 12/1965 | Protzmann | 362/26 |
| 3,300,646 | 1/1967 | Casebeer | 250/228 |
| 3,349,234 | 10/1967 | Schwarz | 362/26 |
| 3,497,686 | 2/1970 | Young | 362/31 |
| 3,539,796 | 11/1970 | Zychal | 362/553 |
| 3,586,851 | 6/1971 | Rudolph | 362/293 |
| 3,610,941 | 10/1971 | West | 250/227.21 |
| 3,752,974 | 9/1973 | Baker et al. | 362/31 |
| 3,754,130 | 8/1973 | Stone et al. | 362/29 |
| 3,892,959 | 7/1975 | Pulles | 362/31 |
| 3,957,351 | 5/1976 | Stockwell | 349/62 |
| 4,011,001 | 3/1977 | Moriya | 349/65 |
| 4,043,636 | 8/1977 | Eberhardt et al. | 349/65 |
| 4,115,994 | 9/1978 | Tomlinson | 368/241 |
| 4,118,110 | 10/1978 | Saurer et al. | 249/61 |
| 4,183,628 | 1/1980 | Laesser et al. | 349/65 |
| 4,195,915 | 4/1980 | Lichty et al. | 349/11 |
| 4,212,048 | 7/1980 | Castleberry | 362/19 |
| 4,252,416 | 2/1981 | Jaccard | 349/65 |

| | | | |
|---|---|---|---|
| 4,257,084 | 3/1981 | Reynolds | 362/31 |
| 4,392,750 | 7/1983 | Mettler | 368/228 |
| 4,440,474 | 4/1984 | Treks | 349/63 |

(List continued on next page.)

### FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| 0 403 764 A1 | 12/1990 | European Pat. Off. . |
| 0 442 529 A2 | 8/1991 | European Pat. Off. . |
| 495 273 | 7/1992 | European Pat. Off. . |
| 0 531 939 A1 | 3/1993 | European Pat. Off. . |
| 0 733 928 A2 | 9/1996 | European Pat. Off. . |
| 1 450 285 | 11/1966 | France . |
| 363 3203 | 9/1986 | Germany . |
| 382 5436 | 7/1988 | Germany . |
| 63-55503 | 3/1988 | Japan . |
| 63-206713 | 8/1988 | Japan . |
| 2-143202 | 6/1990 | Japan . |
| 2 283 849 | 5/1995 | United Kingdom . |
| WO 92/13232 | 8/1992 | WIPO . |
| WO 97/30431 | 8/1997 | WIPO . |

### OTHER PUBLICATIONS

*3M Optical Systems*, Brightness Enhancement Film (BEF), 2 pgs., 1993.

*Primary Examiner*—Sandra O'Shea
*Assistant Examiner*—Hargobind S. Sawhney
*Attorney, Agent, or Firm*—Knobbe, Martens Olson & Bear, LLP

[57]    **ABSTRACT**

An illumination device comprises a waveguide having a peripheral edge. A series of point light sources are mounted in spaced relationship adjacent a peripheral portion of the waveguide. A series of diffusive reflective surfaces, preferably formed by posts, are disposed adjacent the peripheral portion of the waveguide, between pairs of the point light sources. The diffusive reflective surfaces are oriented relative to the series of point light sources and the waveguide so as to introduce light into regions of the waveguide between pairs of the point light sources, whereby the peripheral portion of the waveguide is substantially uniformly illuminated.

**29 Claims, 9 Drawing Sheets**



**6,134,092**

Page 2

## U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 4,453,200 | 6/1984 | Trcka et al. | 362/31 |
| 4,528,617 | 7/1985 | Blackington | 362/558 |
| 4,560,264 | 12/1985 | Kitazawa et al. | 396/374 |
| 4,616,295 | 10/1986 | Jewell et al. | 362/31 |
| 4,649,462 | 3/1987 | Dabrowolski et al. | 362/2 |
| 4,706,173 | 11/1987 | Hamada et al. | 362/341 |
| 4,714,983 | 12/1987 | Lang | 362/27 |
| 4,720,706 | 1/1988 | Stine | 345/84 |
| 4,723,840 | 2/1988 | Humbert et al. | 349/68 |
| 4,735,495 | 4/1988 | Henkes | 349/62 |
| 4,737,896 | 4/1988 | Mochizuki et al. | 362/301 |
| 4,766,526 | 8/1988 | Morimoto et al. | 362/255 |
| 4,798,448 | 1/1989 | van Raalte | 349/62 |
| 4,826,294 | 5/1989 | Imoto | 368/67 |
| 4,875,200 | 10/1989 | Tillery | 368/67 |
| 4,910,652 | 3/1990 | Rhine | 362/234 |
| 4,914,553 | 4/1990 | Hamada et al. | 362/560 |
| 4,945,349 | 7/1990 | Sanai | 349/58 |
| 4,972,394 | 11/1990 | DiMarco | 368/227 |
| 4,998,804 | 3/1991 | Horiuchi | 349/64 |
| 5,008,658 | 4/1991 | Russay et al. | 345/87 |
| 5,029,045 | 7/1991 | Sanai et al. | 362/26 |
| 5,029,986 | 7/1991 | De Vaan | 349/113 |
| 5,050,946 | 9/1991 | Hathaway et al. | 385/33 |
| 5,070,431 | 12/1991 | Kitazawa et al. | 349/31 |
| 5,083,240 | 1/1992 | Pasco | 362/26 |
| 5,128,783 | 7/1992 | Abileah et al. | 349/162 |
| 5,161,041 | 11/1992 | Abileah et al. | 349/62 |
| 5,169,230 | 12/1992 | Palmer | 362/350 |
| 5,202,950 | 4/1993 | Arego et al. | 385/146 |
| 5,237,641 | 8/1993 | Jacobson et al. | 385/146 |
| 5,303,322 | 4/1994 | Winston et al. | 385/146 |
| 5,339,294 | 8/1994 | Rodgers | 368/67 |
| 5,365,411 | 11/1994 | Rycroft | 362/800 |
| 5,410,453 | 4/1995 | Ruskouski | 362/20 |
| 5,440,197 | 8/1995 | Gleckman | 313/110 |
| 5,481,637 | 1/1996 | Whitehead | 385/125 |
| 5,485,291 | 1/1996 | Qiao et al. | 349/62 |
| 5,575,549 | 11/1996 | Ishikawa et al. | 362/31 |
| 5,618,096 | 4/1997 | Parker et al. | 362/31 |
| 5,655,832 | 8/1997 | Pelka et al. | 362/296 |
| 5,684,354 | 11/1997 | Gleckman | 313/110 |
| 5,721,795 | 2/1998 | Pelka | 349/65 |
| 5,806,995 | 9/1998 | Tsushima et al. | 400/200 |
| 5,883,684 | 3/1999 | Millikan et al. | 349/65 |
| 6,007,209 | 12/1999 | Pelka | 362/30 |



FIG. 1A



FIG. 1B



*FIG. 2*



*FIG. 3*



*FIG. 4*



*FIG. 5*



*FIG. 6A*



*FIG. 6B*



*FIG. 7*



*FIG. 8*



FIG. 9



FIG. 10



*FIG. 11*



*FIG. 12*



*FIG. 13*



*FIG. 13A*



*FIG. 14*

6,134,092

1

# ILLUMINATION DEVICE FOR NON-EMISSIVE DISPLAYS

## BACKGROUND OF THE INVENTION

The present invention relates generally to a device for illuminating a display, and, more particularly, to an illumination device which uniformly injects light into an optical cavity, such as a waveguide.

