IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CHI MEI OPTOELECTRONICS CORPORATION and CHI MEI OPTOELECTRONICS USA, INC., <br><br> Plaintiff, <br><br> v. <br><br> LG DISPLAY CO., LTD. and LG DISPLAY AMERICA, INC. <br><br> Defendants. | C. A. No. 08-355 (UNA) |

NOTICE OF RELATED ACTIONS

PLEASE TAKE NOTICE, in the absence of a civil cover sheet in this transferred case, of two related actions pending in this Court, namely *LG Display Co., Ltd. v. v. Chi Mei Optoelectronics Corporation, et al.*, C.A. No. 06-726-JJF and *AU Optronics Corporation v. LG Display Co., Ltd.*, C.A. No. 07-357-JJF.

June 16, 2008                                       BAYARD, P.A.

OF COUNSEL:

Gaspare J. Bono
Matthew T. Bailey
R. Tyler Goodwyn
Lora A. Brzezynski
Cass W. Christenson
McKenna Long & Aldridge LLP
1900 K Street, NW
Washington, DC 20006
(202) 496-7500

/s/ Richard D. Kirk (rk0922)
Richard D. Kirk (rk0922)
Ashley B. Stitzer (as3891)
222 Delaware Avenue, Suite 900
Wilmington, Delaware  19899-5130
rkirk@bayardfirm.com
astitzer@bayardfirm.com
(302) 655-5000
Counsel for defendants
LG DISPLAY CO., LTD. and
LG DISPLAY AMERICA, INC.