IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CHI MEI OPTOELECTRONICS CORPORATION and CHI MEI OPTOELECTRONICS USA, INC., <br><br> Plaintiffs, <br><br> v. <br><br> LG DISPLAY CO., LTD. and LG DISPLAY AMERICA, INC., <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 08-355-JJF |

**NOTICE OF SERVICE**

PLEASE TAKE NOTICE that, on June 26, 2008, true and correct copies of the following document were served on the following counsel of record at the addresses and in the manner indicated:

CHI MEI OPTOELECTRONICS USA, INC.'S FIRST SET OF INTERROGATORIES (NO. 1)
TO DEFENDANT

| **BY HAND DELIVERY AND EMAIL** | **BY E-MAIL** |
|---|---|
| Richard E. Kirk, Esq. <br> Ashley Blake Stitzer, Esq. <br> The Bayard Firm <br> 222 Delaware Avenue <br> Suite 900 <br> P.O. Box 25130 <br> Wilmington, DE  19899 <br> rkirk@bayardfirm.com <br> astitzer@bayardfirm.com | Gaspare J. Bono, Esq. <br> Matthew T. Bailey, Esq. <br> Lora A. Brzezynski, Esq. <br> Cass W. Christenson, Esq. <br> R. Tyler Goodwyn, IV, Esq. <br> McKenna Long & Aldridge LLP <br> 1900 K Street, NW <br> Washington, DC 20006 <br> gbono@mckennalong.com <br> mbailey@mckennalong.com <br> lbrzezynski@mckennalong.com <br> cchristenson@mckennalong.com <br> tgoodwyn@mckennalong.com |

OF COUNSEL:

Jonathan S. Kagan
Alexander C. D. Giza
Irell & Manella LLP
1800 Avenue of the Stars
Los Angeles, CA 90067
(310) 277-1010

Dated: June 26, 2008
871745

POTTER ANDERSON & CORROON LLP

By: /s/ Philip A. Rovner
    Philip A. Rovner (#3215)
    Hercules Plaza
    P. O. Box 951
    Wilmington, DE  19899
    (302) 984-6000
    provner@potteranderson.com

*Attorneys for Plaintiffs*
*Chi Mei Optoelectronics Corporation and*
*Chi Mei Optoelectronics USA, Inc.*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

### CERTIFICATE OF SERVICE

I, Philip A. Rovner, hereby certify that on June 26, 2008, the within document was filed with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following; that the document was served on the following counsel as indicated; and that the document is available for viewing and downloading from CM/ECF.

### BY CM/ECF, HAND DELIVERY AND E-MAIL

Richard E. Kirk, Esq.
Ashley Blake Stitzer, Esq.
The Bayard Firm
222 Delaware Avenue
Suite 900
P.O. Box 25130
Wilmington, DE 19899
rkirk@bayardfirm.com
astitzer@bayardfirm.com

I hereby certify that on June 26, 2008 I have sent by E-mail the foregoing document to the following non-registered participants:

Gaspare J. Bono, Esq.
Matthew T. Bailey, Esq.
Lora A. Brzezynski, Esq.
Cass W. Christenson, Esq.
R. Tyler Goodwyn, IV, Esq.
McKenna Long & Aldridge LLP
1900 K Street, NW
Washington, DC 20006
gbono@mckennalong.com; mbailey@mckennalong.com
lbrzezynski@mckennalong.com; cchristenson@mckennalong.com
tgoodwyn@mckennalong.com

/s/ Philip A. Rovner
Philip A. Rovner (#3215)
Potter Anderson & Corroon LLP
Hercules Plaza
P. O. Box 951
Wilmington, DE 19899
(302) 984-6000
provner@potteranderson.com