UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| CHI MEI OPTOELECTRONICS CORPORATION and CHI MEI OPTOELECTRONICS USA, INC., <br><br> Plaintiff, <br><br> v. <br><br> LG DISPLAY CO., LTD. and LG DISPLAY AMERICA, INC., <br><br> Defendants. | Civil Action No. 08-355 (JJF) |

**LG DISPLAY CO., LTD.'S AND LG DISPLAY AMERICA, INC.'S
STATEMENT PURSUANT TO LOCAL RULE 81.2**

Defendants LG Display Co., Ltd. ("LG Display") and LG Display America, Inc. ("LGD America") provide this statement pursuant to Local Rule 81.2:

On March 31, 2008, the Honorable John T. Ward transferred this case from the Eastern District of Texas to this District so the parties could resolve all of their related LCD patent issues together. *Chi Mei Optoelectronics Corp. v. LG Philips LCD Co., Ltd.*, No. 2:07-CV-176, 2008 WL 901405, *2 (E.D. Tex., March 31, 2008).

LG Display and CMO have filed cross motions to consolidate this action with Civil Action Nos. 06-726 (JJF) and 07-357 (JJF), without opposition from AU Optronics Corporation. Essentially, the difference between LG Display's and CMO's motions to consolidate is that LG Display believes the schedule entered in Civil Action No. 06-726 (JJF) should continue to govern the consolidated cases, since transfer and consolidation

of the Texas case was discussed with the Court prior to entry of the Scheduling Order, while CMO disagrees, believing the schedule should be extended.

July 2, 2008                                    BAYARD P.A.

                                                /s/ Richard D. Kirk (rk0922)
                                                Richard D. Kirk
                                                Ashley B. Stitzer
                                                222 Delaware Avenue, 9th Floor
                                                P.O. Box 25130
                                                Wilmington, DE 19899-5130
                                                (302) 655-5000
                                                rkirk@bayardfirm.com
                                                *Attorneys for Plaintiffs LG Display Co.,*
                                                *Ltd. and LG Display America, Inc.*

OF COUNSEL:
Gaspare J. Bono
R. Tyler Goodwyn, IV
Lora A. Brzezynski
Cass W. Christenson
John W. Lomas, Jr.
McKenna Long & Aldridge LLP
1900 K Street, N.W.
Washington, D.C. 20006
(202) 496-7500