## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

CHI MEI OPTOELECTRONICS                    )
CORPORATION and CHI MEI                    )
OPTOELECTRONICS USA, INC.,                 )
                                           )
            Plaintiffs,                    )          Civil Action No. 08-355 (JJF)
                                           )
    v.                                     )
                                           )
LG DISPLAY CO., LTD. and                   )
LG DISPLAY AMERICA, INC.,                  )
                                           )
            Defendants.                    )
                                           )
                                           )

## CHI MEI OPTOELECTRONICS CORP.'S AND
## CHI MEI OPTOELECTRONICS USA, INC.'S
## LOCAL RULE 81.2 STATEMENT

Plaintiff, Chi Mei Optoelectronics Corp. and Chi Mei Optoelectronics USA, Inc.

("CMO"), pursuant to Local Rule 81.2 of the District of Delaware, hereby state:[1]

This case was transferred from the Eastern District of Texas. There were no

pending matters that required judicial action at the time of the transfer.

Since then, CMO filed a motion for consolidation and extension of discovery

limits to appropriately consolidate this case with another existing case between the

parties, *LG Display Co., Ltd. v. Chi Mei Optoelectronics Corporation*, CA. No. 06-

726-JJF, 07-357-JJF, which is also before this Court. Because the transferred case and

the preexisting Delaware litigation are proceeding on different schedules and the

transferred case involves new affirmative claims asserted by CMO, CMO requested that

---

[1] LG Display Co., Ltd. ("LGD") did not discuss with CMO the Local Rule 81.2
statement that it filed.

this Court enter a Rule 16 Scheduling Order in the consolidated case that accounts for

these new claims and the differences in schedules between the two cases. Specifically

CMO requested that this Court:: (1) allow each defendant 60 hours of non-party

deposition time; (2) extend the fact discovery from December 17, 2008, to February 17,

2009 to allow the parties to serve document requests and interrogatories on each other

so as to be completed by this date; and (3) extend the deadline for motions to amend the

pleadings from August 1, 2008, to October 31, 2008. LGD later separately moved for

consolidation of the same two cases, but refused to agree to any amendment to the

Scheduling Order.

Pending action by the Court, the parties are proceeding with discovery in the

transferred case pursuant to the existing Discovery Order entered by the Honorable T.

John Ward in this case prior to the transfer. *See* Docket Item #56 (February 1, 2008).

These two motions are the only currently pending matters that require judicial

action in the transferred case.

POTTER ANDERSON & CORROON LLP

OF COUNSEL:

Jonathan S. Kagan
Alexander C. D. Giza                    By: /s/ Philip A. Rovner
Adam Hoffman                                 Philip A. Rovner (#3215)
Irell & Manella LLP                          Hercules Plaza
1800 Avenue of the Stars                     P. O. Box 951
Los Angeles, CA 90067                        Wilmington, DE  19899
(310) 277-1010                               (302) 984-6000
                                             provner@potteranderson.com
Dated:  July 2, 2008
872612                                   *Attorneys for Plaintiffs*
                                         *Chi Mei Optoelectronics Corporation and*
                                         *Chi Mei Optoelectronics USA, Inc.*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

**CERTIFICATE OF SERVICE**

I, Philip A. Rovner, hereby certify that on July 2, 2008, the within document was filed with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following; that the document was served on the following counsel as indicated; and that the document is available for viewing and downloading from CM/ECF.

**BY CM/ECF, HAND DELIVERY AND E-MAIL**

Richard E. Kirk, Esq.
Ashley Blake Stitzer, Esq.
The Bayard Firm
222 Delaware Avenue
Suite 900
P.O. Box 25130
Wilmington, DE  19899
rkirk@bayardfirm.com
astitzer@bayardfirm.com

I hereby certify that on July 2, 2008 I have sent by E-mail the foregoing document to the following non-registered participants:

Gaspare J. Bono, Esq.
Matthew T. Bailey, Esq.
Lora A. Brzezynski, Esq.
Cass W. Christenson, Esq.
R. Tyler Goodwyn, IV, Esq.
McKenna Long & Aldridge LLP
1900 K Street, NW
Washington, DC 20006
gbono@mckennalong.com; mbailey@mckennalong.com
lbrzezynski@mckennalong.com; cchristenson@mckennalong.com
tgoodwyn@mckennalong.com

/s/ Philip A. Rovner
Philip A. Rovner  (#3215)
Potter Anderson & Corroon LLP
Hercules Plaza
P. O. Box 951
Wilmington, DE 19899
(302) 984-6000
provner@potteranderson.com