IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CHI MEI OPTOELECTRONICS CORPORATION and CHI MEI OPTOELECTRONICS USA, INC., <br><br> Plaintiffs, <br><br> v. <br><br> LG DISPLAY CO., LTD. and LG DISPLAY AMERICA, INC., <br><br> Defendants. | Civil Action No. 08-355 (JJF) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that, on July 28, 2008, copies of (1) LG DISPLAY CO. LTD.'S OBJECTIONS AND RESPONSE TO CHI MEI OPTOELECTRONICS USA, INC.'S FIRST SET OF INTERROGATORIES (NO. 1); and (2) this NOTICE OF SERVICE were served as shown:

**BY EMAIL AND BY HAND**
Philip A. Rovner
David E. Moore
Potter Anderson & Corroon LLP
1313 North Market Street
Wilmington, DE 19899-0951

July 28, 2008

OF COUNSEL:

Gaspare J. Bono
R. Tyler Goodwyn
Lora A. Brzezynski
McKenna Long & Aldridge LLP
1900 K Street, NW
Washington, DC 20006
202-496-7500

**BY EMAIL AND BY U.S. MAIL**
Jonathan S. Kagan
Alexander C.D. Giza
Irell & Manella LLP
1800 Avenue of the Stars
Suite 900
Los Angeles, CA 90067

BAYARD, P.A.

/s/ Richard D. Kirk (rk0922)
Richard D. Kirk
222 Delaware Avenue, Suite 900
Wilmington, DE 19899-5130
rkirk@bayardfirm.com
(302) 655-5000
Counsel for defendants
LG DISPLAY CO., LTD. and
LG DISPLAY AMERICA, INC.

{BAY:01085804v1}