IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CHI MEI OPTOELECTRONICS CORPORATION and CHI MEI OPTOELECTRONICS USA, INC., <br><br> Plaintiffs, <br><br> v. <br><br> LG DISPLAY CO., LTD. and LG DISPLAY AMERICA, INC., <br><br> Defendants. | Civil Action No. 08-355 (JJF) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that, on August 4, 2008, copies of (1) LG DISPLAY CO. LTD.'S RESPONSES TO CHI MEI OPTOELECTRONICS USA, INC.'S SECOND SET OF INTERROGATORIES (NOs. 2-3); and (2) this NOTICE OF SERVICE were served as shown:

**BY EMAIL AND BY HAND**

| | |
|---|---|
| Philip A. Rovner <br> David E. Moore <br> Potter Anderson & Corroon, LLP <br> 1313 North Market Street <br> Wilmington, DE 19899-0951 | Karen L. Pascale <br> John W. Shaw <br> Young Conaway Stargatt & Taylor, LLP <br> The Brandywine Building <br> 1000 West Street, 17th Floor <br> Wilmington, DE 19899-0391 |

{BAY:01085804v1}

2

**BY EMAIL AND BY U.S. MAIL**

| | |
|---|---|
| Jonathan S. Kagan | Vincent K. Yip |
| Alexander C.D. Giza | Peter J. Wied |
| Irell & Manella LLP | Paul, Hastings, Janofsky & Walker, LLP |
| 1800 Avenue of the Stars | 515 South Flower Street, 25th Floor |
| Suite 900 | Los Angeles, CA 90071 |
| Los Angeles, CA 90071 | |
| | |
| Ron E. Shulman | M. Craig Taylor |
| Julie Holloway | Brian D. Range |
| Wilson Sonsini Goodrich & Rosati | Wilson Sonsini Goodrich & Rosati |
| 650 Page Mill Road | 8911 Capital of Texas Highway North |
| Palo Alto, CA | Westech 360, Suite 3350 |
| Los Angeles, CA 90067 | Austin, TX 78759-8497 |

August 4, 2008

BAYARD, P.A.

/s/ Stephen B. Brauerman (sb4932)
Richard D. Kirk
Stepehn B. Brauerman
222 Delaware Avenue, Suite 900
Wilmington, DE 19899-5130
rkirk@bayardlaw.com
sbrauerman@bayardlaw.com
(302) 655-5000

OF COUNSEL:

Gaspare J. Bono
R. Tyler Goodwyn
Lora A. Brzezynski
McKenna Long & Aldridge LLP
1900 K Street, NW
Washington, DC 20006
202-496-7500

Counsel for defendants
LG DISPLAY CO., LTD. and
LG DISPLAY AMERICA, INC.

# CERTIFICATE OF SERVICE

The undersigned counsel certifies that, on August 4, 2008, he served the foregoing documents by email and by hand upon the following counsel:

| | |
|---|---|
| Philip A. Rovner<br>David E. Moore<br>POTTER ANDERSON & CORROON LLP<br>1313 North Market Street<br>Wilmington, DE  19899-0951 | Karen L. Pascale<br>John W. Shaw<br>YOUNG CONAWAY STARGATT &<br>TAYLOR, LLP<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>Wilmington, DE  19899-0391 |

The undersigned counsel further certifies that, on August 4, 2008, he served the foregoing documents by email and by U.S. Mail upon the following counsel:

| | |
|---|---|
| Jonathan S. Kagan<br>Alexander Giza<br>IRELL & MANELLA LLP<br>1800 Avenue of the Stars<br>Suite 900<br>Los Angeles, CA  90067 | Vincent K. Yip<br>Peter J. Wied<br>PAUL, HASTINGS, JANOFSKY &<br>WALKER LLP<br>515 South Flower Street, 25th Floor<br>Los Angeles, CA   90071 |
| Ron E. Shulman, Esquire<br>Julie Holloway, Esquire<br>WILSON SONSINI GOODRICH & ROSATI<br>650 Page Mill Road<br>Palo Alto, California 94304-1050 | M. Craig Tyler, Esquire<br>Brian D. Range, Esquire<br>WILSON SONSINI GOODRICH & ROSATI<br>8911 Capital of Texas Highway North<br>Westech 360, Suite 3350<br>Austin, Texas 78759-8497 |

/s/ Stephen B. Brauerman (sb4932)
Stephen B. Brauerman

656846-1