IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LG DISPLAY CO., LTD., | ) |
| | ) C.A. No. 06-726-JJF |
| Plaintiff, | ) C.A. No. 07-357-JJF |
| v. | ) C.A. No. 08-355-JJF |
| | ) |
| AU OPTRONICS CORPORATION; | ) **CONSOLIDATED CASES** |
| AU OPTRONICS CORPORATION | ) |
| AMERICA; CHI MEI OPTOELECTRONICS | ) |
| CORPORATION; and CHI MEI | ) |
| OPTOELECTRONICS USA, INC., | ) |
| | ) |
| Defendants. | ) |

## JOINT STATUS REPORT

LG Display Co., Ltd. ("LG Display"), LG Display America, Inc. ("LG Display America"), AU Optronics Corporation ("AUO"), AU Optronics America Corporation ("AUO America"), Chi Mei Optoelectronics Corporation ("CMO"), and Chi Mei Optoelectronics USA, Inc. ("CMO USA") hereby submit this Joint Status Report. "LGD" refers collectively to LG Display and LG Display America, "AUO" refers collectively to AUO and AUO America, and "CMO" refers collectively to CMO and CMO USA.

### I. THE PATENTS AT ISSUE IN THE CONSOLIDATED CASE

This is a consolidated, multi-party case originally involving 23 patents. The technology at issue involves liquid crystal display ("LCD") products and methods of producing and assembling such products.

This case is a consolidation of three cases: Civil Action No. 06-726-JJF (filed by LGD in the District of Delaware), Civil Action No. 07-357-JJF (originally filed by AUO in the Western District of Wisconsin), Civil Action No. 08-355-JJF (originally filed by CMO in the Eastern District of Texas). D.I. 834.

The parties asserted the following patents against each other in this Consolidated Action:[1]

| LGD Patents (Against AUO) | AUO Patents (Against LGD) | LGD Patents (Against CMO) | CMO Patents (Against LGD) |
|---|---|---|---|
| U.S. Patent No. 5,019,002, "Method of Manufacturing Flat Panel Backplanes Including Electrostatic Discharge Prevention and Displays Made Thereby" | U.S. Patent No. 6,976,781, "Frame and Bezel Structure for Backlight Unit" | U.S. Patent No. 5,019,002, "Method of Manufacturing Flat Panel Backplanes Including Electrostatic Discharge Prevention and Displays Made Thereby" | U.S. Patent No. 5,619,352, LCD Splay/Twist Compensator Having Varying Tilt and/or Azimuthal Angles for Improved Gray Scale Performance |
| U.S. Patent No. 4,624,737, "Process for Producing Thin-Film Transistor" | U.S. Patent No. 7,101,069, "Direct Backlight Module" | U.S. Patent No. 4,624,737, "Process for Producing Thin-Film Transistor" | U.S. Patent No. 6,008,786, "Method for Driving Halfstone Display for a Liquid Crystal Display" |
| U.S. Patent No. 5,825,449, "Active Matrix Liquid Crystal Display with One Repair Line Above Protective Layer and One Below" | U.S. Patent No. 7,125,157, "Backlight Unit." | U.S. Patent No. 5,825,449, "Active Matrix Liquid Crystal Display with One Repair Line Above Protective Layer and One Below" | U.S. Patent No. 6,013,923, "Semiconductor Switch Array with Electrostatic Discharge Protection and Method of Fabrication" |
| U.S. Patent No. 5,905,274, "Thin-Film Transistor and Method of Making Same" | U.S. Patent No. 6,689,629, "Array Substrate for Display, Method of Manufacturing Array Substrate for Display and Display Device Using the Array Substrate" | U.S. Patent No. 5,905,274, "Thin-Film Transistor and Method of Making Same" | U.S. Patent No. 6,134,092, "Illumination Device for Non-Emissive Displays" |

---

[1] Each patent is hereinafter referred to by the last three numbers of the patent number. For example, U.S. Patent No. 5,019,002 is hereinafter referred to as the '002 Patent.