Illumination devices are used to illuminate non-emissive displays, such as LCD displays for personal digital assistants or cellular phones. One type of illumination device comprises a waveguide having a plurality of light sources disposed along the periphery of the waveguide. The light sources are energized and the emitted light illuminates the waveguide.

It is highly desirable for the illumination to be bright and substantially uniform across the area of the display. However, in prior art, the intensity of the light from the light sources tends to decrease as the distance from the light source increases, thereby causing undesirable bright spots along the periphery of the display where the light sources are mounted.

Miniature fluorescent tubes are commonly used as light sources. Such tubes do not produce much heat, and thus, minimize heat build-up. However, they are not very bright. Solid state point light sources, such as LEDs, are relatively bright, but have relatively small thermal mass which causes a relatively high amount of heat build-up. Such heat build-up can cause the level of light output of the LEDs to significantly decrease over time after the LED is initially energized. Consequently, the brightness of the illumination is degraded.

In view of the foregoing, there is a need for a compact device and method for injecting light into the periphery of a waveguide such that the waveguide provides a bright, uniform illumination for the display.

## SUMMARY OF THE INVENTION

The present invention comprises an illumination device utilizing a waveguide. A series of point light sources are mounted in spaced relationship adjacent a peripheral portion of the waveguide. A series of diffusive reflective surfaces are provided adjacent the peripheral portion of the waveguide between pairs of the point light sources. The diffusive reflective surfaces are oriented relative to the series of point light sources and the waveguide so as to introduce light into regions of the waveguide between pairs of the point light sources, such that the peripheral portion of the waveguide is substantially uniformly illuminated. Preferably, the diffusive reflective surfaces comprise a series of posts mounted in spaced relationship adjacent the peripheral portion of the waveguide. In the preferred embodiment, the point light sources comprises LEDs, and a heat sink is coupled to the point light sources to draw heat therefrom. An angular spectrum restrictor, such as a brightness enhancing film, is preferably included in combination with a diffuser to enhance the brightness of the output.

In accordance with another aspect of the invention, a series of diffusive reflective optical cavities are formed by diffusive reflective surfaces. Each of the cavities has an entry mouth sized to receive a point light source and an exit mouth. A point light source is mounted at each of the entry mouths. A peripheral portion of a waveguide extends along the exit mouth of the diffusive reflective optical cavity.

2

A further aspect of the invention comprises an illumination device utilizing an optical cavity having an output aperture and a series of diffusive reflective optical cavities, each substantially smaller than the aforesaid optical cavity. The series of optical cavities have exit mouths disposed along a side of the aforesaid optical cavity. A series of point sources of light are mounted to emit light into the series of optical cavities, respectively, whereby light is injected from the exit mouth into a peripheral portion of the optical cavity.

An additional aspect of the invention comprises a method of illuminating a waveguide. Light emitted by a first point light source is confined using diffusive reflective surfaces to reflect the light. This confining is repeated for additional point light sources. All of the confined light is spatially arranged to substantially uniformly illuminate a peripheral portion of the waveguide.

## BRIEF DESCRIPTION OF THE DRAWINGS

These and other features of the invention will now be described with reference to the drawings of a preferred embodiment, which are intended to illustrate and not to limit the invention, and in which:

FIG. 1A is a perspective view of a personal digital assistant incorporating one embodiment of the illumination device of the present invention;

FIG. 1B is a cross-sectional view of the personal digital assistant along line 1B—1B of FIG. 1A;

FIG. 2 is an exploded view of the illumination device of the present invention;

FIG. 3 is a top view of a light guide of the illumination device;

FIG. 4 is a side view of the light guide of FIG. 3;

FIG. 5 is a top view of a waveguide of the illumination device;

FIG. 6A is a side view of the waveguide of FIG. 5;

FIG. 6B is an end view of the waveguide of FIG. 5;

FIG. 7 is a top view of a cover of the illumination device;

FIG. 8 is a side view of the cover of FIG. 7;

FIG. 9 is a top view of a heat sink of the illumination device;

FIG. 10 is a side view of the heat sink of FIG. 9;

FIG. 11 is a top view of the illumination device;

FIG. 12 is a cross-sectional view of the illumination device along line 12—12 of FIG. 11;

FIG. 13 is an enlarged top view of a portion of the light guide used with the illumination device;

FIG. 13A is a fragmentary plan view of an alternative embodiment of the waveguide in which diffusive reflective cavities are formed by the waveguide material; and

FIG. 14 is a graph illustrating the increased efficiency of the illumination device incorporating the heat sink component.

## DETAILED DESCRIPTION OF THE PREFERRED EMBODIMENT

With reference to FIGS. 1A and 1B, one embodiment of the illumination device 40 (FIG. 2) of the present invention is incorporated into a personal digital assistant 30 comprised of an outer housing 32 that supports a display 36, such as, for example, a liquid crystal display (LCD). As best shown in FIG. 1B, the LCD display 36 has a front face 37 and an opposed rear face 38. The illumination device 40 is located within the outer housing 32 in a juxtaposed relationship with

6,134,092

3

the display 36 and is configured to act as a backlight to the display 36. In the illustrated embodiment, a set of electronic components 33 are located rearward of the illumination device 40 for providing power to the illumination device 40 and to the personal digital assistant 30 in a well known manner. While described in the context of backlighting a personal digital assistant, it will be understood that the invention may be used as a backlight for other devices, such as, for example, a cellular phone, pager, camcorder, digital camera, or global positioning system display. Moreover, although described herein as a backlight, it will be appreciated that the illumination device 40 may be also be used as an illumination device in any of a wide variety of applications, including as a front light.

With reference to the exploded view of FIG. 2, the illumination device 40 comprises a plurality of components, including a heat sink 42, a light guide 44, a waveguide 46, a cover 48, and a film stack 49. A plurality of point light sources, such as light-emitting diodes (LEDs) 50, are positioned adjacent the peripheral edges of the light guide 44 and are configured to inject light into the waveguide 46, as described in more detail below. In the illustrated embodiment, each of a pair of LED strips 51, such as printed circuit boards or electrical-conductive strips, mount the LEDs 50 in a linear array with equidistant spacing. The LEDs 50 within a strip 51 are parallel connected and the two strips 51 are series connected to one another via an electrical conductor 54. The various components of the illumination device 50 are mechanically coupled to one another, as described more fully below with reference to FIGS. 11 and 12.

With reference to FIGS. 3 and 4, the light guide 44 of the disclosed embodiment comprises a planar member 56 having a substantially flat top surface 57 and an opposed, substantially flat bottom surface 58 parallel thereto. The planar member 56 is rectangular-shaped so as to define a pair of substantially straight, opposed side edges 62a and 62b (referred to collectively as "side edges 62") and a pair of opposed, substantially straight end edges 63a and 63b (referred to collectively as "end edges 63"). The end edges 63 are both shorter than either of the side edges 62.