| LGD Patents (Against AUO) | AUO Patents (Against LGD) | LGD Patents (Against CMO) | CMO Patents (Against LGD) |
|---|---|---|---|
| U.S. Patent No. 6,815,321, "Thin-Film Transistor and Method for Making Same" | U.S. Patent No. 6,778,160, "Liquid-Crystal Display, Liquid-Crystal Control Circuit, Flicker Inhibition Method, and Liquid Crystal Driving Method" | U.S. Patent No. 6,815,321, "Thin-Film Transistor and Method for Making Same" | U.S. Patent No. 6,734,926, "Display Apparatus with a Reduced Thickness" |
| U.S. Patent No. 7,176,489, "Thin-Film Transistor and Method of Making Same" | U.S. Patent No. 7,090,506, "Signal Transmission Device Having Flexible Printed Circuit Boards" | U.S. Patent No. 7,176,489, "Thin-Film Transistor and Method of Making Same" | U.S. Patent No. 7,280,179, "Liquid Crystal Display Cell and Method for Manufacturing the Same" |
| U.S. Patent No. 6,664,569, "Channel Configuration for Plasma Addressed Liquid Crystal Display" | U.S. Patent No. 5,748,266, "Color Filter, Liquid Crystal Display Panel, Liquid Crystal Display, and Liquid Crystal Display Panel Manufacturing Method" | | |
| U.S. Patent No. 7,218,374, "Liquid Crystal Display Device and Method of Manufacturing the Same" | | U.S. Patent No. 7,218,374, "Liquid Crystal Display Device and Method of Manufacturing the Same" | |
| U.S. Patent No. 6,803,984, "Method and Apparatus for Manufacturing Liquid Crystal Display Device Using Serial Production Processes" | | U.S. Patent No. 6,803,984, "Method and Apparatus for Manufacturing Liquid Crystal Display Device Using Serial Production Processes" | |

The parties filed their claim construction briefs in August and September 2008, and the Court held a hearing on claim construction on October 15, 2008. The Court did not issue any opinion on claim construction issues prior to trial. The parties submitted a joint proposed pretrial order on April 30, 2009. D.I. 1170.

## II. THE CLAIMS BETWEEN LGD AND AUO

### A. STATUS OF THE CLAIMS BETWEEN LGD AND AUO

Pretrial conferences were held in this consolidated case in May 2009. All parties elected to proceed with a bench trial before Judge Farnan. D.I. 1219; D.I. 1245. The Court ruled that it would first hold a bench trial on the claims between LGD and AUO, and then hold a bench trial, after issuing its ruling on the earlier trial, on the claims between LGD and CMO. D.I. 1280 at p. 13. The Court required LGD and AUO to select a subset of patents to proceed with at trial, with a limit of no more than four patents and seven claims for each side. D.I. 1280 at p. 6. LGD selected the '002, '449, '321 and '374 patents for initial trial against AUO, reserving its rights with respect to the remaining patents which remain to be addressed in the future. D.I. 1284. AUO selected the '160, '629, '157 and '506 patents for initial trial against LGD, reserving its rights with respect to the remaining patents which remain to be addressed in the future. D.I. 1285.

A bench trial was held June 2-8, 2009 on AUO's claims that LGD infringed four AUO patents and LGD's related counterclaims. D.I. 1366-1370. A second bench trial was held June 16-22, 2009 on LGD's claims that AUO infringed four LGD patents and AUO's related counterclaims. D.I. 1371-1375.

In a February 16, 2010 opinion, Judge Farnan construed the disputed terms in the asserted claims of the four AUO patents, found that LGD literally infringed all four AUO patents (both directly and by inducing infringement) and rejected LGD's arguments that AUO's patents were invalid. D.I. 1497. In an April 30, 2010 opinion, Judge Farnan construed the disputed terms in the asserted claims of the four LGD patents, found that AUO did not infringe any of the four LGD patents and rejected AUO's arguments that LGD's patents were invalid. D.I. 1505. In a July 8, 2010 opinion, Judge Farnan found that LGD's infringement of AUO's patents was not

-4-

willful, awarded AUO damages in the amount of $305,399, declining to award any enhanced damages or attorneys' fees. D.I. 1544. On July 30, 2010, the Court ruled that no Final Judgment Order would be entered until after the "conclusion of the matters outstanding with respect to [CMO]." D.I. 1562.

### B. AUO'S AND LGD'S PENDING MOTIONS

On June 3, 2010, AUO filed a motion seeking a permanent injunction against LGD's continuing infringement of the four patents LGD was found to infringe. D.I. 1517-1526. LGD filed its opposition papers on July 21, 2010. D.I. 1552-1554, 1556-1561, 1598. AUO filed its reply brief on August 9, 2010. D.I. 1575-1578, 1595. AUO's motion for permanent injunction has not yet been decided and pursuant to stipulation and order, the Court's ruling on this motion will not precede completion of the briefing on LGD's Motion Pursuant to Fed. R. Civ. P. 52(b) and 59(a) with Respect to the Phase I Trial on AUO's Patents. D.I. 1614. LGD has requested oral argument on this motion. D.I. 1580.