A plurality of guide members 60 are disposed in a spaced, side-by-side relationship along each of the side edges 62a and 62b of the planar member 56. In the illustrated embodiment, each of the guide members 60 comprises a post with a triangular cross-section that extends upwardly from the top surface 57 of the planar member 56. The post-shaped guide members 60 on the edge 62a will be referred to as the members 60a and those on the sides 62b will be referred to as the members 60b. The portion of the top surface 57 between the post-shaped guide members 60a and the post-shaped guide members 60b forms a waveguide receiving region.

The guide members 60 each include a pair of flat side surfaces 65 that angle toward each other and intersect to form an apex line 66 that points toward the waveguide receiving region. For clarity, the apexes 66 of the guide members 60a are designated using the suffix "a"and the apexes 66 of the guide members 60b are designated using the suffix "b."Preferably, the guide members 60a are positioned such that the apexes 66a are aligned along a first edge or boundary of the waveguide receiving region. Similarly, the guide members 60b are preferably positioned such that the apexes 66b are aligned along a second edge or boundary of the waveguide receiving region. The aforementioned side surfaces 65 of each post-shaped guide member 60 are disposed at an angle of about 45° relative to the adjacent

4

boundary of the waveguide receiving region. The remaining surface of the post-shaped guide member 60 is parallel to the side edges 62.

In the illustrated embodiment, the top surfaces of the post-shaped guide members 60 are substantially flat and parallel to the top surface 57. Moreover, it will be understood that the side surfaces 65, while flat in the disclosed embodiment, may also be curved to form convex or concave surfaces.

With reference to FIGS. 3 and 4, the guide members 60 are spaced apart along the side edges 62 so as to define a plurality of spaces 70 between adjacent guide members 60. Each of the spaces 70 is substantially funnel-shaped so as to form a relatively narrow entry mouth 71 adjacent the side edges 62. The spaces 70 gradually widen in size moving from the entry mouths 71 toward the apexes 66 of the guide members 60 to thereby form an exit mouth between the apexes 66 adjacent the boundary of the waveguide receiving section. The exit mouths are wider than the entry mouths 71. Moreover, the entry mouths 71 of the spaces 70 are preferably each configured to receive light from one of the LEDs 50 which are mounted adjacent thereto, as described more fully below.

The top surface 57 of the planar member 56 and the side surfaces 65 of the guide members 60 are comprised of a material which diffusively reflects light impinging thereon. In one embodiment, the top surface 57 of the planar member 56 and the side surfaces 65 of the guide members 60 are coated with a diffusive reflective material. Alternately, the planar member 56 and guide members 60 may be manufactured of a diffusive reflective material. In either case, the top surface 57 and the side surfaces 65 preferably have a reflectivity of at least 90%. More preferably, the top surface 57 and the side surfaces 65 have a reflectivity of at least 94% and, most preferably, the reflectivity of the surfaces 57 and 65 is at least 99%.

The diffusive reflective material on the top surface 57 and the side surfaces 65 may comprise a coating of one or more layers of diffusely reflective tape, such as DRP™ Backlight Reflector, manufactured by W. L. Gore & Associates. DRP™ Backlight Reflector has a reflectivity of approximately 97%–99.5%, depending on the thickness of the material and the wavelength of the light. Alternatively, the reflective material could comprise a paint or coating that is applied to the top surface 57 and the side surfaces 65, such as white house paint or a more exotic material, such as the Labsphere Corporation's Spectraflect paint. Spectraflect paint's reflectivity is considerably higher than house paint, roughly 98%, while the reflectivity of a good white house paint is approximately 90%. As mentioned, the planar member 56 and the guide members 60 may also be manufactured of a diffusive reflective material, such as, for example, cycolac, which is manufactured by General Electric. Cycolac has a reflectivity of approximately 94%.

FIGS. 5, 6A, and 6B are top, side, and end views, respectively, of the waveguide 46. In the illustrated embodiment, the waveguide 46 is substantially rectangular-shaped and includes a top surface 90 and an opposed bottom surface 92. The bottom surface 92 of the waveguide 46 is curved so as to form a longitudinal indentation or trough in the center of the waveguide extending in a direction parallel to the first and second edges of the waveguide. As best shown in FIG. 6B, the curvature of the bottom surface 92 is smooth and continuous so as to define an area of reduced thickness in the center portion of the waveguide 46, and provide an air space between the bottom surface 52 and the top surface 57 of the light guide 44.

6,134,092

**5**

Such air gap provides a low index substance (i.e., air) along the bottom surface 92 to enhance the waveguiding function of the guide 46. The bottom surface 92 follows a geometric contour that redirects light propagating in the waveguide between the top surface 90 and the bottom surface 92, so that more of the light exits the center portion of the waveguide, thereby providing more uniform illumination from the top surface 90 of the waveguide 46.

A pair of opposed side surfaces 94a and 94b (referred to collectively as "side surfaces 94") and a pair of opposed end surfaces 95a and 95b (referred to collectively as "end surfaces 95") connect the top surface 90 to the bottom surface 92 and define the periphery or perimeter of the waveguide 46. The distance between the top and bottom surfaces 90 and 92 along the side surfaces 94 is substantially equal to the height of the post-shaped guide members 60, which in the disclosed embodiment is approximately 0.067 at the side surfaces 94. Preferably, the waveguide 46 is sized to be positioned on the light guide 44 between the guide members 60 such that the side surfaces 94a and 94b abut the apexes 66a and 66b, respectively, of the guide members 60. The end surfaces 95 are preferably coated with a reflective material, such as described above with respect to the light guide 44.

The waveguide 46 is preferably comprised of a material that is transparent to light produced by the LEDs 50, such as a transparent polymeric material, and may be manufactured by various well-known methods, such as machining or injection molding. Preferred materials for the waveguide 46 are acrylic, polycarbonate, and silicone. Acrylic, which has an index of refraction of approximately 1.5, is scratch resistant and has a lower cost relative to polycarbonate. Polycarbonate, which has an index of refraction of approximately 1.59, has higher temperature capabilities than acrylic. Polycarbonate also has improved mechanical capabilities over acrylic. Silicone has a refractive index of approximately 1.43. Alternatively, the waveguide 46 may be formed by a set of diffusive reflective surfaces that enclose an optical cavity containing a light transmissive medium, such as air.

The waveguide may be injection molded to include v-shaped grooves that are configured to be positioned within the spaces 70 between the guide members 60. In such case, the LEDs may be butt coupled to the waveguide by a suitable coupling gel.

With reference to FIGS. 7 and 8, the cover 48 of the illumination device 40 comprises a frame member 80 that is substantially planar in configuration and sized to fit over the light guide 44. An aperture 82 extends through the frame member 80 so as to define an optical output area or illumination region through which light escapes from the illumination device 40 to thereby illuminate the LCD display 36, as described more fully below. In the illustrated embodiment, the aperture 82 is rectangular-shaped, which corresponds to the rectangular shape of the display 36 of the personal digital assistant 30. It will be appreciated, however, that the aperture 82 may define any of a wide variety of shapes and sizes depending upon the desired shape and size of the illumination region.