With its reply brief, AUO filed a motion to strike certain declarations LGD submitted with its opposition to AUO's permanent injunction motion. D.I. 1573-1574. AUO filed an amended motion to strike on September 8, 2010. D.I. 1593-1594. LGD filed its opposition on September 27, 2010. D.I. 1602. AUO filed its reply brief on October 7, 2010. D.I. 1610. AUO's motion to strike has not yet been decided.

On September 14, 2010, LGD filed a motion to strike one of the declarations AUO submitted with its reply brief in support of AUO's motion for permanent injunction. D.I. 1599-1600. AUO filed its opposition to this motion on October 1, 2010. D.I. 1603-1605. LGD filed its reply brief on October 15, 2010. D.I. 1619. LGD's motion to strike has not yet been decided.

On October 5, 2010, LGD filed a motion pursuant to Fed. R. Civ. P. 52(b) and 59(a) with respect to the Phase I trial on AUO's Patents. D.I. 1607-1609. Pursuant to the parties' stipulation

and this Court's Order, AUO will file its opposition to LGD's motion on November 22, 2010 and LGD will file its reply brief on December 22, 2010. Thus, briefing has not been completed on LGD's motion.

On November 9, 2010, LGD filed a motion pursuant to Fed. R. Civ. P. 52(b) and 59(a) with respect to the Phase II trial on LGD's Patents. D.I. 1621. The parties have stipulated that AUO may file its opposition to this motion on or before February 28, 2011 and that LGD may file its reply brief on or before March 31, 2011.

### III. THE CLAIMS BETWEEN LGD AND CMO

The litigation between LGD and CMO has been stayed.

JOINTLY SUBMITTED BY:

OF COUNSEL:

Kell M. Damsgaard
Thomas B. Kenworthy
John V. Gorman
MORGAN, LEWIS & BOCKIUS LLP
1701 Market Street
Philadelphia, PA 19103
(215) 963-5000

Collin W. Park
John D. Zele
MORGAN, LEWIS & BOCKIUS LLP
1111 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
(202) 739-3000

Gaspare J. Bono
R. Tyler Goodwyn, IV
Lora A. Brzezynski
Cass W. Christenson
Stephen Chippendale
McKENNA LONG & ALDRIDGE LLP
1900 K Street, N.W.
Washington, D.C. 20006
(202) 496-7500

MORGAN, LEWIS & BOCKIUS LLP

/s/ *Colm F. Connolly*

---
Colm F. Connolly (#3151)
The Nemours Building
1007 North Orange Street
Suite 501
Wilmington, DE 19801
(302) 574-3000
cconnolly@morganlewis.com

BAYARD P.A.

/s/ *Richard D. Kirk*

---
Richard D. Kirk (rk0922)
Stephen B. Brauerman (sb4952)
222 Delaware Avenue
Wilmington, DE 19801
(302) 655-5000
rkirk@bayardlaw.com
sbrauerman@bayardlaw.com

*Attorneys For LG Display Co., Ltd. and
LG Display America, Inc.*

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ *Karen L. Pascale*

---
Richard H. Morse (# 531)
John W. Shaw (# 3362)
Karen L. Pascale (# 2903)
Andrew A. Lundgren (#4429)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801
(302) 571-6600
kpascale@ycst.com

OF COUNSEL:

Vincent K. Yip
Peter J. Wied
Terry D. Garnett
PAUL, HASTINGS, JANOFSKY &
WALKER LLP
515 South Flower Street
Twenty-Fifth Floor
Los Angeles, CA 90071
(213) 683-6000

*Attorneys For AU Optronics Corporation and
AU Optronics Corporation America*

WILSON SONSINI GOODRICH & ROSATI

Ron E. Shulman
650 Page Mill Road
Palo Alto, CA 94304

Julie M. Holloway
One Market Street
Spear Tower, Suite 3300
San Franscico, CA 94105

M. Craig Tyler
8911 Capital of Texas Highway North
Westech 360, Suite 3350
Austin, TX 78759

OF COUNSEL:

Morgan Chu
Jonathan S. Kagan
Thomas C. Werner
IRELL & MANELLA LLP
1800 Avenue of the Stars, Suite 900
Los Angeles, CA 90067

POTTER ANDERSON & CORROON LLP

*/s/ Philip A. Rovner*
_____
Philip A. Rovner (pr3215)
Hercules Plaza
P.O. Box 951
1313 North Market Street
Wilmington, DE 19899
(302) 984-6000
provner@potteranderson.com

*Attorneys for Chi Mei Optoelectronics Corporation and Chi Mei Optoelectronics USA, Inc.*