As best shown in FIG. 8, the illustrated embodiment of the cover 48 includes a pair of opposed end walls 84 and 86 that extend downwardly from opposite end edges of the frame member 80. The end walls 84 and 86 preferably define a distance therebetween that is slightly larger than the distance between the end edges 63 of the light guide 44. Accordingly, the light guide 44 may be positioned snugly between the end

**6**

walls 84 and 86 of the cover 48. Each of the walls 84 and 86 extends perpendicularly from a top wall 85. Preferably, the interior surfaces formed by the walls 84, 85, and 86 are coated with the same diffusive reflective material as the surface 57 and the surfaces 65. Additionally, the end walls 84 and 86 are sized so that the top wall 85 abuts the tops of the post-shaped guide members 60.

With reference to FIGS. 9 and 10, a preferred embodiment of the illumination device 40 further comprises the heat sink 42 which is configured to be coupled to the light guide 44, as described more fully below. In the illustrated embodiment, the heat sink 42 comprises a substantially flat base portion 96 and a pair of opposed side walls 98a and 98b (referred to collectively as "side walls 98") that extend upwardly along opposite end edges of the base portion 96. As best shown in FIG. 9, the base portion 96 of the heat sink 42 is substantially rectangular-shaped, and is approximately the same size as the planar member 56.

As shown in FIG. 10, the side walls 98 are bent so as to define a pair of opposed concave portions 102 adjacent the intersections of the side walls 98 with the base portion 96 of the heat sink 42. A pair of opposed convex portions 104 of the end walls 98 are formed above the concave portions 102. The side walls 98a and 98b preferably define a space therebetween that is sized to snugly receive the light guide 44. The heat sink 42 preferably comprises a material that readily absorbs heat and that is highly heat conductive, such as copper.

FIGS. 11 and 12 show the illumination device 40 in an assembled state. As best shown in FIG. 12, the light guide 44 is positioned within the heat sink 42 such that the planar member 56 of the light guide 44 is in a spaced parallel relationship to the base portion 96 of the heat sink 42. As best shown in FIG. 4, a set of legs 72 extend downwardly from the bottom surface 58 of the planar member 56. In the illustrated embodiment, two legs 72 are located near opposite corners of the planar member 56. However, the size, position, and number of legs 72 may be varied. With reference to FIG. 12, the legs 72 of the light guide 44 extend through apertures in the base portion 96 of the heat sink 42. The protruding ends of the legs 72 are used as reference points to facilitate alignment of the illumination device 40 during assembly.

With reference to FIGS. 11 and 12, an LED strip 51 is positioned between each of the side edges 62 of the light guide 44 and each of the side walls 98 of the heat sink 44. The LED strips 51 are preferably oriented so that an LED 50 is disposed at each of the mouths 71 of the spaces 70 between the guide members 60. The bent side walls 98 of the heat sink 42 causes the convex portions 104 (FIG. 10) of the side walls 98 to exert pressure against the LED strips 51 to thereby maintain a strong mechanical contact between the heat sink 42 and the LED strips 51. This facilitates the transfer of heat from the LEDs 50 to the heat sink 42. The pressure that the side walls 98 exert against the LED strips 51 is also transferred to the light guide 44 to thereby provide a slight biasing force of the guide members 60 on the waveguide 46 to inhibit the various components of the illumination device 40 from falling apart.

With reference to FIGS. 11 and 12, the waveguide 46 is mounted on the light guide 44 such that the bottom surface 92 of the waveguide 46 is juxtaposed with the top surface 57 of the light guide 44. As mentioned, the side surfaces 94a and 94b of the waveguide 46 preferably abut the apexes 66a and 66b, respectively, of the guide members 60. The cover 48 (shown in phantom lines) is mounted over the periphery

6,134,092

7

of the waveguide 46 with the aperture 82 preferably aligned midway between the apexes 66a and 66b.

In operation, the LEDs 50 are energized to introduce light into the waveguide 46. Preferably, the LEDs emit light having a wavelength in the range of 400 nm to 700 nm. The portion of the diffusive reflective top surface 57 between the diffusive reflective surfaces 65, together with the diffusive reflective interior surface of the top wall 85 of the frame 80, and the diffusive reflective side surfaces 65 of the guide members 60 form a series of diffusive reflective air filled cavities that confine the emitted light and inject it into the side surfaces 94 of the waveguide 46. Advantageously, the guide members 60 facilitate a uniform distribution of light from the point light sources into a peripheral portion (FIG. 13) of the waveguide 46, adjacent to the cavities.

FIG. 13 is an enlarged top view of a pair of the guide members 60 with an LED 50 positioned at the mouth 71 of a cavity comprising a space 70 between the guide members 60. Light rays from the LED 50 are represented by dashed lines. As shown, light rays emitted laterally from the LED 50 impinge the diffusive reflective side surfaces 65 of the guide members 60. The angled side surfaces 65 reflect the light rays into the waveguide 46. This reflected light fills the regions between adjacent LEDs 50 to thereby provide a relatively uniform distribution of light injection from the LED 50 into the peripheral portion 93 of the waveguide 46. The plurality of LEDs 50 along the length of the side surfaces 94 of the waveguide 46 thus provide a more or less uniform illumination profile along the peripheral portion 93 of the waveguide 46 adjacent the cavities 70.

Once injected into the waveguide 46, the light is guided towards the center of the aperture 82. The diffusive reflective surfaces, including the diffusive reflective top surface 57 of the light guide 44 and the diffusive reflective end surfaces 95 of the waveguide 46, mix the light to facilitate a uniform distribution across the aperture 82. The light eventually achieves the correct angles of incidence to exit the waveguide 46 through the top surface 90 and out of the aperture 82 in the cover 48. As shown in FIG. 1B, the illumination device 40 is juxtaposed with the LCD display 36 so that the light exiting the illumination device 40 backlights the LCD display 36.

Referring to FIG. 13A, in another embodiment, the waveguide 46 may be configured to include v-shaped grooves. The edges of the waveguide 46 (between the top and bottom surfaces thereof) may be coated with a diffusive reflective material to form diffusive reflective surfaces 67 within the v-shaped grooves. The LEDs 60 may be recessed into respective notches in the waveguide on flats between the v-shaped grooves. The diffusive reflective surfaces 67 on the waveguide material provide the same function as the diffusive reflective surfaces 65 of the guide members 60 (discussed above), thereby permitting the guide members 60 to be eliminated if desired. The portions of the waveguide material between the v-shaped grooves thus provide a series of diffusive reflective cavities 69 which uniformly illuminate the peripheral portion 93 of the waveguide that is adjacent the cavities 69. Although formed of transparent solid material, the cavities 69 function in substantially the same manner as the air-filled cavities 70 shown in FIG. 13.

Referring to FIG. 12, the top surface 90 of the waveguide 46 may be covered with an angular spectrum restrictor 108 that restricts the output radiation pattern from the aperture 82 of the cover 48 to a predetermined range of angles (in this context, the term "spectrum" is used in the sense of an angular spectrum rather than a wavelength spectrum). The

8

angular spectrum restrictor 108 comprises a planar micro-replicated optical structure, such as a holographic diffuser, binary diffractive diffuser, or array of microlenses or prisms. In the preferred embodiment, the angular spectrum restrictor 108 comprises a brightness enhancing film (BEF) which, in addition to restricting the output spectrum, enhances the intensity of the illumination from the illumination device 40.

The BEF 108 is preferably placed in physical contact with a diffuser 110 to collectively form a light quality enhancing apparatus 112. In FIG. 12, the thickness of and spacing between the BEF 108 and the diffuser 110 is shown only for clarity of illustration. Preferably, the diffuser 110 is disposed between the BEF 108 and the waveguide 46 and in contact with the waveguide 46. The diffuser 110 desirably removes the effect of residual nonuniformities, such as cosmetic imperfections, in the surfaces of the waveguide 46. The diffuser 110 may comprise a translucent material, typi-cally a thin plastic surface or volume diffuser, both of which are characterized by very low absorption and minimum energy losses. The diffuser 110 may be supplemented or replaced with a groove or scratching pattern on the top surface 90 that is formed by abrading the top surface 90 of the waveguide 46 with an abrasive, such as sandpaper. The abrading is preferably non-uniform such that the density of the scratches or grooves increase with distance from the light-emitting diodes 50.

As mentioned above, the BEF 108 restricts output illu-mination within defined boundary lines and also increases the brightness of the light exiting the aperture 82. In the preferred embodiment, the BEF 108 is a commercially available thin film having linear pyramidal structures, such as 3M model 90/50 film. The BEF transmits only those light rays from the waveguide that satisfy certain incidence angle criteria with respect to the top surface 90 of the waveguide 46. All other light rays are reflected back into the waveguide 46 toward the bottom, side, or end surfaces 92, 94, and 95 respectively, where they are reflected. In effect, the reflected rays are "recycled" until they are incident on the BEF 108 at an angle which permits them to pass through the BEF 108.

As is well known, a BEF, such as the BEF 108, concen-trates illumination within boundaries defined by a pair of mutually inclined planes (which in cross-section form a "V") and does not provide concentration in the orthogonal direction. In some applications of the invention, it is pref-erable to concentrate the illumination within two orthogonal directions, and for such applications, a second BEF oriented orthogonally to the first BEF, may be included. With two crossed BEFs, the emission from the waveguide will be within boundaries resembling a truncated inverted cone. As is conventional in the art, the boundaries are defined by the full-width, halfmaximum (FWHM) of the optical intensity. By way of example, the boundaries of the cone may be inclined relative to a line normal to the top surface 90 by an angle of no more than about 35 degrees, in which case the illumination will be visible only within viewing angles of 35 degrees or less.

As mentioned, the heat sink 42 greatly improves the efficiency of the illumination device 40 by absorbing and dispersing heat generated by the LEDs 50. Light-emitting diodes typically undergo a significant decrease in light output over time after being initially energized. This is a result of the relatively high build-up of heat in the LED, which is caused by the relatively small thermal mass of a typical LED. FIG. 13 is a graph illustrating the light emitted by the illumination device 40 as a function of time. The solid line represents the light output of the illumination device utilized without the heat sink 40. After an initial illumination

6,134,092

9

of $I_o$ at energization, the LED typically undergoes a 25% decrease in light output after 60 seconds. The light output of the LED then gradually decreases over time until it reaches equilibrium after about 5 minutes with no heat sinking.

The dashed line of FIG. 14 represents the light output of the illumination device 40 when used with the heat sink 42. Advantageously, the heat sink 42 absorbs heat from the LEDs so that the there is significantly less decrease in light output over time. The thermal equilibrium of the illumination device 40 is thus improved when the heat sink 42 is incorporated in the illumination device 40. Typically, a device utilizing the heat sink 42 provides a 25% to 30% increase in light output (measured in foot lamberts or candela per square meter) over an illumination device 40 that does not use the heat sink 42.

Although the foregoing description of the preferred embodiment of the preferred invention has shown, described, and pointed out certain novel features of the invention, it will be understood that various omissions, substitutions, and changes in the form of the detail of the apparatus as illustrated as well as the uses thereof, may be made by those skilled in the art without departing from the spirit of the present invention. Consequently, the scope of the present invention should not be limited by the foregoing discussion, which is intended to illustrate rather than limit the scope of the invention.

What is claimed is:

1. An illumination device, comprising:

a waveguide having a peripheral portion;

a series of point light sources mounted in spaced relationship adjacent the peripheral portion of the waveguide;

a series of diffusive reflective surfaces adjacent the peripheral portion of the waveguide and between pairs of said point light sources, the diffusive reflective surfaces oriented relative to the series of point light sources and the waveguide so as to introduce light in regions of said waveguide between pairs of said point light sources whereby the peripheral portion of the waveguide is substantially uniformly illuminated.

2. The device of claim 1, wherein the diffusive reflective surfaces comprise a series of posts mounted in a spaced relationship adjacent the peripheral portion of the waveguide.

3. The device of claim 2, wherein each of the posts have triangular cross-section.

4. The device of claim 1, wherein the diffusive reflective surfaces are oriented at an angle of approximately 45° relative to the peripheral portion of the waveguide.

5. The device of claim 1, wherein the series of point light sources comprise light-emitting diodes mounted on an electrical-conductive strip of material.

6. The device of claim 1, additionally comprising a heat sink coupled to the series of point light sources.

7. The device of claim 1, wherein the waveguide comprises a top surface having an optical output area through which light exits the waveguide.

8. The device of claim 7, additionally comprising an angular spectrum restrictor proximate the top surface of the waveguide to enhance the brightness of the light exiting the waveguide.

9. The device of claim 8, additionally comprising a diffuser between the angular spectrum restrictor and the top surface of the waveguide.

10

10. The device of claim 9, wherein the diffuser comprises a series of scratches arranged in a non-uniform pattern on the top surface of the waveguide.

11. The device of claim 1, wherein the diffusive reflective surfaces have a reflectivity of at least approximately 90%.

12. An illumination device, comprising:

a series of diffusive reflective optical cavities formed by diffusive reflective surfaces, each of said cavities having an entry mouth sized to receive a point light source and an exit mouth;

a point light source mounted at each of the entry mouths;

a pair of surfaces forming a waveguide, said waveguide having a peripheral portion extending along the exit mouths of said diffusive reflective optical cavities.

13. The device of claim 12, wherein the diffusive reflective surfaces comprise diffusive reflective posts mounted adjacent the peripheral edge of the waveguide.

14. The device of claim 13, wherein the posts have a triangular-shaped cross-section.

15. The device of claim 12, additionally comprising a heat sink coupled to the point light sources.

16. The device of claim 12, wherein each of the optical cavities are funnel-shaped such that the exit mouth is larger than the entry mouth.

17. An illumination device, comprising:

an optical cavity having an output aperture;

a series of diffusive reflective optical cavities each substantially smaller than said optical cavity and having an exit mouth disposed along a side of said optical cavity;

a series of point sources of light mounted to emit light into said series of diffusive reflective optical cavities, respectively, whereby light is injected from said exit mouths into a peripheral portion of said optical cavity.

18. The device of claim 17, wherein said optical cavity comprises a waveguide.

19. The device of claim 18, wherein said series of diffusive reflective optical cavities are formed by a series of posts disposed in a side-by-side relationship along said side of said optical cavity.

20. The device of claim 17, wherein the point sources of light comprise light-emitting diodes.

21. An illumination device, comprising:

an optical cavity formed by diffusive reflective surfaces, said cavity having an output region through which light exits said cavity;

a plurality of guide members formed by diffusive reflective surfaces, the guide members positioned along a periphery of the optical cavity such that spaces are defined between each of the guide members, each of the spaces having an entry mouth spaced from the periphery of the optical cavity and an exit mouth wider than the entry mouth and adjacent the periphery of the optical cavity; and

a light source mounted at the entry mouths of each of the spaces between the guide members.

22. The device of claim 21, additionally comprising an angular spectrum restrictor proximate the output region of the optical cavity.

23. The device of claim 22, additionally comprising a diffuser adjacent the angular spectrum restrictor.

24. The device of claim 21, wherein each of the guide members have a triangular cross-section.

6,134,092

11

**25**. The device of claim **21**, wherein the guide members comprise a set of diffusive reflective surfaces disposed at an angle of approximately 45° relative to a peripheral edge of the waveguide.

**26**. A method of illuminating a waveguide, comprising:

confining light emitted by a first point light source by using diffusive reflective surfaces to reflect the light;

repeating said confining for additional point light sources;

spatially arranging all of the confined light to substantially uniformly illuminate a peripheral portion of said waveguide.

12

**27**. The method of claim **26**, additionally comprising coupling a heat sink to the point light sources to absorb heat therefrom.

**28**. The method of claim **26**, additionally comprising orienting the diffusive reflective surfaces at an angle of approximately 45° relative to the edge of the waveguide.

**29**. The method of claim **26**, additionally comprising mounting the point light sources in a side-by-side, spaced relationship along the peripheral portion of the waveguide.

\*   \*   \*   \*   \*

# EXHIBIT  B

US007280179B2

(12) **United States Patent**
Hsu et al.

(10) Patent No.: **US 7,280,179 B2**
(45) Date of Patent: **Oct. 9, 2007**

(54) **LIQUID CRYSTAL DISPLAY CELL AND METHOD FOR MANUFACTURING THE SAME**

(75) Inventors: **Hsin-Yi Hsu**, Tainan County (TW); **Shang-Tai Tsa**, Tainan County (TW)

(73) Assignee: **CHI MEI Optoelectronics Corp.**, Tainan County (TW)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 113 days.

(21) Appl. No.: **10/921,508**

(22) Filed: **Aug. 19, 2004**

(65) **Prior Publication Data**

US 2005/0094084 A1    May 5, 2005

(30) **Foreign Application Priority Data**

Nov. 3, 2003    (TW) ............................. 92130636 A

(51) **Int. Cl.**
*G02F 1/1339*    (2006.01)

(52) **U.S. Cl.** ...................... **349/153**; 349/190; 349/187

(58) **Field of Classification Search** ................ 349/153, 349/190, 187, 189
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

6,674,507 B2 * 1/2004 Yoshizoe ................... 349/190

6,822,725 B2 * 11/2004 Choo et al. ................. 349/187
2002/0012094 A1 * 1/2002 Suzuki ....................... 349/153

FOREIGN PATENT DOCUMENTS

JP        2002122870        4/2002

* cited by examiner

*Primary Examiner*—David Nelms
*Assistant Examiner*—(Nancy) Thanh-Nhan Nguyen
(74) *Attorney, Agent, or Firm*—Thomas, Kayden, Hortemeyer & Risley

(57)        **ABSTRACT**

A liquid crystal display cell and a method for manufacturing the same are disclosed. The method includes the following steps. First, a sealing member including a main portion enclosing a display region and a protrusion part extending from the main portion is formed. Then, a liquid crystal material is dispensed upon one of a pair of substrates, and then one substrate is superposed upon the other substrate so as to perform alignment and assembly processes. After the sealing member is cured, the pair of substrates is cut thereby obtaining the liquid crystal display cell. The sealing member is formed by starting application of a sealing material to either one of a pair of substrates from a position outside of the display region toward the display region to form the protrusion part of the sealing member, and continuing the application of the sealing material along the display region to form the main portion of the sealing member.

**19 Claims, 5 Drawing Sheets**





# FIG. 1

FIG. 2



FIG. 3



FIG. 4

Case 1:08-cv-00355-JJF     Document 81-3     Filed 06/12/2008     Page 7 of 11



FIG. 5

US 7,280,179 B2

**1**

## LIQUID CRYSTAL DISPLAY CELL AND METHOD FOR MANUFACTURING THE SAME

### BACKGROUND OF THE INVENTION

1. Field of the Invention

The present invention generally relates to a liquid crystal display device, and more particularly relates to a liquid crystal display device manufactured by one drop fill (ODF) process and a method for manufacturing the same.

2. Description of the Related Art

Generally, conventional liquid crystal display (LCD) devices include a light source and a LCD cell and control the transmission of light by utilizing the birefringence characteristic of liquid crystal thereby displaying variety of images. In a process of making LCD panels, two substrates are generally assembled together as a cell by a sealing material with only an injection hole left thereof, and then a liquid crystal material is injected into the cell gap formed between the two substrates. Finally, the injection hole of the cell is sealed.

There has been a new technique recently provided in which a liquid crystal material is dispensed upon a substrate and the other substrate is covered thereupon. This technique greatly reduces the steps of a process of making LCD panels and improves manufacturing efficiencies. More specifically, the one drop fill (ODF) method includes the following steps. First, a sealant is applied to the whole periphery of one of a pair of substrates so as to form a sealing member and then a liquid crystal material is dispensed upon one of the pair of substrates. After the dispensing step, one substrate is superposed upon the other one and then the sealing member is to be cured. It should be noted that, in this method, a pure thermosetting sealant can not be used in the step of dispensing the liquid crystal material before the two substrates are sealed. Accordingly, the sealant for forming the sealing member is preferably a radiation-curable adhesive (e.g. an ultraviolet-curable adhesive).

Compared to the vacuum injection method widely utilized in making LCD cells, the one drop fill (ODF) method can greatly reduce the manufacturing cost of LCD cells and improve the yield rate due to following reasons. First, the ODF method can reduce the usage amount of liquid crystal material. Secondly, it can also reduce the time for liquid crystal material injection. Therefore, there exists a strong necessity of applying the ODF method to the process of manufacturing LCD cells.

However, in the ODF method, the sealing member formed before the liquid crystal material being dispensed is required to fully enclose a display region of one substrate without leaving any opening thereof. When the sealing member is formed by an application manner, it is designed to have an overlapping segment between the initial end and the final end of the sealant so as to ensure that the formed sealing member can fully enclose the display region. However, the usage amount of the sealant for forming this overlapping segment is generally more than that for forming other parts. Besides, at the beginning of applying the sealant, the applied amount of the sealant is not easily controlled resulting in that the applied amount of the initial end being too large. Therefore, after dispensing the liquid crystal material and superposing the two substrates, the shape of the initial end of the sealant is usually larger than its predetermined size and thus overlapped by a light-shielding matrix of the substrate. Consequently, in the step of curing the sealing member by a radiation (e.g. ultraviolet), the part of the

**2**

sealant covered (overlapped) by the light-shielding matrix will not be completely cured due to not obtaining rays from the radiation. Further, the uncured part of the sealant will react with the liquid crystal material and thus adversely affect the performance of the liquid crystal material.

Accordingly, in order to ensure that the sealing member can be completely cured so as not to react with the liquid crystal material, the distance between the sealing member and the part of the light-shielding matrix that causes a light-blocking effect should be kept larger. It signifies that the area outside the display region of an LCD panel should be increased or that the area of the display region should be reduced in an LCD panel having a fixed size. However, these significations are apparently not the trend of developing liquid crystal displays.

Accordingly, the present invention provides a liquid crystal display that can overcome or at least improve the above-mentioned problem situations.

### SUMMARY OF THE INVENTION

Therefore, it is an object of the present invention to provide a manufacturing method for sealing a liquid crystal material between two substrates by utilizing one drop fill (ODF) process, which can overcome or at least improve the above-mentioned problem situations.

In order to achieve above-mentioned and other objectives, the present invention provides a method for manufacturing liquid crystal display (LCD) cells that comprises the following steps. First, a sealing member including a main portion enclosing a display region and a protrusion part extending from the main portion is formed. Then, a liquid crystal material is dispensed upon one of a pair of substrates, and then one substrate is superposed upon the other substrate so as to perform alignment and assembly processes. After the sealing member is cured, the pair of substrates is cut thereby obtaining the LCD cells. The sealing member is formed by starting application of a sealing material to either one of a pair of substrates from a position outside the display region toward the display region to form the protrusion part of the sealing member, and continuing the application of the sealing material along the display region to form the main portion of the sealing member.

The LCD cell obtained through above-mentioned method comprises a pair of substrates, a liquid crystal layer sandwiched between the pair of substrates and a sealing member disposed between and at the periphery of the pair of substrates for fixing one of the substrates to the other, wherein the sealing member has a main portion enclosing a display region and a protrusion part extending from the main portion. Besides, the present invention also provides a liquid crystal display device having the LCD cell.

The present method for manufacturing LCD cells can keep the initial end of a sealing member, which is generally formed by a great amount of sealing material, away from the display region and thus more accurately control the width of the sealing member especially in the overlapping area of the sealing member and a light-shielding matrix such that the sealing member is not overlapped with the light-shielding matrix. Since the width of the sealing member can be accurately controlled, the formed sealing member can avoid overlapping with the light-shielding matrix without keeping a larger distance between the sealing member and the part of the light-shielding matrix that causes a light-blocking effect.

US 7,280,179 B2

3

## BRIEF DESCRIPTION OF THE DRAWINGS

Other objects, advantages, and novel features of the invention will become more apparent from the following detailed description when taken in conjunction with the accompanying drawings.

FIG. 1 is a partially sectional view of a liquid crystal display cell according to one embodiment of the present invention.

FIGS. 2 to 4 illustrate the main steps of method for manufacturing liquid crystal display cells according to one embodiment of the present invention.

FIG. 5 is an exploded view of a liquid crystal display device according to one embodiment of the present invention.

## DESCRIPTION OF THE PREFERRED EMBODIMENT

FIGS. 1 and 4 illustrate a liquid crystal display (LCD) cell 100 according to one embodiment of the present invention. Referring to FIG. 1, the LCD cell 100 includes a substrate 102, a substrate 104, a liquid crystal layer 106 sandwiched between the two substrates 102, 104 and a sealing member 110 (see FIG. 4) for sealing the liquid crystal layer 106. The liquid crystal layer 106 of the LCD cell 100 is formed by a one drop fill (ODF) method.

Referring to FIG. 1, the substrate 102 is a color filter (CF) substrate which is provided with a plurality of color filter areas 112 (only one is shown in FIG. 1), a light-shielding matrix 114 disposed between two adjacent color filter areas 112 and a transparent electrode 116 substantially coving the whole surface of the substrate 102. The substrate 104 is a thin film transistor (TFT) substrate which is provided with a plurality of parallel data lines (not shown), a plurality of parallel gate lines (not shown), a plurality of thin film transistors 118 each disposed at the intersection of each data line and each gate line and a plurality of pixel electrodes each disposed at the area defined by two adjacent gate lines and two adjacent data lines and opposite to each color filter area 112 of substrate 102. The LCD cell 100 has a display region 122 (see FIG. 4) such that the pixel electrodes 120 and the color filter areas 112 are substantially arranged within the display region 122.

Referring to FIG. 4, the sealing member 110 is disposed between and at the periphery of the substrate 102, 104 for fixing the substrate 102 to the substrate 104 and sealing the liquid crystal layer 106. The sealing member 110 has a main portion 110a enclosing the display region 122 and a protrusion part 110b extending from the main portion 110a wherein the liquid crystal layer 106 is formed within the display region 122 enclosed by the main portion 110a. The main portion 110a, for example, is a sealing element that is rectangular in shape or at least has four side walls.

It should be understood that the pair of substrates of the LCD cell can also be a color filter on array (COA) substrate and a counter substrate having a common electrode respectively. Besides, the pair of substrates of the LCD cell can also be an in-plane switching mode TFT substrate and a counter substrate.

Referring to FIGS. 2 to 4, the sealing member 110 is formed by following steps. Referring to FIGS. 2 and 3, first, an injector 202 is used to dispense a sealing material (or sealant) 204 on a glass substrate 206. It should be understood that a large glass substrate 206 can be used for manufacturing more than one LCD cells 100 at the same time in order to improve manufacturing efficiencies. The

4

injector 202 has a needle 202a, and the sealing material 204 contained within the injector 202 is squeezed out through the needle 202a by pressurizing a gas (e.g. Nitrogen) and then applied on the glass substrate 206. Since the sealing material 204 is squeezed by gas pressure, the applied amount of the sealing material 204 is not easily controlled such that the initial end 208 of the sealing member 110 is not uniform in size. More specifically, since the gas pressure at the beginning should be increased till a level greater than that which can start applying the sealing material 204, the applied amount of the sealing material 204 at the initial end 208 is uncontrollably over-applied. Therefore, the present invention provides a novel applying method. Referring to FIG. 2, the needle 202a of the injector 202 is set to a position outside the display region 122 for starting to apply the sealing material 204, and then the sealing material 204 is applied toward the display region 122 to form the protrusion part 110b of the sealing member 110. Referring to FIG. 3, the sealing material 204 is then continued being applied along the display region 122 according to the arrow direction till forming a small overlapping area 210, thereby enclosing the display region 122 and thus forming the main portion 110a of the sealing member 110. Preferably, the main portion 110a and the protrusion part 110b of the sealing member 110 are formed at a time. Accordingly, the initial end 208 of the sealing material 204 can be kept away from the display region 122 such that the width and volume of the sealing member, especially the overlapping area 210, can be more accurately controlled and the formed sealing member 110 is not overlapped with the light-shielding matrix 114 (see FIG. 1).

In the next step, a liquid crystal material is dispensed upon the glass substrate 206. Then, the other glass substrate (not shown) is superposed upon the glass substrate 206. In this stage, the liquid crystal material is enclosed by the main portion 110a of the sealing member 110 so as to form the liquid crystal layer 106.

After curing the sealing member 110 for fixing the substrate 206 to the other substrate (not shown), the pair of substrates is cut along a cutting line 212 (see FIG. 3). It should be noted that the cutting line 212 is preset outside the display region 122 and selectively across the protrusion part 110b of the sealing member 110. After the cutting step, a plurality of LCD cells 100 (see FIG. 4) can be obtained. It should be understood that the substrate 102 or substrate 104 can be one of plurality of substrates on a pair of mother glasses.

It should be noted that, in the present method, a pure thermosetting sealant can not be used in the step of dispensing the liquid crystal material before the two substrates are sealed. Accordingly, the sealing material for forming the sealing member 110 is preferably a radiation-curable adhesive (e.g. an ultraviolet-curable adhesive).

The LCD cell provided by the present invention can be used in a LCD device as shown in FIG. 5. The LCD device 500 includes the LCD cell 100, a light source (backlight device) 502 disposed under the LCD cell 100 for illuminating the LCD cell 100 and a frame 504 connecting to the backlight device 502, thereby assembling the LCD cell 100 and the backlight device 502 together to form the LCD device 500. The LCD device 500 further includes two printed circuit boards 506 and 508 which transmit control and driving signals to the LCD cell 100 through tape carrier packages (TCP) 510.

The method for manufacturing LCD cells provided by the present invention can utilize ODF method with low cost and time saving to form the liquid crystal layer and also can

US 7,280,179 B2

5

accurately control the width of the sealing member especially in the overlapping area of the sealing member and the light-shielding matrix. Therefore, the formed sealing member can surely avoid overlapping with the light-shielding matrix without keeping a larger distance between the sealing member and the part of the light-shielding matrix that causes a light-blocking effect.

Although the preferred embodiments of the invention have been disclosed for illustrative purposes, those skilled in the art will appreciate that various modifications, additions and substitutions are possible, without departing from the scope and spirit of the invention as disclosed in the accompanying claims.

What is claimed is:

**1**. A method for manufacturing a liquid crystal display cell comprising the following steps:

forming a sealing member having a main portion enclosing a display region and a protrusion part extending from the main portion wherein the sealing member is formed by the following steps:

applying a sealing material to either one of a pair of substrates from a position outside of the display region toward the display region to form the protrusion part of the sealing member; and

continuing applying the sealing material along the display region to form the main portion of the sealing member, wherein positions of an initial end and an overlapping area within the sealing member are different and the overlapping area extends along one side of the display region;

dispensing a liquid crystal material upon one of the pair of substrates;

superposing one of the pair of substrates upon the other one such that the liquid crystal material is enclosed by the sealing member;

curing the sealing member;

cutting the pair of substrates to obtain the liquid crystal display cell.

**2**. The method for manufacturing a liquid crystal display cell according to claim **1**, wherein the sealing material is a radiation-curable adhesive.

**3**. The method for manufacturing a liquid crystal display cell according to claim **1**, wherein one of the pair of substrates has a light-shielding matrix, and the sealing member is not overlapped with a vertical projected area of the light-shielding matrix.

**4**. The method for manufacturing a liquid crystal display cell according to claim **1**, wherein the cutting step proceeds along a cutting line of the pair of substrates, and the cutting line is across the protrusion part of the sealing member.

**5**. A liquid crystal display cell comprising:

a first substrate;

a second substrate;

a liquid crystal layer sandwiched between the first substrate and the second substrate; and

a sealing member disposed between the first and second substrates for fixing the first substrate to the second substrate, wherein the sealing member has a main portion enclosing a display region and a protrusion part extending from the main portion and the sealing member is formed by the following steps:

applying a sealing material to either one of a pair of substrates from a position outside of the display region toward the display region to form the protrusion part of the sealing member; and

continuing applying the sealing material along the display region to form the main portion of the sealing

6

member after forming the protrusion part, wherein positions of an initial end and an overlapping area within the sealing member are different and the overlapping area extends along one side of the display region.

**6**. The liquid crystal display cell according to claim **5**, wherein the sealing material is a radiation-curable adhesive.

**7**. The liquid crystal display cell according to claim **5**, wherein the first substrate has a light-shielding matrix, and the sealing member is not overlapped with a vertical projected area of the light-shielding matrix.

**8**. A liquid crystal display device including at least a backlight module and a liquid crystal display cell, wherein the liquid crystal display cell comprises:

a first substrate;

a second substrate;

a liquid crystal layer sandwiched between the first substrate and the second substrate; and

a sealing member disposed between the first and second substrates for fixing the first substrate to the second substrate, wherein the sealing member has a main portion enclosing a display region and a protrusion part extending from the main portion and the sealing member is formed by the following steps:

applying a sealing material to either one of a pair of substrates from a position outside of the display region toward the display region to form the protrusion part of the sealing member; and

continuing applying the sealing material along the display region to form the main portion of the sealing member after forming the protrusion part, wherein positions of an initial end and an overlapping area within the sealing member are different and the overlapping area extends along one side of the display region.

**9**. The liquid crystal display device according to claim **8**, wherein the sealing material is a radiation-curable adhesive.

**10**. The liquid crystal display device according to claim **8**, wherein the first substrate has a light-shielding matrix, and the sealing member is not overlapped with a vertical projected area of the light-shielding matrix.

**11**. A liquid crystal display cell comprising:

a first substrate;

a second substrate;

a sealing member disposed between the first and second substrates for fixing the first substrate to the second substrate, wherein the sealing member has a main portion enclosing a display region and only a protrusion part extending from the main portion, wherein positions of an initial end and an overlapping area within the sealing member are different and the overlapping area extends along one side of the display region; and

a liquid crystal layer sandwiched between the first substrate and the second substrate and formed within the display region enclosed by the main portion of the sealing member.

**12**. The liquid crystal display cell according to claim **11**, wherein the main portion has at least four side walls.

**13**. The liquid crystal display cell according to claim **12**, wherein the main portion is rectangular in shape.

**14**. The liquid crystal display cell according to claim **11**, wherein the first substrate has a light-shielding matrix, and the sealing member is not overlapped with a vertical projected area of the light-shielding matrix.

**15**. A liquid crystal display device including at least a backlight module and a liquid crystal display cell, wherein the liquid crystal display cell comprises:

US 7,280,179 B2

7

a first substrate;

a second substrate;

a sealing member disposed between the first and second substrates for fixing the first substrate to the second substrate, wherein the sealing member has a main portion enclosing a display region and only a protrusion part extending from the main portion, wherein positions of an initial end and an overlapping area within the sealing member are different and the overlapping area extends along one side of the display region; and

a liquid crystal layer sandwiched between the first substrate and the second substrate and formed within the display region enclosed by the main portion of the sealing member.

8

**16**. The liquid crystal display device according to claim **15**, wherein the first substrate has a light-shielding matrix, and the sealing member is not overlapped with a vertical projected area of the light-shielding matrix.

**17**. The liquid crystal display device according to claim **15**, wherein the main portion has at least four side walls.

**18**. The liquid crystal display device according to claim **17**, wherein the main portion is rectangular in shape.

**19**. The liquid crystal display device according to claim **15**, wherein the width of the protrusion part is substantially the same width as the main portion enclosing the display region.

* * * * *